6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

# Detailed Dispensing ADH Request

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|
| 11/06/2020 | | KARAS CORRECTIONAL | HINLEY, KELLEY | IVERMECTIN 3MG | 40 |
| 11/12/2020 | | KARAS CORRECTIONAL | KARAS, ROB | IVERMECTIN 3MG | 40 |
| 11/16/2020 | | KARAS CORRECTIONAL | KARAS, ROB | IVERMECTIN 3MG | 60 |
| 11/20/2020 | | KARAS CORRECTIONAL | KARAS, ROB | IVERMECTIN 3MG | 60 |

EXHIBIT B

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
| --- | --- | --- | --- | --- | --- |

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|
| [redacted] | | | | | |

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
| --- | --- | --- | --- | --- | --- |

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

5 Of 16

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date ▲ | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

7 Of 16

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
| --- | --- | --- | --- | --- | --- |

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
| --- | --- | --- | --- | --- | --- |

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

13 Of 16

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date ▲ | Rx Number | Patient | Doctor | Drug | Quan. |
| --- | --- | --- | --- | --- | --- |

6:30 PM

Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701

09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

6:30 PM
Live+Well Pharmacy
767 W. North St. Ste 2
FAYETTEVILLE, AR 72701
09/02/2021

11/01/2020 to 09/02/2021

| Date | Rx Number | Patient | Doctor | Drug | Quan. |
|---|---|---|---|---|---|

16 Of 16