**LOWELL PHARMACY**
114 Harrison Ave
LOWELL, AR 72745
From: 11/01/2020 Thru: 08/31/2021

12:23 PM  
08/31/2021

Rx List for Doctor: KARAS, ROBERT

| Date | | | Drug | Patient Pay | Price | Due | Total |
|---|---|---|---|---|---|---|---|
| 08/23/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/16/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/11/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/10/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/10/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/06/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/27/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/26/2021 | 0 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/26/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/26/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/23/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |

**EXHIBIT C**

**LOWELL PHARMACY**
114 Harrison Ave
LOWELL, AR 72745
From: 11/01/2020 Thru: 08/31/2021

12:23 PM
08/31/2021

| Date | | | Drug | | Price | | |
|---|---|---|---|---|---|---|---|
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/22/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/19/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | -$0.00 | $9.98 |
| 08/18/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/17/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/16/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/16/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/15/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/12/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/12/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/11/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/10/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/10/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/10/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/10/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |

**LOWELL PHARMACY**
114 Harrison Ave
LOWELL, AR 72745
From: 11/01/2020 Thru: 08/31/2021

12:23 PM                                                                                        08/31/2021

| Fill Date | Rx Number | Qty | Drug | | Ins. Due | Total Paid | Schedule |
|---|---|---|---|---|---|---|---|
| 08/08/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/08/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/06/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/05/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/05/2021 | | 15 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/05/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/04/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/04/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/04/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 08/03/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/31/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/30/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/30/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/30/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/30/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/30/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/30/2021 | | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/29/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/28/2021 | | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |

**LOWELL PHARMACY**
114 Harrison Ave
LOWELL, AR 72745
From: 11/01/2020 Thru: 08/31/2021

12:23 PM                                                                                                 08/31/2021

| Date | Qty | Drug | Patient Pay | Ins. Due | Total Paid |
|---|---|---|---|---|---|
| 07/28/2021 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/28/2021 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/28/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/26/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/26/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/26/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/25/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/25/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/24/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/24/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/23/2021 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/22/2021 | 30 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/22/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/22/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/21/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/21/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/20/2021 | 10 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/20/2021 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 12 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |

**LOWELL PHARMACY**
114 Harrison Ave
LOWELL, AR 72745
From: 11/01/2020 Thru: 08/31/2021

12:23 PM                                                                                08/31/2021

| Date | | Qty | | Drug | Patient Pay | Ins. Due | Tot. Paid | Schedule |
|---|---|---|---|---|---|---|---|---|
| 07/19/2021 | 0 | 10 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/19/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/17/2021 | 0 | 10 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/16/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/14/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/14/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/12/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/12/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/12/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/11/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/09/2021 | 0 | 10 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/09/2021 | 0 | 10 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 07/09/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 04/06/2021 | 0 | 5 | | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |

**LOWELL PHARMACY**
114 Harrison Ave
LOWELL, AR 72745
From: 11/01/2020 Thru: 08/31/2021

12:23 PM  
08/31/2021

| Date | | | Drug | | | | |
|---|---|---|---|---|---|---|---|
| 01/13/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 01/13/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 01/12/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 01/02/2021 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 12/16/2020 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 12/09/2020 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 12/09/2020 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 12/07/2020 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 12/07/2020 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |
| 11/18/2020 | 0 | 5 | IVERMECTIN 12MG CAPS | No | $9.98 | $0.00 | $9.98 |

2050 Rxs