IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDRICK FLOREAL-WOOTEN; JEREMIAH LITTLE;
JULIO GONAZALES; and DAYMAN BLACKBURN          PLAINTIFFS

VS.                    NO.  5:22-cv-05011-TLB

WASHINGTON COUNTY DETENTION CENTER;
TIM HELDER, SHERIFF OF WASHINGTON COUNTY,
ARKANSAS, in his official capacity; JANE OR JOHN DOES
1 through 10 of WASHINGTON COUNTY DETENTION
CENTER STAFF, in their individual and official capacities;
KARAS CORRECTIONAL HEALTH, P.L.L.C;
DR. KARAS, M.D.; and JANE OR JOHN DOES 1 through 10
of KARAS CORRECTIONAL HEALTH, P.L.L.C. STAFF          DEFENDANTS

## ANSWER

Comes now the Defendants, Tim Helder, in his official capacity, Karas Correctional Healthcare, PLLC, and Dr. Karas, M.D., and purported Defendant "Washington County Detention Center" (referred to collectively herein as the Defendants), and for their Answer to the Plaintiffs' Complaint, do state the following:

1.      The Defendants affirmatively plead that the constitutions and laws of Arkansas and of the United States, the official, authentic records of the FDA, CDC, Washington County Detention Center, and Karas Correctional Health, PLLC (including any contract between the County and Karas Correctional Health), and the allegations in the Plaintiffs' Complaint speak for themselves (the Defendants deny, as pleaded, the allegations in the Plaintiffs' Complaint, as set out herein), that the Plaintiffs are and/or were inmates in the Washington County Detention Center (which is a building in Fayetteville, Arkansas), that Tim Helder is the Washington County Sheriff, that Dr. Robert Karas is a physician in Fayetteville, that Dr. Karas and his clinic, Karas Correctional Healthcare, LLC, provide certain medical care for inmates in the Washington County Detention Center (which is a county jail in Fayetteville) and that the Plaintiffs are and/or were inmates at the Washington County Detention Center (the Defendants are without sufficient knowledge or information to admit or deny the remaining allegations about the Plaintiffs in paragraphs 3-6 of the Plaintiffs' Complaint and,

therefore, deny the same), but deny, as pleaded, the remainder of the allegations, and all contrary allegations in the "I. Nature of the Action" paragraphs and in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 of Plaintiffs' Complaint.

2. The Defendants affirmatively plead that the official, authentic records of the FDA, CDC, Washington County Detention Center, and Karas Correctional Health, PLLC, including, but not limited to County policies and procedures, medical records for the Plaintiffs, grievances by the Plaintiffs, and any contract between the County and Karas Correctional Health, speak for themselves, but deny, as pleaded, the remainder of the allegations, and all contrary allegations in the "I. Nature of the Action" paragraphs and in paragraphs 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39 of Plaintiffs' Complaint.

3. The Defendants affirmatively plead that the constitutions and laws of Arkansas and of the United States, the official, authentic records of the FDA, CDC, Washington County Detention Center, and Karas Correctional Health, PLLC, and the Stedman's Medical Dictionary speak for themselves, but deny, as pleaded, the remainder of the allegations, and all contrary allegations, in in paragraphs 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, and 71 of Plaintiffs' Complaint.

4. The Defendants deny, as pleaded, the allegations in the unnumbered "Wherefore clause" fo the Plaintiffs' Complaint and specifically expressly deny the Plaintiffs' entitlement to any relief in this matter.

5. The Defendants respectfully demand a trial by jury on all genuine issues of material fact.

6. The Defendants specifically and expressly deny each and every allegation in Plaintiffs' Complaint that is not specifically and expressly admitted herein.

7. The Defendants assert and reserve the right to file an amended answer or other appropriate pleadings and/or motions (e.g., for judgment on the pleadings) and to allege any affirmative defense that might be available after a reasonable opportunity to investigate the allegations set forth in Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

8. The Defendants asserts the following affirmative defenses:

   A. The Defendants are entitled to tort and negligence immunity and statutory tort and negligence immunity, *see* Ark. Code Ann. §21-9-301 & Ark. Code Ann. § 23-79-210;

   B. As applicable, the Defendants are not a proper party to a tort action in any event, *see* Ark. Code Ann. § 23-79-210;

   C. Sovereign immunity;

   D. Acquired Immunity Doctrine;

   D. Qualified immunity, but only for Defendants who are (or are deemed by the Court to have been ) sued in their individual capacities;

   E. Punitive damages immunity, *see City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 69 L.Ed.2d 616, 101 S.Ct. 2748 (1981);

   F. Mootness, as applicable (i.e, to the extent that the Plaintiffs are no longer WCDC inmates);

   G. Lack of standing, as applicable;

   H. The Plaintiffs have failed to state a claim upon which relief can be granted;

   I. The Defendants avail themselves of all statute of limitations defenses applicable to this claim, including, but not limited to Ark. Code Ann. §§16-56-101, *et seq.* & 16-56-109;

   J. Justification;

   K. Waiver/Estoppel/Laches, as applicable;

   L. Common defense doctrine;

   M. No constitutional violation/no deliberate indifference, as physicians are permitted to exercise medical judgment in the treatment of inmates;

   N. No standing, as applicable;

  O. The DefendantS avail themselves of all applicable defenses under Rules 8 and 12 of the Federal Rules of Civil Procedure;

  P. The Defendants reserves and preserves the right to assert any available counterclaims and/or third-party claims under Fed. R. Civ. Proc. 13 & 14.

WHEREFORE, the Defendants pray that the Plaintiffs' Complaint be dismissed and for any and all other just and proper relief to which it is entitled.

Respectfully submitted,

*Purported Defendant* "WASHINGTON COUNTY DETENTION CENTER"; TIM HELDER, SHERIFF OF WASHINGTON COUNTY, ARKANSAS, in his official capacity; KARAS CORRECTIONAL HEALTH, P.L.L.C; and DR. ROBERT KARAS, M.D,
*Defendants*

Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com