IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**EDRICK FLOREAL-WOOTEN; JEREMIAH LITTLE;
JULIO GONAZALES; DAYMAN BLACKBURN;
THOMAS FRITCH**                                                                                    **PLAINTIFFS**

VS.   NO.  5:22-cv-05011-TLB

**TIM HELDER, SHERIFF OF WASHINGTON COUNTY,
ARKANSAS, in his individual capacity;
KARAS CORRECTIONAL HEALTH, P.L.L.C;
DR. ROBERT KARAS, M.D., in his individual capacity**               **DEFENDANTS**

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Come now, Defendants, by and through Undersigned Counsel, and for their Motion for Judgment on the Pleadings herein state and allege:

1. Plaintiffs, former inmates at the Washington County Detention Center (WCDC), filed suit alleging violation of substantive due process and equal protection. Since that time, Plaintiffs have amended their suit to allege only a violation of substantive due process, by and through 42 U.S.C. § 1983, and a state law battery claim.

2. Defendants answered and deny any and all wrongdoing alleged.

3. The Plaintiffs have failed to state a claim upon which relief can be granted and their Amended Complaint should be dismissed with prejudice because any alleged amendment to that document would be futile in purporting to state a claim. *See* Fed. R. Civ. P. 12(c)

4. In support of the instant motion, Defendants have filed a brief in support contemporaneously herewith and incorporate it by reference herein as if repeated word for word.

5. Defendants reserve and retain all affirmative defenses they have raised in their Answer in the event this motion is not granted.

1

WHEREFORE, Defendants respectfully request the Court grant their motion and grant them all other just and proper relief to which they are entitled.

TIM HELDER, et al,
*Defendants*

<u>Michael A. Mosley</u>
Michael A. Mosley
Ark. Bar No. 2002099
Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850 Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204 Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: mosley@jowenslawfirm.com

&

JaNan Arnold Thomas, Bar No. 97043
ASSOCIATION OF ARKANSAS COUNTIES
RISK MANAGEMENT SERVICES
1415 W. Third
Little Rock, Arkansas 72201
Telephone (501) 372-7550
email: jthomas@arcounties.org
