| | |
|---|---|
| **From:** | Mike Mosley |
| **To:** | Ryan Smith; Miranda Lawrence |
| **Cc:** | Bourgon Reynolds; Luke Vance; Jason Owens; JaNan Thomas |
| **Subject:** | RE: Wooten Depos |
| **Date:** | Tuesday, February 28, 2023 1:54:47 PM |
| **Attachments:** | image001.png |

Feel free to do that. Of course, I'll be filing a motion to stay soon and we'll have to deal with that first. So, if you're unable to respond to my motion to stay by March 16th, please let me know so we can get a ruling on that before any depositions take place of my Clients. Thanks, Mike

**From:** Ryan Smith <RSMITH@RoseLawFirm.com>
**Sent:** Tuesday, February 28, 2023 1:43 PM
**To:** Mike Mosley <mosley@jowenslawfirm.com>; Miranda Lawrence <miranda@jowenslawfirm.com>
**Cc:** Bourgon Reynolds <BREYNOLDS@RoseLawFirm.com>; Luke Vance <LVANCE@RoseLawFirm.com>
**Subject:** RE: Wooten Depos

Thanks Mike and Miranda.

Miranda, can you provide dates between March 21-31?

Just to be clear, in my email this morning, I accepted the dates you proposed to depose your clients. To that end, we will schedule the Karas and Hinely depositions on March 16, and the Helder deposition on March 21.



**Ryan Smith**
Associate
120 East Fourth Street, Little Rock, AR 72201
p: (501) 377-0485   f: (501) 375-1309
RoseLawFirm.com

Rose Law Firm, a Professional Association | **Confidentiality Notice:** This message may constitute a confidential attorney-client communication. It is intended exclusively for the individual or entity to which it is addressed. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.

**Exhibit A2**

**From:** Mike Mosley <mosley@jowenslawfirm.com>
**Sent:** Tuesday, February 28, 2023 12:59 PM
**To:** Miranda Lawrence <miranda@jowenslawfirm.com>; Ryan Smith <RSMITH@RoseLawFirm.com>
**Cc:** Bourgon Reynolds <BREYNOLDS@RoseLawFirm.com>; Luke Vance <LVANCE@RoseLawFirm.com>
**Subject:** RE: Wooten Depos

These are dates for me to depose your Clients. I've already provided you my Clients' available dates.

Mike

**From:** Miranda Lawrence <miranda@jowenslawfirm.com>
**Sent:** Tuesday, February 28, 2023 12:56 PM
**To:** 'Ryan Smith' <RSMITH@RoseLawFirm.com>; Mike Mosley <mosley@jowenslawfirm.com>
**Cc:** Bourgon Reynolds <BREYNOLDS@RoseLawFirm.com>; Luke Vance <LVANCE@RoseLawFirm.com>
**Subject:** RE: Wooten Depos

Good Afternoon,

I have listed Mike's available dates below.  If additional dates are needed please let me know, our March calendar is filling up quickly and we don't have many open dates.

March 7th, 8th, 10th, 20th

Thanks,

-Miranda

**From:** Ryan Smith <RSMITH@RoseLawFirm.com>
**Sent:** Tuesday, February 28, 2023 9:12 AM
**To:** Mike Mosley <mosley@jowenslawfirm.com>; Miranda Lawrence <miranda@jowenslawfirm.com>
**Cc:** Bourgon Reynolds <BREYNOLDS@RoseLawFirm.com>; Luke Vance <LVANCE@RoseLawFirm.com>
**Subject:** RE: Wooten Depos

Thanks for this, Mike. And this is to confirm that we will take the depositions of your clients on the dates you proposed: March 16 (Karas and Hinely) and March 21 (Helder, after 1pm). We will send notices this week.

Miranda, we are generally available March 6-8 and March 13-21. Once we know your availability, we will coordinate with our clients.

Thanks,
Ryan



**Ryan Smith**
**Associate**
120 East Fourth Street, Little Rock, AR 72201
p: (501) 377-0485    f: (501) 375-1309
RoseLawFirm.com

Rose Law Firm, a Professional Association | **Confidentiality Notice:** This message may constitute a confiden ial attorney-client communication. It is intended exclusively for the individual or entity to which it is addressed. If you are not the named addressee, you are not authorized to read, print, retain, copy

or disseminate his message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.

---

**From:** Mike Mosley <mosley@jowenslawfirm.com>
**Sent:** Tuesday, February 28, 2023 9:01 AM
**To:** Miranda Lawrence <miranda@jowenslawfirm.com>
**Cc:** Ryan Smith <RSMITH@RoseLawFirm.com>
**Subject:** Wooten Depos

Miranda can you please give Mr. Smith my available dates to depose his five clients by Zoom? I'm unavailable 3/9, 3/10, and I've offered them 3/16 and 3/21 for our Clients' depos in the event the Court does not stay discovery. Thanks, Mike