| | |
|---|---|
| **From:** | Mike Mosley |
| **To:** | Luke Vance; Jason Owens; JaNan Thomas; kyle.heffley@kutakrock.com; eric.endsley@kutakrock.com |
| **Cc:** | Bourgon Reynolds; Ryan Smith; Miranda Lawrence |
| **Subject:** | Re: Floreal-Wooten et al. v. Helder - Case No. 5:22-CV-5011 ~ Notice of Deposition |
| **Date:** | Friday, March 3, 2023 2:55:02 PM |
| **Attachments:** | image001.png |

Thanks Luke. I will supplement my motion to stay to include reliance on FRCP 26(c) and seek a protective order as well in conjunction with my motion to stay. As you're aware, I attempted to address the issue of timing of the depositions (regarding your response to the motion to stay and when the Court rules on it) with Ryan and never received a response. Thanks, Mike

**From:** Luke Vance <LVANCE@RoseLawFirm.com>
**Sent:** Friday, March 3, 2023 2:02 PM
**To:** Mike Mosley <mosley@jowenslawfirm.com>; Jason Owens <owens@jowenslawfirm.com>; JaNan Thomas <jthomas@arcounties.org>; kyle.heffley@kutakrock.com <kyle.heffley@kutakrock.com>; eric.endsley@kutakrock.com <eric.endsley@kutakrock.com>
**Cc:** Bourgon Reynolds <BREYNOLDS@RoseLawFirm.com>; Ryan Smith <RSMITH@RoseLawFirm.com>
**Subject:** Floreal-Wooten et al. v. Helder - Case No. 5:22-CV-5011 ~ Notice of Deposition

Counsel,

Please find attached on behalf of Plaintiffs' counsel. Also, Plaintiffs' counsel is available March 22 and March 23 and will hold those dates for Plaintiffs depositions.

Thanks,



**Luke Vance**
**Associate**
120 East Fourth Street
Little Rock, AR 72201-2893
p: (501) 377-0372  |  f: (501) 375-1309
RoseLawFirm.com

**Exhibit A5**

Rose Law Firm, a Professional Association.
**CONFIDENTIALITY NOTICE:** This message may constitute a confidential attorney-client communication. It is intended exclusively for the individual or entity to which it is addressed. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.