UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**EDRICK FLOREAL-WOOTEN;**
**JEREMIAH LITTLE; JULIO GONZALES;**
**DAYMAN BLACKBURN; THOMAS FRITCH**                              **PLAINTIFFS**

v.                        Case No. 5:22-cv-05011-TLB-CDC

**TIM HELDER, SHERIFF OF WASHINGTON COUNTY,**
**ARKANSAS, in his individual capacity;**
**KARAS CORRECTIONAL HEALTH, P.L.L.C.;**
**DR. ROBERT KARAS, M.D., in his individual capacity**           **DEFENDANTS**

## JOINT MOTION FOR EXTENSION OF TIME

1. On June 21, 2022, the Court entered a Case Management Order (Doc. 32) setting certain pre-trial deadlines in this case.

2. The deadline to file dispositive motions is April 21, 2023.

3. The parties have been cooperating to meet all court-imposed deadlines in this case, but the parties jointly believe that a short two-week extension to dispositive motions deadline is necessary.

4. The parties have been working together to resolve various scheduling disputes, and a two-week extension of the dispositive motions deadline is necessary for each party to sufficiently prepare for and file a dispositive motion.

5. The parties therefore jointly request a short two-week extension to the dispositive motions deadline. Such an extension would extend the parties' deadline to file dispositive motions to on or before **May 5, 2023**.

6. The parties submit that good cause exists for this request, and that this request is not being made for improper purpose or delay. Fed. R. Civ. P. 6(b).

1

7. No brief in support of this motion is required because the deadline for which the parties seek an extension has not yet expired. *See* Local Rule 7.2(d)(1).

WHEREFORE, the parties jointly request that the Court enter an order extending by two weeks the deadline to file dispositive motions. This extension would require a party wishing to file such a motion to do so by May 5, 2023.

Respectfully submitted,

ROSE LAW FIRM,
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72701
Telephone: (501) 375-9131
Facsimile: (501) 375-1309

By: */s/ Ryan J. Smith*
Bourgon B. Reynolds
Arkansas Bar No. 2012290
breynolds@roselawfirm.com
Ryan J. Smith
Arkansas Bar No. 2018192
rsmith@roselawfirm.com
Luke Vance
Arkansas Bar No. 2021141
lvance@roselawfirm.com

*Attorneys for Plaintiffs*

*On behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

AND

*/s/ Michael A. Mosley*
Michael A. Mosley
Ark. Bar No. 2002099
Jason E. Owens
Ark. Bar. No. 2003003

JASON OWENS LAW FIRM, P.A.

**Mailing Address:** P.O. Box 850 Conway, Arkansas 72033-0850 **Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: mosley@jowenslawfirm.com

*Attorneys for Defendants*