IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDRICK FLOREAL-WOOTEN; JEREMIAH LITTLE;
JULIO GONAZALES; DAYMAN BLACKBURN;
THOMAS FRITCH                                                                                    PLAINTIFFS

VS.     NO. 5:22-cv-05011-TLB

TIM HELDER, SHERIFF OF WASHINGTON COUNTY,
ARKANSAS, in his individual capacity;
KARAS CORRECTIONAL HEALTH, P.L.L.C;
DR. ROBERT KARAS, M.D., in his individual capacity                    DEFENDANTS

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Come now, Defendants, by and through Undersigned Counsel, and for their Motion to Extend Time to File Motion for Summary Judgment herein state and allege:

1. The current dispositive motion deadline is set for Wednesday July 12, 2023. Doc. No. 68, p. 2. This was reset per an Unopposed Motion for Extension filed by Plaintiffs on March 21, 2023. Doc. No. 55.

2. Since that time, the Parties have engaged in comprehensive discovery including significant document production from Defendants and numerous depositions.

3. Recently, in discussion with one of Plaintiff's Counsel about a discovery supplement, the prospect of settlement arose.

4. The Parties attempted to negotiate a proposed settlement in good faith and as of this writing, that is ostensibly still possible.

5. However, various misunderstandings have occurred that have caused a delay in Undersigned's ability to properly draft a dispositive motion. Specifically, in order to keep billable

1

hours to his Clients as minimal as possible while such negotiations were ongoing, Undersigned has foregone working on the dispositive motion during such negotiations.

6. At this time (July 10, 2023), it is clear that Undersigned must endeavor to complete the dispositive motion. That includes crafting a comprehensive statement of facts. The record in this matter consists of thousands of pages of documents and many deposition transcripts.

7. Undersigned will work diligently to attempt to complete the dispositive motion by the current deadline, but that task is more than arduous given Undersigned's other work obligations.

8. For instance, crucial depositions in a death case are set for this Wednesday, July 12, 2023, in Pine Bluff, Arkansas, that Undersigned must attend. Undersigned's Partner Jason Owens cannot assist as he is preparing for a state court jury trial in Benton County which begins on July 17, 2023.

9. Respectfully, Undersigned requests a two-week extension of the dispositive motion deadline so that the deadline would be due Wednesday July 26, 2023.

10. Undersigned has inquired of Opposing Counsel as to whether they object to the requested extension via email on this day. As of this writing, Undersigned has not received a response.

11. This motion is not made for purposes of delay. Indeed, so as not to complicate the Court's schedule, Undersigned is willing to reduce his reply time to two days following Plaintiffs' response to the forthcoming dispositive motion.

WHEREFORE, for the reasons stated herein, Defendants respectfully request a two-week extension of time to file the dispositive motion in this case and for all other just and proper relief.

TIM HELDER, et al,
*Defendants*

<u>Michael A. Mosley</u>
Michael A. Mosley
Ark. Bar No. 2002099
Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850 Conway, Arkansas 72033-0850
**Physical Address:** 1312 Oak Street Conway, Arkansas 72034
Telephone (501) 764-4334
Telefax (501) 764-9173
email: mosley@jowenslawfirm.com