# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


EDRICK FLOREAL-WOOTEN; JEREMIAH LITTLE;
JULIO GONAZALES; DAYMAN BLACKBURN;
THOMAS FRITCH                                    PLAINTIFFS

    V.              CASE NO:  5:22-cv-05011-TLB

TIM HELDER, SHERIFF OF WASHINGTON COUNTY,
ARKANSAS, in his individual capacity;
KARAS CORRECTIONAL HEALTH, P.L.L.C;
DR. ROBERT KARAS, M.D., in his individual capacity  DEFENDANTS



ORAL DEPOSITION OF

KELLEY HINELY
WEDNESDAY, APRIL 5, 2023
9:02 A.M. TO 2:43 P.M.

ZOOM VIDEOCONFERENCE

APPEARANCES:

ON BEHALF OF PLAINTIFFS:
    RYAN SMITH
    LUKE E. VANCE
    BOURGON B. REYNOLDS
    ROSE LAW FIRM
    120 EAST FOURTH STREET
    LITTLE ROCK, ARKANSAS 72201

ON BEHALF OF DEFENDANTS:
    MICHAEL A. MOSLEY
    JASON OWENS LAW FIRM, P.A.
    1312 OAK STREET
    CONWAY, ARKANSAS 72034




WAID REPORTING
P.O BOX 10385
CONWAY, ARKANSAS 72034
(501) 620-0982
waidreporting@gmail.com

2

1                    INDEX

2    STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . 1

3    APPEARANCES  . . . . . . . . . . . . . . . . . . . . . 1

4    EXHIBITS . . . . . . . . . . . . . . . . . . . . . . . 3

5    CAPTION  . . . . . . . . . . . . . . . . . . . . . . . 4

6    DIRECT EXAMINATION BY MR. SMITH  . . . . . . . . . . . 5

7    CROSS-EXAMINATION BY MR. MOSLEY  . . . . . . . . . . 156

8    REDIRECT EXAMINATION BY MR. SMITH  . . . . . . . . . 176

9    RECROSS-EXAMINATION BY MR. MOSLEY  . . . . . . . . . 184

10   DEPOSITION CONCLUDED . . . . . . . . . . . . . . . . 185

11   CERTIFICATE OF REPORTER  . . . . . . . . . . . . . . 186

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          EXHIBITS

2    PLAINTIFF'S                                      MARKED

3    Exhibit 1     Doc. 4 KARAS000001 (1 pg) . . . . . . . . . . 41

4    Exhibit 2     Doc. 5 KARAS000004 (1 pg) . . . . . . . . . . 47

5    Exhibit 3     Doc. 3 KARAS000212-213 (2 pgs) . . . . . . . 61

6    Exhibit 4     Floreal-Wooten Medical Records (6 pgs) . . . 76

7    Exhibit 5     Blackburn Medical Records (6 pg). . . . . . 85

8    Exhibit 6     Little Medical Records (6 pg) . . . . . . . 91

9    Exhibit 7     Gonzales Medical Records (5 pgs) . . . . . 110

10   Exhibit 8     Fritch Medical Records (4 pg) . . . . . . . 110

11   Exhibit 9     Doc. 10 KARAS000165 (2 pgs) . . . . . . . 129

12   Exhibit 10    Doc. 11 KARAS000205-207 (3 pgs) . . . . . 133

13   Exhibit 11    Doc. 13 KARAS000167 (2 pgs) . . . . . . . 142

14

15   DEFENDANT'S                                      MARKED

16   Exhibit 1     Gonzales Medical Records (32 pgs) . . . . . 171

17   Exhibit 2     Floreal-Wooten Consent for Treatment (2 pgs) 171

18

19

20

21

22

23

24

25

4

1          CAPTION

2     ANSWERS AND ORAL DEPOSITIONS OF KELLEY HINELY, a witness

3   produced at the request of the plaintiffs, taken pursuant to

4   the Arkansas Rules of Civil Procedure in the above-styled and

5   numbered cause on the 5th day of April, 2023, before

6   Amy Waid, Arkansas Supreme Court Certified Court Reporter

7   #853, at 9:02 a.m.

8                    * * * * * * * * * *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    PROCEEDINGS

2        THEREUPON,

3              KELLEY HINELY,

4        THE WITNESS HEREINBEFORE NAMED, having

5        been first duly cautioned and sworn by me

6        to testify to the truth, the whole truth,

7        and nothing but the truth, testified on their

8        oath as follows, to-wit:

9              DIRECT EXAMINATION

10  BY MR. SMITH:

11  Q    Will you state your name for the record.

12  A    Kelley Hinely.

13  Q    And can you spell that?

14  A    K-E-L-L-E-Y H-I-N-E-L-Y.

15  Q    Ms. Hinely, my name is Ryan Smith.  I'm an attorney

16  representing the plaintiffs on behalf of the ACLU in this

17  lawsuit.  You'll see --

18              MR. MOSLEY:  Go ahead.

19  Q    (By Mr. Smith) -- you'll see Luke Vance and

20  Bourgon Reynolds potentially popping onto your screen.  They

21  are attorneys with me.  I'll be asking questions, but I just

22  wanted to let you know that they're some of my colleagues.

23        Have you ever been known by any other name, Ms. Hinely?

24  A    Yes, last name Oliver.

25  Q    Spelled just like it sounds?

1    A    Yes, sir.

2    Q    And is it okay if I call you Ms. Hinely?

3    A    Sure.

4    Q    Okay.  And if you just want to call me Ryan, that's

5    perfectly fine.

6         Have you ever testified in court before, Ms. Hinely?

7    A    No, sir.

8    Q    Have you ever been deposed before?

9    A    Once as a nurse when I first started working in ICU.  That

10   would have been in probably 2000.

11   Q    Okay.  And do you know what kind of case that was?

12   A    I don't remember.  It didn't -- it really had nothing to

13   do with me.  I had cared for the patient.  However, they were

14   wanting to verify some charting.  It literally was probably 15

15   minutes, and nothing happened.  Or if something happened, I

16   don't know what it was.

17   Q    Okay.

18   A    It's when I was employed at Washington Regional.  But I

19   don't -- I don't know anything other than that.

20   Q    Okay.  Have you ever been involved in an arbitration

21   proceeding before?

22   A    Explain to me what that means.

23   Q    It's kind of like a court case that goes in court, but

24   it's just in a different -- we call it a tribunal.  It's called

25   arbitration.

1    A    With my divorce.

2    Q    Okay.

3    A    I mean, that would be -- correct?  I mean, that would be

4    something that would be similar to divorce.

5    Q    Your divorce was --

6    A    But --

7    Q    -- your divorce may have been in court probably; is

8    that --

9    A    No, it didn't go to court.

10   Q    Okay.

11   A    I mean, our lawyers worked it out.  We did a settlement

12   hearing on a civil case, let's see, last month, I think, with

13   the county, so we met with the federal judge, Judge Comstock,

14   and spoke with her.

15        However, that's the only other legal proceedings I've ever

16   had where I --

17   Q    And --

18   A    -- in a court.  And that's the first time I've ever been

19   in court.

20   Q    Okay.  And just to clarify, were you saying that that

21   settlement hearing was a part of your divorce proceedings, or

22   were those --

23   A    No, no, no, no.

24   Q    -- two different things?  Okay.

25   A    You asked me specifically times I've been with a judge,

1  so.

2  Q    Okay.  And what was that settlement hearing for?

3  A    It had to do with another 1983 filing with the detention

4  center.

5  Q    Okay.  And we were you named as a defendant in that case?

6  A    I don't know if I specifically was, or if -- I'm not sure.

7  I think I was named along with Karas Correctional.

8  Q    Okay.  All right, Ms. Hinely, do you understand that you

9  are under oath today?

10 A    Yes, sir.

11 Q    And you understand what that means?

12 A    Yes, sir.

13 Q    Okay.  Is there any reason that you're aware of that would

14 prevent you from testifying truthfully today?

15 A    No, sir.

16 Q    Okay.  I'm going to go over a couple of ground rules.

17 Before when you were in a deposition, it was probably in

18 person.  We're doing a lot more of these over video now.  It's

19 a little bit different, same sort of process, but there are

20 some nuances that, you know, we want to go over mainly for the

21 court reporter's benefit.  Okay?

22     So to start, it's important that when you answer

23 questions, you use words such as yes or no, rather than um-hum

24 and uh-uh, so that ensures that the court reporter gets your

25 answer down correctly.  Do you understand that?

1    A    Yes, sir.

2    Q    Okay.  If you don't understand the question, please ask me

3    to clarify it.  If you answer a question, I'm going to assume

4    that you understand it.  Is that fair?

5    A    Yes, sir.

6    Q    Allow me to finish my question before you respond.  I

7    will, of course, extend you the same courtesy.  It just becomes

8    very difficult for Ms. Waid to get everything down that we're

9    saying when we're talking over each other.  Is that fair?

10   A    Yes, sir.

11   Q    From time to time, your lawyer may object to my questions.

12   That's his right.  Unless he instructs you not to answer a

13   question, you should answer the questions.  Okay?

14   A    Yes.

15   Q    If at any time you need a break, please let me know.  I

16   will try to be mindful of taking a break somewhat periodically,

17   probably on the hour.  But my only request is that if there's a

18   question on the table, we -- you answer that question before we

19   take a break.  Is that fair?

20   A    Yes, sir.

21   Q    Okay.  Ms. Hinely, what is your highest level of education

22   that you obtained?

23   A    My master's degree in nursing with a board certified as a

24   nurse practitioner in family.

25   Q    A family nurse practitioner?

1 A    Yes.

2 Q    Okay.  And that's different from an ANP; is that right?

3 A    They're the same.

4 Q    Okay.  And where did you do your -- get your master's at?

5 A    University of Cincinnati.

6 Q    Okay.  And when did you graduate?

7 A    2016.

8 Q    And where did you obtain your nursing degree?

9 A    My first one was with Harbor School of Nursing, used to be

10 Baptist School of Nursing.  That was a diploma program.  That

11 was in 1999.  And then I graduated with my bachelor's degree

12 prior to going to University of Cincinnati.  I'm honestly not

13 for sure what that year is.  I'm going to estimate probably

14 2013, and that was Northeastern State in Tahlequah.

15 Q    And between 1999 and, you know, whenever you started your

16 bachelor's, what were you doing?

17 A    I did a lot of things.  I started out first in intensive

18 care at Washington Regional Medical Center here in

19 Fayetteville.  I did that for about two years.

20      And then I became an organ procurement coordinator with

21 ARORA, which is actually there in Little Rock, so I was the

22 procurement coordinator for this region.  I did that for about

23 two years, and we traveled the whole state as well as did heart

24 fly-out for our region.  So we did that.

25      And then after that, I did outpatient surgery at

1  Springhill Surgery Center in Little Rock -- there in North

2  Little Rock.

3       And then I moved back to Northwest Arkansas and became a

4  special procedures director, so I did interventional pain

5  management at something called Physicians' Surgery Center,

6  which later became Physicians' Specialty Hospital, which is now

7  actually part of a Northwest Health System.

8       At that time, I pursued higher education, helped them

9  convert the surgery center to the hospital, and served in a

10  management role for numerous years, 10 years, with that

11  company.  I was the chief nursing officer there at that

12  facility for six years, and I supervised 175 people.

13  Q    So just a few things here and there.  Since graduating

14  from college, have you obtained any professional

15  certifications?

16  A    Sure.  I mean, what do you -- you want me to tell you all

17  of them?

18  Q    How about in the last -- since 2016 --

19  A    Since 2016.

20  Q    -- since you've been a nurse practitioner?

21  A    So that's a little different.  As a family nurse

22  practitioner, you don't necessarily -- I mean, you do a lot of

23  different courses that would be applicable to your environment.

24  I have advanced life support, pediatric advanced life support.

25  I have a wound care certification.  I've kept my bariatric

1  nurse certification.

2      So there's a lot of -- I don't know -- what you could be

3  certified in.  We do a lot of CEs as far as correctional health

4  and applicable to your environment.  But generally once you

5  graduate with your master's degree, just like you guys do, you

6  -- you do continuing education, but you don't necessarily

7  become certified like you do as an RN.  Certifications are more

8  applicable when you are a registered nurse versus you being a

9  nurse practitioner.

10 Q    So you obtained some certifications while you were a nurse

11 before you became a nurse practitioner; is that right?

12 A    Sure.

13 Q    Are there any certifications that you think you may, you

14 know, use or are applicable today in your work as a nurse

15 practitioner?

16 A    So any of the administration ones that I did, and I don't

17 know them off my top of my head, and you don't keep those

18 current because you get a higher level of education.  So I had

19 TNCC, which is a trauma nursing thing.  That was for the

20 emergency room because I might get pulled to the emergency

21 rooms as the chief nursing officer.

22      I was a bariatric certified nurse because we were the

23 first bariatric surgery center that was certified in our area.

24 I'm trying to think of some other certifications that would be

25 applicable.  I mean, you -- you would always do continuing

1  education.

2  Q    Okay.  All right.  So, Ms. Hinely, where are you presently

3  employed?

4  A    Karas Correctional Health.

5  Q    Do you do any work at Karas Health Care?

6              MR. MOSLEY:  Object --

7  A    I do on occasion.

8              MR. MOSLEY:  -- to form.

9  Q    (By Mr. Smith)  You can answer, Ms. Hinely.

10  A    Okay.

11             MR. MOSLEY:  She did.

12  Q    (By Mr. Smith)  Sorry.  I didn't hear.  Could you repeat

13  that?

14  A    Sure.  I do on occasion, but it would be -- it would be

15  rare because they have their own staff.  But just like

16  Dr. Karas comes to the jail and works at the clinic, there's no

17  reason I can't do that.

18  Q    So you're not an employee of Karas Health Care, but you

19  may from time to time do work there as needed.  Is that kind of

20  what you're saying?

21  A    Sure.  I could in an emergency or -- or during times of

22  short-staffing.  There's nothing that prevents me from doing

23  that with my licensure.

24  Q    Understood.  Understood.  And when did you start working

25  at Karas Correctional Health?

1  A    In 2016.  I originally -- I'll just give you more

2  information because I've -- I've worked with the Karas Systems

3  since 2014 -- 2014, '15.  So you asked me when I graduated.  It

4  would've had to have been 2014.

5  Q    No worries.  No test at the end on this, so it's all good.

6  A    Yeah.

7  Q    So from, I guess, 2014 to 2015, you worked for Karas

8  Health Care, but not Karas Correctional Health.  Is that kind

9  of what you're saying?

10 A    Yes, because Karas Correctional Health did not exist.

11 Q    And I think you used the phrase like "Karas Health

12 Systems."  Is that what you said?

13 A    That's not an official business.

14 Q    Okay.

15 A    I mean, it was Karas Family Care, Karas Urgent Care.  It

16 was Karas.  It was the family practice business, so.

17 Q    Okay.  So can you explain the difference between Karas

18 Correctional Health and Karas Health Care?

19 A    Sure.  Any Karas Correctional Health is meant for

20 correctional environment.  It's not even -- that's not -- it's

21 not comparable.  I guess I can tell you the differences:  One

22 is a family practice clinic, and the other one is correctional

23 medicine.  So you use the same skill set, I guess, if that's

24 what you're asking me, but they're two separate businesses.

25 Q    Yeah.  And I was just asking, in your own words, how would

1  you describe the difference between the two?  And you've -- do

2  you have anything else to add with that --

3  A    People are incarcerated --

4  Q    -- with that qualification --

5  A    -- and people are not incarcerated.

6  Q    -- sorry.  I --

7  A    You know?

8  Q    -- sorry.  I was still talking.  Can you repeat that

9  really quick?

10  A    People are detained, and then people are not detained.

11  That's the difference.  It doesn't mean that your medicine is

12  going to be any different.  They're all people.  One's just

13  inside of a correctional facility.

14  Q    Okay.  And what's your job title today?

15  A    I'm the medical director there.

16  Q    And when you say "there," at Karas Correctional Health?

17  A    Yes, sir.

18  Q    Okay.  And how long have you been the medical director at

19  Karas Correctional Health?

20  A    2018.

21  Q    And before that, what was your title?

22  A    Nurse practitioner.

23  Q    And is that -- were you a nurse practitioner from 2016 to

24  2018?

25  A    Yes, sir.

1  Q    Okay.  And you've been the medical director from 2018 to

2  present day?

3  A    Yes, sir.

4  Q    Okay.  As the medical director, can you describe for me

5  your job responsibilities?

6  A    So most of the medical director job responsibilities are

7  going to be personnel-related.  So I am responsible for

8  overseeing staffing, education, training, any discipline or

9  coaching that is needed, policies, procedures in relationship

10 to employment, contract negotiations, equipment, purchasing,

11 serving as a liaison between outside health professionals

12 because we do have to use outside healthcare some.

13 Q    Do you provide any medical services?

14 A    Yes, sir.

15 Q    To patients?

16 A    Yes, sir.

17 Q    Okay.  And can you describe for me what that involves or

18 what that kind of entails?

19 A    I'm --

20 Q    I'm just trying to --

21 A    That's okay.

22 Q    I'll just give you a qualification.  Sorry.  I know that's

23 a very, very broad question.  But I'm just trying to get an

24 idea of your role as the medical director, everything that you

25 kind of do, if that --

1 A    Sure.

2 Q    -- makes sense, and now in this particular context when

3 you're providing medical services, however that might be.

4 A    It would be no different than if you were a patient at a

5 clinic.  I do the same thing there as I do -- I would if I

6 worked in a clinic.  It's not any different.  So we do operate

7 a little bit -- so you'll understand how we do things because

8 there's 800 detainees in there on average.  There's myself and

9 Dr. Karas who provides medical care there.  So obviously I

10 can't see 800 people, so it doesn't work any different than the

11 Department of Corrections.  There's a process where you have a

12 -- you can put in a sick form, or you can request services.

13 And so when a person requests services -- just much like you

14 would walk in the front door of a clinic, you've requested

15 services -- most likely if it's not an emergent or urgent

16 condition, you're going to be seen by a lower-level provider,

17 so a licensed -- a licensed healthcare person.  So that could

18 be a registered nurse; it could be an LPN; it could be a

19 paramedic.  And we have protocols that are followed by that

20 person.

21    And then they put -- their plan of care, based on the

22 protocol that they followed in their assessment findings, they

23 put that on a provider review, and then Dr. Karas or myself

24 will review to make sure that we agree that the assessment

25 findings corresponds with the appropriate protocol and that we

1  don't need to see them.

2      Now, we'll go on further, at any point any detainee can

3  request to see a provider.  We -- we will accommodate that at

4  any time, but just for sheer volume alone, we work on

5  protocols.  Dr. Karas reviews those protocols every year, and

6  there's a protocol book that's available to any employees at

7  any time for reference.

8                  THE COURT REPORTER:  Mike, you're muted.

9                  MR. MOSLEY:  One moment, Ryan.  I -- we've got

10             somebody else on, and I just want to make sure that

11             they're identified for the record.

12                 Is that Dr. Karas?

13                 MR. SMITH:  I'm guessing that was Bourgon

14             calling in.

15                 Bourgon, is that you?

16                 MS. REYNOLDS:  Hi, guys.  This is Bourgon

17             Reynolds.

18                 MR. MOSLEY:  Is Dr. Karas in the room with you

19             Kelley?

20                 THE WITNESS:  Yes, sir.

21                 MR. MOSLEY:  Thank you.

22  Q   (By Mr. Smith)  Ms. Hinely, you were talking about sort of

23  that process there and that, I think you used the term,

24  "lower-level providers" might do an assessment early on, and

25  then either yourself or Dr. Karas will then review.

1    During that assessment, are you or Dr. Karas sort of

2  involved, or do y'all come in after the fact?

3  A    We -- we would not be involved.  I mean, they -- they have

4  license; they know how to assess people.  It's no different

5  than in a hospital when a nurse assesses you.  Yeah.  No, you

6  can't be present for 800 people.

7  Q    Okay.  And you mentioned nurses, LPNs, paramedics.  Are

8  there other -- any other, I guess, licensed individuals,

9  healthcare providers, that are employed by Karas Correctional

10  Health?

11  A    We have a couple of EMTs, but at the time of this

12  incident, I'm not sure.  I would have to get you that

13  information.

14    We use medication passers, and they are under Dr. Karas's

15  umbrella.  And they have went through training with checkoffs,

16  and they have regular reviews of what they're doing.  We are

17  passing medicines to people who are of sound mind.  And if they

18  were not incarcerated, they could give themselves their own

19  medicines; but because of jail policy, they cannot have their

20  medicines on person, and so a person has to give them their

21  medicines for safety reasons.

22  Q    Okay.  So besides nurses, LPNs, paramedics, potentially

23  EMTs about the time we're talking about, med passers, and

24  yourself and Dr. Karas, are there any other sort of licensed

25  medical providers?

1 A    We have a contracted dentist.  But that's a contract.

2 He's not employed with us.  We have a social worker as well.

3 Q    And you said your -- one of your responsibilities -- or

4 most of your responsibilities, many of them are

5 personnel-related including staffing.  So do you know how many

6 employees Karas Correctional Health has?

7 A    We currently have 29.  At the time, I do believe that we

8 have far less, so I can't give you an exact number at this time

9 that we're talking about.

10 Q    Is that information that you could potentially obtain?  Do

11 you have the capability of figuring out -- in August, say, of

12 2021, do you have a way of figuring out how many employees were

13 at --

14 A    Yes.

15 Q    Okay.

16          MR. SMITH:  Mike, we can follow up off the

17          record about that, but we may try and get that

18          information.

19          MR. MOSLEY:  Sure.

20          THE WITNESS:  Sure.

21          MR. MOSLEY:  Just as soon as you guys give me

22          the things I asked y'all for in those other

23          depositions last week, I'll be happy to endeavor to

24          work on that.

25          MR. SMITH:  Yeah, that sounds good.

1  Q    (By Mr. Smith)  Ms. Hinely, do you have -- do you report

2  directly to Dr. Karas?  Is that how the hierarchy kind of works

3  at Karas Correctional Health?

4  A    Yes, sir.

5  Q    Okay.  And is there a certain individual or individuals

6  who would report directly to you?

7  A    Everybody else.

8  Q    Okay.  There's not, like -- it goes Dr. Karas, you, and

9  then it's just everybody after that, the remaining 27 people?

10 Or is there a sort of hierarchy below you?

11 A    It's changed, but at this particular time that you're

12 referring to, which I feel like that's the only relevant piece,

13 then, yes; at that time, yes, everybody reported to me.

14 Q    Okay.  And how about now?  How is it different?

15 A    I have an RN nurse manager.  And so I supervise the RN,

16 our -- I'm trying to think about the technical term for it --

17 so I supervise the social worker, which does mental health; I

18 supervise the RN manager; and then I supervise the admin person

19 that coordinates all outside appointments and things like

20 that --

21 Q    So if I'm looking --

22 A    -- who is also an LPN.

23 Q    Okay.  And who is the RN nurse manager?

24 A    John Beckham.

25 Q    And when did Mr. Beckham start as the ER nurse manager

1  A     January 1 of this year.

2  Q     And before --

3  A     In the relevant -- excuse me -- in the relevant time

4  period that you're speaking about, which was '21, John was a

5  paramedic.  He has completed his bachelor's degree in nursing

6  and is now pursuing a degree in -- a master's degree in nursing

7  to become a nurse practitioner.  So when you're referencing

8  your documents, he'll be listed as a paramedic.

9  Q     Okay, understood.  And before Mr. Beckham became the RN

10 nurse manager, was there another nurse manager?

11 A     I'm not sure about this time frame.  But we did have one

12 and her name was Kim Plavacan.  I'm not sure how to spell that.

13 Q     And so Mr. Beckham would have replaced Ms. -- is it

14 Plavacan?  Can you just spell what you think it might be so I

15 just know what to write down.

16 A     P-L-A-V-A-C-A-N.

17 Q     Okay.  And so I'll ask my question again.  But Mr. Beckham

18 replaced Ms. Plavacan?

19 A     Not immediately.

20 Q     Okay.

21 A     I did the role of both, which is not atypical.

22 Q     And when did Ms. Plavacan start as an RN nurse manager?

23 A     I don't know.  She was there prior to 2018, so I don't

24 know.

25 Q     Would she have been an RN nurse manager in 2018?

23

1   A    Yes.

2   Q    Okay.  So that role wasn't created later on.  It was still

3   there.  The sort of hierarchy was just different.  Is that what

4   you're saying?

5   A    Sure.

6   Q    Well, I'm --

7   A    Yes.

8   Q    Okay.  When did the RN nurse manager start reporting

9   directly to you sort of independent of the other remaining

10  employees?

11  A    The nurse managers always reported to me.

12  Q    Um-hum.

13  A    I don't understand the question.

14  Q    Sure.  And now does the nurse manager have people who

15  report directly to, I guess, him?

16              MR. MOSLEY:  If she said --

17  A    Yes.

18              MR. MOSLEY:  -- she didn't understand the

19          question, are you going to reask it, or are you just

20          going to keep going?

21              MR. SMITH:  Yeah, I'm asking the question, Mike.

22          Thanks.

23  Q    (By Mr. Smith)  Ms. --

24              MR. MOSLEY:  She said she didn't --

25  A    Repeat the question.

1    Q    (By Mr. Smith) -- Ms. Hinely, would you like me to --

2                MR. MOSLEY:  -- she said she didn't understand

3         the question.  You just ignored that.  Okay.  We got

4         a record.

5                MR. SMITH:  Hey, Amy, can we go off the record

6         really quick?

7                (Whereupon, a recess was taken, after which the

8         proceedings continued as follows, to-wit:)

9    BY MR. SMITH:

10   Q    All right, Ms. Hinely, would --

11               MR. SMITH:  Or, I'm sorry, Ms. Waid, can you

12        repeat the question that I asked the second time?

13               (Reporter read the record as requested.)

14   Q    (By Mr. Smith)  Okay.  I'll ask a question again.  So,

15   Ms. Hinely, when did the RN manager start having people report

16   directly to him?

17   A    I already answered that question, but I'll answer it

18   again.  January the 1st of '23.

19   Q    Okay.  And --

20   A    Or thereabout.  I'm not -- I mean, January of '23.

21   Q    Okay.  And why did the hierarchy change such that the RN

22   nurse manager started having people report directly to him?

23               MR. MOSLEY:  Object to form.

24               You answer, Kelley.

25   A    So there are 800 people in the detention center currently,

1  and supervising as many employees as we do -- now, we did not

2  have that many at the time -- I felt that it would be much

3  easier on me, both personally and professionally, to replace

4  Kim.  It was very difficult to find any staff during COVID.  So

5  I had assumed that role because it was very much a struggle to

6  find any employees, as you've noticed at McDonald's.  And so

7  once we were able to find a person and find staff -- because

8  John also was -- had a full-time job as a paramedic at the time

9  with us and a paramedic RN.

10      So you know that whenever you take on additional duties,

11  then you also have to have someone to replace those that person

12  with additional duties.  So it's not uncommon whenever managers

13  resign even in the hospital.  I can't tell you how many times I

14  was the surgery director and the CNO or the ER nurse and the

15  CNO.  So nothing -- nothing -- that's not uncommon, but it was

16  -- that's just why the decision was made.  I could've keep --

17  kept doing what I was doing without a problem.

18  Q    (By Mr. Smith)  Do you know approximately how many jail

19  patients there were in late 2021 --

20  A    Um-hum.  There --

21  Q    -- we'll say August of 2021.

22  A    -- there were far less.  So I'm going to estimate probably

23  around 400, so the volumes were a lot different.  And the

24  reason for that is -- and I don't know if you recall this, but

25  -- the judge pretty much mandated that in correctional

1  facilities in general, that you looked at anybody that possibly

2  could be released, and they were, because of space constraints.

3  Q    And when you say, looked at somebody that could be

4  released, what do you mean by that?

5  A    I don't --

6                 MR. MOSLEY:  Object to form.

7  A    -- I don't know what that means because I'm not on the

8  legal side of it.  I don't know what makes you have to stay in

9  jail and what makes you not have to stay in jail.  All I know

10 is that they tried to decrease the population.  How they did

11 that?  That, I don't know.  I don't participate in any sort of

12 correctional policies, meaning how they arrest people, where

13 they house them, any of that.  I don't -- I don't have any

14 control over that or even know how it works.

15 Q    (By Mr. Smith)  Understood.  So you weren't saying that

16 you -- your review of people that were to be released somehow

17 changed?  It was --

18 A    No.  I don't --

19 Q    Okay.

20 A    -- no.

21 Q    Okay.

22                 MR. MOSLEY:  Kelley, please let him --

23 A    I -- we --

24                 MR. MOSLEY:  -- Kelley, please let him finish

25         his question.

1       THE WITNESS:  Okay.  Sorry.

2       MR. SMITH:  I did.

3   Q   (By Mr. Smith)  Okay.  All right, Ms. Hinely, I want to

4   talk now about -- you know, we've been sort of alluding to what

5   I think you have called, like, "the relevant time period."  But

6   I just want to talk about, like, COVID, when the pandemic was

7   kind of going on in general.  And, I think, if memory serves,

8   the pandemic started like sometime in like March 2020, or

9   that's kind of how I sort of conceptualize it; is that fair?

10  How would you -- what would you say?  When did the pandemic

11  start?

12  A   The first -- it was March or April of 2020.  Sure.

13  Q   Okay.  Karas Correctional Health obviously provided

14  healthcare services to jail patients prior to March 2020 as

15  we've established; is that fair?

16  A   Yes.

17  Q   Can you describe for me -- as a healthcare provider,

18  describe for me your experience providing medical care at

19  Washington County Detention Center during the pandemic.

20      MR. MOSLEY:  Objection to form.

21      You still answer, Kelley.

22  A   So, Ryan, I'm going to ask for clarification because we

23  don't -- or explain your question so I can answer it better for

24  you.  I don't -- healthcare, it would be like me trying to

25  explain to you how you work in a family practice clinic.  I

28

1  mean, I don't -- I can sit here and talk for 30 minutes if you

2  would like, but if you can clarify it a little bit more

3  exactly.  Are you wanting me to walk you through the entire

4  process of when a person arrives at the detention center, what

5  it would look like?  What are you asking for so I can give you

6  what you're trying to get?

7  Q    (By Mr. Smith)  Sure.  Here, let's try and frame it this

8  way:  Did providing medical services at Washington County

9  Detention Center change when the pandemic started?

10 A    No.  The only difference would be that you are dealing

11 with a respiratory illness that was assumed to be life

12 threatening; that they shut the entire United States down to

13 include our school system.  People were dying.  Nobody knew

14 what it was.  Nobody knew how to take care of it.  Nobody knew

15 how to keep people from dying.  There was no literature

16 available to use to try to help you in your guidance.

17     We didn't -- if you'll remember, you know, the governor

18 came on and said, "We're shutting school down."  Well, when you

19 come to a detention center, unfortunately we can't shut the

20 detention center down, and so nothing changed for us at all.

21     I don't -- if you'll remember back then whenever it first

22 started, we didn't even have point-of-care testing available.

23 So you -- how did you know you weren't dealing with a cold?  Or

24 how you -- how did you know that you weren't dealing with the

25 flu?  There was no test that told us what we were dealing with.

1 And if you did send something to the health department, it was

2 going to take you a week to get your results back at least.

3 And then by that time, we learned that this was going to be

4 spread everywhere.

5     So I think you just look at the school system.  What did

6 they decide to do?  They decided to shut down.  We didn't have

7 that option.  So did our things change?  The way that we took

8 care of people did not change.  We were still compassionate and

9 empathetic.

10     We couldn't even get protective equipment to protect

11 ourselves against the virus.  And did my staff get COVID?  Yes.

12 Were we even more short-staffed?  Yes.  Was it extremely

13 stressful on everyone involved to include detainees, officers,

14 my staff?  Yes.  Did the care that we gave people change?  No.

15 Q    Did Karas Correctional Health create any specific policies

16 related to the COVID-19 pandemic?

17                 MR. MOSLEY:  Object to form.

18                 You still answer, Kelley.

19 A    Policies, no.  How could you write a policy to something

20 that you didn't know what you were dealing with?  You don't

21 have policy in medicine.  You treat based on your practice of

22 medicine.  You don't -- you don't write a policy because you

23 can't treat every person the same.

24 Q    (By Mr. Smith)  So am I understanding your testimony to be

25 that really nothing changed once the pandemic started in terms

1  of the medical care that y'all provided to your patients?

2  There were no new policies or anything like that?

3  A    No.

4              MR. MOSLEY:  Object to form.

5  A    There -- there was no new policies.

6  Q    (By Mr. Smith)  And so y'all kept operating business as

7  normal as if the -- as you did before the pandemic started

8              MR. MOSLEY:  Object to form:  Misquoting the

9        witness.

10             You answer, Kelley.

11  A    So we had to start wearing N95 masks.  We had to start

12  trying to identify people that could potentially infect other

13  people.  Even though we didn't know what we were dealing with,

14  it makes sense when you have a viral illness to separate those

15  people from the people that don't appear to have a viral

16  illness.

17       Is -- is -- I'm going to ask you a question.  Is that what

18  you're asking me?  Because you have to adjust how you manage

19  things anytime you have a viral illness.  Is that a policy?

20  No.  Did we adjust the way we were practicing?  Yes.

21  Q    (By Mr. Smith)  Okay.  And so let's focus, then, on just

22  adjusting the way that you were practicing.  You talked briefly

23  about wearing protective gear.  What other ways did you have to

24  adjust the ways that you were practicing when the COVID

25  pandemic started?

1  A    So we did not have our first documented case, I think,

2  until late 2020.  So we -- what we chose to do is -- we

3  participated with the sheriff's office -- we would go to a room

4  where we would sit at our computers, and we would watch the

5  governor every day, and basically we would kind of use his

6  guidance and that team they had -- if you'll remember, they had

7  a physician that participated in stuff -- and we would try to

8  quarantine and segregate and move people and have them wear

9  masks when they were available.

10      If you'll remember, we didn't even have masks available.

11  We, the United States, had no masks available.  We did not have

12  protective equipment to protect ourselves as we are taking care

13  of these people.  Healthcare providers died.  Not mine.  But

14  you have to remember that nurses died, firemen died, paramedics

15  died during this time because we didn't have the equipment to

16  protect ourselves from the virus.

17      And so really that was a moving target.  You're asking me

18  for a policy, but it really just changed on -- based on what

19  the recommendations were at the time for a healthcare

20  institution.  They --if you'll look back through documents,

21  there was a section on correctional facilities, and they told

22  you, you know, what to do if you had a positive, what to do as

23  far as, you know, separating them from other inmates, and

24  things like that.  We just -- we -- we really just used that as

25  guidance because nobody had the answers, and nobody was going

1  to go on record and write it down, what to do, because nobody

2  knew.

3  Q    Okay.  And focusing now on those recommendations in that

4  guidance, where did you look to for that information?

5  A    I answered that question already, but I will answer it

6  again.

7  Q    Okay.

8  A    These -- the Arkansas State prisons and what -- for

9  correctional facilities, so whatever the health department and

10  the governor said to do in correctional facilities, that's what

11  we did, as far as segregation, the best we could.

12  Q    And you said that --

13  A    And I also --

14  Q    Sorry.

15  A    Hold on, Ryan.

16  Q    Sorry.

17  A     -- so I'll also let you know that, that was not my sole

18  or Dr. Karas's sole decision-making.  We don't make facility

19  decisions.  So that really was the sheriff's decision based on

20  what he needed to do with his facility.

21  Q    And when you say "that was the sheriff's decision," what

22  decision are you referring to?

23  A    Mask mandates --

24            MR. MOSLEY:  Object to form:  Asked and

25        answered.

1      THE WITNESS:  Okay.

2      MR. MOSLEY:  Go ahead.  Sorry.

3  A    -- mask mandates; housing; how long quarantine would be;

4  testing frequencies.  I mean, that changed all the time.  If

5  you'll remember, back then it was 14-day quarantine away from

6  everyone.  Now you have COVID, the first five days you're

7  supposed to stay away from everyone, and then you can go back

8  to work with a mask.  So things have really evolved since 2020.

9  Q   (By Mr. Smith)  And you mentioned the Department of Health

10  earlier.  I just wanted to confirm:  You're talking about the

11  Arkansas Department of Health; is that right?

12  A   The one that was participating with the governor's

13  meeting?  Yes.

14  Q   Okay.  And so besides the Arkansas Department of Health,

15  besides, I think you mentioned, like, the -- maybe the Bureau

16  of Prisons -- I can't recall exactly the other entity that

17  you're referring to -- what other sources of information or

18  guidance did you look to?

19  A   So we -- as far as testing and quarantine, Dr. Patel, who

20  was in charge of COVID for the Arkansas Department of Health.

21  I will spell that for you.  It's P-A-T-E-L.  He helped us some

22  as far as testing, separation, quarantine, retesting, those

23  types of things.

24      And then we also looked -- as far as management, there

25  wasn't -- there wasn't a whole lot out there at the time at

1  all.  So we used the FLCCC guidelines, which was a collective

2  group of physicians, people in bigger states than we were, that

3  put information together to try to help to keep people from

4  dying.

5  Q    Okay.  So let's talk about that really quick.

6  A    Um-hum.

7  Q    Let's talk about the guidelines that you're talking about

8  that the FLCCC put out.  I've seen the word "protocol" used in

9  the documents.  I'm assuming you understand what the word

10  "protocol" means, "COVID protocol"; is that fair?

11  A    Yes.

12  Q    What do you understand the term or the phrase "COVID

13  protocol" to mean?

14  A    A COVID protocol, or a treatment protocol, can be anything

15  that you want it to be as long as it's based on some sort of a

16  science.  Protocols can change.  Protocols can evolve.

17  Protocols are not written policies.

18  Q    What do you mean that a protocol is not a written policy?

19  A    A protocol could be something that's not even written

20  down.  A policy -- if you -- you know how to make a policy.

21  You work on policies all the time.  So a policy is -- you know,

22  it goes through a process:  You review it; you write it down;

23  it goes through committees for approval; and it becomes a

24  policy.  A protocol to me means it's a sequence of steps.

25  Q    Just so that you and I are on the same page, if I use the

1  term -- or I'll use the term "treatment protocol" for COVID

2  protocol.  Does that seem fair?  Is that more accurate to you?

3  A    That would be a much more accurate term.  Policy does not

4  apply at all.

5  Q    Sure.  I was just saying COVID protocol.  I wasn't

6  referring to policy.

7  A    Okay.

8  Q    So do you want to call it a "COVID protocol" or maybe a

9  "treatment protocol"?

10  A    You can call it whatever you want.

11  Q    Okay.  Just as long as you and I are kind of on the same

12  page.

13       So who at Karas Correctional Health was responsible for

14  creating the treatment protocol at Washington County Detention

15  Center?

16  A    Dr. Karas is in charge of all protocols.

17  Q    Did you assist in any way in creating the protocols?

18  A    No.

19  Q    Was it important for the Washington County Detention

20  Center to have treatment protocols?

21  A    Yes.

22  Q    Why?

23  A    Because you have paramedics, nurses, and EMTs following

24  protocols.

25  Q    And you mentioned that protocols don't have to be written

1  down.  Were y'all's -- was the -- were the treatment protocols

2  at the Washington County Detention Center written down?

3           MR. MOSLEY:  Object to form.

4  A    Yes.

5  Q    (By Mr. Smith)  And how were those protocols communicated

6  to you?

7           MR. MOSLEY:  Object to form:  Lack of

8       foundation.

9  A    Dr. Karas would communicate those protocols to me.

10 Q    (By Mr. Smith)  Was it in an email?  Did y'all have

11 meetings?

12 A    Most likely just meetings.  I mean, we were working

13 together on a regular basis, so I don't recall any emails.

14 Q    And what were y'all's -- y'all's treatment protocols were

15 based on the FLCCC; is that correct?

16 A    They were based on, but they -- it's my understanding that

17 they were not exact.

18 Q    Okay.  And did you ever review any FLCCC -- I think you

19 used the term "guidance," so I'll say guidance.

20           MR. MOSLEY:  Object to form.

21 A    Yes.  I've been on that website.  The document that was

22 provided to me, I think it's called ISAT, Dr. Karas would --

23 would bring that in and -- and we would review it.

24 Q    (By Mr. Smith)  Okay.  All right, I want to focus now on

25 this -- the treatment protocol.  I just want to talk about what

1    the protocol was.  You mentioned earlier that protocols, you

2    know, change.  I just want to kind of figure out what the

3    protocol at the Washington County Detention Center was.  I'm

4    going to share my screen really quick and show you a document.

5              MR. SMITH:  Mike, Amy, this is Document --

6         Doc. 4.

7    Q    (By Mr. Smith)  Ms. Hinely, can you see my screen?

8              MR. MOSLEY:  Doc. 4 -- I'm sorry.  I don't mean

9         to interrupt -- says "Gonzales Records" on my screen,

10        but maybe you've got it --

11             MR. SMITH:  Yeah, sorry about that.  So skipping

12        the records at 1 through 5.  This should be saved as

13        Doc. 4.

14             MR. MOSLEY:  Got it.

15             MR. SMITH:  Bates-stamped Karas 00001.

16             MR. MOSLEY:  Got it.

17             THE WITNESS:  You're going to have to -- yes,

18        stop right there, please.

19             MR. SMITH:  Oh, sorry.  Is this okay?

20             THE WITNESS:  Yes.

21             MR. SMITH:  And I'll give you an opportunity to

22        review it.  Just let me know when you're done.

23             MR. MOSLEY:  Can you make it bigger at all,

24        Ryan, please?

25             MR. SMITH:  Of course.

1          THE WITNESS:  Okay.  What is your question?

2    Q    (By Mr. Smith)  Mr. Hinely, do you recognize this

3    document?

4    A    I do not.

5    Q    Okay.  Do you see that the name Kelley Hinely was cc'd on

6    this email?

7    A    Yes.

8    Q    Do you believe that to be you?

9    A    Yes.

10   Q    Do you have any reason to think that you did not receive

11   this email?

12   A    No.

13   Q    Okay.  Really, I just want to focus on, you know, at the

14   bottom.  It says (as read):  "It's a 12-milligram once-a-week

15   dosing regimen."  The last sentence here, do you see that?

16   A    Yes.

17   Q    And do you understand this to be referring to ivermectin?

18   A    This specifically, if you go up to the next paragraph, you

19   would assume that it was because it said "ivermectin for

20   prophylaxis"  That means prior to having COVID, so I would

21   assume that it would mean ivermectin in that context, yes.

22   Q    Excellent.  So you kind of jumped ahead of me there.

23        So the phrase "prophylaxis," does that mean like -- you

24   said before you get COVID.  Is that like prevention sort of?

25   A    Yes.

1  Q     Okay.

2  A     Prophylaxis, prevention, that's what the terms mean.

3  Q     Okay.  And then treatment is different than prophylaxis.

4  Treatment is after a patient gets COVID; is that fair?

5  A     Treatment would be if you are -- you have the disease or

6  affliction.  So I'm not going to give you medicine to prevent

7  hypertension.  I'm going to give you medicine if you have

8  hypertension.

9  Q     Understood.  And am I correct that the protocols were

10 different for prophylaxis versus treatment?

11 A     Yes.

12 Q     And you're saying that based on this email, this is

13 referencing, I guess, the dosing regimen for prophylaxis?

14               MR. MOSLEY:  Object to form --

15 A     Prophylaxis.

16               MR. MOSLEY:  -- lack of foundation.

17 A     Yes, restating what you said, prophylaxis.  You can read

18 it right there:  "ivermectin for prophylaxis."

19 Q     (By Mr. Smith)  Okay.  And so as of November 23, 2020, the

20 Washington -- was the Washington County Detention Center's

21 prophylaxis dosing regimen 12 milligrams once a week?

22 A     The way I read this email -- the way that I read this

23 email, this is not referring to inmates.  I think this is --

24 I'm -- I'm just rereading it here.  It says (as read):  "I had

25 mentioned this morning to Kelley with law enforcement's risk of

1 exposure" -- "law enforcement's risk of exposure" -- "to keep

2 people working, need to have everybody working, I wanted to

3 offer the option to your staff."

4 So I -- I don't think this is referring to the care of

5 inmates at all.

6 Q    Did the Washington County Detention Center use different

7 dosing regimens for employees versus jail patients?

8 A    I don't --

9                    MR. MOSLEY:  Object to form.

10 A    -- treat employees.

11 Q    (By Mr. Smith)  Do you know as of November 23, 2020, what

12 the prophylaxis dosing regimen was for jail patients?

13                    Object to the form:  Lack of foundation.

14 A    We did not do prophylactic treatment in 11/23 of 2020

15 because we did not have COVID.

16 Q    (By Mr. Smith)  Okay.

17 A    I'm trying to recall because that was three years ago.  I

18 would have to look at time frames to be specific.  But I -- it

19 is possible that sometime around this time frame we started to

20 offer vitamins that were shown to strengthen your natural

21 immunity.  So those vitamins would be vitamin C, zinc, and

22 vitamin D.  And I don't know what time frame that was, but we

23 offer that to every person in the jail -- every detainee in

24 jail.

25 Q    Okay.

1      MR. SMITH:  Sorry.  I'm trying to figure out how

2          to stop sharing my screen.

3          Okay, I'm going to pull up another document.

4      This is saved as Doc 5, Karas Bates stamp 4.

5          THE COURT REPORTER:  Ryan, are you marking that

6          last one?

7          MR. SMITH:  Yes.  I would move to introduce that

8          as Plaintiff's Exhibit 1.

9          (Whereupon, Plaintiff's Exhibit 1 was marked for

10         identification and is attached hereto.)

11  Q    (By Mr. Smith)  Ms. Hinely, can you see my screen?

12  A    Yes.

13  Q    Do you recognize this -- or I'll give you a second to

14  review it.  I apologize.

15  A    No.

16  Q    You see your name listed on the "To" line?

17  A    Yes.

18  Q    Do you have any reason to think that you did not receive

19  this email on November 24, 2020?

20  A    Obviously, I received it.  That doesn't mean that I read

21  it.

22  Q    Okay.  All right, looking at the subject line, it says:

23  "MATH+ ivermectin recommendations."

24  A    Um-hum.

25  Q    What is MATH+?

1  A     That was --

2                  MR. MOSLEY:  Objection to form:  Lack of --

3          objection to form:  Lack of foundation.

4                  You answer, Kelley.

5  A     Okay.  So if you go to the FLCCC website, the ISAT

6  document that I was referring to, that -- it's -- to me those

7  two coincide.  If -- my understanding is the MATH+, the two

8  coincide.  ISAT, MATH+.  So it's -- I don't know what MATH

9  stands for, honestly.

10      Like I said before, and I'll repeat, Dr. Karas was in

11  charge of this and relayed information to myself.

12  Q    (By Mr. Smith)  Okay.  I'm going to read this bullet

13  really quick.  I want you to follow along with me.

14      (As read):  "Ivermectin for pre and post exposure

15  prophylaxis" -- I'm going to skip that -- "200 ug, slash" --

16  you can't read what's here -- "immediately then repeat in 72

17  hours."

18      Did I read that correctly?

19  A    Sure.  Would you like me to explain pre- and post-exposure

20  to you?

21      So "prophylaxis," that means they don't have COVID.

22  Q    Okay.

23  A    So either you're -- you've -- you're trying to prevent it,

24  "pre," or you've been exposed, but you don't have COVID.

25  Q    Okay.  And I see that this right here, where my mouse is,

1 has 150 to 200 ug per kilogram. Is it -- do you think that

2 this is also ug per kilogram based on your understanding of

3 these protocols?

4 A     Yes, or 0.2 milligrams per kilogram.

5 Q     Okay.  And so this would be -- so is this identifying a

6 dosing regimen for pre- and post-exposure prophylaxis?

7 A     That's a recommendation or a potential recommendation per

8 -- the way it's stated it looks like clinicaltrials.gov.

9 Q     Okay.  And then I'm going to continue (as read):

10 "Ivermectin for prophylaxis in high-risk individuals 150 to 200

11 ug per kilogram, or 12 milligrams, ivermectin weekly."

12     Did I read that right?

13 A     Yes.

14 Q     And can you explain to me what that means?

15 A     You just read it to me, so "ivermectin for prophylaxis in

16 high-risk individuals."  So you would have to reference what

17 this organization decides is high risk.  We do know currently

18 what is considered high risk is:  obese, high blood pressure,

19 diabetic, age, and smoking.  I don't know what this particular

20 thing was considered to be high risk.  So you would have to

21 know what your high-risk categories are.

22     And then in those people, they're saying "prophylaxis," so

23 you can give it to them every week to prevent them from giving

24 -- getting COVID.  So kind of like the HIV medicine.  If you

25 want to have sex with someone with HIV, then you can take

1  something prophylactically to prevent you from getting it.

2          THE WITNESS:  And, Ryan, we're going to have to

3      take a break.

4          MR. SMITH:  Sure.  No problem.

5          THE WITNESS:  Okay.

6          MR. SMITH:  Let me stop sharing my screen.

7      Yeah, absolutely.  Do we want to take -- oh, I see

8      Mike's --

9          Mike, are you there?

10          MR. MOSLEY:  What do y'all want to do?  5, 10?

11      It doesn't matter to me.

12          THE WITNESS:  Five minutes is fine.  I just -- I

13      can't sit here for hours on end without breaks.

14          MR. SMITH:  Okay, yeah, no problem.  This is on

15      the hour, so that that works, and we'll take five.

16          THE WITNESS:  All right.  Thank you.

17          THE COURT REPORTER:  Hey, Ryan, did you want to

18      mark that last one as 2?

19          MR. SMITH:  I might have more questions.

20          THE COURT REPORTER:  Okay, you're cool.  I'm

21      just -- before we go off, I'm on it, but, yeah, okay.

22          MR. SMITH:  Yeah, I will.

23          THE COURT REPORTER:  Totally fine.  Thanks.

24          (Whereupon, a recess was taken, after which the

25      proceedings continued as follows, to-wit:)

1 BY MR. SMITH:

2 Q    Ms. Hinely, did anything happen during that break that

3 would for some reason prevent you from testifying truthfully?

4 A    No.

5 Q    Okay.  Ms. Hinely, in your prep today and yesterday,

6 besides your attorney, who all have you spoken to?

7                  MR. MOSLEY:  Object to form:  Lack of

8         foundation.

9 Q    (By Mr. Smith)  And, really quick, Ms. Hinely, let me

10 clarify my question.  Who have you spoken to, to prepare for

11 this deposition besides your attorney?  I'm not asking for any

12 attorney-client information.

13 A    Since yesterday?

14 Q    Yes.

15 A    So when we prepped yesterday, in the room was Dr. Robert

16 Karas, Tracey Moore who is the business office person, and

17 myself.

18 Q    And did y'all review any documents?

19 A    The only document that I reviewed at all -- there's two of

20 them:  One is the FLCC guidelines that we -- we referenced at

21 the time because that's evolved, so I did not have the -- the

22 one from '21.  And then the other document I looked was on a

23 financial profit/loss statement.  So other than that, no, I

24 haven't looked at anything.

25 Q    Okay.  Earlier today during your deposition, did Dr. Karas

1  pass you any notes?

2  A    No.

3  Q    Okay.  Did he suggest in any way how you should answer a

4  question?

5  A    No.

6  Q    Okay.  All right.

7           MR. MOSLEY:  Well, if we're going to put that on

8           the record, Ryan, I'd like to put what you called me

9           and accused her of, then, if you're going to -- if

10          you're going to say -- ask these questions.

11          I had a phone call on one of the breaks where

12          Ryan accused you of looking over to who he presumed

13          to be Dr. Karas during some of your answers.  And

14          that is denied.

15          Go ahead, Ryan.

16 Q    (By Mr. Smith)  Ms. Hinely, I want to talk now about

17 training at Karas Correctional Health.  I believe you testified

18 earlier that you handle the training.  Is that an accurate

19 description of your testimony?

20 A    Define "handle"?

21 Q    Sure.  Do you train Karas Correctional Health employees?

22 A    I prepare the training materials.  It may be myself or a

23 delegee, somebody that I delegate, though I'd actually do the

24 training and the checkoffs.

25 Q    And what kind of materials -- when you say you create the

1 training materials, what kind of materials are in the training

2 materials?

3 A    It could be a verbal presentation.  It could be a handout.

4 It could be an email.  It could be a lot of different things.

5 It could be a video.

6              MR. SMITH:  Hey, Amy, really quick before I

7         forget, I want to admit -- move to introduce that

8         last exhibit, as we discussed right before we went

9         off the record, as Plaintiff's Exhibit 2.

10             (Whereupon, Plaintiff's Exhibit 2 was marked for

11        identification and is attached hereto.)

12             MR. MOSLEY:  Kelley, I need Dr. Karas to be in

13        the screen.

14             MR. SMITH:  Um-hum.

15             THE WITNESS:  Okay.  I'm sorry.

16             DR. KARAS:  Yeah, I'm sorry.  I stepped out.  I

17        had to see a patient.

18             MR. SMITH:  That's fine.

19             THE WITNESS:  If you guys will document he's

20        behind me, so I can make no contact with him

21        whatsoever.  Just letting you know.

22 Q    (By Mr. Smith)  Ms. Hinely, in some of the depositions

23 that we've had, the phrase "pill call" has been used.  Are you

24 familiar with that phrase?

25 A    Sure.

1   Q    Okay.

2   A    Yes.

3   Q    What is a pill call?

4   A    I do believe that "pill call" is what it is referred to in

5   prison.  I do think that in the prison system -- which I've

6   never been inside of a prison -- but they actually have like a

7   nurse's station or a window, so you line up in a single file

8   line for pill call.  And so I think that's what people who have

9   potentially spent time in prison would refer to medication

10  passing -- what we refer to as "medication passing," or a "med

11  pass."

12       So every facility is -- is probably different.  I have not

13  been inside any other facilities besides ours.  But the way we

14  do things is there's a cart, and on that cart are medications.

15  So let's say that a person has a blood pressure medicine, and

16  it's -- it's labeled for them.  So it would be their -- you

17  know, their medicine.

18       The exception to that is if it's an over-the-counter

19  medicine, like ibuprofen, vitamins, vitamin C, Pepcid,

20  something that you can purchase at Walmart and/or you can

21  purchase off commissary, then it'll just be in whatever bottle

22  it comes from.  You know, there won't be -- it won't -- it

23  wouldn't be like a prescription medicine.  Prescriptions are

24  required to be labeled just like they are when you go get a

25  pharmacy -- you know, you get one from your pharmacy.  So ours

are in carts.  I don't know if you've ever been in the hospital or in a nursing home.  Kind of -- a nursing home historically uses this system.  So it's a med cart.  You open it, and it has slots for medicines.  It's not automated, because those are very expensive.  And then you have a computer screen and a tablet attached to the top of a cart.

So nobody is given anything that they're not ordered.  So they pull up the medicine, and we have something -- you were asking about education -- so the most important thing when you do is, you have to make sure it's the right person, the right time, the right medicine, and the right dose, because safety is the most important thing.  Our -- we don't want to hurt anyone.  And so they have a computer screen that pulls up, so the medication has to be ordered on that person on that computer screen.

In a perfect world, people would line up, kind of like in school, alphabetically.  But usually how it works is the medication passer and an officer -- because we cannot have interactions with them without an officer present, so if you're in general population, meaning that you have an offense that warrants that you can be in an open block and get along with other people, then you have to have one officer with you.  If you're in a place to where it's considered you may be more dangerous, then you have to have two officers with you at all times.  So we're one of the few facilities that actually don't

1   have officers passing medications.  We have staff, our staff,

2   that passes them.

3       So they would call the name on the screen, "Mr. Smith",

4   and they can come to the cart and get their medicines.  If they

5   don't come to their cart, routinely you call their names two to

6   three times, and if they still don't come, then it's marked as

7   refused.  So that detainee doesn't say that I just marked their

8   medication as refused without their knowledge, then the officer

9   will cosign that Mr. Smith refused his medicines.

10      So that's what they're referring to with pill call, is

11  they're lining up to receive their medicines.  But there's --

12  it's more to that.  It's not like:  "Everybody line up and get

13  your medicines."  It's:  "Mr. Smith."  "Mr. Anderson."  You

14  have to check their name band with their picture on the

15  computer to make sure because our population historically will

16  do anything to try to trick you and take someone else's

17  medicine.

18  Q    Okay.  I want to quickly ask you for just one point of

19  clarification because I think I heard two different things.

20  But --

21  A    Okay.

22  Q    -- have you been inside of Washington County Detention

23  Center before?

24  A    Have I?  Yes.  Have I been in other counties' detention

25  centers?  No.  Have I been inside of a state prison system?

1  No.  So I can't say how other people do things.

2  Q    Understood.  I just wanted to make sure that I was clear

3  and the record was clear.

4  A    Right.  Right.

5  Q    So thank you for that clarification.

6      Okay.  You mentioned that med passers are the ones that

7  pass out the medication during pill call.  Do you or does

8  anybody at Karas Correctional Health train the med passers for

9  how to pass out medications during pill call?

10  A    Yes, prior to them doing so independently.  So any new

11  hire in the medical field has to go through orientation.  You

12  have to be educated on your job, and you have to be checked off

13  on your job.  And it's not uncommon to have ongoing training.

14      So I can give you an example of when a med passer would be

15  retrained or a nurse would be retrained.  So I'm sure you've

16  probably done cases or read of cases where there are medication

17  errors.  You don't want medication errors to be punitive.  You

18  want to self-identify:  "I accidentally gave Mr. Smith a

19  Tylenol instead of an ibuprofen."  So you want them to

20  self-report those.  That's not something you get fired for

21  because it happens.  People are human and make mistakes.  So

22  then at that point you would be retrained.  So you would go

23  through a process of trying -- you know, identify what

24  happened, and it would -- you would do a retraining.

25      We also do annual training with the medication passers,

1  and -- and our staff for that -- for that matter.  I mean,

2  there's -- my ACLS certification, for example, you have to redo

3  every two years.  So in the medical field, and I'm sure in your

4  field, you have to do reeducation just to make sure that you

5  stay fresh.

6  Q    And who is it that would do the reeducation or the

7  training during orientation?

8  A    Someone with a license.  So we don't have -- we're very

9  small.  I don't have a nurse educator.  That would be amazing

10 if I did.  But it could be myself.  It could be -- you know, we

11 had talked about John Beckham.  It could be Kim.  It could be

12 one of the paramedics.  Just somebody who has a license.

13 Q    And would it be fair to say that you are in charge of the

14 training if you are creating the materials even if you are not

15 doing the training?

16 A    Yes.

17              MR. MOSLEY:  Object to form.

18 A    Yes.

19 Q    (By Mr. Smith)  Okay.  When Karas Correctional Health

20 started the treatment protocol, was there any retraining

21 related to pill call for the treatment protocol?

22 A    I don't recall specifically.  So as I stated, the way that

23 we were doing treatment was changing based on information as it

24 was given to us.  So I do know anytime there's a change,

25 COVID-related, not COVID-related, then there's retraining at

1   that time.  That would be a question specifically for those

2   individuals because I don't remember.

3   Q     Did you organize any training for the COVID treatment

4   protocol?

5   A     There would have been verbal interactions and/or -- so the

6   way we do things in our system -- in our computer system is,

7   you can create order sets or orders.  Like if a medicine is

8   part of a protocol -- okay, this is a good example, so I can

9   explain this to you.  So I think it'll just help you if you

10  understand how we do things.  So people come in the door -- and

11  this is very common in our population -- so there's initial

12  screening before a detainee ever gets into our facility -- we

13  call it a COVID screening -- where we ask them if they've been

14  exposed, if they have a fever.  But that's with a medical

15  professional.  It's a medical person that does that.  And if

16  there's any concerns at that time, we won't accept that person

17  in the door.  They would go to the emergency room for a

18  clearance.

19      At that time, we identify areas of potential harm to them.

20  We have a lot of people that come in that are under the

21  influence of drugs and alcohol or -- so we flagged those

22  people, and we put them on something called a "detox protocol."

23  So even if they don't ask, we're going to monitor them closely

24  to make sure that they don't go into delirium tremens or they

25  don't have a seizure or things like that.

54

1    So once we clear them to get in the door, they go through

2    booking, and then a medical staff member sits down with them

3    and goes over any health questions with them, any concerns that

4    they may have.  We talk about how they can ask for a sick call,

5    how they can -- we give them an opportunity to tell us about

6    medicines that they may be needing or medical problems that

7    they may have.  So we're having an active relationship with

8    them from the time that they walk in the door.

9    At that time is whenever they give consent for medical

10   treatment.  Okay?  Those questions are preferably asked by a

11   member of Karas Correctional; however, if they're not, a

12   booking officer can ask them, especially if the person is

13   violent or -- or if -- you know, if something happened, they

14   can ask them, but we prefer a medical professional to do it.

15   So we're developing relationships with these people.  So

16   there's an ongoing dynamic between us and the detainee.  We're

17   building relationships with them, because they -- we want them

18   to trust us and tell us if they have a medical problem.  So

19   anytime a medication -- a med passer, you know, has a question

20   about a medication or -- or something, they're not trained in

21   medicines.  They're trained to do a task.  They're checked-off

22   to do a task.  They're going to have general knowledge, meaning

23   they can read the package and say "This is aspirin."  But any

24   questions specific to a treatment, a medication, anything like

25   that has to go to a licensed person.

1    And I gave you more information than you asked for because

2  I think you need to kind of understand the process.  And that

3  process is not going to be the same as it is in other

4  correctional facilities.

5  Q    Do the med passers have any education or training

6  regarding potential side effects of drugs?

7  A    Other than anaphylaxis, no, because that's not their role.

8  Their role is to simply take the card out of the drawer, tell

9  the person this is what they're ordered.  The person should

10 know what they're ordered.  If they weren't in detention, they

11 could give themselves their own medicines.  So they are trained

12 on doing the task of passing medicines is what they're trained

13 on.

14    Now, they have been trained if they -- if a person reports

15 a side effect, then to report that to someone with a license.

16 And you can ask any detainee -- you can ask any detainee "What

17 does a med passer tell you if you have a medical problem?  Put

18 it in the kiosk.  Request a sick call."  I mean, they know.

19 Officers can pass out medications.

20 Q    Okay.  And did you provide -- did you or anybody else at

21 Karas Correctional Health provide a sort of script or a list of

22 potential side effects for the drugs that med passers could

23 read to inmates during pill call?  And let me also -- I'm so

24 sorry.  I just want to clarify.

25 A    Yeah.

1  Q    And right now I'm asking about specific to when inmates

2  are in isolation, quarantine.

3  A    Okay.  So they had been instructed to refer those

4  questions to a licensed person.  And at any time we dealt with

5  old information, I -- I give people handouts on side effects of

6  medicines, on actions of medicines.  We're not there to

7  withhold information.  We're there to help them.  So at any

8  time if anyone had asked or had questions, I don't think it's

9  good practice to have a non-licensed medical person giving out

10 medical advice, and I felt like that that's medical advice.

11 And that's just my opinion.

12 Q    But you have a non-licensed medical person distributing

13 the medications; correct?

14 A    Because the person can give it to themselves if they were

15 permitted to, yes.

16            MR. SMITH:  Sorry.  My calendar just beeped at

17        me.

18            Okay, I'm going to quickly show you -- share my

19        screen.  I'll show you another document.

20            Amy and Mike, this is Document 3, Bates Number

21        Karas 212 to 213.

22            Ms. Hinely, I'll give you an opportunity to

23        review it.  Just let me know if you need me to scroll

24        down or anything; okay?

25            THE WITNESS:  Okay.  You need to make it bigger,

1       first of all.

2          MR. SMITH:  Need to make it bigger, sure.

3          THE WITNESS:  Yes.

4          MR. SMITH:  Do you want me to start at the --

5       here, or do you want me to start at the first in time

6       email?  What's easiest for you?

7          THE WITNESS:  Okay, so September 1 of 2021.

8       Okay, just go down.  Scroll down.

9          MR. SMITH:  Yes, ma'am.  All the way down or

10      just right here?

11         THE WITNESS:  Right there's great.

12         You can scroll down now.

13         MR. SMITH:  Okay.  Is that --

14         THE WITNESS:  That that looks great.  Thank you.

15         MR. SMITH:  Yeah, no problem.

16         THE WITNESS:  Okay.

17 Q  (By Mr. Smith)  I'll scroll down a little more.  But,

18 Ms. Hinely, do you recognize this document?

19 A   Yes.

20 Q   And can you explain to me what this document is?

21 A   You have to go -- you have to go down.

22 Q   Sure.

23 A   Okay, so this documented -- this document would have

24 originated from Corey Thomas who is a US Marshal.  We -- the

25 detention center contracts with the US Marshals to house

1  detainees that are US Marshal detainees in the facility.  So we

2  provide medical care for US Marshal detainees.

3      So something prompted him on August the 25th, 2021, which

4  I believe was just following the media release with allegations

5  of ivermectin use -- I believe, nonmedical-grade ivermectin use

6  was made.  And he is requesting information on what -- let's

7  see -- so (as read):  "Please clarify for my people" -- he's

8  referring to US Marshals -- "to what the doctor" -- which is

9  Dr. Karas -- "is prescribing to fight COVID-19 in federal

10  inmates," which would include the ones that are housed at the

11  detention center.

12  Q    And at the top, this says, from Washington -- or "From:

13  WCDC medical."  Correct?

14  A    Yes, sir.

15  Q    And at the bottom here, it says, "Thanks, Kelley"  Is that

16  correct?

17  A    Correct.

18  Q    Is this you responding to an email, like, through

19  Washington County Detention Center's medical, like, email

20  address?

21  A    Yes.

22  Q    Okay.  Is it -- was it common for you to do that?

23  A    Yes.  We have no outside email access inside the jail.

24  Q    And I want to focus just on this paragraph right here for

25  now.

1  A      Sure.

2  Q      It says -- I'm going to read it, and if you'll follow

3  along, I would appreciate it -- (as read):  "Variations of the

4  current COVID protocol have been used since the first

5  identified case in June of 2020.  The current protocol is as

6  follows."

7         Did I read all of that correct?

8  A      Yes.

9  Q      Okay.  "Ivermectin 12 to 24 milligrams, based on weight,

10 daily times 5 days."

11        Did I read that correct?

12 A      Yes.

13 Q      Okay.  "Doxycycline 100 milligrams 2 times per day for 5

14 days. "

15        Did I read that correct?

16 A      Yes.

17 Q      "Montelukast 10 milligrams per day for 10 days."

18        Did I read that correctly?

19 A      Yes.

20 Q      "Pepcid 20 milligrams per day for 10 days. "

21        Did I read that correctly?

22 A      Yes.

23 Q      Okay.  And then "vitamin D 100,000 IU daily for 3 days."

24        Is that right?

25 A      Vitamin D3 --

1  Q    Yes.

2  A    -- 100 milligrams IU daily for three days, yes.

3  Q    Thank you.  And then at the end it also mentions

4  melatonin, vitamin packs, vitamin C, vitamin D, and zinc.  Is

5  that correct?

6  A    Yes.

7  Q    Okay.  So this email was sent on August 26, 2021; is that

8  correct?

9  A    Yes.

10  Q    And you say that this is the current protocol; is that

11  correct?

12  A    Yes.

13  Q    And so was this the current protocol as of August 26,

14  2021, at the Washington County Detention Center?

15  A    Yes.

16  Q    Okay.

17            MR. SMITH:  All right, I'm going to share my

18        screen again.

19            Mike, Amy, I am now pulling up Number 1, Wooten

20        records.

21            And, Madam Court Reporter, if I can move to

22        introduce that last exhibit as Plaintiff's -- I

23        believe it's 3; is that right?

24            THE COURT REPORTER:  Yes, 3.

25            MR. SMITH:  Thank you.

1          (Whereupon, Plaintiff's Exhibit 3 was marked for

2          identification and is attached hereto.)

3          MR. SMITH:  Ms. Hinely, if you'll please review

4          this document for me.  If you need me to scroll down

5          just let me know.

6          THE WITNESS:  Okay.

7          MR. SMITH:  Is that good?

8          THE WITNESS:  Yes.  Okay.  Okay.

9          MR. SMITH:  Okay.  There's a few more pages, but

10         I just want to focus on these first three for now.

11         THE WITNESS:  Okay.

12         MR. SMITH:  I'm going to scroll back up to the

13         top; okay?

14  Q  (By Mr. Smith)  All right, do you recognize this document?

15  A  So this is not -- this would be -- I'm not sure.

16  Q  Okay.

17  A  Chart notes.  So I recognize the content, but this would

18  not be what I see on the computer screen.  But I do recognize

19  the content.

20  Q  Okay.  So can you describe what this document is?

21  A  So it's a record of treatment would be my best way to

22  describe it.  There's a lot of different computer screens and

23  keystrokes that generate this document, but essentially, it's a

24  collection of database material, I guess would be the way to

25  describe it.

62

1  Q    And this would come from -- you said, like, inputs data

2  from -- from what kind of sources?

3  A    Medical treatment sources, so -- okay, so like the first

4  one, I'll try to explain to you.  All right, so 9/17/21 someone

5  performed a task; a COVID test was performed.  So Nathaniel

6  Bruner went into the computer system and documented that that

7  test was negative.

8  Q    Okay.  So -- and correct me if I'm wrong, but is this

9  basically just a summary of, I think you used the words,

10 "medical treatment" that's provided to a particular jail

11 patient?

12 A    Yes.

13 Q    Okay.  And if this is coming from inputs from other data

14 sources, this -- the information on this summary is most likely

15 correct; is that fair?

16 A    I have no reason to believe that it's not.

17 Q    Okay.  In fact, it would be -- you know, if we're talking

18 about patient safety, it would be very important that this

19 information is correct; is that fair?

20 A    Yes.

21 Q    Okay.  All right.  And, Ms. Hinely, this is -- this says

22 "Edrick Floreal-Wooten"; is that correct?

23 A    Yes.

24 Q    And Mr. Wooten is one of the plaintiffs in this case; I'll

25 represent that to you.

63

1    Okay, I want to -- I'm going to scroll down really quick,

2  and I'm going to ask you some questions about this document.

3  A    Okay.

4  Q    Okay.  First of all, who is Jo -- is it Jolana? -- Jolana

5  Wilson?

6  A    She's a paramedic.

7  Q    A paramedic.  How do you pronounce her name?

8  A    She goes by Jo.

9  Q    Jo, okay.  I'll just call her Ms. Wilson.  That'll be

10  easy.

11    Okay, so on 8/21, right here, if Ms. Wilson's name is over

12  here, does that indicate to you that Ms. Wilson input this data

13  that's on this summary?

14  A    Yes.

15  Q    Okay.  And so on 8/21, it says, "med call."  What is a

16  "med call"?

17  A    So it -- sick call.  So this person was seen by Jo.

18  Q    Okay.  And it says right here:  "added" -- here, I'll zoom

19  in for you -- it says:  "added to" -- is that LEW?

20  A    No.  That would be review.

21    So remember an hour ago or so that I told you that if a

22  paramedic or a nurse was implementing a treatment, then they

23  put it on review for myself or Dr. Karas to review.  So anytime

24  you see "added to review," that's like a double-check that we

25  are reviewing what they did.

1    Q    Okay.  And did I understand you correct; did you say when

2    they're implementing services, they put it on review?  Is that

3    -- I just want to make sure I heard you properly and used a

4    correct term.

5    A    I don't know if "implementing services" is the correct way

6    to describe it.  So assessing someone or seeing someone, I

7    think a detainee would refer to this as "sick call."

8    Q    Okay.  And --

9    A    I will tell you -- I think this is important.  I will tell

10   you that during mass testing -- because we had to test a lot --

11   I -- I would have to look at other records to be a hundred

12   percent certain -- but the interaction would probably be -- of

13   the options that we have in the computer, it would probably be

14   med call.

15        So you may not see a kiosk, them eliciting or filling out

16   a sick call form, but they were seen by someone because of the

17   mass testing of COVID.

18   Q    Okay.  And --

19   A    Because we have to chart that some way.

20   Q    -- and it says right here:  "COVID plus 8/21/21."

21   A    Okay.

22   Q    Does that suggest to you that Mr. Wooten tested positive

23   for COVID on 8/21/2021?

24   A    Yes.

25   Q    Okay.  And a few lines down it says:  "158 pounds."

1  A    Yes.

2  Q    So Mr. Wooten weighed 158 pounds on 8/21/2021?

3  A    Correct.

4  Q    Okay.  All right, at the bottom, it says:  "Protocol meds

5  started.  Placed on review."

6      What does it mean by "protocol meds started"?

7  A    So as I described the process to you earlier, we -- like

8  when I was going over the detox, like the detox that I was

9  telling you about, so we can build prescription sets in the

10 computer.  So if you go up to the previous line, she works

11 overnight, so it looks like that she documented at 2340.  She

12 was documenting this.  So that's 11:40 p.m.  She was

13 documenting here about COVID-positive, dah, dah, dah, dah.

14     So then she went back about 30 minutes later.  And in the

15 computer, you can build a prescription set.  So you know how

16 you said, "Do you have written protocols?"  Based on what we

17 were doing at the time, which changed often, you could just

18 pick prescription set.  And then you see it's positive --

19 COVID-positive, so this person was ordered what we were doing

20 at the time, which I want to reiterate changed often.  It would

21 -- it would change it to what we were doing at that time.

22 Q    Okay.

23 A    And then by pushing prescription set -- so once you push

24 the button "prescription set," then it'll generate the

25 information above it.  So your question was, "What protocol

66

were you using then?" Well, prescription set, when she pushed

that button, it put these orders right here automatically into

the system for the med passers.

Q    Okay.  And so correct me if I'm wrong, but is it -- is it

fair to say that doxycycline, ivermectin, and montelukast,

because they all say "prescription added," is part of this

prescription set that you just described?

A    Yes, sir, at that --

Q    Okay.

A    -- at that time, but -- but you can change -- like, it can

change.  That's what it was at this time.  So that's a -- that

way it gives consistency for people where they're not manually

having to enter it every single time.

Q    Understood.  And --

A    So it's called a "prescription set."

Q    Okay.  And I'm going over this document in a little more

detail just because I understand -- so I understand what all

these sort of input and values mean.  We won't do this for the

other one, so I apologize for some of these questions that

probably seem very tedious to you.

    Okay, so I want to look at "Medication Name:  ivermectin."

I want to look at this input right here.

A    Okay.

Q    So this says:  "Directions:  PO QD."  I believe that means

you take it orally daily, but I could be wrong.

1  A    Right.

2  Q    Is that right?

3  A    So if this was -- the way the system works is it -- so it

4  would be:  ivermectin 12 milligrams by mouth daily.  Then you

5  have to go down to the bottom of this block.

6  Q    Right here?

7  A    So he would be given it P.M.  So if you think about --

8  this says 8/22 of '21.  8/22 of '21.  The prescription wasn't

9  added until a little bit after midnight, so the opportunity for

10 him to get it would actually be 8/23 of '21 at P.M. med pass

11 that starts after 7:00 p.m., just to let you know.

12      So it's kind of like you get a prescription from your

13 doctor, and you take it to the pharmacy, you have to wait for

14 them to fill it, and then you take it whenever you get the

15 prescription.

16 Q    Okay.  So you're saying that Mr. Wooten would not have

17 received ivermectin until the following night, so P.M. on

18 8/23/2021.  Is that what you're saying?

19 A    It would actually be -- see this says -- I'm sorry --

20 because I'm -- it's switching overnight.  So it would be

21 8/22 -- because this was put in at 0012, so it'd be 8/22 he

22 should have received it, and I would not know without looking

23 at the distribution report.  So 8/22, it was ordered.  He

24 should have been offered it on 8/22 P.M.

25 Q    Okay.

1  A      If you want to look at the next one just for contrast:

2  doxycycline -- go down to doxycycline --

3  Q      Right here?

4  A      -- by mouth, BID, which means A.M. and P.M. because we

5  pass out meds twice a day.  Then he should have got his first

6  dose or offered his first dose of doxycycline if it was -- if

7  we had it -- if we had it in stock.  Then it would have been --

8  the start date would have been 8/22 in A.M.

9      We do not have a pharmacy, so we -- we are at the mercy of

10 what supplies we have and is sent to us because we can't -- we

11 don't have a distribution license.  We don't have a pharmacy on

12 site.  Prison systems do, but we do not, so we have to use an

13 outside pharmacy.

14 Q      Okay.  And then one more question on this.  It says,

15 "doctor protocol."

16 A      Right.

17 Q      Does it say that -- you mentioned earlier that it was sort

18 of -- the order was put in automatically in the system.

19 A      Right.

20 Q      Is that why it says "protocol" right there?

21 A      Right.  Which, I told you earlier, Dr. Karas is in charge

22 of all the protocols.

23 Q      Okay.

24 A      I don't know my interactions with Floreal-Wooten with this

25 particular detention of his.  I do know that I've seen him and

1 treated him as a patient for other medical concerns.  So if you

2 look through his numerous records, if he was seen for dental

3 pain, then if I was the provider in charge that day -- like,

4 say I was there that day or I was seeing patients that day --

5 instead of it saying "protocol," it would say "Hinely" right

6 there.

7 Q    Okay.  I understand.  And I think there may be --

8 A    Yeah.  So --

9 Q    -- I think there may be a document like that later on, and

10 we can --

11 A    Right.  So --

12 Q    -- so --

13 A    -- but it's -- it's whomever -- whomever is going to be

14 reviewing -- or the best that they know, whomever is going to

15 be reviewing that, they're -- they're ordering that on

16 Dr. Karas's behalf or on my behalf, you know.

17 Q    Okay.  So if I'm understanding correctly, Jo Wilson is

18 ordering a prescription on behalf of either you or Dr. Karas,

19 and that's why it says "protocol"?

20 A    Yes.

21 Q    Okay.  And I'm going to scroll up really quick to right

22 here.

23      Okay, so this says "Kelley Hinely" right here, so this was

24 an input from you; is that correct?

25 A    Right.  Okay, so we had talked earlier about anytime a

1  protocol is followed or an assessment is done.  So we have a

2  dental pain protocol.  We have a sore throat protocol.  We have

3  a headache protocol.  So anytime those are followed, they put

4  it on review.  So I can review that.  Dr. Karas can review it.

5  But whomever is reviewing it, essentially, is going to do a

6  note.

7      So reason for review:  This person was COVID-positive.  So

8  she's -- this is -- this is Jo -- Jo typing here; okay?

9      Reason for review:  COVID-positive, 8/21/21.  28-year-old

10  black male, six-one, 158 pounds.  He refused his vaccine on

11  7/22/21 and again on 8/12/21.  Protocol meds started.  Placed

12  on review.

13      So Jo would have signed that, Jo Wilson, which was down,

14  you know, where she -- she had put that note in.

15      Then it goes to my list.  So we work off of a work list.

16  So it goes to my list.  So I opened it up.  I said I reviewed,

17  so I reviewed what she did.  I now am --

18                  (Whereupon, due to Zoom technical difficulties,

19              a recess was taken, after which the proceedings

20              continued as follows, to-wit:)

21  BY MR. SMITH:

22  Q    All right.  I'm going to share my screen one more time.

23  All right.  And --

24  A    Then go down to ivermectin on -- let's see --

25                  THE WITNESS:  Dr. Karas is back.

1          MR. SMITH:  Okay.

2          THE WITNESS:  Just to let you guys know.  There

3      he is.

4  Q    (By Mr. Smith)  Okay.  And really quick, Ms. Hinely, I

5  just want to make sure that we have like a clean record and

6  everything on the record.

7  A    Okay.

8  Q    But you had mentioned that this was your input value on

9  8/23/2021 and -- is that correct?

10  A    Yes.  So if you go -- Jo, Jolanda Wilson, has added this

11  to my review list.  That is -- I don't know if you'd know much

12  about electronic medical record.  Sometimes you'll request a

13  cosigner, or you will request a work list, and you review a

14  work list.  So this is just a note to me to say, "Hey, this is

15  what I did.  Just letting you know.  If you want to do anything

16  different if you don't agree with it, then here's your chance."

17  So I'm reviewing what someone else did.  And then it'll say

18  "provider, Kelley Hinely, approved."  That's just meaning that

19  I'm signing off -- I signed off on my review list.

20      You know, I probably do 50 of these a day, just to kind of

21  let you know.  It could be lab results.  It could be X-ray

22  results.  It could be anything.  This just happened to be this

23  person was COVID-positive.  So that's just saying that I

24  reviewed what she did.

25  Q    Okay.  Thank you.

1    Okay, we're going to go down now.  As we discussed, this

2  is the medical distribution list that you mentioned earlier; is

3  that correct?

4  A    Yes.

5  Q    And this is the medical distribution list for Mr. Wooten;

6  is that correct?

7  A    Yes.

8  Q    Okay.  And this document shows the medications or

9  treatments that were both given and received based on a

10  particular date and time; is that correct?

11  A    So given or refused.

12  Q    Refused.  I'm so sorry.

13  A    So -- it's okay --

14  Q    Thank you for that.  Yes, ma'am.

15  A    -- they have -- they have the right to refuse anything.

16              MR. MOSLEY:  Just for the record, you're

17          referring to page 5 of this exhibit.

18              Sorry.  I'll shut up.

19              MR. SMITH:  No.  Thanks.  Thanks for that, Mike.

20          No, you're right.

21  Q    (By Mr. Smith)  Okay, so given and refused.

22      We're going to scroll down now.  Right here, Ms. Hinely,

23  it says:  ivermectin 12 milligrams given 8/20/2021 at 7:17 p.m.

24  Is that correct?

25  A    Correct.

1 Q    Okay.

2 A    And then if you wanted to know who gave it, these little

3 numbers out here correlate with a person.

4 Q    Okay.  Do you know who 3249 is?

5 A    No, sir.

6 Q    Okay.  Do you have a way of identifying who sort of, I

7 guess, corresponds to which number?

8 A    Sure.

9 Q    Okay.

10 A    The other thing also that is not reflected in this that I

11 think is an important piece is that there's another document.

12 It's called a -- I don't know what the detention center refers

13 to, but -- so part of jail standards is you have to have a

14 record of acceptance/refusal of medications.  So there's a

15 -- there's like a sign-in sheet, I guess.

16     So we're doing it on computer.  You're verifying who they

17 are.  You're documenting it.  But a person could come back and

18 say, "Oh, no, that wasn't me.  I didn't do that."  So we also

19 have sheets on a clipboard that has the person's name listed,

20 and -- I believe it has the medicines, but I'm not sure -- at

21 least has the medicines if it has it there, and then also has a

22 line for the officer to sign.

23     Okay, so during this time, because of contact precautions,

24 we were not having people pass a pencil back and forth and pass

25 documents back and forth because we really -- if you'll

1  remember, it was kind of a no-contact thing.  And so the

2  officer would witness the interaction and then put their badge

3  number on that piece of paper saying that they witnessed that

4  interaction.

5              THE WITNESS:  I can't hear you, Ryan.

6              MR. SMITH:  Yeah, sorry, I'm trying to mute for

7          thunder.

8              THE WITNESS:  Okay.

9  Q    (By Mr. Smith)  Okay, so would the officer -- and when

10  they write down their badge number, do they, like, observe the

11  drug that's being given, or are they just sort of confirming

12  that the person is taking or refusing the medication?

13  A    They're present for the entire interaction, so any

14  verbalization that was going on, any -- any interactions at

15  all.

16      Now, I -- I do not know if -- like I'm saying, it's simply

17  a transaction.  You're giving them medicine; you're telling

18  them what the medicines are, and you're marking given or

19  refused.  So whether that officer knows or listens or is paying

20  attention, I don't know; but I do know that they're present for

21  the entire interaction, and they -- they put their badge number

22  on that paper stating so.

23  Q    Okay.  And you mentioned that it's transactional in that

24  the med passer is telling the patient what the medicines are.

25  A    Right.

1  Q    Is that -- do you train the med passers to do that, to

2  tell them each individual medicine?  Or -- during this time,

3  what was kind of the directive to the med passers?

4  A    I already responded to that, but I'll repeat it again.

5  Part of passing medicines is safety:  right person, right drug,

6  right dose, right time.  So, yes, they're supposed to do that

7  every single time, and they've been checked off to do that

8  every single time.

9  Q    Okay.  All right, and then coming up here, it says:

10 doxycycline given on 8/23 21 at 7:36 a.m.  Is that correct?

11 A    Yes.

12 Q    Okay.  And then above that, it says:  montelukast given

13 8/23/21 at 7:36 a.m.  Is that correct?

14 A    Yes.

15 Q    Okay.  And then it says:  ivermectin given 8/23 7:30 p.m.

16 Is that correct?

17 A    Correct.

18 Q    Approximately.  Sorry.  I'll be specific --

19 A    That's okay.

20 Q    -- with the numbers.  Yeah.  I sensed that was probably

21 why you paused a little bit.

22      Okay, and then coming up here:  ivermectin 12 milligrams

23 given 8/24/21 at 7:38 p.m.  Is that correct?

24 A    Correct.

25 Q    And then:  ivermectin 12 milligrams refused on 8/25/21 at

1  7:42 p.m.  Is that correct?

2  A     Correct.

3            MR. SMITH:  Okay, I'm going to pull up Number 2,

4        Blackburn records.

5  Q   (By Mr. Smith)  All right, Ms. Hinely, we won't spend

6  nearly as much time going over the sort of granular details of

7  this.

8  A     No problem.

9  Q     Do you recognize this document?

10  A     Same as the one we just looked at.

11  Q     Okay.  This is the chart notes for Dayman Blackburn.

12  A     Dayman, Blackburn, yes.

13            MR. MOSLEY:  Kelley, please let him finish his

14        answer, and instead of saying "same as the one we

15        talked about," answer what he's asking you; okay?

16            THE WITNESS:  Yes.

17            MR. SMITH:  All right, I'm going to scroll down

18        to -- here we go -- this page.  Okay.  I'll zoom in

19        for you.  This is page 4.

20            Amy, I'm going to move to introduce the last

21        document as Plaintiff's 4.  I'm terrible at

22        remembering to do that.

23            (Whereupon, Plaintiff's Exhibit 4 was marked for

24        identification and is attached hereto.)

25  Q   (By Mr. Smith)  Okay, on -- based on our last conversation

1  about Mr. Wooten's chart, is it fair to say that on 8/21/21,

2  Jo Wilson added -- or, I guess, had a med call, and put in a

3  med call for Mr. Blackburn?

4  A    Yes, that's what it says.

5  Q    And it says:  COVID-positive 8/21/21; is that correct?

6  A    Yes.

7  Q    And Mr. Blackburn weighed 191 pounds; is that correct?

8  A    Yes.

9  Q    And it says:  "Protocol meds started.  Placed on review."

10  Is that correct?

11  A    Yes.

12  Q    And then we'll come up here.  And then on 8/22/2021,

13  Ms. Wilson added the prescription set that's plus COVID plus;

14  is that correct?

15  A    Yes.

16  Q    And on 8/22, Ms. Wilson ordered a prescription for

17  doxycycline, ivermectin, and montelukast; is that correct?

18  A    No.  She put in the "prescription set added," and then it

19  automatically does that.

20  Q    Understood.  And then -- okay.  I want to come up here now

21  on 8 -- oh, wait.

22     When she did this the first time, the prescription was for

23  12 milligrams of ivermectin; is that correct?

24  A    Yes.

25  Q    And then it looks like a few minutes later, a -- the

1  prescription was discontinued for the 12 milligrams; is that

2  correct?

3  A    Yes.

4  Q    And then a prescription was added for 24 milligrams of

5  ivermectin; is that correct?

6  A    Yes.

7  Q    Okay.  And right here, it says:  RX -- I guess, is that

8  greater than 150 pounds?  Is that what that says?

9  A    Yes.

10  Q    Okay.  And so can you explain to me what happened here?

11  A    It's self-explanatory.  So they weighed more than 150

12  pounds -- a lot more than 150 pounds.  He weighed -- what did

13  you say his weight was?  196?  Right?  Or it was like --

14  Q    191.  You were close.

15  A    -- 191, so he weighed 40 pounds which is several kilograms

16  more than 150.  And so recognizing that as what we were doing

17  at the time, she went in and gave him the higher dose of

18  ivermectin.

19  Q    And was it Karas Correctional Health's, I guess, protocol

20  that anytime a jail patient was over 150 pounds, that jail

21  patient would receive, as you said, the higher dose of

22  ivermectin?

23  A    It would need to be significantly over 150 pounds.  I

24  think, referencing Floreal-Wooten, he was barely over 150

25  pounds.  This guy was 40 pounds over which is several

1   kilograms, so yes.

2   Q    Okay.  So -- and you're right.  Mr. Wooten, I think, was

3   158, and he was --

4   A    Right.

5   Q    -- prescribed 12 milligrams; is that right?

6   A    Right.

7   Q    Okay.

8   A    Right.  So --

9   Q    Go ahead.

10  A    It's okay.

11  Q    Okay.

12  A    That's all I had to say.

13  Q    So what is the cutoff for the protocol?  What's the -- is

14  there a bright line?  Because obviously 150 is not the bright

15  line.

16          MR. MOSLEY:  Objection to form:  Counsel is

17       testifying.

18  A    It's -- it's a practice of medicine.  I -- I mean, based

19  on, you know, what -- I don't know what was going on at that

20  time, but I can't say that it's a hard and fast line.  It could

21  be availability of medicine.  It could be all kinds of

22  different things.  I mean, I'm -- I don't -- I don't know.  I

23  can't tell you that it's always that way, no.

24  Q    (By Mr. Smith)  How was -- what was Jo's --

25          MR. SMITH:  Strike that.

1  Q    What was Jo's title?  You said she was a nurse; is that

2  correct?

3  A    No.  She's a paramedic.

4  Q    A paramedic, okay.  I'm so sorry.

5       How were the paramedics trained on the sort of weight

6  difference in the protocol?

7  A    I would imagine if it's significantly more than 150, to go

8  with the higher dose.  You would have to ask her that question.

9  That was three years ago.

10 Q    Okay.  And then I'm scrolling up, and it says, again:

11 Kelley Hinely on 8/23 21, you reviewed and approved, I guess,

12 the treatment; is that correct?

13 A    Right.  So that would have been my opportunity if I didn't

14 agree with the choice that she made, I could have practiced

15 medicine and changed it; but because I reviewed it and approved

16 it, then I agreed with what she did.

17 Q    Okay.  And I'm going to scroll down.  This is -- do you

18 recognize this as the medication distribution list for

19 Mr. Blackburn?

20 A    Yes.

21 Q    All right.  And right here it says:  ivermectin 24

22 milligrams given 8/22/21 at 7:15 p.m.  Is that correct?

23 A    Yes.

24 Q    And right above that it says:  doxycycline 100 milligrams

25 given 8/23/21 at 7:33 a.m.  Is that correct?

1  A    Yes.

2  Q    Okay.  And right above that it says:  montelukast 10

3  milligrams given 8/23/21 at 7:33 a.m.  Is that correct?

4  A    Yes.

5            MR. MOSLEY:  Object to form.

6            Go -- would you show her the whole page, please,

7        Ryan?

8            MR. SMITH:  Yeah.  No problem.

9            This is the first page, Ms. Hinely.

10            THE WITNESS:  Okay.

11            MR. SMITH:  And if you need me to scroll down to

12        the next page, I'm happy to do it.

13            THE WITNESS:  Go on down for a second.

14            So, Ryan, the only thing I don't like about this

15        document, and I just want to document it on the

16        record, is their names don't appear on all the pages.

17            MR. SMITH:  Okay.

18            THE WITNESS:  You know?  And I know that's just

19        probably what you were given, but I assume that this

20        is all Mr. Blackburn's, but that does make me

21        uncomfortable, so I do want that documented because

22        there's not -- it's not headed that way.

23            MR. SMITH:  Sure.  And that's something that

24        we'll -- the attorneys, we'll talk about later.

25            Do you want to review this page also?

1          THE WITNESS:  We can look at each individual

2     entry that you're addressing.  I mean --

3          MR. SMITH:  Oh, no, I was just giving you an

4     opportunity to review both pages.

5          THE WITNESS:  Okay.  If you're wanting me to

6     look at the whole thing, you're going to have to make

7     it bigger.

8          MR. SMITH:  Okay.  And I'm only asking about

9     very specific entries.

10         THE WITNESS:  Okay.

11         MR. SMITH:  But if you'd like to review, I'm

12    giving you the opportunity to do so.

13         MR. MOSLEY:  Can you go down, Ryan, so I can see

14    the bottom?

15         MR. SMITH:  Yep.

16         MR. MOSLEY:  Okay.  Thanks.

17         MR. SMITH:  No problem.

18         THE WITNESS:  Is this the whole -- the other

19    thing that I think is important is that, is this his

20    distribution record for the entire stay, or are you

21    just taking a piece of it?

22         MR. SMITH:  These are the pieces for, as you

23    called it, I guess, earlier, the relevant sort of

24    time period.

25         THE WITNESS:  Okay.

1          MR. SMITH:  There's more.

2          THE WITNESS:  All right.

3          MR. SMITH:  Sure.  Yes.

4          THE WITNESS:  Okay.

5          MR. SMITH:  We were provided all of his medical

6     records, and rather than --

7          THE WITNESS:  Okay.

8          MR. SMITH:  -- rather than taking time to, like,

9     sift through --

10         THE WITNESS:  There's a bunch missing is all I'm

11    saying, especially on some of the other people.

12         MR. SMITH:  And just let me know when you're

13    good, Ms. Hinely.

14         THE WITNESS:  You can scroll down for just a

15    second.

16         MR. SMITH:  I'm at the bottom of the document.

17         THE WITNESS:  Oh, okay.  All righty, very good.

18         MR. SMITH:  Okay.

19         MR. MOSLEY:  Is that the --

20         THE WITNESS:  So it doesn't reflect -- okay,

21    this is my -- this is my thing that I'm -- of course,

22    proceed with asking your questions, but this doesn't

23    start -- there's a bunch of stuff missing.  I just

24    want that stated.

25         MR. SMITH:  Okay.

1          THE WITNESS:  You can ask your question.  I

2     don't know what questions you're going to ask.  But

3     this is a -- this is from 8/23; and then if you

4     scroll down, this next thing that you are showing me

5     is from April.  That's four months in between, so --

6          DR. KARAS:  Can I say anything, Mike?

7          MR. MOSLEY:  I'll clean it up.  I'll clean it

8     up.

9          THE WITNESS:  Okay.

10          DR. KARAS:  Blackburn had COVID twice, once in

11     April and once in August.

12          THE WITNESS:  Yeah.

13          MR. MOSLEY:  Dr. Karas, please don't talk.

14          MR. SMITH:  Please --

15          DR. KARAS:  Okay.

16          MR. SMITH:  Thank you.  Sorry, Mike.

17          MR. MOSLEY:  I will clean this up.

18          THE WITNESS:  Okay.

19          MR. MOSLEY:  Just let Ryan ask his questions.

20          THE WITNESS:  Okay.  Sorry.

21          DR. KARAS:  All right.  Sorry.

22          THE WITNESS:  Okay.  Sorry.

23          Go ahead, Ryan.

24  Q    (By Mr. Smith)  Okay.  And right here, Ms. Hinely, it

25  says:  ivermectin 24 milligrams given on 8/23 at 7:15 p.m.  Is

1  that correct?

2  A    Correct.  Yes.

3  Q    And then right here it says:  ivermectin 24 milligrams

4  given 8/24 at 7:48 p.m.  Is that correct?

5  A    Yes.

6  Q    And then up here it says:  ivermectin 24 milligrams given

7  8/25/21 at 7:26 p.m.  Is that correct?

8  A    Yes.

9            MR. SMITH:  Okay, Madam Court Reporter, I'm

10        going to move to introduce this as Plaintiff's 4 --

11            THE COURT REPORTER:  5.

12            MR. SMITH:  -- 5.  Thank you.

13            MR. MOSLEY:  Object to the form --

14  Q   (By Mr. Smith)  And really quick, Ms. Hinely --

15            MR. MOSLEY:  -- on the Rule of Completeness.

16            MR. SMITH:  Sorry, Mike.  I think I was talking

17        over you.  Do you want to make that objection again?

18            MR. MOSLEY:  Object to form based on the Rule of

19        Completeness.  I'll shut up.

20            (Whereupon, Plaintiff's Exhibit 5 was marked for

21        identification and is attached hereto.)

22  Q   (By Mr. Smith)  And, Ms. Hinely, I think we talked about

23  this, but Mr. Blackburn's weight as of 8/21 was 191 pounds; is

24  that right?

25  A    Yes.

1  Q    Okay.  Thank you.

2  A    Ryan, can we go back for a second?

3  Q    Sure.

4  A    Sorry.

5  Q    No, you're fine.

6  A    So what I don't know, because I don't have the complete

7  record in front of me, I don't know if that was -- they weighed

8  him, or if that was his intake weight.  Because we don't

9  necessarily weigh the person after intake, so I'm not sure --

10  you would need to ask whomever recorded that weight where the

11  weight came from.  Because you asked me was that his weight,

12  and I -- I don't know.  That's the weight that's recovered --

13  recorded.  I don't know where that weight came from.

14  Q    And you are saying that -- and this is just an example so

15  I'm understanding -- say, a patient was -- had intake in March,

16  and in August had the med call, they might use that weight from

17  March in the --

18  A    They -- they could.  That's not my documentation, so I

19  don't know where that weight came from.

20  Q    I just want to make sure I understood what you were

21  saying.  Okay, great.

22  A    Yes.

23           MR. SMITH:  Okay, we're going to pull up now

24      Number 3, Little records.

25  Q    (By Mr. Smith)  Ms. Hinely, do you recognize this document

1  as the chart notes for Jeremiah Little?

2  A    Yes.

3  Q    Would you like an opportunity to review the document?  I'm

4  asking you very targeted questions, but I'll give you the

5  opportunity to review it if you'd like.

6  A    I think I do need to review it all, but, again, I don't

7  think these are all of his medical records.

8  Q    Okay.  Do you --

9  A    So -- because --

10 Q    -- you want to start at the top or the bottom?

11 A    -- he was in there for several months.  So if you want to

12 go to the top, I will review the -- what you're going to

13 reference.

14 Q    Okay.  Let me see.

15 A    And, again, you're going to have to go back up to the top

16 of the page.

17 Q    Oh, I'm sorry.  I thought you wanted to review just --

18 A    Okay.

19 Q    -- what I was going to reference.  Okay.

20 A    No.

21      Okay, scroll down.  Okay, go down.  Go back up for a

22 second.  Okay, then go back down.  Okay.

23 Q    Sorry.

24 A    Stop.  Stop.  Okay, go down.  Go down again.  Go down.

25 Down again.

1  Q    Okay.  That was the bottom of the chart notes.

2  A    Okay.

3  Q    All right, Ms. Hinely, I want to focus right here on this

4  entry.  So on 8/21/21, Jo Wilson conducted a med call or input

5  for a med call.  Is that correct?

6  A    Yes.

7  Q    And it says:  COVID-positive 8/21/21.  Is that correct?

8  A    Yes.

9  Q    And that's suggesting that Mr. Little tested positive for

10 COVID-19 on 8/21/21.  Is that correct?

11 A    Right.

12 Q    Mr. Little -- according to this document, Mr. Little's

13 weight is listed at 238 pounds.  Is that correct?

14 A    Correct.

15 Q    And "Protocol meds started.  Placed on review" -- the

16 document says:  "Protocol meds started.  Placed on review."  Is

17 that correct?

18 A    Correct.

19 Q    Going up here, Ms. Wilson -- or on 8/22, Ms. Wilson added

20 a prescription set plus COVID plus.  Is that correct?

21 A    Yes.

22 Q    And that included ivermectin 12 milligrams.  Is that

23 correct?

24 A    Right.

25 Q    And at 8/22, the 12-milligram prescription was

1  discontinued, and a 24-milligram prescription was added, 24

2  milligrams of ivermectin.  Is that correct?

3  A    Yes.

4  Q    This says "Doctor:  SW."  Do you know what that -- right

5  here --

6  A    I -- no.

7  Q    Is there a doctor or a prescriber with the initials S.W.?

8  A    No, sir.

9  Q    Okay.  And then on 8/23, there is an input where you,

10 Kelley Hinely, reviewed and approved the treatment; is that

11 correct?

12 A    Yes.

13 Q    I believe that's -- okay.  All right, Ms. Hinely, do you

14 recognize this as the medication distribution list for

15 Jeremiah Little?

16 A    Scroll down, please.

17 Q    Sure.  Tell me when to --

18 A    Keep on going.

19 Q    You got it.  Do you want it all the way to the bottom?

20 A    Yes.

21 Q    Okay.

22 A    Okay.  Yes, this is his record.  Yes, it is incomplete.

23 Q    Okay.  Right here --

24              THE WITNESS:  And after this question, I would

25      like to take a break.

1        MR. SMITH:  Yeah, no problem.

2   Q    (By Mr. Smith)  Right here, Ms. Hinely, it says:

3   ivermectin 24 milligrams given 8/22/21 at 7:05 p.m.  Is that

4   correct?

5   A    Yes.

6   Q    And then immediately above that:  doxycycline 100

7   milligrams given 8/23 at 7:35 a.m.  Is that correct?

8   A    Yes.

9   Q    Immediately above that is:  montelukast given 8/23/21 at

10  7:35 a.m.  Is that correct?

11        MR. MOSLEY:  Objection to form.

12        Kelley, you answer.

13  A    Yes.

14  Q    (By Mr. Smith)  And then right here:  ivermectin 24

15  milligrams given at 8/23 -- on 8/23/21 at 7:31 p.m.  Is that

16  correct?

17  A    Go to the top of the page.

18  Q    Sure.

19  A    Yes.

20  Q    And then right here:  ivermectin 24 milligrams given

21  8/24/21 at 7:40 p.m.  Is that correct?

22  A    Yes.

23  Q    And then ivermectin 24 milligrams refused 8/25/21 at

24  7:32 p.m.  Is that correct?

25  A    Yes.

1       MR. SMITH:  Okay, Madam Court Reporter, I'm

2   going to move to introduce this as Plaintiff's

3   Exhibit 6.

4       MR. MOSLEY:  Object to form:  Rule of

5   Completeness.

6       (Whereupon, Plaintiff's Exhibit 6 was marked for

7   identification and is attached hereto.)

8       MR. SMITH:  And that's all the questions I have

9   on this document.  So, Ms. Hinely, we can definitely

10   take a break.

11       THE WITNESS:  Okay.  Thank you.

12       (Whereupon, a recess was taken, after which the

13   proceedings continued as follows, to-wit:)

14  BY MR. SMITH:

15  Q   Ms. Hinely, did anything happen during that break that

16  would prevent you from testifying truthfully?

17  A   No.

18  Q   Okay.  And, Mr. Mosely, indicated that you and him just

19  had a conversation checking in on you.  I just wanted to put on

20  the record, you know, what did you and Mr. Mosely talk about,

21  not waiving any other, you know, privileges.

22       MR. MOSLEY:  It's fine.  We're waiving no other

23   privileges --

24  A   He just told me --

25       MR. MOSLEY:  -- we're waiving no other

1    privileges.  I just simply want you to put on the

2    record what we discussed, Kelley.

3        THE WITNESS:  Okay.  He just was checking on my

4    wellbeing, telling me to relax, and making sure that

5    I was fine.  I just like to have several breaks

6    because my back hurts when I sit still for very long.

7        MR. SMITH:  No problem.  And if you at some

8    point want to, you know, stand up, feel free.

9        THE WITNESS:  Yeah.

10       MR. SMITH:  And keep me posted on needing a

11   break because, really, I have --

12       THE WITNESS:  No problem.  I just --

13       MR. SMITH:  -- I have no problem taking breaks.

14       THE WITNESS:  -- I prefer to stand versus sit.

15       MR. SMITH:  Yes, sir.  I have a standing desk

16   too, so trust me, I get it.

17       THE WITNESS:  Yes.  I do too.  So I just -- it's

18   very difficult for me to sit in a chair in one

19   position for a long period of time.

20       MR. SMITH:  Yeah.  I apologize that that has to

21   be what we're doing right now.

22       THE WITNESS:  No problem.

23       MR. SMITH:  But, like I said, if you want to

24   stand, by all means.

25       THE WITNESS:  All right.  Okay.  Let me make

1       sure I'm sort of calibrated on my end.

2   Q    (By Mr. Smith)  All right, I am about to share my screen.

3   Pulling up Number 4, Gonzales records.

4       Ms. Hinely, do you recognize this as the chart notes for

5   Julio Gonzales?

6   A    Yes.

7               MR. MOSLEY:  Object to form:  Rule of

8           Completeness.

9               You answer.

10  A    Yes.

11  Q    (By Mr. Smith)  Would you like to review the whole

12  document?

13  A    Yes.

14  Q    Okay.

15  A    Scroll down.  Scroll down.  Okay, pop up just a little bit

16  and then pause for just a minute.  Okay, scroll down.  Scroll

17  down.  Scroll down.  Okay, keep going.  Scroll down.  Stop

18  right there for just a second.  Okay, scroll down.

19  Q    Okay.  That's the -- this is the beginning of the

20  medication distribution list.

21  A    Okay.  Just as before, I will document that this is not a

22  complete medical record.

23  Q    Okay.  Ms. Hinely, focusing first on this entry on August

24  21st of 2021, this was done by Ms. Jo Wilson.  Is that correct?

25  A    Yes.

94

1  Q    And according to this entry, Mr. Gonzales was -- tested

2  positive for COVID on 8/21 of '21.  Is that correct?

3  A    Yes.

4  Q    And this document lists Mr. Gonzales's weight at 224

5  pounds.  Is that correct?

6  A    Yes.

7  Q    And that was on 8/21 -- or that was added or input on

8  8/21/2021.  Is that correct?

9  A    Yes.

10 Q    And then the document says:  "Protocol meds started.

11 Placed on review."  Is that correct?

12 A    Correct.

13 Q    Looking up here on August 22nd of 2021, Ms. Wilson added a

14 prescription set plus COVID plus.  Is that correct?

15 A    Correct.

16 Q    And that prescription set included:  doxycycline 100

17 milligrams; ivermectin 12 milligrams; and montelukast 10

18 milligrams.  Is that correct?

19 A    Correct.

20 Q    And then on 8/22/21, the 12-milligram ivermectin

21 prescription was discontinued.  Is that correct?

22 A    Yes.

23 Q    And on 8/22 of '21, a 24-milligram ivermectin prescription

24 was added.  Is that correct?

25 A    Yes.

1  Q    And next to RX and the pound sign it says:  greater than

2  150 pounds.  Is that correct?

3  A    Yes.

4  Q    And was Mr. Gonzales prescribed 24 milligrams of

5  ivermectin because he was, I believe you said, significantly

6  above 150 pounds?

7  A    Yes.

8  Q    And then on 8/23, this says:  Kelley Hinely reviewed and

9  approved the course of treatment.  Is that correct?

10  A    Yes.

11  Q    And, Ms. Hinely, it says "224 pounds" right here.  Is it

12  fair for me to assume that you put 224 pounds because that's

13  what was reflected on the -- right here, or did you weigh

14  Mr. Gonzales?

15  A    That is not my writing.  So go back up on these notes

16  where it says "review notes."  Do you see that?

17  Q    Yes, ma'am.

18  A    My dialect, or my -- my typing, will -- only appears below

19  that word "review notes."

20  Q    That's right.  That's right.  This is just sort of

21  copy-and-pasted from --

22  A    Yes.  So it --

23  Q    -- whatever was --

24  A    -- works as a database, so it just -- it's redundant, I

25  guess.

1  Q    That's right.  Okay.

2  A    So that's Jo's -- that is Jo's writing.

3  Q    Understood.  Okay.  All right, scrolling down now to

4  page 4.  Ms. Hinely, do you recognize this document as the

5  medication distribution list for Julio Gonzales?

6  A    Yes.  Please scroll down.  Keep going.

7  Q    Do you want me to go to the bottom?

8  A    Yes.

9      Okay, I just wanted to say that this is not a complete

10  record.

11  Q    Okay.  And, Ms. Hinely, according to this document, it

12  says:  ivermectin 24 milligrams given on 8/22/21 at 7:04 p.m.

13  Is that correct?

14  A    Yes.

15  Q    And immediately above that it says:  doxycycline 100

16  milligrams given at -- on 8/23/21 at 7:43 a.m.  Is that

17  correct?

18  A    Yes.

19  Q    And immediately above that it says:  montelukast 10

20  milligrams given 8/23/21 at 7:43 a.m.  Is that correct?

21  A    Yes.

22  Q    And then it says:  ivermectin 24 milligrams given on

23  8/23/21 at 7:27 p.m.  Is that correct?

24  A    Yes.

25  Q    And then it says:  ivermectin 24 milligrams given 8/24 at

1 | 7:41 p.m. Is that correct?

2 | A Yes.

3 | Q And then: ivermectin 24 milligrams refused 8/25/21 at

4 | 7:29 p.m. Is that correct?

5 | A Yes.

6 | Q Okay. Ms. Hinely, I think we -- I asked you this, and I

7 | think you answered it, but did you say that you recognized that

8 | the medical -- or the chart notes for Mr. Gonzales, subject to,

9 | you know, them not being complete?

10 | A Is that a question?

11 | Q Yes, ma'am. I was asking if you recognize --

12 | A Okay. Am I acknowledging that's what it said at the top

13 | of the page?

14 | Q Yeah, that it reflects the chart notes for Mr. Gonzales.

15 | A Yes.

16 | Q Okay. Thank you so much. Sorry. I just wanted to make

17 | sure. I couldn't remember if we had gotten that.

18 | MR. SMITH: Okay, I'm now going to pull up

19 | Fritch -- Number 5, Fritch records. Okay, this one

20 | looks a little different, and I'll admit that it took

21 | me a while to figure out. Let me -- let me rotate

22 | this real quick.

23 | Q (By Mr. Smith) Okay, Ms. Hinely, do you recognize this as

24 | chart notes for Thomas Fritch? I'll represent to you that this

25 | was a document produced to us by defendants in this case. I

1  will scroll down here.

2  A     Go back up to the top.

3  Q     Yes, ma'am.

4  A     So this document says "Chart Notes for Thomas Fritch."  I

5  don't know why it looks different than the other ones unless it

6  came from a different system.  I'm just stating that it appears

7  different than the other ones.

8  Q     Okay.  And you see it says Washington County Sheriff's

9  Office at the top?

10  A     Right.

11  Q     Does this number mean anything to you, this 6959?

12  A     No, sir.  I would assume that whomever printed these,

13  that's probably their login.  That is not mine.

14       And I also have not seen a document before with all of

15  this other stuff in the top lefthand.  So "Information/Reports,

16  Detainee Summary," this must have been printed from -- so we

17  have a medical -- a medical -- it's called SIMS.  That's kind

18  of our medical database, and that's where I would print records

19  for -- from.  I don't know what the sheriff's office -- what

20  system they get medical records from.

21  Q     Okay.

22  A     But this -- I just am stating this looks different;

23  however, it appears that the information is the same, so Thomas

24  Fritch -- "Chart Notes for Thomas" -- or "Fritch, Thomas," and

25  that "4230401," that would be his booking number for this

1  detention.  But I don't know why it looks different.

2  Q    Okay.  All right, I'm scrolling down here.  I'm looking --

3  A    So go back up because I just want to make sure.  Okay, so

4  that's just a continuation of that.  Okay.  That's fine.

5  Q    Yeah.  Okay, on -- so according to this document,

6  12/16/2020, it says:  "Prescription added by Kelley Hinely."

7  Is that correct?

8  A    That is correct.

9  Q    Okay.  And it says:  ivermectin 12 milligrams.  Is that

10  correct?

11  A    That's correct.

12  Q    Okay.

13  A    Yes.

14  Q    And then by "Doctor," it says "Kelley Hinely."  Is that

15  correct?

16  A    Yes.

17  Q    Okay.  I think we sort of touched on this earlier, but can

18  you explain to me again why -- if you already explained it to

19  me, can you just explain to me why it says "Kelley Hinely" here

20  rather than "protocol"?

21  A    Okay, so this occurrence was way before the other

22  plaintiffs' records that you have shown me.  So this was very

23  early on in the COVID treatment; therefore, Dr. Karas was

24  advising to use maybe a different dose or a different

25  combination, or this was when we were trying to figure out what

1  to do.  So in this situation, this guy is ████████ which

2  makes him at extreme risk for -- because he's already

3  immunocompromised.  So it is -- this is not documented, so I'm

4  not saying that this did happen, and I -- I don't recall

5  because we had a ton of patients in there at the time, but it

6  wouldn't be unusual for me to consult with Dr. Karas, because

7  he was there a lot during this time, and say, "What do you

8  think we should do with this guy?  He's high risk.  He's

9  HIV-positive.  I'm concerned about him.  He's over 40 years

10  old."

11       So if you go back up to the note on 12/16 -- whoops -- at

12  11:25, this is me writing.  So this is me real time, you know.

13  Someone else was concerned, so whomever tested positive, it

14  says -- and we would have to go to find who put this note in --

15  "Reason for review:  COVID-positive, HIV, greater than 40."

16       So at the time with the knowledge that we had

17  collectively, based on the conversations between Dr. Karas and

18  I as collaborators, we would have thought, Oh, this gentleman

19  is very high risk for death from this virus that we don't know

20  what it does.  Okay?  So this would have been a different

21  situation than protocol.  This would have been us talking about

22  what we thought the best treatment to prevent him from dying

23  was.  So this is -- this is me putting an order in.

24       So if you'll look, it's -- the way that you would know

25  that it's not protocol is my name is listed.  So someone could

1  have put that in under my name, but if you look to the

2  right-hand column, it has my name.

3  Q    Okay.  And so can you explain to me, if this wasn't based

4  on the protocol -- there are two entries for ivermectin, and it

5  looks like they both have start dates and end date --

6  A    Um-hum.

7  Q    -- they both have different start dates --

8  A    So I'm having a difficult -- go ahead.  Finish your

9  question.

10  Q    No, no, no.

11  A    Okay.

12  Q    I was going to ask you if you could just explain to me --

13  A    Right.

14  Q    -- you know, what the directions are and how this sort

15  of --

16  A    Sure.

17  Q    -- in medical terms.

18  A    So as we talked three hours ago, protocols, the way to

19  treat COVID was a dynamic process.  So I don't have it in front

20  of me for reference, but I do know, even going back to the

21  emails that you showed me, it talks about where you might do

22  ivermectin on Day 1, Day 3, and Day 5.  I think I read

23  something, I would assume it was on the FLCC, you would do one

24  dose on Day 1, and then you would do another dose 72 hours

25  later.

1    So the best that I can tell is that this was a situation

2  where you didn't have that 0.2 to 0.4 or 0.2 to 0.6 milligrams

3  per kilogram for five consecutive days.  At this particular

4  time, it must have been a dose now and a dose two to three days

5  later.

6  Q    Okay.  And so I'm just making sure I understand -- I think

7  I understand what you're saying, but I want to make sure that

8  I'm clear.

9  A    Okay.

10 Q    So on 12/16, you added a prescription to be taken on

11 12/18.  Is that what this means?

12 A    So we would have to look at the distribution record

13 because the system is -- is -- we need to look at distribution,

14 because I can't answer that question based on this, for me to

15 be able to see the whole picture.

16    So when I add it into the system, you have a duration of

17 days; and if you leave it blank, it stays active for the med

18 passers, like they can see it for 24 hours.  But if you put one

19 day -- and I can't tell you the duration.  That would be an IT

20 question -- that you -- it -- it doesn't mean that it, like,

21 started and stopped.

22    I -- we'll look at -- let's look at the distribution.  But

23 probably what happened:  I ordered at 11:25.  I wanted him to

24 get the P.M. dose.  So that would have been his first dose.

25 Because, see, it's marked P.M.?

1  Q    Um-hum.

2  A    But I didn't want him to get it on 12/17 because we wanted

3  a few days to lapse in between then.  And so then the next

4  order would come in, which I ordered on the 16th if you look on

5  the left column, at the same exact time he was to get another

6  dose; so it looks like it's discontinued, but he would get

7  another dose P.M. on 12/22 of 20.

8       So if it works like it's designed to, he should have got a

9  dose on 12/18 in the P.M., and then he should have got another

10  dose 12/22 in the P.M.

11  Q    Okay.  And this was based on, I think you said,

12  collaboration?  Not on the protocol, but collaboration with

13  Dr. Karas; is that correct?

14  A    There was not -- there was not a prescription set built

15  into the computer at this time.  That all -- this situation is

16  unique because of his risk factors, so that's where I was

17  telling you the practice of medicine come then.  You know, I --

18  there's 20 antibiotics that you can choose from that treats a

19  sore throat.  Why would you pick one over the other?  That's

20  the practice of medicine.  So this is a great example of:  This

21  is a practice.  This isn't a protocol.  This is what we did on

22  the knowledge that I had and the collaboration with Dr. Karas.

23  Q    Okay.  And, focusing really quick, you just mentioned,

24  like, the knowledge that you have.  At this time, what kind of

25  knowledge would you be basing your sort of regimen here on?

1  A    Collaboration with Dr. Karas and the FLCC guidelines.

2  Q    Okay.

3  A    Because there was no approved or recommended treatment

4  that the FDA put out for COVID.

5  Q    All right.  Okay, this looks like the distribution list

6  for the most part from -- that we've seen --

7  A    Right.

8  Q    -- before, but I'll let you review.

9  A    So, again, this is page 10 of 55 --

10  Q    Um-hum.

11  A    -- so I'm -- I want to establish that this -- this

12  particular detainee was in our facility, I believe, for over

13  two years, so there's numerous pages, numerous interactions and

14  treatment with this guy that are not reflected here.  So I

15  think that that's very relevant.

16      And if you -- let's see.  It says "Detainee Medication

17  Distributed Report."  So this is a distribution record on

18  Thomas Fritch.

19  Q    Okay.

20  A    And the date that it was pulled -- if you'll look up -- so

21  he was detained from 9/2 of '20 through 4/20 of '22.  But this

22  is not a whole picture.  This is just a piece that has been

23  pulled out.

24  Q    Okay.  Do you want to start -- do you want to review the

25  entire thing?

1   A    You can start at the top of it, and I'll -- I don't know

2   how many pages you have, but I need to look at the pages

3   because this is a different format than what you showed me a

4   while ago.

5   Q    Sure.

6   A    So go back to page 10, please.  Okay.  And, if you'll

7   look, this particular report has a header on every single page.

8   So there's --

9   Q    This right here, the "Detainee Medication Distributed

10  Report"?

11  A    His name.  His name.  So there's no question that all of

12  these records are his.

13  Q    Understood.  I understand.

14  A    The other ones that I've reviewed were not labeled -- each

15  page was not labeled.

16  Q    Okay.

17  A    All right, so go back up to page 10.

18  Q    All right.  And let me know when you're ready.

19  A    And go down.

20       I'm going to grab a piece of paper -- there's nothing on

21  this piece of paper -- just because I'm having a hard time

22  following along because of the way that it's written.

23       Okay, go back up to the top for me because I want to look

24  at something here.

25            MR. MOSLEY:  You're referring to page 3 of this

1    exhibit for the record; is that correct?

2         MR. SMITH:  That's correct.

3         THE WITNESS:  Okay, go down.  Keep going.  And

4    keep going.

5  Q    (By Mr. Smith)  And that's the bottom.

6  A    Okay.  So referencing back to our previous, you know,

7  conversation -- I need to go back and look at the other -- I

8  need to go back and look at the other document.  It's hard for

9  me when I'm trying to make a comparison of something.  Go back

10 up -- all the way back up.  Let me see.  Okay, stop.

11      Can I write a piece -- a note to myself real quick?

12 Q    Sure.

13 A    Okay.

14 Q    I'd just ask that those notes be provided after the

15 deposition.

16 A    Okay.

17      Okay.  Okay, go back to the distribution record.  Flip it

18 around, please.  Okay.  Go down, please.  Keep on going.  And

19 hold on just a second.  Keep on going.

20      Is that the end of the document?

21 Q    Yes, ma'am.

22 A    Okay

23 Q    What were you writing down, Ms. Hinely?

24 A    Can you see it?

25 Q    I have you -- my video is small because I'm sharing my

1 screen.  Okay.

2          MR. MOSLEY:  Put it a little -- let me see it

3     one more time, Kelley.

4          THE WITNESS:  See it?

5          MR. SMITH:  Here, let me --

6          MR. MOSLEY:  All right.  All right.

7          MR. SMITH:  -- give me a second.  Okay.  Sorry.

8 Q   (By Mr. Smith) Can you put it -- yes, ma'am.  Okay.  All

9 right, great.  Thanks.

10 A    So there seems to be a discrepancy based on what was --

11 what we discussed up in the chart notes.  Like, if you look at

12 my chart notes, the ivermectin ordered on 12/16 should have

13 been given on 12/18.  See right there where your little hand

14 is?

15 Q    Yes, ma'am.

16 A    And then it should also have been given on the 12/22.  But

17 I --

18 Q    And --

19 A    -- I don't know if there's a glitch or something, but if

20 you look at the distribution record, there's ivermectin

21 recorded as given -- which I have no reason to believe that it

22 wasn't given -- on 12/16, 12/17, 12/18, and 12/22.  But that's

23 not how the order was written.  But I will tell you nobody --

24 like, when a med passer is giving medicine, they can only give

25 medicine based on what their screen says, which is this

1  distribution screen.  So I don't know what happened because

2  that's not how the medicine was ordered.

3  Q    And so you're saying that based on the chart notes,

4  ivermectin should have been given on 12/18 and 12/22.  Is that

5  correct?

6  A    Yes, sir.  Yes, sir.

7  Q    And ivermectin was also given on 12/16 and 12/17.  Is that

8  correct?

9  A    Let's -- let's look at it together because it's, like, all

10 -- it's very hard to see.

11 A    Sure.

12 Q    Here's -- we'll walk through the document.  Ivermectin --

13 A    Yeah, let's go through the whole thing here.  So if you

14 look at the very first one that was given, there was a dose

15 given on 12/16 at 21:54.

16 Q    Yep.

17 A    Okay.  Whoops.  Stop.  There was a dose given on 12/17 at

18 20:17.  And there was a dose given on 12/18 at 22:21.  There

19 was a dose given on 12/22 at 22:09.

20 Q    Okay, so Mr. Fritch received ivermectin on 12/16, 12/17,

21 12/18, and 12/22.  Is that correct?

22            MR. MOSLEY:  Object to form.

23 A    Yes, which would correlate with what we did in 8 of '21

24 with the other plaintiffs; however, that is not how I ordered

25 this for Mr. Fritch.

Q    (By Mr. Smith)  You said the med passers can only pass --
I believe you said, the med passers can only pass what's on the
list; is that right?

A    It -- it's not a -- I don't know how to explain it.  It's
a -- so the screen -- there's a button on the screen, so it's a
tablet, and the button says -- I think it says "medication
distribution."  So you push that button, and it pulls up a list
of detainees.  And the way it's supposed to work -- so I feel
like this would be an IT question -- is what's ordered -- only
if it's ordered, should it show up on the list because that's
the only way that they know what to give.  So I don't know how
something got on the list that was not ordered.

Q    Because you said it's only on the list if it's ordered?

A    Yes.

Q    Okay.

A    And you could see also from the chart notes that it was
ordered to be given on 12/18 and 12/22 only.  You even brought
that to my attention.

Q    Okay.

           MR. SMITH:  Madam Court Reporter, I'll move to
       introduce this document as Plaintiff's --

           THE COURT REPORTER:  This one's going to be 8.
       Your Gonzales was 7, and you didn't move to enter
       that one yet.

           MR. SMITH:  I'm going to move to introduce the

1    previous document as Plaintiff's 7.

2         And, really quick, Madam Court Reporter, can I

3    just confirm that I did, in fact, introduce all of

4    those medical records as exhibits?

5         THE COURT REPORTER:  Yes.

6         MR. SMITH:  Excellent.  Thank you so much.

7         MR. MOSLEY:  Object to form:  Rule of

8    Completeness.

9         (Whereupon, Plaintiff's Exhibits 7 and 8 were

10    marked for identification and are attached hereto.)

11        MR. SMITH:  All right, I am going to pull up a

12    document that we previously discussed.

13        Amy, can you remind me what exhibit number this

14    was?

15        THE COURT REPORTER:  What's your Bates stamp on

16    that one?  Can you go down just a bit?

17        MR. SMITH:  Yes, it's 212.

18        THE COURT REPORTER:  That one is Exhibit 3.

19        MR. SMITH:  Exhibit 3?

20        THE COURT REPORTER:  Yes.

21        MR. SMITH:  Thank you.

22  Q   (By Mr. Smith)  Ms. Hinely, we spoke about this document

23  previously.  Do you remember that conversation?

24  A   Yes.

25  Q   All right.  I want to focus on this first paragraph right

1  here.  I am going to begin reading from this "since June 30th,"

2  and I'd like you to follow along.

3  A    Okay.

4  Q    And I'll zoom in.  (As read):  "Since June 30, 2021,

5  166 cases have been identified.  This is 31 percent of the

6  total cases.  In October of 2020, the FLCCC Alliance added

7  ivermectin to the I-MASK protocol for early outpatient

8  treatment.  With the rising number and the threat of death from

9  the Delta variant, ivermectin was added to the COVID treatment

10  protocol on June 19, 2021, at the detention center."

11      Did I read that correctly?

12  A    Yes.

13  Q    Is there any reason that you didn't mention that

14  ivermectin had been used at the jail prior to July 19th of

15  2021?

16  A    That wasn't his question.  His question was:  What are we

17  doing now?

18  Q    He asked -- I'll read his question (as read):  "Can you

19  please clarify for my people as to what the doctor is

20  prescribing to fight COVID-19, if any federal inmates have

21  received this medicine, and did the inmates know/consent to

22  this treatment plan?"

23  A    Correct.  So the -- what the -- go back down, please.

24  Q    I'm so sorry.  I'm so sorry.  I do that out of instinct.

25  A    "What the doctor is prescribing to fight COVID-19."  So my

1  response was, as of that date, which I believe -- go up to the

2  top -- was 8/25, what the doctor was doing at that time.

3  Q    Well, and you mentioned that ivermectin was added to the

4  COVID treatment protocol on July 19, 2021.  Is that right?

5  A    Correct.

6  Q    Okay.

7  A    To the protocol.  To the protocol.  So that doesn't apply

8  to Mr. Fritch.

9  Q    Sure.  And I'm just asking you about this email right now.

10 A    Yeah.

11 Q    Mr. Thomas with the Department of Justice asked "if any

12 federal inmates have received this medicine, and did the

13 inmates know/consent to this treatment plan."  Is that correct?

14 A    Yes.

15 Q    And you responded that ivermectin was added on July 19th

16 of 2021.  Is that right?

17           MR. MOSLEY:  Object to the form.  That is not

18        what that says.

19 A    No.  No.

20 Q    (By Mr. Smith)  Okay.

21 A    It -- it was added to the protocol, which means -- you

22 know that thing called prescription order sets? -- added to the

23 prescription order set.

24 Q    Sure.  And if I didn't say the word "protocol," I

25 apologize.  I meant to there.

1  A    Yes.

2  Q    Okay.  So was there any reason that you didn't mention

3  that ivermectin had been used on jail patients prior to

4  July 19th of 2021?

5  A    He didn't ask that question.

6  Q    Okay.

7  A    He asked what was being done currently.  I mean, he didn't

8  ask -- I mean, he -- if he would have asked, I would have told

9  him.

10 Q    Okay.  And he asked if any federal inmates had received

11 the medicine.

12 A    Correct.

13 Q    Is that right?

14 A    Correct.

15 Q    Okay.  How was the protocol on July 19, 2021, different

16 than the months prior to this date?

17                MR. MOSLEY:  Which date?

18 A    I -- I don't know because we -- Dr. Karas did not

19 encourage the use as it is listed here -- okay, so this use --

20 until Delta was prevalent in the jail.  And that wasn't

21 identified until, I believe, sometime in the spring of 2021.

22 So that would have been April of '21, I believe, before Delta,

23 back when Mr. Fritch -- which was one of the first -- you know,

24 the first people -- and I explained his situation was unique

25 because he was HIV-positive -- I -- we weren't using it as part

1    of a protocol.  That was a, Hey, Doctor --  you know, what do

2    we do with someone who's HIV-positive and has -- they're

3    already immunocompromised?  Is this guy going to die because

4    now he has this virus that we don't know anything about?

5        So this protocol that you refer to, this was -- this is as

6    it was then.  And that was kind of what -- you'll have to look

7    back on the FLCC when they actually released a treatment plan,

8    or a treatment, you know, suggestion, and that was well into

9    the Delta variant which was in '21.

10   Q    (By Mr. Smith)  Okay.  So prior to this July 19th of 2021,

11   would your treatment of COVID-19 have been based on the FLCCC

12   guidance that was then in effect at that time?

13   A    I can't say it was based on.  It was a case-by-case basis.

14   We didn't -- I mean, it depended on the presentation of the

15   patient.  It depended on their comorbidities.  It depended on,

16   you know, how high risk they were.  You can look -- you can --

17   you're more than welcome to look through all of our records,

18   and you would probably find very infrequent use of it until we

19   had the Delta variant, until we had some -- some sort of

20   guidance from someone.

21   Q    Okay.

22   A    So --

23   Q    And so you're saying that your --

24                  MR. SMITH:  Strike that.

25   Q    Prior to your implementation of the protocol, you said

1   that your treatment would depend on -- like it was a

2   case-by-case determination.

3   A    Yes.

4   Q    And would you use any sources as guidance in sort of

5   making those determinations?

6   A    Dr. Karas.

7   Q    Okay.  And the FLCCC?

8   A    Yes.

9   Q    Okay.  But you said, ultimately, the treatment would

10  depend on comorbidities, things like that?

11  A    Yes.

12  Q    And were those considerations documented anywhere?

13              MR. SMITH:  And strike that.  Let me ask --

14              THE WITNESS:  You're going to have to --

15              MR. SMITH:  -- yeah, sure.  Let me ask a better

16       question.

17  Q    (By Mr. Smith)  So I'm trying to figure out what the, I

18  guess, for lack of a better word, protocol treatment regimen

19  was before July 19th of 2021.  That's what I'm kind of trying

20  to figure out.  And you're telling me --

21  A    With --

22  Q    -- that it -- go ahead.  Well, let me --

23  A    No, you finish.

24  Q    -- let me finish.  You're telling me that it depends on

25  individual cases, and so I guess I'm trying to figure out what

1  you used in making those individual unique determinations.

2  A    Right.  And I feel like I already answered that, but I'll

3  answer it again.  It has -- it has to do with the presentation

4  of the patient, their past medical history, their comorbids,

5  and collaboration with Dr. Karas.

6  Q    Okay.

7  A    And then you did ask me about documentation.  I felt like

8  that that was well documented with Fritch.  He had HIV.

9                MR. SMITH:  All right, I'm going to pull up

10               Doc. 20.  Or actually I don't think I am.  I think

11               I'm going to pull up --

12               MS. REYNOLDS:  Ryan, while you think through

13               that, did we mark that as an exhibit?  Apologies if I

14               missed it.  Thank you.

15               MR. SMITH:  Yes, this was -- this had been

16               previously marked as Exhibit 3.

17               Is that right, Amy?

18               THE COURT REPORTER:  Yes.

19               MR. SMITH:  Thank you.

20               MR. MOSLEY:  What is "this"?  What are we

21               talking about?

22               MR. SMITH:  Just the email that we had just

23               reviewed.

24               MR. MOSLEY:  Oh, 3 is that a email.  Gotcha.

25               MR. SMITH:  Yes, sir.

1          Okay, and I jumped the gun here.  I'm actually

2          going to be looking at Document 19.  Okay, I'm going

3          to share my screen really quick.

4  Q   (By Mr. Smith)  Ms. Hinely, I'll represent to you that

5  this is a document that was produced to us in discovery.  Do

6  you know by looking at it what this document shows?

7  A   It looks like an invoice from Live+Well Pharmacy.  I will

8  tell you, I do not handle any invoices, and I do not see any

9  invoices.  But it says -- I -- I don't even know -- I've never

10 seen this document before nor have I seen a document that looks

11 like this.  It appears to be an order, like you're ordering

12 something like a -- like from a pharmacy.  Live+Well Pharmacy

13 is a pharmacy in Fayetteville -- is a pharmacy in Fayetteville

14 that we get medicines from as a company, whether it's Karas

15 Correctional Health or whether it's Karas Health Care.

16     So my contracted pharmacy does not have a compounding

17 pharmacy, which is -- I'm sorry.  I'm getting tired -- a

18 medical art.  So if I needed a hormone cream, I would get it

19 from the compounding pharmacy which is Live+Well Pharmacy.  You

20 know what I'm saying.  So it's a pharmacy like Walmart.

21 Q   Okay.  And is it fair to say that this document appears to

22 be showing the number of drugs that were dispensed at Live+Well

23 Pharmacy on certain dates?

24 A   Yeah --

25          MR. MOSLEY:  Object to form:  Lack of

1    foundation.

2  Q    (By Mr. Smith)  You can answer.

3  A    Yes, it appears.

4    The only thing that I will tell you that I feel like that

5  there's more information than this, Ryan, is that historically

6  -- okay, so you can order medication for -- I don't know what

7  the term is exactly -- that you can have office-use medicine.

8  Like, I can have amoxicillin to use for office use.  But -- but

9  usually this could be reconciled with a patient's name.  I will

10 tell you that.  So that's why I'm not sure.  You would need to

11 get more clarification on this document that I've never seen.

12 Q    So in your work as the medical director, have you ever

13 ordered ivermectin from Live+Well Pharmacy?

14 A    Yes, but it would look -- mine would look different.  So I

15 wish I could show you what it look like on our -- on our end.

16 So if -- if I order a medicine in the computer, it goes to a

17 report, and then I send that report -- I -- I can -- I send

18 that report to the pharmacy to order the medicine.

19 Q    Okay.  If you can get a copy of that report, if that would

20 explain it better, we would appreciate that.

21 A    Okay.  And this also would be better clarified by someone

22 not me.  Does that make sense?  Because I don't -- this is --

23 this looks like a financial -- like an invoice is what this

24 looks like to me.

25 Q    Okay.  Do you --

1  A    So that does not mean -- what I'm -- what I'm going into

2  is, that does not mean that I ordered this and that it was for

3  a jail patient.  Does that -- does that make sense?  We would

4  need to figure out -- there -- there has to be patients

5  associated with.

6       Now, I will tell you, there were like -- Dr. Karas would

7  allow us employees to take ivermectin as the prophylaxis.  So

8  you -- you've referred to that email that you were talking

9  about that was referring to prophylaxis.  So if I chose, he

10 could allow me to take ivermectin from the office stock if I

11 chose to do so as a person.  So I don't know the -- the ones

12 that were ordered for jail patients should be reconciled with a

13 name.

14 Q    And who would purchase the ivermectin that was part of the

15 jail stock?

16 A    Like if we were going to use it for whom?  For a patient

17 or an employee?

18 Q    For -- well, both.

19 A    So if it was for an employee, it would be -- I mean,

20 Dr. Karas would purchase it for "office use," is the term that

21 it -- it would be.  If it's for -- if it's for patient use, or

22 detainee use, it goes through that reporting mechanism.  So

23 every day we send a pharmacy order, so it's patient specific.

24 Q    Okay.  Do you know --

25 A    So I don't have enough information based on this, what

1  appears to be as an invoice, to know -- this is not what it

2  would look like if it was being ordered for a patient.

3  Q    Do you recall purchasing or ordering ivermectin from a

4  pharmacy in November of 2020?

5  A    No.

6  Q    Okay.

7  A    And that doesn't mean -- hey, Ryan, that doesn't mean that

8  we couldn't pull the pharmacy, you know, orders for that time

9  frame and see.  That was three years ago, and we order

10 medicines every day.

11 Q    Okay.

12             MR. SMITH:  All right, I'm -- do we want to --

13         how are you doing, Ms. Hinely?  Do you want to take a

14         break?

15             THE WITNESS:  Sure.

16             Mike, are you -- like, is 20 minutes long enough

17         for you to eat?

18             MR. MOSLEY:  I --

19             THE WITNESS:  Or what do you --

20             MR. MOSLEY:  -- I'm trying to figure out how

21         long Ryan thinks he's going to go if you know.

22             THE WITNESS:  I know.  I'm getting pretty tired.

23             MR. MOSLEY:  So I understand that, but he is

24         entitled to seven hours, and he's noticed you and

25         Dr. Karas up today, and so he's got to, you know.  I

1     don't know how long he thinks he's going to go, and

2     if he doesn't want to tell us, that's fine.

3          Are you hungry, Kelley?

4          THE WITNESS:  I'm fine.

5          MR. MOSLEY:  Let's take a five-minute --

6          MR. SMITH:  Hey, let's go --

7          MR. MOSLEY:  -- take a five-minute.

8          MR. SMITH:  -- Mike, let's go off the record.

9     Sorry to interrupt you.

10          (Whereupon, a recess was taken, after which the

11     proceedings continued as follows, to-wit:)

12  BY MR. SMITH:

13  Q    Ms. Hinely, did anything happen during that break that

14  would prevent you from testifying truthfully?

15  A    No.

16  Q    Okay.  All right, I'm sharing my screen.  We're looking

17  now at Document 10 that bears the Bates Karas 165.

18     Ms. Hinely, if -- I'll give you an opportunity to review

19  it.  Let me know when you're ready.  It's two pages.  It's also

20  165.

21          MR. MOSLEY:  Would you go up to the top?

22          MR. SMITH:  Yeah.

23          MR. MOSLEY:  Okay.  Thanks.

24          THE WITNESS:  Okay.

25  Q    (By Mr. Smith)  I'm going to scroll down to this page.

1  A    Okay.

2  Q    Ms. Hinely, do you recognize this document?

3  A    Yes.

4  Q    Is this an email that you sent to Jay Cantrell on February

5  15th of 2022?

6  A    It appears to be so, yes.

7  Q    And who is Jay Cantrell?

8  A    He is the current sheriff, but at the time of this email,

9  he would have been the -- I don't know what his title was --

10  chief, like he was the second in charge.

11  Q    Okay.  And I'm going to read your email, and if you would

12  follow along with me, I'd appreciate it.

13      It says (as read):  "Jay, here is the medical consent all

14  detainees are provided upon intake prior to booking.  We also

15  have a COVID-specific treatment consent.  I will also send that

16  to you.  Thanks, Kelley."

17      Did I read that correctly?

18  A    Yes.

19  Q    And, Ms. Hinely, does this document appear to be the

20  medical consent all detainees are provided upon intake prior to

21  booking that you're referencing in your email?

22  A    Yes.

23  Q    Okay.  And this was attached to your email.

24  A    If it said "Untitled PDF," I would assume based on the

25  content that it would be

1  Q    Okay.  What do you understand the phrase --

2                  MR. SMITH:  Strike that.

3  Q    As a medical provider, what do you understand the phrase

4  "medical consent" to mean?

5                  MR. MOSLEY:  Object to form.

6                  You answer.

7  A    In detention setting -- go to the next document -- so

8  prior -- the way the computer system is set up, we cannot

9  provide treatment to a detainee in the computer -- I mean,

10 actively or in the computer without this document being signed.

11 It will actually give you a red warning -- okay, let me state

12 it this way:  signed or addressed, because we're going to also

13 reference back to what was going on during COVID.  So it'll

14 give you a red warning light or button on your screen that you

15 cannot proceed with any medical documentation without

16 addressing that button.

17 Q    (By Mr. Smith)  Okay.  And looking at this document, it

18 says:  a "Patient's Consent for Treatment."

19 A    Yes.

20 Q    Did I read that -- did I read that correctly?

21 A    Yes.

22 Q    Okay.  And what do you understand kind of the scope of

23 treatment to cover in your capacity as a medical care provider?

24 A    Any medical interaction that goes on at any time during

25 that stay.

1  Q    So -- and correct me if I'm wrong, but are you saying that

2  once a person signs this document, they are consenting to any

3  medical interaction that goes on during that stay?

4  A    Yes.

5  Q    Are you familiar with the term or the phrase

6  "contraindicated medication"?

7  A    Yes.

8  Q    Can you explain to me what "contraindicated medication"

9  means?

10  A    In my mind, so if you were to prescribe a medication that

11  interacts with another medication, then that would be

12  contraindicated for use.

13  Q    And when you say "interacts," what can be some

14  interactions when using contraindicated medications?

15                   MR. MOSLEY:  Object to form.

16  A    So if they're IV medications, if you push the two

17  medicines at the same time, they can actually form a

18  precipitation -- precipitate which is like a white stuff in the

19  IV tubing.

20       I'm trying to think of another example.  Lithium and

21  anti-inflammatory, so the NSAID category.  NSAIDs can increase

22  your blood volumes of lithium in the blood.  So that doesn't

23  mean that you can't use it.  It just means proceed with

24  caution.

25       So certain medicines are contraindicated in pregnancy.

1  Because we have categories of -- broad categories, like a

2  B category is considered to be safe in pregnancy.  So you --

3  you wouldn't want to use a drug like -- doxycycline use in

4  pregnancy can cause fetal abnormalities or -- or discoloration

5  of teeth.

6      So you -- you have to look at the benefits versus, I guess

7  -- I don't know how you say that -- I don't know.  It's

8  contraindicated.  I don't -- I don't think that that means you

9  can't use it.  I think that you need to proceed with caution

10 unless there's a documented reason why.

11 Q   (By Mr. Smith)  Okay.  So would you prescribe a jail

12 patient a contraindicated medication without explaining

13 potential side effects or potential sort of interactions as

14 you've described them.

15 A   If there's a documented FDA contraindication for its use,

16 then I would -- I would tell them that.  I don't make a habit

17 of using contraindicated medicine.

18 Q   So -- okay.  If a patient signed this consent for

19 treatment, would they be consenting to contraindicated

20 medications?

21 A   I wouldn't use a contraindicated medication.  So this

22 consent, this doesn't give me permission to do whatever I want

23 with no basis.  I don't -- I don't understand the question.  I

24 don't prescribe contraindication medicine -- contraindicated

25 medication or contraindicated treatments.

1 Q    Yeah.  And I'm sorry.  Your answer --

2 A    I've been a nurse practitioner --

3 Q    -- hey, hold --

4 A    -- for 10 years.  You're --

5 Q    Sure.

6 A    -- you're kind of insulting me, to be quite honest.

7 Q    I'm not suggest -- I'm not --

8 A    I don't do that.

9 Q    -- at all suggesting that you would.

10     Really quick, Ms. Hinely, your answer kind of cut out.  I

11 think Dr. Karas might have been ruffling some papers.

12 A    Oh, sorry.

13 Q    But I think you said that the consent doesn't -- this

14 consent doesn't give you freedom to do whatever you want, and I

15 think you said something after that, and it cut out for a

16 couple of seconds.

17 A    I went on to say I don't do anything that's

18 contraindicated.  I -- I have a license.  That's how I feed my

19 family.  It doesn't matter if they signed it and did give me

20 permission; I'm not going to do it.

21 Q    If there was a -- and this is -- if there was a legitimate

22 medical reason that you thought, for one reason or another, it

23 makes sense to maybe try and prescribe contraindicated

24 medications, what -- would you explain the risks, the side

25 effects, with the patient before giving them the medication?

1  A    I would --

2            MR. MOSLEY:  Object to form:  Asked and

3        answered.

4            THE WITNESS:  Do you want me to answer, Mike?

5  A    -- I don't prescribe contraindicated medicine.  Period.

6  Q    (By Mr. Smith)  Do you believe that the COVID vaccine is

7  effective?

8  A    I don't know that I have -- I guess -- yes.

9  Q    In your medical opinion, would you recommend a person get

10 the COVID vaccine?

11 A    Yes.

12 Q    In your experience have people refused the COVID vaccine?

13 A    Yes.

14 Q    So if a patient that refused the COVID vaccine had signed

15 this consent for treatment, would you still give them the COVID

16 vaccine anyway?

17 A    Not without them signing a COVID vaccine consent form

18 because that's standard practice.  You don't give vaccines

19 anywhere without a vaccine-specific consent.  That is standard

20 of practice.  You don't take your child to the pediatrician to

21 get vaccines without signing your consent.

22 Q    So am I understanding you -- and correct me if I'm wrong

23 -- but you're saying that there are -- there -- a person has

24 choices about their medical treatment even after they sign this

25 consent to treatment that's on the screen; is that correct?

1  A    Sure.  You don't ever -- we don't ever in any setting

2  force someone to do anything, and that was proven in the

3  previous exhibits that you showed me when medications were

4  refused.  Medicines are refused all the time.  Treatments are

5  refused all the time.

6      You know, if you looked back on the record that we were

7  reviewing, the chart notes, I believe that it was Mr. Little

8  had put in a -- a request saying that he was having some -- a

9  medical issue.  Whenever they went to do the sick call, he

10 said, No, he was fine.

11     So, no, you -- you have free will to accept things or

12 refuse them in any way.  Vaccines were offered, but they --

13 they weren't -- they weren't forced on anyone or -- or

14 anything.  But if you're going to give a vaccine, if the -- if

15 Pfizer is going to provide you one, or Medical Arts isn't going

16 to provide you one, you have to do a consent.  If I go to the

17 pharmacy to get a medicine, I don't sign a consent at that

18 pharmacy to accept that medicine.  So I --

19 Q    Okay.  Looking up at the email now.  You mentioned that

20 there's also a COVID-specific treatment consent; is that

21 correct?

22 A    Um-hum.  Yes.

23              MR. MOSLEY:  Object to form:  Subsequent

24        remedial measure.  Object to form:  Settlement

25        negotiations.  Object to form:  Time.

1    Please answer, Kelley.

2  A    Yes.

3        MR. SMITH:  All right, I'm pulling us back to --

4        Exhibit 3?  This?  Okay.

5        Oh, and really quick before I forget, I'm going

6        to move to introduce Document 10 as Plaintiff's

7        Exhibit 9.

8        MR. MOSLEY:  Subject to my objection as to a

9        subsequent and remedial measure, settlement

10       negotiations with Gary Sullivan, and the fact that it

11       has a time that has nothing to do with this lawsuit.

12       (Whereupon, Plaintiff's Exhibit 9 was marked for

13       identification and is attached hereto.)

14       MR. MOSLEY:  Please go ahead.

15  Q    (By Mr. Smith)  Looking back at Exhibit 3 now, Ms. Hinely,

16  this was the email that you sent to Cory Thomas at the

17  Department of Justice.  Do you remember us talking about this?

18  A    Yes.

19  Q    And I'm looking down right here, and it says (as read):

20  "Starting today, all detainees who have tested positive for

21  COVID-19 will be offered a detailed consent with each

22  individual drug listed.  The detainee may elect to refuse or

23  accept each individual drug/vitamin."

24       Did I read that correctly?

25  A    Yes.

1  Q     And this email is dated August 26th of 2021; is that

2  correct?

3  A     Yes.

4  Q     So prior to this date, was there any other -- was there a

5  COVID-specific consent?

6  A     No.  There would be no reason.  We don't have a COVID --

7  we don't have a -- a consent for amoxicillin for a toothache.

8  So there would have been no reason to.

9  Q     Would you prescribe amoxicillin for a toothache to treat

10 COVID-19?

11 A     No.  If they had a toothache also, sure.

12 Q     So wouldn't the reason to have a COVID-specific consent be

13 for COVID treatment prior to this date?

14              MR. MOSLEY:  Object to form:  Subsequent

15         remedial measure.  Objection to form:  After

16         everybody, you know, whatever.  You've got my

17         objection.

18              Please answer, Kelley.

19 A     The reason that the COVID consent for medications came

20 about was because people alleged that we were giving medicine

21 against their will without information, which was a false

22 statement because medication passers are educated on the names

23 of the medicine and just a basic -- like, this is doxycycline.

24 This is an antibiotic.  If you have any further questions, you

25 can ask a provider for more details.

1     You had requested -- you know, you had asked me earlier

2   about -- you had asked me earlier about if they were educated

3   on side effects.  So the side effects would be more of a

4   provider or license request where they would request that

5   interaction.  The med passers are educated -- we -- they pass

6   out lots of medicines, so they're educated on what the name of

7   the drug is, what the generic name of the drug is, what drug

8   class it is, and what it's used for or why the person is

9   getting it for.

10     So, honestly, Dr. Karas nor myself felt as if we did need

11   a COVID-specific consent for the treatment of consent.  And the

12   only reason that this was done was because it was alleged that

13   we were doing things against a person's will.  And this was

14   more to show that people do have the right to refuse medicines,

15   even though that we already did that, because they're told what

16   they're given.  They can refuse at any time.  And all of these

17   individuals, which individuals over time show that they can,

18   refuse or the medicine was given; and then an officer actually

19   witnesses that interaction, or when we're not in a pandemic,

20   they actually sign that they refuse it or accept it.

21     So there's no forceful or trickery going on.  And the

22   reason we did this is because some guy that I've never met -- I

23   think his name is Gary Sullivan -- recommended that -- as part

24   of a settlement offer, that we have a consent.  And so that's

25   why the consent is there.  It's not because it's medically

1 required.  It's not because it's procedurally or policy

2 required by the detention center.  I don't -- I don't have

3 anybody sign a consent before I give them an injection of

4 Rocephin.  They have consented to my treatment, and that is

5 part of the treatment that is given to them.

6 Q   (By Mr. Smith)  Okay.  Using that example that you just

7 gave, what was the drug that you --

8 A   Rocephin, which is an antibiotic.

9 Q   Okay.  Prior to giving a patient Rocephin, would you tell

10 the patient that you're giving them Rocephin?

11 A   Yes.

12 Q   Okay.  I want to focus really quick on the med passers.

13 Med passers report to you; is that correct?

14 A   Yes.

15 Q   And do you --

16 A   They report to the -- sorry, Ryan.  Didn't mean to

17 interrupt.  They report to the nurse manager.  At this time

18 they reported to me because I was serving the role as nurse

19 manager as well.

20 Q   Okay.  And you report to Dr. Karas; is that correct?

21 A   Yes.

22 Q   Who drafted the COVID -- or here --

23            MR. SMITH:  Strike that.

24            I'm going to pull up this document really quick.

25       This is Document 11.

1 Q (By Mr. Smith) Ms. Hinely, do you recognize this

2 document?

3 A Yes.

4 Q Is this a "Informed Consent for Medication and Treatment

5 of Covid-19" for Karas Correctional Health?

6 A Yes.

7 MR. SMITH: I'm going to move to introduce this

8 document as Plaintiff's Exhibit 10.

9 MR. MOSLEY: Objection: Subsequent remedial

10 measure. Objection: Settlement discussions. And

11 objection: Subsequent in time to the allegations in

12 the complaint.

13 (Whereupon, Plaintiff's Exhibit 10 was marked

14 for identification and is attached hereto.)

15 Q (By Mr. Smith) Ms. Hinely, do you know who drafted this

16 document?

17 MR. MOSLEY: Same objection.

18 A Who -- okay, so who typed this document?

19 Q (By Mr. Smith) Sure.

20 A Most likely I would have typed this documents because it

21 was generated inside the detention center. This document would

22 have been done with collaboration with Dr. Karas.

23 And I will say, Ryan, I can't say that I didn't delegate

24 someone else to type this up, but I am responsible for

25 educating people and overseeing people, so the implementation

1    of this would have been done by me.

2    Q    Okay.  And what is the purpose of this document?

3    A    I already answered that question.

4    Q    Can you answer it one more time, please?

5    A    Yes.  Gary Sullivan with the ACLU as part of a settlement

6    felt that we needed to have a COVID-specific consent for the

7    medications that are given.

8    Q    Okay.  So I didn't ask why --

9    A    And I am not --

10   Q    -- it was created.  I asked the purpose of the document.

11   So what is an informed --

12   A    It's the same --

13   Q    -- consent for medication treatment of COVID-19?

14              MR. MOSLEY:  Object to form.

15   A    -- it's the same answer.  Same answer.  There is no

16   purpose for either.  Well, you know what?  We now have a

17   written document that shows what was already been done verbally

18   in front of a med passer, between the med passer, the detainee,

19   and the officer.  So now it's in writing so there's no hearsay

20   or accusations.  It's in writing.

21   Q    (By Mr. Smith)  So you're saying that before August 25th,

22   it was done verbally?

23   A    Um-hum.  Because --

24              MR. MOSLEY:  Kelley, you have to answer --

25         Kelley, you have to answer verbally.

1          THE WITNESS:  Verbally?

2          MR. MOSLEY:  Um-hum doesn't mean anything.

3          THE WITNESS:  Oh, I'm sorry.

4   A    So, yes, this -- the -- the information that's here, the

5   information minus the side effects, because I told you that

6   they would need to request if they wanted to ask for side

7   effects.  They needed to request that because we would need to

8   give them a handout.  The medication would have been discussed

9   with them prior to it being administered.

10  Q    (By Mr. Smith)  And is the medication told to him -- to

11  the jail patient prior to be administered in every case?

12  A    Yes.

13  Q    Even before August 25th of 2021?

14  A    Yes.

15  Q    Was Mr. Wooten told what he was being given when he was

16  receiving the prescription for protocol -- the protocol

17  prescription?

18  A    I was not present, but the employee was instructed to do

19  so.

20  Q    And who instructed the employee to do so?

21  A    I instructed the employee to do so.

22  Q    What about for Mr. Blackburn?  Was he told what drugs he

23  was being given?

24  A    The employee would have been instructed to tell every

25  detainee, to include Mr. Blackburn, the medication that they

1  were given prior.  Going back to referencing the five rights:

2  right person, right medication, right dose, right time.

3  Q    And that's done verbally to the patient?

4  A    That's done verbally to the patient.

5  Q    What about Mr. Little?  Was he told what medication he was

6  given?

7  A    The medication passer was instructed to do so.

8  Q    How about Mr. Gonzales?

9  A    The medication passer was instructed to do so.

10 Q    And Mr. Fritch?

11 A    The medication passer was instructed to do so.

12 Q    Okay.  I want to go down this list really quick.

13 According to this document, under "medication category," what

14 is that listing?  What are these drugs listed --

15 A    Do you want me to read the consent to you?

16 Q    I'm just trying to figure out, is this listing the drugs

17 that are part of the COVID protocol that we've been talking

18 about?

19              MR. MOSLEY:  Object to form.

20 A    It says "Informed Consent for Medication Treatment," so

21 that lists the medications that were part of the prescription

22 set at the time this document was created.

23      And can you scroll down?

24 Q    (By Mr. Smith)  Yeah, of course.

25 A    Okay, go back up.  Okay.  Because, again, things change

1  all the time, so I wanted to make sure that this is -- this is

2  what matched -- 8/25 -- I wanted to make sure that this is what

3  the prescription set -- that this corresponded with the

4  prescription set.

5  Q    And --

6              MR. MOSLEY:  Can you go all the way down,

7         please, Ryan?

8              MR. SMITH:  Yeah.

9              THE WITNESS:  Yeah.  I don't --

10              MR. SMITH:  Are you good, Ms. Hinely?

11              THE WITNESS:  I'm good.

12  Q    (By Mr. Smith)  Okay.  And I believe you said you were

13  responsible for the creation of this document, that you may not

14  have created it.  Is that accurate?

15  A    I said I may have typed this document.  I may have entered

16  the content, but that doesn't mean that I independently created

17  this document.

18  Q    Okay.

19              MR. SMITH:  All right, I want to quickly pull up

20         Document 13.

21              MR. MOSLEY:  Did you move to attach that, Ryan?

22              MR. SMITH:  No, I didn't.  Thanks, Mike.

23              MR. MOSLEY:  Yeah, subject to my objection.

24              I just want to make sure that you're clear with

25         Amy here because --

1    MR. SMITH:  Yep.

2    MR. MOSLEY:  - she'll find you.

3    MR. SMITH:  Madam Court Reporter, I'd move to

4        introduce that last document, Karas 205 to 207, as

5        Plaintiff's 11.

6    THE COURT REPORTER:  That -- the informed

7        consent, we've already marked it as 10.

8    MR. SMITH:  We marked -- did we mark this one as

9        -- this is 9.  This was 10.

10   THE COURT REPORTER:  Hold on.  Let me get over

11       here.  I'm sorry.  The informed consent is -- yep,

12       got the February 15, 2022, email as 9 and the

13       informed consent as 10.

14   MR. SMITH:  Perfect.  Okay, so we did already

15       introduce it.

16   THE COURT REPORTER:  Yes.

17   MR. SMITH:  Okay.

18 Q    (By Mr. Smith)  All right, Ms. Hinely, do you recognize

19 this document?  And I can give you some time to review it if

20 you need it.

21 A    Yeah, you can go on down.  So I will tell you -- so this

22 should be similar to the other one.  And part of the settlement

23 -- and I'm trying to go back -- like, way -- you know, way back

24 because that was three years ago -- so the recommendation for

25 the settlement thing with Gary --

1           MR. MOSLEY:  Object -- wait, wait, wait, wait,

2       wait, wait, wait, wait.

3           THE WITNESS:  Oh, sorry.

4           MR. MOSLEY:  Do not discuss with Mr. Smith any

5       communications you had with any of your lawyers.

6           THE WITNESS:  Okay.

7           MR. MOSLEY:  You can talk around it however you

8       need to, but do not discuss attorney-client

9       discussions.

10          THE WITNESS:  Okay.

11   A    So there were several meetings that happened with the --

12   between -- and I don't know that I -- so I can't remember if I

13   was present or if Dr. Karas was present, so, you know, you

14   would have to ask him.  Because there was a lot of

15   back-and-forth conversations as to the claims that were made by

16   the plaintiffs.

17       And so one of the things that was suggested to us was to

18   come up with something that definitely explains all of the

19   different -- what we're using and what it -- what it's for,

20   what its side effects are, what are the dosing, that type of

21   thing.  And so this was -- I definitely know I typed this.

22   Okay, so this is me typing a kind of copy and paste from a

23   website that we used for reference.  It's called UpToDate.

24   Copy and pasting -- like putting in "Pepcid" and me copy and

25   pasting what the possible side effects of the drug was.

1    And so as you see -- if you go up -- like, if -- if you're

2  trying to look at this and you're a layperson, it was thought

3  that this particular format was not probably the best format as

4  far as usability for the person.  So this should be very

5  similar -- as I was working on the document, this should be

6  very similar as to what the content of the other document was.

7    So that was all during the time that we were trying to

8  work on information, I guess, for -- about -- about the stuff,

9  and I don't know exact dates, but I don't think that any of

10  that was done prior to August of '21.  And I mean, you can look

11  through my stuff and see, but this is all part of that -- what

12  eventually became that other product.

13  Q    (By Mr. Smith)  Okay, so I'm going to read the first line

14  at the top really quick.

15  A    Uh-huh.

16  Q    It says (as read):  "Completion of this form allows

17  Karas Health Care to prescribe and recommend medications that

18  may help COVID-19 symptoms."

19  A    Right.

20  Q    So are you saying that this was a consent form for

21  Karas Correctional Health or Karas Health Care?

22  A    So I don't know because we work -- we -- we, collectively

23  -- so there are several providers; there are several office

24  members -- were working on this together.  I don't know what

25  the clinic elected to do for their patients.  You will have to

1  ask.  Because, like I said, I can see people here; I don't

2  regularly see people here, that type of thing.

3      But if you look at completion of this form for Karas

4  Health Care, I don't know if they elected to do that for the

5  office or not.  Okay?  So that could totally be me working on a

6  document -- I know Dr. Karas can't speak, but -- me working on

7  a document, and us collaborating back and forth to try to

8  figure out what the best -- what the best thing for information

9  is.  At the clinic, I know they also used to have these little

10 pieces of paper that told about what -- what vitamins were

11 recommended that you could get over the counter.

12     So there's a lot of those documents that go on.  It

13 doesn't necessarily mean that it was ever used.  So I don't

14 know -- I don't -- I can't answer that question yes or no

15 because I don't know.

16 Q    (By Mr. Smith)  Okay.  Okay, I want to -- you did say that

17 you --

18 A    This one looks --

19 Q    -- you did --

20 A    -- a lot more --

21 Q    Hold on just a second.  I'm going to --

22 A    Pardon.  Yeah.

23 Q    -- finish my question.

24     You did say that you draft -- you typed -- you drafted

25 this document; is that right?

1  A      It looks like something that I probably would have.  I

2  don't know for certain.  If I would have, it most likely would

3  have been attached to an email because that's how we

4  communicated back and forth.

5  Q     Okay.

6              MR. SMITH:  All right, I'm going to pull this

7         document up next to this one.

8              THE WITNESS:  Yeah.

9              MR. SMITH:  I'm going to move to introduce

10        Karas 167 and 168 as Plaintiff's Exhibit 11

11             MR. MOSLEY:  Object to form:  Subsequent

12        remedial measure.  Object to form:  Not regarding the

13        time of this lawsuit.  And object to the form:

14        Potentially involving Rule of Evidence 407 settlement

15        negotiations.

16             (Whereupon, Plaintiff's Exhibit 11 was marked

17        for identification and is attached hereto.)

18 Q     (By Mr. Smith)  Okay, Ms. Hinely, really quick, I'm going

19 to read -- I'm going to start with the document that has

20 "Karas Correctional Health" at the top, Exhibit 10.

21 A     Okay.

22 Q     And I'm going to read this section right here if you'll

23 follow along with me.  (As read):  "Completion of this form is

24 voluntary.  If not completed, the medication cannot be

25 administered."

1     Did I read that correctly?

2  A    Yes.

3  Q    Okay.  I want to look really quick now at the -- this

4  other document.  It says (as read):  "Completion of this form

5  allows Karas Health Care to prescribe and recommend medications

6  that may help COVID-19 symptoms."

7     Did I read that correctly?

8  A    Yes.

9  Q    Okay.  Do you know why the language of these two consents

10  are different?

11               MR. MOSLEY:  Object to form.

12  A    No.  "Completion of this form" -- I will tell you -- I

13  mean, the differences if you look -- Completion of this form

14  allows to prescribe and recommend medications -- I mean, this

15  one on the right, honestly, I know it says "informed consent,"

16  but it looks like it's written in more of a form of (Zoom audio

17  interference) information.

18  Q    (By Mr. Smith)  Can you -- Ms. Hinely, I'm sorry to --

19  A    I don't know.

20  Q    -- I'm sorry to interrupt you, but your video kind of cut

21  out there.  So you said it was written in the form of

22  something.

23  A    I don't know why they're different or why the verbiage is

24  different.  I'm sure there was a reason three years ago, but I

25  don't know today.

1  Q    Okay.  I'm going to scroll down on this one, and it says

2  at the bottom after the medications are listed (as read):

3  "Possible consequences of not receiving proposed medications:

4  shortness of breath, pneumonia, death from respiratory

5  failure."

6       Did I read that correctly?

7  A    Yes.

8  Q    Okay.  Looking at the other document -- I'll let you read

9  the entire thing if you want, but I'm going to scroll down

10  after the medications are listed -- it doesn't include a

11  similar statement.  I'll let you read this document if you

12  would like to confirm that.

13  A    I see that that statement is not there, Ryan, but again, I

14  -- I don't know why.  I don't think that the one on the right

15  was used in the correction population.  I -- I don't know where

16  this -- the one on the right was not -- I don't remember that

17  being used in our population.  So I don't know -- like I said,

18  it was a working document.  I don't know if it was used in the

19  clinic setting or not.  You would have to ask that question to

20  someone else.

21  Q    Sure.  Okay.  All right, scrolling up.  You would agree

22  with me that both documents include ivermectin?

23  A    Yes.

24  Q    Is that correct?  Okay.

25  A    Yes.

1  Q    This document lists montelukast.  And this document lists

2  Singulair.  Are those the same -- are those the same drug?

3                MR. MOSLEY:  Object to form.

4  A    They are.  One's a generic.

5  Q    (By Mr. Smith)  Okay.  And they both list doxycycline?

6                MR. MOSLEY:  Object to form.

7  A    Right.  So that's the generic.

8  Q    (By Mr. Smith)  All right.  And then at the bottom, I'm

9  looking right now here at Number 5, on the exhibit marked Karas

10 Correctional Health, it says (as read):  "Number 5:  Use of the

11 above-listed medications in the management and treatment of

12 COVID-19 and all variants is 'off-label' use."

13     Did I read that correctly?

14 A    Yes.

15 Q    Okay.  And on the other form it says (as read):  "I

16 understand that the use of the listed medications are not

17 FDA-approved for management and/or treatment of COVID-19."

18     Did I read that correctly?

19 A    Yes.

20 Q    Okay.  And do you know why the language of these two forms

21 is different?

22                MR. MOSLEY:  Object to form.

23 A    I have no idea.  I would -- I -- I would have no idea.

24 Q    (By Mr. Smith)  Ms. Hinely, did you testify earlier that

25 you purchased medication as part of your job as medical

1  director for Karas Correctional Health?

2  A    No, I order medicine -- order, prescribe.  I don't do any

3  purchasing.  I send -- we send a -- we send a pharmacy order.

4  Q    And you send that order to the pharmacy?

5  A    Yes, sir.

6  Q    Okay.

7              MR. SMITH:  All right, I'm going to share my

8         screen really quick.  This is Document 20.

9  Q    (By Mr. Smith)  Ms. Hinely, do you recognize this

10  document?

11  A    This would be a pharmacy order.  Not what it looks like on

12  my end, but what it would look like after I would send the -- I

13  don't -- I don't know what this is.  So this is an order.  So

14  this is a pharmacy invoice, is what I think this is.  You would

15  have to ask the business office person or someone that knows,

16  but this is an invoice.

17      So when I send an order that generates out of the

18  computer, it has -- and I don't know what this has over here.

19  So the didacted [sic] information, I would assume, are

20  potential patient names.  So that would be -- you would send

21  the pharmacy order -- the order -- the script -- you would send

22  the prescription to the pharmacy, and it would be filled at the

23  pharmacy for that patient.  Does that make sense?

24  Q    Um-hum.  And --

25  A    This looks like a -- this looks like an invoice, is what

1 this looks like.

2 Q    Okay.

3 A    Like, so I've not seen one from Lowell Pharmacy, which is

4 also Live+Well.  They're -- they're sisters.  But, like,

5 Medical Arts, which is the pharmacy we get most of our

6 medicines from, it would -- there's like -- it -- this is --

7 this is how the invoice looks.  Like, every day when we get

8 medicines, a piece of paper like this would come with it; and

9 then when you get your medicines, you check them off against

10 the order sheet.

11 Q    Okay.  And you said this sheet looks different than the

12 one that you would receive.  Is that what you said?

13 A    No.  I said it looks different than the one that I send.

14 Q    Send, okay.

15 A    Yes.

16 Q    And so who would know why the forms look different?  Do

17 you know?

18 A    I don't think you're understanding what I'm saying.  So

19 this is what comes with the medicine.  This is what --

20 Q    I understand.

21 A    -- this is an invoice.  Okay?

22 Q    Okay.  So you send the document to order the drugs, and

23 then this comes on the backend when the drugs are delivered.

24 Is that what you're saying?

25 A    Yes.

1    Q    Okay.

2    A    And with Lowell Pharmacy, because this is a compounding

3    pharmacy, okay -- so I'm not -- I don't -- they don't deliver

4    drugs to us every day.  They don't -- that's not -- that's not

5    -- hold on a second.  Let me think that for a second.

6         So when our medicines come, they come in a bottle, or they

7    come in a card, or they come -- you know, they're labeled, but

8    they're patient -- they're patient-specific.  You -- they match

9    up to a prescription.  Does that -- am I explaining that right?

10   Q    I don't know, but I understand.  I'm following you.

11   A    Okay.  So could -- this medicine, could I have faxed over

12   a prescription for this?  Sure.  I mean, sure, I could have.

13   This is an invoice, and it's really -- it's an invoice is what

14   it is.

15   Q    Okay.  And --

16   A    Or that's what it appears to be.  I don't see the

17   invoices.  I don't pay the invoices.

18   Q    Okay.

19   A    But, I mean, like -- go up.  You can't see it because it's

20   a crappy copy.  But go up.

21        So this would probably be the date, over here on the left,

22   that it was prescribed.  And then didacted [sic] information, I

23   would assume -- which this is an assumption -- that there's a

24   date of birth and a patient name.  And then, I would say, 10 or

25   5 or whatever are probably going to be your quantities.

1 Q    Okay.  And looking at the first number in the first

2 column, that's 8/23 of '21.  Is that correct?

3 A    Um-hum.

4 Q    Okay.  And I'm going to go -- and can you -- yes or no,

5 please?

6 A    Yes.

7 Q    Thank you.

8      And then the last -- it looks like the last page has dates

9 ranging from November 18th of 2020 to January 13th of 2021.  Is

10 that correct?

11 A    Right.

12 Q    And then we jump up.  There's an April date.  And then

13 it's --

14 A    Right.

15 Q    -- July --  July 9th of 2021.  Is that correct?

16 A    Right.

17 Q    Okay.  And then from --

18 A    Yes.

19 Q    -- that July 9th point, it looks like it is entries, or,

20 you know, inputs, in July of 2021 and August of 2021.  Is

21 that --

22 A    Yes.

23 Q    -- is that correct?  Okay.

24 A    Yes.

25 Q    And so based on this document and your sort of testimony

1 that this document would come with the orders, is it fair to

2 assume that Karas Correctional Health ordered ivermectin on

3 these dates?

4           MR. MOSLEY:  Object to form.

5           You answer.

6           MR. SMITH:  Well, I guess, let me rephrase that.

7 Q    (By Mr. Smith)  Is it fair to assume that ivermectin was

8 delivered on these dates if this comes with the delivery?

9           MR. MOSLEY:  Object to form.

10 A    Yes.  But for me to ensure -- I'm going to say for me to

11 ensure that these are -- is this a correctional invoice?

12 Q    (By Mr. Smith)  I will say that it does say "WCDC Medical"

13 on the left side --

14 A    Okay.

15 Q    -- of the document.

16 A    Okay.  Okay.  So that's helpful because I -- I don't know.

17 So you would say that -- you could say that you could reconcile

18 this with the patient's record to say, on 8/10 of '21 -- I'm on

19 the very bottom -- somebody in the detention center was ordered

20 ivermectin 12 milligrams, and it looks like for five days, if

21 we were giving it every day for five days, if that's what was

22 being ordered at that time.

23 Q    Okay.  Ms. Hinely, you testified earlier that ivermectin

24 was added to the jail protocol on July 19th of 2021; is that

25 correct?

1  A    I actually said that -- I -- that's what my email said,

2  and so that's the only thing I can go off is based on what my

3  email said.  But that was --

4             THE WITNESS:  Hold on just a second.  I'm sorry.

5  A    I cannot -- I did -- I also said that we were using it on

6  a case-by-case basis prior to then, and that was documented

7  with Mr. Fritch.

8       If -- you know, if you want to look at all of it, then,

9  you know, whatever.  But I don't know exactly what was done for

10 each individual patient.  And Dr. Karas was doing a lot of the

11 management there as well.  He was there full time in November

12 of '21 because that was our first major outbreak.

13      And so I don't know, without looking at individual charts,

14 what was going on at that time; but according to the email,

15 which we reviewed, that's when it actually became part of an

16 order set.

17 Q    (By Mr. Smith)  Okay.  And I do want to just ask a point

18 of clarification really quick.

19 A    Yeah.

20 Q    Did you say that the major -- first major outbreak

21 occurred in November of 2021?  Or was it 2020?

22 A    I believe so.

23 Q    Okay.

24 A    The best of my recollection, it just wasn't that Delta was

25 not there.

1  Q    Okay.

2  A    I mean, we didn't get Delta, but -- I don't -- I don't

3  know.  Our numbers were so bad.  We've had over 2,000 cases

4  there.  I don't -- I don't know.

5  Q    Okay.  From July --

6  A    So --

7  Q    -- from July 19th of 2021 until August 26th of 2021, do

8  you know how many jail patients refused ivermectin as a

9  COVID-19 treatment?

10 A    No.

11 Q    Do you have any way of identifying that number?

12 A    I would assume that we could go through each distribution

13 record and look.  There's not a report that I can generate to

14 get you that information.

15 Q    Okay.  I might talk to Mike after this.  That would be

16 information that we would like to have.  I recognize that it

17 might be burdensome, and we'd be interested in figuring out a

18 way to make that somewhat manageable.

19             MR. SMITH:  Okay, I think that is -- can we take

20         a quick couple-minute break?  Let me confer with my

21         co-counsel.  And I think we're just about done.

22             MR. MOSLEY:  Thanks.

23             (Whereupon, a recess was taken, after which the

24         proceedings continued as follows, to-wit:)

25 BY MR. SMITH:

1  Q    All right, Ms. Hinely, I just have a couple of quick

2  questions.  You mentioned earlier that med passers are supposed

3  to go over the list of drugs on the distribution list with each

4  -- or each jail patient; is that correct?

5  A    Yes.

6  Q    Okay.  Before the fall of 2021, were you aware of med

7  passers not following that procedure?

8  A    I was never made aware of that.

9  Q    Okay.  Were you ever told by an officer that the med

10 passers were not following the procedures?

11 A    No.

12         MR. SMITH:  All right.  I want to quickly go

13         back to these consent forms that we were looking at.

14         Let me get this pulled up.  Okay.

15 Q    (By Mr. Smith)  All right, Ms. Hinely, can you see my

16 screen?

17 A    Yes.

18 Q    Okay.  Do you remember talking with me about this document

19 earlier?

20 A    Yes.

21 Q    Did you say yes?  Sorry.  I was --

22 A    Yes.

23 Q    Okay.  Ms. Hinely, who would have final approval of

24 whether this document was to be used at the Washington County

25 Detention Center?

1    A    Not a member of my staff.

2    Q    Okay.  Who would it be?

3    A    I don't know.  This document was in place prior to us

4    taking over the contract.

5    Q    And so if you -- would you be -- are you authorized to

6    change this form?

7    A    No.

8    Q    Who -- to your knowledge, who is authorized to change this

9    form?

10   A    I don't know.

11   Q    Okay.

12              MS. REYNOLDS:  Ryan, for the record, which

13         exhibit were we just discussing?

14              MR. SMITH:  Yes.  Thanks.  This is exhibit -- I

15         believe it's Exhibit 9, the 2/15/2022 email.

16              Is it Exhibit 10?

17              THE COURT REPORTER:  You're right.  It's 9.

18              MR. SMITH:  Okay.

19              Thank you, Bourgon.

20   Q    (By Mr. Smith)  All right.  And then looking at

21   Exhibit 10 --

22              MR. SMITH:  Right, Amy?

23              THE COURT REPORTER:  Yes.

24   Q    (By Mr. Smith) -- Ms. Hinely, who would have final

25   approval of this form in August of 2021?

1    MR. MOSLEY:  Object to form.

2  A    This is a supplement of -- this is -- this is a Karas

3  Correctional Health document.  The first document that you sent

4  me is not a Karas Correctional Health document.

5  Q    (By Mr. Smith)  Okay.

6  A    That's a detention center document.  This is a Karas

7  Correctional Health document.

8  Q    (By Mr. Smith)  Okay.  So who would have final approval of

9  this form in --

10  A    Dr. Karas.

11  Q    -- August of 2021?

12  A    Dr. Karas.

13  Q    Okay.  And who would have final approval of the consent

14  form for COVID-19 in the private clinic?

15                MR. MOSLEY:  Object to form.

16  A    I don't know if they have one in the private clinic.

17  That's -- that's not for me to answer.  I don't know.

18  Q    (By Mr. Smith)  If they did have a form, do you know who

19  would have final approval?

20                MR. MOSLEY:  Object to form:  Speculation.

21                You answer.

22  A    I don't know.

23  Q    (By Mr. Smith)  Who would know?

24  A    Dr. Karas as the owner and operator.

25  Q    So we spoke earlier about the fact that these forms were

1  different.  Do you remember that?

2  A    Our discussion?

3  Q    Um-hum.

4  A    Yes.

5  Q    Okay.  Do you know who would know why these forms are

6  different?

7  A    No.  I would assume that -- you're going to have to find

8  out what they were doing at the clinic to determine that.

9  Q    Okay.  If I remember your testimony correctly, I think you

10 said there was some collaboration going on.  Do you recall who

11 you worked with when creating and drafting this document?

12 A    Other than Dr. Karas, no.

13 Q    Who would know if this informed consent form was used at

14 the private clinic?

15          MR. MOSLEY:  Object to form.

16 A    Dr. Karas.

17          MR. SMITH:  Okay.  I'll pass the witness.

18                    CROSS-EXAMINATION

19 BY MR. MOSLEY:

20 Q    Kelley, very briefly, would you tell Mr. Smith on the

21 record what med passers were told to tell inmates about

22 ivermectin?

23          MR. SMITH:  Object to form.

24          MR. MOSLEY:  There's no --

25 A    That it was an antiparasitic that had been shown to help

1  in the treatment of COVID; and that if they had any further

2  questions about the medicine, they can put those in the kiosk,

3  and a licensed person would discuss it with them; and they can

4  refuse it at any time.

5  Q    (By Mr. Mosley)  Okay.  And you already testified you or

6  your med passers, as far as you know, didn't force anybody to

7  take anything, did you?

8  A    No, sir.

9  Q    I do have an interesting -- this is pretty interesting.

10  It's something I didn't notice until Mr. Smith showed me it.

11                 MR. MOSLEY:  I want to pull up -- I think I got

12             it right here.  Let me see if we can share the

13             screen.

14  Q    (By Mr. Mosley)  All right, so can you see my screen?

15  A    Yes, sir.

16  Q    All right.  This is -- I'm going to represent to you -- if

17  I can find out where it says how many pages are here -- this is

18  the full record for Mr. Gonzales, one of the plaintiffs suing

19  you.

20      Is he the one that has tattoos on his face?

21  A    Yes, sir.

22  Q    Okay.  So after whatever happened and the news was made,

23  and Dr. Karas was defamed for allegedly giving horse dewormer,

24  and these plaintiffs then started to say they didn't want

25  ivermectin, do you remember that?

1          MR. SMITH:  Object to form.

2    A    Yes.

3    Q    (By Mr. Mosley)  All right.  So this is Mr. Gonzales.  And

4    let's take a lookie-loo here.  On August the 25th at 7:29 p.m.,

5    he rejects -- refuses ivermectin; correct?

6    A    Yes, sir, as they all did, as Mr. Smith pointed out to me.

7    Q    You know what he didn't refuse, though, the next day?

8    Doxycycline or montelukast.

9    A    Nor did the others, sir.

10          MR. SMITH:  Object to form.  I don't know if

11          that was a question.

12          MR. MOSLEY:  You said object to form.

13   Q    (By Mr. Mosley)  My point is, you see here, this is not

14   part of what Mr. Smith showed you.  I'm showing you the

15   complete record.  And do you see that Mr. Gonzales accepted

16   montelukast the day after he rejected ivermectin?  Do you see

17   that?

18   A    Yes, sir.

19          MR. SMITH:  Object to form.

20          MR. MOSLEY:  Okay.  I'm going to attach his

21          entire record there.

22   Q    (By Mr. Mosley)  So why would somebody who wasn't told

23   what the medicines are that they were being given, and

24   allegedly not trust you guys, take medicines after they allege

25   they were lied to about given ivermectin?

1  MR. SMITH:  Object to form and foundation.

2  A    So I can't tell you why because that would be me

3  speculating on why they did something or didn't do something.

4  I do suspect by looking at this fact of given and refused that

5  they had to have been told each individual medicine, or how

6  would they have known what to refuse?

7  Q    (By Mr. Mosley)  That's my point.  So let me lay a

8  foundation.  Kelley, are you familiar after this lawsuit -- or

9  after these allegations were made defaming Dr. Karas, are you

10  familiar with the plaintiffs in this case, besides Mr. Fritch,

11  with their records after the 25th of August of 2021?

12  MR. SMITH:  Object to form.

13  A    Do -- am I -- do I have knowledge of what transpired after

14  this --

15  Q    (By Mr. Mosley)  Yeah.  Because you just testified --

16  A    -- with their medical -- yeah, I mean --

17  Q    -- not --

18  A    -- I know these guys.  They're in jail all the time.  I

19  know them by sight, yes.

20  Q    But my point was, is I asked you about Mr. Gonzales

21  accepting montelukast and doxycycline the day after he rejected

22  ivermectin.

23  A    Right.

24  Q    And you said they all did.  Isn't that what you said?

25  A    Yes.

1  Q    In the last three years has Karas Correctional Health

2  actually lost money on the contract with Washington County?

3  A    May I reference a document?

4  Q    No.

5              MR. SMITH:  Objection to form and foundation.

6  Q    (By Mr. Mosley)  No, I don't want you to reference a

7  document.

8  A    Okay.  Yes.  We do not --

9  Q    Do you have personal --

10 A    -- we don't --

11 Q    -- wait.  Let me reask the question.

12     Do you have personal knowledge of whether or not

13 Karas Correctional Health has lost money on the contract with

14 Washington County for providing healthcare services to the

15 detention center?

16 A    Yes, sir.

17 Q    So they allege you guys had a contract for -- hang on.

18 Let me find it here -- one point three seven -- one point --

19 $1,374,000 in 2020, but they don't say anything in the

20 complaint about expenses.  And so what I guess I'm asking you

21 is, is that you guys didn't make a profit of $1.3 million

22 dollars, did you?

23 A    No.

24             MR. SMITH:  Object to form.

25 A    My best recollection, just off the top of my head, I think

1  in 2020 -- because we suspended all the copays; we didn't

2  charge for any COVID treatments in '20 or '21; we had no access

3  to any government COVID testing at all except for what the

4  health department would provide us with the PCRs -- I think in

5  2020 we lost $60,000.

6  Q    (By Mr. Mosley)  And then financially, do you guys have

7  any financial relationship with Lowell Pharmacy as it pertains

8  to your orders for ivermectin?

9  A    No, sir.

10                MR. SMITH:  Foundation.

11  A    No.

12                MR. MOSLEY:  That is --

13  Q    (By Mr. Mosley)  No, okay.

14      Have you ever had a relationship with the Lowell Pharmacy

15  where you guys got paid a kickback for ordering ivermectin?

16  A    No.

17                MR. SMITH:  Foundation.

18  Q    (By Mr. Mosley)  Do you -- and do you have personal

19  knowledge of that, Kelley, of what I just asked you.

20  A    Is there any financial incentive for -- between the two of

21  us --

22  Q    Yeah.

23  A    --  Lowell Pharmacy and Karas Correctional?

24  Q    Do you have --

25  A    No.

1  Q    -- personal knowledge of that?

2  A    I have no personal knowledge of any such.  No.

3  Q    Okay.  You never heard secondhand that y'all are making

4  money by ordering ivermectin from --

5              MR. SMITH:  Object to form:  Foundation.

6              MR. MOSLEY:  I'm not finished with my question.

7              MR. SMITH:  Sorry, Mike.

8              MR. MOSLEY:  You allege this in the complaint,

9         and I can ask it.

10 Q    (By Mr. Mosley)  Do you have any knowledge of any hearsay

11 or anything that Karas Correctional Health, Dr. Karas, has made

12 money because you guys order ivermectin for use in the jail?

13 A    No.

14             MR. SMITH:  Object to form:  Foundation.

15 Q    (By Mr. Mosley)  Thank you.

16     I questioned the plaintiffs last week, except for

17 Mr. Fritch, and I asked them all -- and as I recall they said

18 they didn't know -- who the person was who was the med passer

19 on August 21, 2021.  Have you any personal knowledge of any of

20 your med passers not telling the plaintiffs in this case on

21 August 21st that they were being given ivermectin or what it

22 was?

23 A    No, sir.

24 Q    If you found out that Employee X had told an inmate that

25 they were being given a vitamin that was actually ivermectin,

1  what would be the consequences for that employee?

2              MR. SMITH:  Object to form.

3  A    Remedial action.

4  Q    (By Mr. Mosley)  I'm sorry; I didn't hear you.

5  A    Remedial action.

6  Q    For instance?

7  A    Reeducation, disciplinary action, possibly termination.

8  Q    Do you know of any med passer that, on August 21st or any

9  other time with ivermectin, tricked any inmate and said

10 ivermectin was steroid?

11             MR. SMITH:  Object to form.

12 A    No.

13 Q    (By Mr. Mosley)  If you had learned the name of such a med

14 passer that allegedly tricked an inmate in such a way, what

15 would be the consequence?

16 A    Remedial action, disciplinary, and/or termination.

17 Q    Let me ask you this:  Are you aware, in the history of the

18 contract between Karas Correctional Health and today, of any

19 med passer lying to an inmate about what a medicine is?

20 A    No.

21 Q    So what I'm trying to say is, could you foresee a med

22 passer after they've been trained doing such a thing, lying to

23 an inmate about what medicine they're getting?

24 A    No.

25             MR. SMITH:  Object to form.

1 Q    (By Mr. Mosley)  Who handles the med passers in the

2 detention center primarily?

3                 MR. SMITH:  Object to the form.

4 A    Rephrase the question so I --

5 Q    (By Mr. Mosley)  Who --

6 A    -- understand what you're asking.

7 Q    -- who runs the healthcare over at the detention center in

8 Washington County on behalf of Karas Correctional Health?

9 A    I do.

10 Q    Does -- do you -- did you on August 21, 2021, pass

11 medicines to these four plaintiffs, not Mr. Fritch:  Little,

12 Gonzales, Floreal-Wooten, and Blackburn?

13 A    No.

14 Q    Did Dr. Karas pass medicines on August 21, 2021, to

15 Floreal-Wooten, Mr. Little, Mr. Blackburn --

16                 MR. SMITH:  Gonzales.

17 Q    -- or Mr. Gonzales.

18                 MR. MOSLEY:  Thank you.

19                 MR. SMITH:  Form and foundation.

20 Q    (By Mr. Mosley)  You still answer, Kelley.

21 A    No.

22 Q    So Ryan showed you --

23                 MR. MOSLEY:  I'm going to pull it up here.  I

24       think I can pull it up.  It's taking a minute.

25                 Can you pull up Fritch's records, whatever

1    exhibit that is, Amy?

2    MR. SMITH:  Here.  I can pull it up.

3    THE COURT REPORTER:  Thank you.

4    Okay, I think I got it, Ryan.  Never mind.

5    Thank you both.

6    Q    (By Mr. Mosley)  Can you see my screen?  You see my

7    screen, Kelley?

8    A    Yes.

9    Q    So what we know is -- whether these records are accurate

10   about whether he got ivermectin on the 17th and the 16th, we

11   know he was supposed to get it on the 18th and the 22nd of

12   December 2020; correct?

13   MR. SMITH:  Object to form.

14   A    Yes.

15   Q    (By Mr. Mosley)  And you're -- is that a yes?

16   A    Yes.

17   Q    And you're aware he's testified under oath that he was

18   told it was antiparasitic, and he took it anyways.

19   MR. SMITH:  Object to form.

20   Q    (By Mr. Mosley)  You're aware of that, aren't you?

21   A    Yes.

22   MR. SMITH:  Form.

23   Q    (By Mr. Mosley)  So that means the first time he was given

24   it, he was told it was an antiparasitic; that it was -- he took

25   it.  He was prescribed it again, and he took it a second time

1  at least; right?

2           MR. SMITH:  Object to form:  Foundation.

3  A    Yes.  And also, interesting enough, which I just

4  recognized this, but the same med passer, this 3249, was one of

5  the med passers that also participated in the care of the other

6  four plaintiffs.

7  Q    (By Mr. Mosley)  Right.

8  A    And so if he verbalizes that she told him at that time, I

9  don't know why she would change her practice whenever now we're

10 nine months into this or eight months into this.

11 Q    We've talked about there was a time when you weren't

12 passing pens and paper back and forth to avoid transmission of

13 COVID.  Do you recall that?

14 A    Yes.

15 Q    How was the informed consent, the one that you didn't

16 create, communicated to inmates at that time?

17 A    Whom --

18           MR. SMITH:  Object to form and foundation.

19 A    -- whomever -- go ahead and answer?

20 Q    (By Mr. Mosley)  You absolutely answer.

21 A    Okay.  So wherever that was in the course of the process

22 -- so you have to remember that a consent cannot be bypassed.

23 It has to be addressed because there's a red button on the

24 screen.  So if for some reason -- because we were trying to

25 minimize contact the best we could because we barely had enough

1 staff to do anything. "We" being ourselves. "We" being the

2 sheriff's office. Because COVID just didn't affect the

3 detainees. It affected our employees, our families. Our kids

4 were not in school. It was a very, very traumatic time for all

5 of us. Family members were dying. And if you -- if you -- we

6 -- we didn't -- they didn't know -- we even went to all

7 Styrofoam trays. So nobody knew how it was transmitted.

8 Nobody knew if you could get it from touching something that

9 everybody -- you know, someone else had touched.

10 　　　And so we had suspended any sort of passing things back

11 and forth or touching. You know, we tried to have as little

12 interaction with people as possible, because I struggled even

13 to have an N95 mask for myself. And so the consent would be

14 verbally gone over with a person prior to that treatment

15 because there's no way to bypass that -- bypass that button.

16 That was how consent was done.

17 　　　And then I will reiterate just for Ryan's benefit that as

18 far as acknowledging -- because in routine practices they sign

19 a consent with their signature -- which all these guys know

20 because they've been detained multiple times, and you have

21 previous consents on these guys -- (Zoom audio interference)

22 during medication (Zoom audio interference), and --

23 Q    You're breaking up a little bit. Go back to what --

24 A    -- if they received medicine or they refused medicine,

25 they --

1  Q    -- you're breaking up.  Go back two --

2  A    -- okay.  Can you hear me?

3  Q    -- go back two sentences.  Yeah.

4  A    Okay.  So they currently -- and they would have except for

5  COVID happened, and they're familiar with this process.  You

6  can ask any of them -- when they come up to take their

7  medicine, they have to sign a piece of paper.  Even if they

8  refuse it, they have to sign a piece of paper.  That too was

9  suspended because we didn't want to pass a pencil back and

10 forth, a clipboard back and forth, not only for our staff

11 protection, but for the detainee that came behind that person.

12 And so we were trying to just minimize contact altogether.  But

13 the officer that was standing there would actually witness the

14 interaction by placing their badge number on that piece of

15 paper.

16     So consent was done verbally.  And then -- that was for

17 all medical treatment.  And then the -- I think it's called a

18 medication distribution form, but it's -- it's a piece of paper

19 that has everybody's name listed on it.  They have to sign that

20 they took their medicines or didn't take their medicine.  And

21 the officer actually witnessed that interaction, so if it was

22 refused, he would write "refused" -- he or she would write

23 "refused" and their badge number.

24 Q    A couple more questions.  When you --

25 A    That was the same too, Mike.  We -- we have an electronic

1  signature pad in the intake area that was suspended as well

2  because we just didn't want to pass any equipment back and

3  forth at all.

4  Q    So what I'm saying is, is you've seen the informed

5  consents, that form, as it relates to the plaintiffs in this

6  lawsuit, particularly because of the allegations against

7  Dr. Karas before the medical board; right?

8  A    The one --

9             MR. SMITH:  Object to form.

10 A    -- the one that Ryan showed me that asked why we did that?

11 Q    (By Mr. Mosley)  What I'm saying is -- well, I'll show you

12 Mr. Wooten's file.

13             MR. MOSLEY:  And so just for the record, Amy,

14             when I show Blackburn's meds -- or that medical

15             records, it's the same Blackburn exhibit I used

16             during his, and you've already redacted it.  It's his

17             entire medical file, okay, subject to any objection.

18             MR. SMITH:  Hey, I'm sorry, Mike.  Can you

19             repeat that?  I wasn't quite following what you were

20             saying.

21             MR. MOSLEY:  I want to attach as my exhibit the

22             entire medical file for Blackburn.  That was the same

23             exhibit that we used during Blackburn's deposition.

24             That's -- she's already redacted it.  I don't want to

25             make her have to redact it.

1          MR. SMITH:  And I just want to check; I was --

2     didn't you pull up Gonzales's medical files?

3          MR. MOSLEY:  I'm sorry.  Gonzales.

4          MR. SMITH:  Okay, so --

5          MR. MOSLEY:  Thank you.

6          MR. SMITH:  -- yeah.  So you're -- okay, not

7     Blackburn, just Gonzales and everything that you just

8     said.

9          MR. MOSLEY:  Wasn't it Gonzales I -- yeah,

10    Gonzales is the one I pulled up.

11         MR. MOSLEY:  All right.

12         THE COURT REPORTER:  So not Blackburn's, just

13    Gonzales's.

14         MR. MOSLEY:  Gonzales.

15         THE COURT REPORTER:  Okay, gotcha.

16         MR. MOSLEY:  All right, hang on one second.  Who

17    did I just say?  Wooten?

18         Okay.  All right, I'm going to share my screen.

19    This will be exhibit --

20         THE WITNESS:  I'm going to grab a cup of coffee,

21    guys.

22         MR. MOSLEY:  -- this will be --

23         What am I on?  B for -- or 2 for defense?

24         THE COURT REPORTER:  B or 2, whichever one

25    you're going with.

1          MR. MOSLEY:  Well, I just want to -- if he's

2     using numbers, I want to use numbers.

3          THE COURT REPORTER:  Okay, you're on B.

4          MR. MOSLEY:  Okay.  If he's using letters, I

5     just want it -- I don't want to make it look weird.

6          MR. SMITH:  I think I was using numbers.

7          MR. MOSLEY:  So let's go stick with -- this will

8     be 2 and that other 1.

9          MR. SMITH:  Yeah.

10          MR. MOSLEY:  Okay.  Thanks.

11          (Whereupon, Defendant's Exhibits 1 and 2 were

12     marked for identification and are attached hereto.)

13          MR. MOSLEY:  You back, Kelley?

14          THE WITNESS:  I didn't leave.  I just grabbed my

15     cup of coffee from the door.

16  Q   (By Mr. Mosley)  Okay.  Can you see this?

17  A   Yes.

18          MR. MOSLEY:  Are we on the record, Amy?

19  Q   (By Mr. Mosley)  Can you see --

20  A   Yes, I can see it.

21  Q   -- Mr. Wooten's record?  All right.

22  A   Um-hum.

23  Q   And do you see it is a "Patient's Consent for Treatment"

24  that you were shown earlier by Ryan?

25  A   Yes.

1  Q    All right.  You see down here this has got the name

2  "Floreal-Wooten, Edrick" on it.  You see that?

3  A    Yes.

4  Q    And do you see that it says "Date Signed:  7/22/2021 at

5  14:19:30"?  And I don't know military time.  Not anymore, I

6  don't.  Do you see that?

7  A    So somebody would have had to have had an interaction with

8  him because of the red button on the screen.  So either, I

9  mean, he had a -- I don't know what happened on this day, but

10  something required him to have this consent addressed.

11  Q    And when you say addressed, do you mean read to him?

12  A    I did not read it to him.

13  Q    Well, who's Rachael Young?

14  A    Rachael is an LPN that works for us.

15  Q    Okay.  Somebody put here that it was signed on July 22,

16  2021.

17  A    Therefore, there had to be a discussion with him.

18  Q    About the form?

19  A    About his consent for treatment.

20  Q    Okay.

21           MR. MOSLEY:  And I'll attach that as Exhibit 2

22       for the defense, subject to any objection, of course.

23           THE COURT REPORTER:  Exhibit B.

24           MR. MOSLEY:  No.  He said he's using numbers.

25           THE COURT REPORTER:  He's using numbers, so

1          you're going to use letters?

2               MR. MOSLEY:  Oh, that's what you meant.  That

3          makes more sense.

4               MR. SMITH:  I was on the same page as Mike.

5          That does make sense, though.

6               MR. MOSLEY:  That makes more sense, I think.

7               THE COURT REPORTER:  Wait.  Oh, okay, I'm with

8          you guys now.  It's -- okay.

9               MR. MOSLEY:  Amy, you know I --

10              THE COURT REPORTER:   We're all doing numbers.

11              MR. MOSLEY:  -- I consider you the best, so

12         don't be playing games with me here.

13              THE COURT REPORTER:  Okay.

14              MR. MOSLEY:  If you'd had seen the court

15         reporters I had -- I'm not even going to say it on

16         the record because I'm not trying to --

17              THE COURT REPORTER:  Don't even.  Don't even.

18              MR. MOSLEY:  Do you want me to tell you about

19         the lady that wasn't on the record for 25 minutes?

20              THE COURT REPORTER:  That was not me.

21              MR. MOSLEY:  She came back, and she goes,

22         "What's going on here?"  And we're like, "What's

23         going on here?"  Anyways.

24    Q    (By Mr. Mosley)  Kelley, do you remember having to take

25    statistics in college?

1        MR. SMITH:  Object to foundation.

2   Q    (By Mr. Mosley)  Kelley, did you take --

3   A    Do we have to go there, Mike?

4   Q    We're going to.  Do you -- did you --

5   A    Yes, I remember.

6   Q    -- in college did you take a --

7   A    It was excruciating.

8   Q    -- in college did you take a statistics class?

9   A    Yes.

10  Q    Did you ever take any class -- I took -- I have a degree

11  in psychology, and I took experimental psychology.  Did you

12  ever take an experimental class or a class where they did

13  experiments?

14  A    Yes.

15  Q    Do you remember where they would -- you'd have a placebo

16  group that didn't get whatever stimuli or medicine, and then

17  you'd have a group that got it; and that information would all

18  be put together as data, and you would do a statistical

19  analysis?

20  A    Yes.

21        MR. SMITH:  Object to the form and foundation.

22  Q    (By Mr. Mosley)  Do you remember that in college?

23        MR. SMITH:  Same objection.

24  A    Yes.  You would have a control group and a test group.

25  Q    (By Mr. Mosley)  On any medicine that you guys used for

1  COVID in the jail, did you -- were you ever giving some

2  COVID-positive inmates the protocol medicines and another group

3  of inmates placebos?

4  A    No.

5  Q    Did you ever --

6  A    I genuinely just wanted to keep them from dying.

7  Q    Oh, I know.  I'm just --

8  A    I -- I care about those people.  Despite what people may

9  think, I care about those people, and I want them to be safe

10 and healthy.

11 Q    Kelley, you know I know that.

12 A    Yeah.

13 Q    There's up to 800 inmates in there.  And I've represented

14 ADC, and I know it's not an easy job.  And so what I'm asking

15 you, though, is:  You know how a study or an experiment is

16 conducted from college; right?

17                MR. SMITH:  Form.

18 A    Yes.

19 Q    (By Mr. Smith)  Were you ever -- was there ever a study or

20 an experiment done on inmates at the Washington County

21 Detention Center since Karas Correctional Health has had the

22 contract?

23 A    No.

24                MR. SMITH:  Form.

25 Q    (By Mr. Mosley)  Do you know of any reported study that

1  purports to emanate from data regarding inmates in the

2  Washington County Detention Center?

3              MR. SMITH:  Form.

4  A    No.

5  Q    (By Mr. Mosley)  So if somebody went on the news and said

6  Dr. Karas was experimenting on inmates, would that be a lie?

7              MR. SMITH:  Form.

8  A    Yes.

9              MR. MOSLEY:  Pass the witness.

10                   REDIRECT EXAMINATION

11  BY MR. SMITH:

12  Q    Ms. Hinely, I just have a couple quick follow-ups.  You

13  mentioned that there's a medical distribution form at the time

14  that pills are distributed; is that correct?

15  A    It's a printout.  It's like a list with their names, and

16  it has a signature line beside it.

17  Q    We haven't -- do you have a copy of those medical

18  distribution forms?  Because those have not been produced in

19  discovery.

20  A    So it's possible.

21              MR. MOSLEY:  If they have them, I'll get them to

22        you.

23              THE WITNESS:  Yeah.

24              MR. MOSLEY:  That, I will get it to you.

25              THE WITNESS:  Yeah.

1          MR. MOSLEY:  And I'll do it, if they have

2     them --  I don't have them in my possession -- if

3     they have them for the plaintiffs or anybody else, I

4     will get them to you, and I'll do it by the end of

5     the week.  I promise.  Okay?

6          THE WITNESS:  Now, I will tell both of you, that

7     is a non-electronic document.  That was three years

8     ago.

9          MR. MOSLEY:  Kelley, let's at least --

10         THE WITNESS:  I can give you something that

11    looks like -- like, I can give you around that time

12    frame.

13         MR. MOSLEY:  Let's --

14         THE WITNESS:  Can I pinpoint 8/21?  No

15    guarantees.

16         MR. MOSLEY:  What I'd like to do is --

17         THE WITNESS:  Yeah.

18         MR. MOSLEY:  -- have you guys look for the year

19    2021 --

20         THE WITNESS:  Okay.

21         MR. MOSLEY:  -- and get me what you can for

22    2021.  I think that's an important document, and I

23    will definitely get it to Mr. Smith as soon as you

24    get it to me.

25         I passed the witness.  I don't have anything.

1          MR. SMITH:  Yeah.

2   Q    (By Mr. Smith)  Ms. Hinely, you said it's not an

3   electronic document.  Do you know how those documents are

4   maintained?  The medical distribution forms that we've been

5   talking about just so the record is clear.

6   A    So I -- I -- we, Karas Correctional Health, are not

7   responsible for maintaining any of the medical records.  The

8   medical record system and the medical records are property of

9   the Washington County Sheriff's Department.  Because we're a

10  contracted service, we obviously don't want to take that

11  information with us in case there's another contracted service

12  that comes along.

13       So I will tell you my understanding.  I don't know exactly

14  what happens.  So we push a button on the computer, and it

15  prints out, I believe it's called, medication distribution

16  worksheets.  Okay?  And I'm pretty sure that's what it's

17  called.

18          MR. MOSLEY:  Do we need a HIPAA release for

19          anybody but the plaintiffs?  Because I have HIPAA

20          releases for the plaintiffs.  Would we need a HIPAA

21          release?

22          THE WITNESS:  The problem is, is that --

23          MR. SMITH:  Hey, I'm going to stop really quick

24          just on this tangent.

25          THE WITNESS:  Okay.

1    MR. SMITH:  We don't -- right now we're just

2    focused on the plaintiffs.

3  Q    (By Mr. Smith)  So, Ms. Hinely, if you can go back to

4  describing how those -- how these documents are maintained,

5  that would be --

6  A    Okay.

7  Q    -- that would be helpful.

8  A    I can include all of that too in my response.  There's

9  no -- so that document is a piece of paper.  And the reason I

10  say this is our technology doesn't always work perfectly.  So

11  they sign the paper; we bring it back to our nurse's station,

12  and we scan it.  But the scanning is only as good as the

13  information that's put into the scanner.

14    So it's labeled with, like, the date.  So I'll just make

15  up this nomenclature:  2023/04/03 A.M.  So as long as it was

16  scanned in with the appropriate file name, then we should be

17  able to go back and search.  And "we" is going to be the IT

18  department because we're only -- we are limited to -- we don't

19  have access to the entire system.  We only have access to,

20  like, the medical portion of it.  So as long as it was scanned

21  in, then hopefully it's there.  Which is a good answer because

22  it could be bankers boxes full of paper somewhere.

23  Q    And you mentioned that these documents are not -- it's not

24  Karas Correctional Health's responsibility to maintain the

25  medical records.  It is the -- it is Washington County's

1   responsibility.  Is that what you were saying?

2                   MR. MOSLEY:  Object to form.

3   A    Yes.  They are the custodian of record.  Would that be the

4   proper terminology?

5   Q    (By Mr. Smith)  Yes, I think that's probably right.

6   A    Okay.

7   Q    I don't know the answer, but custodian of record is a term

8   that is used in this sort of situation.

9   A    Okay.  Yes.  So that -- like, if -- if Karas Correctional

10  is not the medical provider, the records do not come with --

11  with us.  They are property of the detention center.

12  Q    Okay.  You --

13                  THE WITNESS:  Now, hold on before you ask me

14              another question.

15                  MR. SMITH:  Um-hum.

16                  THE WITNESS:  Everybody's name that received

17              medicine during that time will be on that list.  So

18              the two of you, I would recommend figuring out the

19              HIPAA piece to that because I don't feel comfortable

20              giving you people's information that is not involved

21              in this situation.

22                  MR. SMITH:  Sure.  And we'll -- we can talk

23              offline about that if that sort of comes up depending

24              on --

25                  THE WITNESS:  Okay.

1          MR. SMITH:  -- if you -- the -- Washington

2      County can locate those documents.

3  Q   (By Mr. Smith)  Okay.  Is there -- to your knowledge, is

4  there any way of knowing which officer is present at the pill

5  call besides the officer writing their badge number down?

6  A   There's -- I think -- and this is just "I think I've

7  heard" -- that they could possibly tell who was assigned to do

8  what on that day if you got personnel records, like -- but I --

9  I do not know the answer to that.

10  Q   And you said "they" could tell.  Is that Washington

11  County?

12  A   It would be Washington County.  Myself, I never know what

13  officer is going to be assigned to pass meds because it

14  changes.

15  Q   Okay.

16  A   But if -- so, Ryan, if their badge number is written on

17  there, they would have had to be physically present because my

18  staff doesn't know their badge number.  Like, that's an

19  individual identifier that's specific to that person.

20  Q   Sure.  And the badge number, when they write their badge

21  number, that's on the medical distribution list; is that

22  correct?

23  A   Yes.

24  Q   Okay.  And that's the one that we don't know if we're

25  going to get -- if those are -- okay.

1  A    No.  But I definitely will try.  And at the least, I can

2  try to get you around that date.

3  Q    Okay.  We talked earlier that -- y'all were talking about

4  Med Passer Number 3249.

5  A    Um-hum.

6  Q    Do you remember that when you were talking to Mr. Mosely?

7  A    Right.

8  Q    I could have misheard you, but I thought you referred to

9  Med Passer 3249 as a "she."  Do you know who Med Passer 3249

10  is?

11  A    I do not.  I use that term because we -- we employ a lot

12  more shes than we do hes.

13  Q    Okay.

14  A    I have no idea if it's a she or a he.  I don't know who

15  3249 is.

16  Q    Okay.  How many med passers did y'all employ in August of

17  2021?

18  A    I don't know.  Six to eight.

19  Q    Okay.  And could you get me -- could you get us a list of

20  those six to eight people --

21  A    Sure.

22  Q    -- names?  Okay.

23  A    Sure.

24  Q    Thank you.

25  A    Some of them, Ryan, will still be employed and some won't.

1 But I think the one that -- ones that you'll see (Zoom audio

2 interference) still employed.  We don't have a lot of staff

3 turnover, which is a good thing.

4 Q    Okay, your video cut in and out right there.  Could you

5 repeat what --

6 A    I just --

7 Q    -- you just --

8 A    Yeah.  I just said that you will see, like, several of

9 them will probably still be employed and not be hard for you to

10 get to if you need to.  Like, we don't have a lot of turnover.

11 Q    Okay.  And could you also identify the med passers in, I

12 guess it was, December of 2020 for Fritch's time period?

13 A    Sure.

14 Q    Perfect.

15 A    If Mike doesn't have a problem with that and whatever I

16 need to do, sure.

17 Q    Okay.

18           MR. MOSLEY:  I'll talk to him about that when

19      we're off the record.

20           THE WITNESS:  Yeah, I don't --

21           MR. SMITH:  Okay.

22           THE WITNESS:  -- yeah.

23           MR. SMITH:  Okay.  I think that's all the

24      questions that we have.

25           We'll pass, Mike.

1                    RECROSS-EXAMINATION

2   BY MR. MOSLEY:

3   Q    Got any liability insurance that would cover this

4   lawsuit --

5   A    No, sir.

6   Q    -- well, let me ask you this.  Does Karas -- Dr. Karas or

7   Karas Correctional Health have any liability insurance that

8   would cover any damages or settlement in this lawsuit?

9   A    No, sir.

10            MR. SMITH:  Form and foundation.

11  Q    (By Mr. Mosley)  Okay.  And you're a small clinic, aren't

12  you?

13  A    Yes, sir.

14            MR. MOSLEY:  Done.  Thank you.  You're done,

15        Kelley.

16            MR. SMITH:  Thank you so much, Ms. Hinely.  We

17        appreciate your time.  I know it was probably a lot

18        longer than we all expected.  We appreciate your

19        time.

20            THE COURT REPORTER:  Hey, Mike, I'm going to

21        throw a wrench in your exhibits.  Gonzales, we did

22        not admit the records.  Blackburn, we did.

23            I can't hear you.  You're not muted, but I can't

24        hear you.

25            MR. SMITH:  Yeah, I can't hear him either.

1          MR. MOSLEY:  So just send you Gonzales's then.

2          THE COURT REPORTER:  Okay, just making sure.

3          MR. MOSLEY:  Okay.

4          THE COURT REPORTER:  So Gonzales's medical

5     records will be 1.

6          MR. MOSLEY:  Yeah, and you're going to have to

7     do the redactions.

8          THE COURT REPORTER: Redact.  Totally fine.

9          MR. MOSLEY:  Let me get this set up real quick.

10         MR. SMITH:  And just so I'm following you, Mike,

11     you were a little bit quiet there, but you're

12     introducing that, I think it was, 24-page -- the

13     entire 24-page document that was Gonzales's medical

14     files?

15         THE COURT REPORTER:  I think it was 32 pages.

16         MR. MOSLEY:  It was, yeah.

17         MR. SMITH:  32.  Can we just double-check --

18         MR. MOSLEY:  Hang on.

19         MR. SMITH:  -- all of the pages that were in

20     there just to -- before I, you know.

21         MR. MOSLEY:  Just let me find it, guys.

22         THE COURT REPORTER:  We're off, yeah?

23         (Thereupon the deposition was concluded at

24     2:43 p.m.)

25

## REPORTER'S CERTIFICATE

I, AMY WAID, Certified Court Reporter in and for the State of Arkansas, do hereby certify as follows:

(1) that on April 5, 2023, KELLEY HINELY was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein;

(2) that the foregoing pages contain and are a true and correct transcription of the proceedings as reported verbatim by me via the voice-writing method to the best of my ability and transcribed and reduced to typewritten form by myself or under my direction and supervision, and subject to appropriate changes submitted by witness, if any, during their requested reading and signing of this deposition according to the Arkansas Rules of Civil Procedure;

(3) that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and that I am not a relative or employee of any attorney employed by the parties hereto;

(4) that I am not financially or otherwise interested in the outcome of this action that affects or has a substantial tendency to affect impartiality or requires me to relinquish control of an original or copies of a deposition transcript before it is certified, or that requires me to provide any service not made available to all parties to the action; and

(5) that I have no contract with the parties, attorneys, or persons with an interest in the action; and that I am not knowingly identified on a preferred provider list, whether written or oral, for any litigant, insurance company, or third-party administrator involved in this matter.

This transcript is prepared at the request of plaintiffs' counsel and all fees are billed directly to Rose Law Firm in compliance with the Arkansas Board of Court Reporter Examiners Regulations Section 19.

Witness my hand and seal this 18th day of June, 2023.

_____

Amy Waid
Certified Court Reporter #853
P.O. Box 10385, Conway, Arkansas 72034

| A | | | | |
|---|---|---|---|---|
| ability | 134:5 | 30:20 | 166:19 | 171:18 |
| 186:6 | action | 30:24 | alcohol | 173:9 |
| able 25:7 | 163:3 | adjusting | 53:21 | 186:2 |
| 102:15 | 163:5 | 30:22 | allegations | 186:23 |
| 179:17 | 163:7 | admin 21:18 | 58:4 | analysis |
| abnormali... | 163:16 | administered | 133:11 | 174:19 |
| 125:4 | 186:10 | 135:9 | 159:9 | anaphylaxis |
| above-listed | 186:12 | 135:11 | 169:6 | 55:7 |
| 145:11 | 186:14 | 142:25 | allege | and/or |
| above-styled | 186:15 | administr... | 158:24 | 48:20, 53:5 |
| 4:4 | actions | 12:16 | 160:17 | 145:17 |
| absolutely | 56:6 | administr... | 162:8 | 163:16 |
| 44:7 | active 54:7 | 186:17 | alleged | Anderson |
| 166:20 | 102:17 | admit 47:7 | 130:20 | 50:13 |
| accept | actively | 97:20 | 131:12 | annual |
| 53:16 | 123:10 | 184:22 | allegedly | 51:25 |
| 128:11 | ADC 175:14 | advanced | 157:23 | ANP 10:2 |
| 128:18 | add 15:2 | 11:24 | 158:24 | answer 8:22 |
| 129:23 | 102:16 | 11:24 | 163:14 | 8:25, 9:3 |
| 131:20 | added 63:18 | advice | Alliance | 9:12, 9:13 |
| acceptanc... | 63:19 | 56:10 | 111:6 | 9:18, 13:9 |
| 73:14 | 63:24, 66:6 | 56:10 | allow 9:6 | 24:17 |
| accepted | 67:9, 71:10 | advising | 119:7 | 24:24 |
| 158:15 | 77:2, 77:13 | 99:24 | 119:10 | 27:21 |
| accepting | 77:18, 78:4 | affect | allows | 27:23 |
| 159:21 | 88:19, 89:1 | 167:2 | 140:16 | 29:18 |
| access | 94:7, 94:13 | 186:12 | 143:5 | 30:10, 32:5 |
| 58:23 | 94:24, 99:6 | affliction | 143:14 | 42:4, 46:3 |
| 161:2 | 102:10 | 39:6 | alluding | 76:14 |
| 179:19 | 111:6 | age 43:19 | 27:4 | 76:15 |
| 179:19 | 111:9 | ago 40:17 | alphabeti... | 90:12, 93:9 |
| accidentally | 112:3 | 63:21, 80:9 | 49:17 | 102:14 |
| 51:18 | 112:15 | 101:18 | altogether | 116:3 |
| accommodate | 112:21 | 105:4 | 168:12 | 118:2 |
| 18:3 | 112:22 | 120:9 | amazing | 123:6 |
| accurate | 150:24 | 138:24 | 52:9 | 126:1 |
| 35:2, 35:3 | additional | 143:24 | amoxicillin | 126:10 |
| 46:18 | 25:10 | 177:8 | 118:8 | 127:4 |
| 137:14 | 25:12 | agree 17:24 | 130:7 | 129:1 |
| 165:9 | address | 71:16 | 130:9 | 130:18 |
| accusations | 58:20 | 80:14 | Amy 4:6 | 134:4 |
| 134:20 | addressed | 144:21 | 24:5, 37:5 | 134:15 |
| accused | 123:12 | agreed | 47:6, 56:20 | 134:15 |
| 46:9, 46:12 | 166:23 | 80:16 | 60:19 | 134:24 |
| acknowled... | 172:10 | ahead 5:18 | 76:20 | 134:25 |
| 97:12 | 172:11 | 33:2, 38:22 | 110:13 | 141:14 |
| 167:18 | addressing | 46:15, 79:9 | 116:17 | 150:5 |
| ACLS 52:2 | 82:2 | 84:23 | 137:25 | 155:17 |
| ACLU 5:16 | 123:16 | 101:8 | 154:22 | 155:21 |
| | adjust | 115:22 | 165:1 | 164:20 |
| | 30:18 | 129:14 | 169:13 | 166:19 |

166:20
179:21
180:7
181:9
answered
  24:17, 32:5
  32:25, 97:7
116:2
127:3
134:3
answers 4:2
31:25
46:13
anti-infl...
124:21
antibiotic
130:24
132:8
antibiotics
103:18
antiparas...
156:25
165:18
165:24
anybody
  26:1, 51:8
55:20
132:3
157:6
177:3
178:19
anymore
172:5
anytime
30:19
52:24
54:19
63:23
  69:25, 70:3
78:20
anyway
127:16
anyways
165:18
173:23
Apologies
116:13
apologize
41:14
66:19
92:20

112:25
appear
30:15
81:16
122:19
APPEARANCES
  1:13, 2:3
appears
  95:18, 98:6
98:23
117:11
117:21
118:3
120:1
122:6
148:16
applicable
  11:23, 12:4
  12:8, 12:14
12:25
apply 35:4
112:7
appointments
21:19
appreciate
59:3
118:20
122:12
184:17
184:18
appropriate
17:25
179:16
186:7
approval
34:23
153:23
154:25
155:8
155:13
155:19
approved
71:18
80:11
80:15
  89:10, 95:9
104:3
approxima...
25:18
75:18
April 1:11

4:5, 27:12
  84:5, 84:11
113:22
149:12
186:3
arbitration
  6:20, 6:25
area 12:23
169:1
areas 53:19
Arkansas
  1:1, 1:7
  1:17, 1:20
  1:23, 4:4
  4:6, 11:3
  32:8, 33:11
33:14
33:20
186:2
186:8
186:19
186:25
ARORA 10:21
arrest
26:12
arrives
28:4
art 117:18
Arts 128:15
147:5
asked 7:25
  14:3, 20:22
24:12
32:24
  54:10, 55:1
  56:8, 86:11
97:6
111:18
112:11
113:7
113:8
113:10
127:2
131:1
131:2
134:10
159:20
161:19
162:17
169:10
asking 5:21

14:24
14:25
  23:21, 28:5
30:18
31:17
  45:11, 49:9
  56:1, 76:15
  82:8, 83:22
  87:4, 97:11
112:9
160:20
164:6
175:14
aspirin
54:23
assess 19:4
assesses
19:5
assessing
64:6
assessment
17:22
17:24
  18:24, 19:1
70:1
assigned
181:7
181:13
assist
35:17
associated
119:5
assume 9:3
38:19
38:21
81:19
95:12
98:12
101:23
122:24
146:19
150:2
150:7
152:12
156:7
assumed
  25:5, 28:11
assuming
34:9
assumption

148:23
attach
137:21
158:20
169:21
172:21
attached
41:10
  47:11, 49:6
  61:2, 76:24
  85:21, 91:7
110:10
122:23
129:13
133:14
142:3
142:17
171:12
attention
74:20
109:18
attested
186:4
attorney
  5:15, 45:6
45:11
186:11
attorney-...
45:12
139:8
attorneys
  5:21, 81:24
186:15
atypical
22:21
audio
143:16
167:21
167:22
183:1
August
20:11
  25:21, 58:3
  60:7, 60:13
84:11
86:16
93:23
94:13
130:1
134:21
135:13

140:10
149:20
152:7
154:25
155:11
158:4
159:11
162:19
162:21
163:8
164:10
164:14
182:16
authorized
  154:5
  154:8
automated
  49:4
automatic...
  66:2, 68:18
  77:19
availability
  79:21
available
  18:6, 28:16
  28:22, 31:9
  31:10
  31:11
  186:14
average
  17:8
avoid
  166:12
aware 8:13
  153:6
  153:8
  163:17
  165:17
  165:20

**B**

bachelor's
  10:11
  10:16, 22:5
back 11:3
  28:21, 29:2
  31:20, 33:5
  33:7, 61:12
  65:14
  70:25

73:17
73:24
73:25, 86:2
87:15
87:21
87:22, 92:6
95:15, 98:2
99:3
100:11
101:20
105:6
105:17
105:23
106:6
106:7
106:8
106:9
106:10
106:17
111:23
113:23
114:7
123:13
128:6
129:3
129:15
136:1
136:25
138:23
138:23
141:7
142:4
153:13
166:12
167:10
167:23
168:1
168:3
168:9
168:10
169:2
171:13
173:21
179:3
179:11
179:17
back-and-...
  139:15
backend
  147:23
bad 152:3

badge 74:2
  74:10
  74:21
  168:14
  168:23
  181:5
  181:16
  181:18
  181:20
  181:20
band 50:14
bankers
  179:22
Baptist
  10:10
barely
  78:24
  166:25
bariatric
  11:25
  12:22
  12:23
based 17:21
  29:21
  31:18
  32:19
  34:15
  36:15
  36:16
  39:12, 43:2
  52:23, 59:9
  65:16, 72:9
  76:25
  79:18
  85:18
  100:17
  101:3
  102:14
  103:11
  107:10
  107:25
  108:3
  114:11
  114:13
  119:25
  122:24
  149:25
  151:2
basic
  130:23
basically

31:5, 62:9
basing
  103:25
basis 36:13
  114:13
  125:23
  151:6
Bates 41:4
  56:20
  110:15
  121:17
Bates-sta...
  37:15
bears
  121:17
Beckham
  21:24
  21:25, 22:9
  22:13
  22:17
  52:11
beeped
  56:16
beginning
  93:19
behalf 1:14
  1:18, 5:16
  69:16
  69:16
  69:18
  164:8
believe
  20:7, 38:8
  46:17, 48:4
  58:4, 58:5
  60:23
  62:16
  66:24
  73:20
  89:13, 95:5
  104:12
  107:21
  109:2
  112:1
  113:21
  113:22
  127:6
  128:7
  137:12
  151:22
  154:15

178:15
benefit
  8:21
  167:17
benefits
  125:6
best 32:11
  61:21
  69:14
  100:22
  102:1
  140:3
  141:8
  141:8
  151:24
  160:25
  166:25
  173:11
  186:6
better
  27:23
  115:15
  115:18
  118:20
  118:21
BID 68:4
bigger 34:2
  37:23
  56:25, 57:2
  82:7
billed
  186:19
birth
  148:24
bit 8:19
  17:7, 28:2
  67:9, 75:21
  93:15
  110:16
  167:23
  185:11
black 70:10
Blackburn
  1:4, 3:7
  76:4, 76:11
  76:12, 77:3
  77:7, 80:19
  84:10
  135:22
  135:25
  164:12

164:15
169:15
169:22
170:7
184:22
Blackburn's
81:20
85:23
169:14
169:23
170:12
blank
102:17
block 49:21
67:5
blood 43:18
48:15
124:22
124:22
board 9:23
169:7
186:19
book 18:6
booking
54:2, 54:12
98:25
122:14
122:21
bottle
48:21
148:6
bottom
38:14
58:15, 65:4
67:5, 82:14
83:16
87:10, 88:1
89:19, 96:7
106:5
144:2
145:8
150:19
Bourgon
1:15, 5:20
18:13
18:15
18:16
154:19
Box 1:22
186:25
boxes

179:22
break 9:15
9:16, 9:19
44:3, 45:2
89:25
91:10
91:15
92:11
120:14
121:13
152:20
breaking
167:23
168:1
breaks
44:13
46:11, 92:5
92:13
breath
144:4
briefly
30:22
156:20
bright
79:14
79:14
bring 36:23
179:11
broad 16:23
125:1
brought
109:17
Bruner 62:6
build 65:9
65:15
building
54:17
built
103:14
bullet
42:12
bunch 83:10
83:23
burdensome
152:17
Bureau
33:15
business
14:13
14:16, 30:6
45:16

146:15
businesses
14:24
button
65:24, 66:2
109:5
109:6
109:7
123:14
123:16
166:23
167:15
172:8
178:14
bypass
167:15
167:15
bypassed
166:22

C

calendar
56:16
calibrated
93:1
call 6:2
6:4, 6:24
35:8, 35:10
46:11
47:23, 48:3
48:4, 48:8
50:3, 50:5
50:10, 51:7
51:9, 52:21
53:13, 54:4
55:18
55:23, 63:9
63:15
63:16
63:17, 64:7
64:14
64:16, 77:2
77:3, 86:16
88:4, 88:5
128:9
181:5
called 6:24
11:5, 27:5
36:22, 46:8
53:22

66:15
73:12
82:23
98:17
112:22
139:23
168:17
178:15
178:17
calling
18:14
Cantrell
122:4
122:7
capability
20:11
capacity
1:7, 1:8
123:23
CAPTION 2:5
4:1
card 55:8
148:7
care 10:18
11:25, 13:5
13:18, 14:8
14:15
14:15
14:18, 17:9
17:21
27:18
28:14, 29:8
29:14, 30:1
31:12, 40:4
58:2
117:15
123:23
140:17
140:21
141:4
143:5
166:5
175:8
175:9
cared 6:13
cart 48:14
48:14, 49:3
49:6, 50:4
50:5
carts 49:1
case 1:5

6:11, 6:23
7:12, 8:5
31:1, 59:5
62:24
97:25
135:11
159:10
162:20
178:11
case-by-case
114:13
115:2
151:6
cases 51:16
51:16
111:5
111:6
115:25
152:3
categories
43:21
125:1
125:1
category
124:21
125:2
136:13
cause 4:5
125:4
caution
124:24
125:9
cautioned
5:5
cc'd 38:5
center 8:4
10:18, 11:1
11:5, 11:9
12:23
24:25
27:19, 28:4
28:9, 28:19
28:20
35:15
35:20, 36:2
37:3, 40:6
50:23
57:25
58:11
60:14
73:12

111:10
132:2
133:21
150:19
153:25
155:6
160:15
164:2
164:7
175:21
176:2
180:11
Center's
39:20
58:19
centers
50:25
certain
21:5, 64:12
117:23
124:25
142:2
CERTIFICATE
2:11, 186:1
certifica...
11:25, 12:1
52:2
certifica...
11:15, 12:7
12:10
12:13
12:24
certified
4:6, 9:23
12:3, 12:7
12:22
12:23
186:2
186:13
186:24
certify
186:2
CEs 12:3
chair 92:18
chance
71:16
change
24:21, 28:9
29:7, 29:8
29:14
34:16, 37:2

52:24
65:21
66:10
66:11
136:25
154:6
154:8
166:9
changed
21:11
26:17
28:20
29:25
31:18, 33:4
65:17
65:20
80:15
changes
181:14
186:7
changing
52:23
charge
33:20
35:16
42:11
52:13
68:21, 69:3
122:10
161:2
chart 61:17
64:19
76:11, 77:1
87:1, 88:1
93:4, 97:8
97:14
97:24, 98:4
98:24
107:11
107:12
108:3
109:16
128:7
charting
6:14
charts
151:13
check 50:14
147:9
170:1
checked

51:12, 75:7
checked-off
54:21
checking
91:19, 92:3
checkoffs
19:15
46:24
chief 11:11
12:21
122:10
child
127:20
choice
80:14
choices
127:24
choose
103:18
chose 31:2
119:9
119:11
Cincinnati
10:5, 10:12
civil 4:4
7:12, 186:8
claims
139:15
clarifica...
27:22
50:19, 51:5
118:11
151:18
clarified
118:21
clarify
7:20, 9:3
28:2, 45:10
55:24, 58:7
111:19
class 131:8
174:8
174:10
174:12
174:12
clean 71:5
84:7, 84:7
84:17
clear 51:2
51:3, 54:1
102:8

137:24
178:5
clearance
53:18
clinic
13:16
14:22, 17:5
17:6, 17:14
27:25
140:25
141:9
144:19
155:14
155:16
156:8
156:14
184:11
clinicalt...
43:8
clipboard
73:19
168:10
close 78:14
closely
53:23
CNO 25:14
25:15
co-counsel
152:21
coaching
16:9
coffee
170:20
171:15
coincide
42:7, 42:8
cold 28:23
collabora...
141:7
collabora...
103:12
103:12
103:22
104:1
116:5
133:22
156:10
collabora...
100:18
colleagues
5:22

collection
61:24
collective
34:1
collectively
100:17
140:22
college
11:14
173:25
174:6
174:8
174:22
175:16
column
101:2
103:5
149:2
combination
99:25
come 19:2
28:15, 50:4
50:5, 50:6
53:10
53:20, 62:1
73:17
77:12
77:20
103:4
103:17
139:18
147:8
148:6
148:6
148:7
148:7
150:1
168:6
180:10
comes 13:16
48:22
147:19
147:23
150:8
178:12
180:23
comfortable
180:19
coming
62:13, 75:9
75:22

commissary
48:21
committees
34:23
common
53:11
58:22
communicate
36:9
communicated
36:5, 142:4
166:16
communica...
139:5
comorbidi...
114:15
115:10
comorbids
116:4
company
11:11
117:14
186:17
comparable
14:21
comparison
106:9
compassio...
29:8
complaint
133:12
160:20
162:8
complete
86:6, 93:22
96:9, 97:9
158:15
completed
22:5
142:24
Completeness
85:15
85:19, 91:5
93:8, 110:8
completion
140:16
141:3
142:23
143:4
143:12
143:13

compliance
186:19
compounding
117:16
117:19
148:2
computer
49:5, 49:13
49:14
50:15, 53:6
61:18
61:22, 62:6
64:13
65:10
65:15
73:16
103:15
118:16
123:8
123:9
123:10
146:18
178:14
computers
31:4
Comstock
7:13
conceptua...
27:9
concerned
100:9
100:13
concerns
53:16, 54:3
69:1
concluded
2:10
185:23
condition
17:16
conducted
88:4
175:16
confer
152:20
confirm
33:10
110:3
144:12
confirming
74:11

consecutive
102:3
consent
3:17, 54:9
122:13
122:15
122:20
123:4
123:18
125:18
125:22
126:13
126:14
127:15
127:17
127:19
127:21
127:25
128:16
128:17
128:20
129:21
130:5
130:7
130:12
130:19
131:11
131:11
131:24
131:25
132:3
133:4
134:6
134:13
136:15
136:20
138:7
138:11
138:13
140:20
143:15
153:13
155:13
156:13
166:15
166:22
167:13
167:16
167:19
168:16
171:23

172:10
172:19
consented
132:4
consenting
124:2
125:19
consents
143:9
167:21
169:5
consequence
163:15
consequences
144:3
163:1
consider
173:11
considera...
115:12
considered
43:18
43:20
49:23
125:2
consistency
66:12
constraints
26:2
consult
100:6
contact
47:20
73:23
166:25
168:12
contain
186:5
contained
186:4
content
61:17
61:19
122:25
137:16
140:6
context
17:2, 38:21
continuation
99:4
continue

43:9
continued
24:8, 44:25
70:20
91:13
121:11
152:24
continuing
12:6, 12:25
contract
16:10, 20:1
154:4
160:2
160:13
160:17
163:18
175:22
186:15
contracted
20:1
117:16
178:10
178:11
contracts
57:25
contraind...
124:6
124:8
124:12
124:14
124:25
125:8
125:12
125:17
125:19
125:21
125:24
125:25
126:18
126:23
127:5
contraind...
125:15
125:24
contrast
68:1
control
26:14
174:24
186:13
conversation

76:25
91:19
106:7
110:23
conversat...
100:17
139:15
convert
11:9
Conway 1:20
1:23
186:25
cool 44:20
coordinates
21:19
coordinator
10:20
10:22
copays
161:1
copies
186:13
copy 118:19
139:22
139:24
139:24
148:20
176:17
copy-and-...
95:21
Corey 57:24
correct 7:3
36:15, 39:9
56:13
58:13
58:16
58:17, 59:7
59:11
59:15, 60:5
60:8, 60:11
62:8, 62:15
62:19
62:22, 64:1
64:4, 64:5
65:3, 66:4
69:24, 71:9
72:3, 72:6
72:10
72:24
72:25
75:10

75:13
75:16
75:17
75:23
75:24, 76:1
76:2, 77:5
77:7, 77:10
77:14
77:17
77:23, 78:2
78:5, 80:2
80:12
80:22
80:25, 81:3
85:1, 85:2
85:4, 85:7
88:5, 88:7
88:10
88:13
88:14
88:17
88:18
88:20
88:23, 89:2
89:11, 90:4
90:7, 90:10
90:16
90:21
90:24
93:24, 94:2
94:5, 94:8
94:11
94:12
94:14
94:15
94:18
94:19
94:21
94:24, 95:2
95:9, 96:13
96:17
96:20
96:23, 97:1
97:4, 99:7
99:8, 99:10
99:11
99:15
103:13
106:1
106:2
108:5

108:8
108:21
111:23
112:5
112:13
113:12
113:14
124:1
127:22
127:25
128:21
130:2
132:13
132:20
144:24
149:2
149:10
149:15
149:23
150:25
153:4
158:5
165:12
176:14
181:22
186:5
correction
144:15
correctional
1:7, 8:7
12:3, 13:4
13:25, 14:8
14:10
14:18
14:19
14:20
14:22
15:13
15:16
15:19, 19:9
20:6, 21:3
25:25
26:12
27:13
29:15
31:21, 32:9
32:10
35:13
46:17
46:21, 51:8
52:19

54:11, 55:4
55:21
78:19
117:15
133:5
140:21
142:20
145:10
146:1
150:2
150:11
155:3
155:4
155:7
160:1
160:13
161:23
162:11
163:18
164:8
175:21
178:6
179:24
180:9
184:7
Corrections
17:11
correctly
8:25, 42:18
59:18
59:21
69:17
111:11
122:17
123:20
129:24
143:1
143:7
144:6
145:13
145:18
156:9
correlate
73:3
108:23
corresponded
137:3
corresponds
17:25, 73:7
Cory 129:16
cosign 50:9

cosigner
71:13
could've
25:16
counsel
79:16
186:9
186:19
counter
141:11
counties
50:24
county 1:6
7:13, 27:19
28:8, 35:14
35:19, 36:2
37:3, 39:20
40:6, 50:22
58:19
60:14, 98:8
153:24
160:2
160:14
164:8
175:20
176:2
178:9
181:2
181:11
181:12
County's
179:25
couple 8:16
19:11
126:16
153:1
168:24
176:12
couple-mi...
152:20
course 9:7
37:25
83:21, 95:9
136:24
166:21
172:22
courses
11:23
court 1:1
4:6, 4:6
6:6, 6:23

6:23, 7:7
7:9, 7:18
7:19, 8:21
8:24, 18:8
41:5, 44:17
44:20
44:23
60:21
60:24, 85:9
85:11, 91:1
109:20
109:22
110:2
110:5
110:15
110:18
110:20
116:18
138:3
138:6
138:10
138:16
154:17
154:23
165:3
170:12
170:15
170:24
171:3
172:23
172:25
173:7
173:10
173:13
173:14
173:17
173:20
184:20
185:2
185:4
185:8
185:15
185:22
186:2
186:20
186:24
courtesy
9:7
cover
123:23
184:3

184:8
COVID 25:4
27:6, 29:11
30:24, 33:6
33:20
34:10
34:12
34:14, 35:1
35:5, 35:8
38:20
38:24, 39:4
40:15
42:21
42:24
43:24, 53:3
53:13, 59:4
62:5, 64:17
64:20
64:23
77:13
84:10
88:20, 94:2
94:14
99:23
101:19
104:4
111:9
112:4
123:13
127:6
127:10
127:12
127:14
127:15
127:17
130:6
130:13
130:19
132:22
136:17
157:1
161:2
161:3
166:13
167:2
168:5
175:1
Covid-19
29:16, 58:9
88:10
111:20

111:25
114:11
129:21
130:10
133:5
134:13
140:18
143:6
145:12
145:17
152:9
155:14
COVID-pos...
65:13
65:19, 70:7
70:9, 71:23
77:5, 88:7
100:15
175:2
COVID-rel...
52:25
52:25
COVID-spe...
122:15
128:20
130:5
130:12
131:11
134:6
crappy
148:20
cream
117:18
create
29:15
46:25, 53:7
166:16
created
23:2
134:10
136:22
137:14
137:16
creating
35:14
35:17
52:14
156:11
creation
137:13
CROSS-EXA...

2:7, 156:18
cup 170:20
171:15
current
12:18, 59:4
59:5, 60:10
60:13
122:8
currently
20:7, 24:25
43:17
113:7
168:4
custodian
180:3
180:7
cut 126:10
126:15
143:20
183:4
cutoff
79:13

D

D3 59:25
dah 65:13
65:13
65:13
65:13
daily 59:10
59:23, 60:2
66:25, 67:4
damages
184:8
dangerous
49:24
data 62:1
62:13
63:12
174:18
176:1
database
61:24
95:24
98:18
date 68:8
72:10
101:5
104:20
112:1

113:16
113:17
130:4
130:13
148:21
148:24
149:12
172:4
179:14
182:2
dated 130:1
dates 101:5
101:7
117:23
140:9
149:8
150:3
150:8
day 4:5
16:2, 31:5
59:13
59:17
59:20, 68:5
69:3, 69:4
69:4, 71:20
101:22
101:22
101:22
101:24
102:19
119:23
120:10
147:7
148:4
150:21
158:7
158:16
159:21
172:9
181:8
186:21
Dayman 1:4
76:11
76:12
days 33:6
59:10
59:14
59:17
59:20
59:23, 60:2
102:3

| | | | | |
|---|---|---|---|---|
| 102:4 | Define | depend | detained | 153:25 |
| 102:17 | 46:20 | 115:1 | 15:10 | 155:6 |
| 103:3 | definitely | 115:10 | 15:10 | 160:15 |
| 150:20 | 91:9 | depended | 104:21 | 164:2 |
| 150:21 | 139:18 | 114:14 | 167:20 | 164:7 |
| dealing | 139:21 | 114:15 | detainee | 175:21 |
| 28:10 | 177:23 | 114:15 | 18:2, 40:23 | 176:2 |
| 28:23 | 182:1 | depending | 50:7, 53:12 | 180:11 |
| 28:24 | degree 9:23 | 180:23 | 54:16 | determina... |
| 28:25 | 10:8, 10:11 | depends | 55:16 | 115:2 |
| 29:20 | 12:5, 22:5 | 115:24 | 55:16, 64:7 | determina... |
| 30:13 | 22:6, 22:6 | deposed 6:8 | 98:16 | 115:5 |
| dealt 56:4 | 174:10 | deposition | 104:12 | 116:1 |
| death | delegate | 1:9, 2:10 | 104:16 | determine |
| 100:19 | 46:23 | 8:17, 45:11 | 105:9 | 156:8 |
| 111:8 | 133:23 | 45:25 | 119:22 | detox 53:22 |
| 144:4 | delegee | 106:15 | 123:9 | 65:8, 65:8 |
| December | 46:23 | 169:23 | 129:22 | developing |
| 165:12 | delirium | 185:23 | 134:18 | 54:15 |
| 183:12 | 53:24 | 186:8 | 135:25 | dewormer |
| decide 29:6 | deliver | 186:13 | 168:11 | 157:23 |
| decided | 148:3 | depositions | detainees | diabetic |
| 29:6 | delivered | 4:2, 20:23 | 17:8, 29:13 | 43:19 |
| decides | 147:23 | 47:22 | 58:1, 58:1 | dialect |
| 43:17 | 150:8 | describe | 58:2, 109:8 | 95:18 |
| decision | delivery | 15:1, 16:4 | 122:14 | didacted |
| 25:16 | 150:8 | 16:17 | 122:20 | 146:19 |
| 32:19 | Delta 111:9 | 27:17 | 129:20 | 148:22 |
| 32:21 | 113:20 | 27:18 | 167:3 | die 114:3 |
| 32:22 | 113:22 | 61:20 | detention | died 31:13 |
| decision-... | 114:9 | 61:22 | 8:3, 24:25 | 31:14 |
| 32:18 | 114:19 | 61:25, 64:6 | 27:19, 28:4 | 31:14 |
| decisions | 151:24 | described | 28:9, 28:19 | 31:15 |
| 32:19 | 152:2 | 65:7, 66:7 | 28:20 | difference |
| decrease | denied | 125:14 | 35:14 | 14:17, 15:1 |
| 26:10 | 46:14 | describing | 35:19, 36:2 | 15:11 |
| defamed | dental 69:2 | 179:4 | 37:3, 39:20 | 28:10, 80:6 |
| 157:23 | 70:2 | description | 40:6, 50:22 | differences |
| defaming | dentist | 46:19 | 50:24 | 14:21 |
| 159:9 | 20:1 | designed | 55:10 | 143:13 |
| defendant | department | 103:8 | 57:25 | different |
| 8:5 | 17:11, 29:1 | desk 92:15 | 58:11 | 6:24, 7:24 |
| Defendant's | 32:9, 33:9 | Despite | 58:19 | 8:19, 10:2 |
| 3:15 | 33:11 | 175:8 | 60:14 | 11:21 |
| 171:11 | 33:14 | detail | 68:25 | 11:23 |
| defendants | 33:20 | 66:17 | 73:12, 99:1 | 15:12, 17:4 |
| 1:8, 1:18 | 112:11 | detailed | 111:10 | 17:6, 17:10 |
| 97:25 | 129:17 | 129:21 | 123:7 | 19:4, 21:14 |
| defense | 161:4 | details | 132:2 | 23:3, 25:23 |
| 170:23 | 178:9 | 76:6 | 133:21 | 39:3, 39:10 |
| 172:22 | 179:18 | 130:25 | 150:19 | 40:6, 47:4 |

48:12
50:19
61:22
71:16
79:22
97:20, 98:5
98:6, 98:7
98:22, 99:1
99:24
99:24
100:20
101:7
105:3
113:15
118:14
139:19
143:10
143:23
143:24
145:21
147:11
147:13
147:16
156:1
156:6
difficult
9:8, 25:4
92:18
101:8
difficulties
70:18
diploma
10:10
DIRECT 2:6
5:9
direction
186:7
directions
66:24
101:14
directive
75:3
directly
21:2, 21:6
23:9, 23:15
24:16
24:22
186:19
director
11:4, 15:15
15:18, 16:1

16:4, 16:6
16:24
25:14
118:12
146:1
disciplinary
163:7
163:16
discipline
16:8
discolora...
125:4
discontinued
78:1, 89:1
94:21
103:6
discovery
117:5
176:19
discrepancy
107:10
discuss
139:4
139:8
157:3
discussed
47:8, 72:1
92:2
107:11
110:12
135:8
discussing
154:13
discussion
156:2
172:17
discussions
133:10
139:9
disease
39:5
dispensed
111:25
distributed
104:17
105:9
176:14
distributing
56:12
distribution
67:23

68:11, 72:2
72:5, 80:18
82:20
89:14
93:20, 96:5
102:12
102:13
102:22
104:5
104:17
106:17
107:20
108:1
109:7
152:12
153:3
168:18
176:13
176:18
178:4
178:15
181:21
DISTRICT
1:1, 1:1
DIVISION
1:2
divorce 7:1
7:4, 7:5
7:7, 7:21
Doc 3:3
3:4, 3:5
3:11, 3:12
3:13, 37:6
37:8, 37:13
41:4
116:10
doctor 58:8
67:13
68:15, 89:4
89:7, 99:14
111:19
112:2
114:1
document
36:21, 37:4
37:5, 38:3
41:3, 42:6
45:19
45:22
47:19

56:19
56:20
57:18
57:20
57:23, 61:4
61:14
61:20
61:23, 63:2
66:16, 69:9
72:8, 73:11
76:9, 76:21
81:15
81:15
83:16
86:25, 87:3
88:12
88:16, 91:9
93:12
93:21, 94:4
94:10, 96:4
96:11
97:25, 98:4
98:14, 99:5
106:8
106:20
108:12
109:21
110:1
110:12
110:22
117:2
117:5
117:6
117:10
117:10
117:21
118:11
121:17
122:2
122:19
123:7
123:10
123:17
124:2
129:6
132:24
132:25
133:2
133:8
133:16
133:18

133:21
134:2
134:10
134:17
136:13
136:22
137:13
137:15
137:17
137:20
138:4
138:19
140:5
140:6
141:6
141:7
141:25
142:7
142:19
143:4
144:8
144:11
144:18
145:1
145:1
146:8
146:10
147:22
149:25
150:1
150:15
153:18
153:24
154:3
155:3
155:4
155:6
155:7
156:11
160:3
160:7
177:7
177:22
178:3
179:9
185:13
documenta...
86:18
116:7
123:15

documented
31:1, 57:23
62:6, 65:11
81:21
100:3
115:12
116:8
125:10
125:15
151:6
documenting
65:12
65:13
73:17
documents
22:8, 31:20
34:9, 45:18
73:25
133:20
141:12
144:22
178:3
179:4
179:23
181:2
doing 8:18
10:16
13:22
19:16
25:17
25:17
51:10
52:15
52:23
55:12
65:17
65:19
65:21
73:16
78:16
92:21
111:17
112:2
120:13
131:13
151:10
156:8
163:22
173:10
dollars
160:22

door 17:14
53:10
53:17, 54:1
54:8
171:15
dose 49:11
68:6, 68:6
75:6, 78:17
78:21, 80:8
99:24
101:24
101:24
102:4
102:4
102:24
102:24
103:6
103:7
103:9
103:10
108:14
108:17
108:18
108:19
136:2
dosing
38:15
39:13
39:21, 40:7
40:12, 43:6
139:20
double-check
63:24
185:17
doxycycline
59:13, 66:5
68:2, 68:2
68:6, 75:10
77:17
80:24, 90:6
94:16
96:15
125:3
130:23
145:5
158:8
159:21
Dr 1:8
13:16, 17:9
17:23, 18:5
18:12

18:18
18:25, 19:1
19:14
19:24, 21:2
21:8, 32:18
33:19
35:16, 36:9
36:22
42:10
45:15
45:25
46:13
47:12
47:16, 58:9
63:23
68:21
69:16
69:18, 70:4
70:25, 84:6
84:10
84:13
84:15
84:21
99:23
100:6
100:17
103:13
103:22
104:1
113:18
115:6
116:5
119:6
119:20
120:25
126:11
131:10
132:20
133:22
139:13
141:6
151:10
155:10
155:12
155:24
156:12
156:16
157:23
159:9
162:11
164:14

169:7
176:6
184:6
draft
141:24
drafted
132:22
133:15
141:24
drafting
156:11
drawer 55:8
drug 74:11
75:5, 125:3
129:22
131:7
131:7
131:7
132:7
139:25
145:2
drug/vitamin
129:23
drugs 53:21
55:6, 55:22
117:22
135:22
136:14
136:16
147:22
147:23
148:4
153:3
due 70:18
duly 5:5
186:3
duration
102:16
102:19
duties
25:10
25:12
dying 28:13
28:15, 34:4
100:22
167:5
175:6
dynamic
54:16
101:19

E

earlier
33:10, 37:1
45:25
46:18, 65:7
68:17
68:21
69:25, 72:2
82:23
99:17
131:1
131:2
145:24
150:23
153:2
153:19
155:25
171:24
182:3
early 18:24
99:23
111:7
easier 25:3
easiest
57:6
EAST 1:16
easy 63:10
175:14
eat 120:17
Edrick 1:3
62:22
172:2
educated
51:12
130:22
131:2
131:5
131:6
educating
133:25
education
9:21, 11:8
12:6, 12:18
13:1, 16:8
49:9, 55:5
educator
52:9
effect
55:15
114:12

| | | | | |
|---|---|---|---|---|
| effective | 122:8 | 20:12 | environment | 178:13 |
| 127:7 | 122:11 | 23:10, 25:1 | 11:23, 12:4 | EXAMINATION |
| effects | 122:21 | 25:6, 40:7 | 14:20 | 2:6, 2:8 |
| 55:6, 55:22 | 122:23 | 40:10 | equipment | 5:9, 176:10 |
| 56:5 | 128:19 | 46:21 | 16:10 | Examiners |
| 125:13 | 129:16 | 119:7 | 29:10 | 186:20 |
| 126:25 | 130:1 | 167:3 | 31:12 | example |
| 131:3 | 138:12 | employment | 31:15 | 51:14, 52:2 |
| 131:3 | 142:3 | 16:10 | 169:2 | 53:8, 86:14 |
| 135:5 | 151:1 | EMTs 19:11 | ER 21:25 | 103:20 |
| 135:7 | 151:3 | 19:23 | 25:14 | 124:20 |
| 139:20 | 151:14 | 35:23 | errors | 132:6 |
| 139:25 | 154:15 | encourage | 51:17 | Excellent |
| eight | emails | 113:19 | 51:17 | 38:22 |
| 166:10 | 36:13 | endeavor | especially | 110:6 |
| 182:18 | 101:21 | 20:23 | 54:12 | exception |
| 182:20 | emanate | enforceme... | 83:11 | 48:18 |
| either | 176:1 | 39:25, 40:1 | essentially | excruciating |
| 18:25 | emergency | ensure | 61:23, 70:5 | 174:7 |
| 42:23 | 12:20 | 150:10 | establish | excuse 22:3 |
| 69:18 | 12:20 | 150:11 | 104:11 | exhibit 3:3 |
| 134:16 | 13:21 | ensures | established | 3:4, 3:5 |
| 172:8 | 53:17 | 8:24 | 27:15 | 3:6, 3:7 |
| 184:25 | emergent | entails | estimate | 3:8, 3:9 |
| elect | 17:15 | 16:18 | 10:13 | 3:10, 3:11 |
| 129:22 | empathetic | enter 66:13 | 25:22 | 3:12, 3:13 |
| elected | 29:9 | 109:23 | eventually | 3:16, 3:17 |
| 140:25 | employ | entered | 140:12 | 41:8, 41:9 |
| 141:4 | 182:11 | 137:15 | everybody | 47:8, 47:9 |
| electronic | 182:16 | entire 28:3 | 21:7, 21:9 | 47:10 |
| 71:12 | employed | 28:12 | 21:13, 40:2 | 60:22, 61:1 |
| 168:25 | 6:18, 13:3 | 74:13 | 50:12 | 72:17 |
| 178:3 | 19:9, 20:2 | 74:21 | 130:16 | 76:23 |
| eliciting | 182:25 | 82:20 | 167:9 | 85:20, 91:3 |
| 64:15 | 183:2 | 104:25 | everybody's | 91:6, 106:1 |
| else's | 183:9 | 144:9 | 168:19 | 110:13 |
| 50:16 | 186:10 | 158:21 | 180:16 | 110:18 |
| email 36:10 | 186:11 | 169:17 | Evidence | 110:19 |
| 38:6, 38:11 | employee | 169:22 | 142:14 | 116:13 |
| 39:12 | 13:18 | 179:19 | evolve | 116:16 |
| 39:22 | 119:17 | 185:13 | 34:16 | 129:4 |
| 39:23 | 119:19 | entitled | evolved | 129:7 |
| 41:19, 47:4 | 135:18 | 120:24 | 33:8, 45:21 | 129:12 |
| 57:6, 58:18 | 135:20 | entity | exact 20:8 | 129:15 |
| 58:19 | 135:21 | 33:16 | 36:17 | 133:8 |
| 58:23, 60:7 | 135:24 | entries | 103:5 | 133:13 |
| 112:9 | 162:24 | 82:9, 101:4 | 140:9 | 142:10 |
| 116:22 | 163:1 | 149:19 | exactly | 142:16 |
| 116:24 | 186:11 | entry 82:2 | 28:3, 33:16 | 142:20 |
| 119:8 | employees | 88:4, 93:23 | 118:7 | 145:9 |
| 122:4 | 18:6, 20:6 | 94:1 | 151:9 | 154:13 |

154:14
154:15
154:16
154:21
165:1
169:15
169:21
169:23
170:19
172:21
172:23
exhibits
  2:4, 3:1
  110:4
  110:9
  128:3
  171:11
  184:21
exist 14:10
expected
  184:18
expenses
  160:20
expensive
  49:5
experience
  27:18
  127:12
experiment
  175:15
  175:20
experimental
  174:11
  174:12
experimen...
  176:6
experiments
  174:13
explain
  6:22, 14:17
  27:23
  27:25
  42:19
  43:14, 53:9
  57:20, 62:4
  78:10
  99:18
  99:19
  101:3
  101:12
  109:4

118:20
124:8
126:24
explained
  99:18
  113:24
explaining
  125:12
  148:9
explains
  139:18
exposed
  42:24
  53:14
exposure
  40:1, 40:1
  42:14
extend 9:7
extreme
  100:2
extremely
  29:12

F

face 157:20
facilities
  26:1, 31:21
  32:9, 32:10
  48:13
  49:25, 55:4
facility
  11:12
  15:13
  32:18
  32:20
  48:12
  53:12, 58:1
  104:12
fact 19:2
  62:17
  110:3
  129:10
  155:25
  159:4
factors
  103:16
failure
  144:5
fair 9:4
  9:9, 9:19

27:9, 27:15
34:10, 35:2
39:4, 52:13
62:15
62:19, 66:5
77:1, 95:12
117:21
150:1
150:7
fall 153:6
false
  130:21
familiar
  47:24
  124:5
  159:8
  159:10
  168:5
families
  167:3
family 9:24
  9:25, 11:21
  14:15
  14:16
  14:22
  27:25
  126:19
  167:5
far 12:3
  20:8, 25:22
  31:23
  32:11
  33:19
  33:22
  33:24
  140:4
  157:6
  167:18
fast 79:20
faxed
  148:11
Fayetteville
  1:2, 10:19
  117:13
  117:13
FDA 104:4
  125:15
FDA-approved
  145:17
February
  122:4

138:12
federal
  7:13, 58:9
  111:20
  112:12
  113:10
feed 126:18
feel 21:12
  92:8, 109:8
  116:2
  118:4
  180:19
fees 186:19
felt 25:2
  56:10
  116:7
  131:10
  134:6
fetal 125:4
fever 53:14
field 51:11
  52:3, 52:4
fight 58:9
  111:20
  111:25
figure 37:2
  41:1, 97:21
  99:25
  115:17
  115:20
  115:25
  119:4
  120:20
  136:16
  141:8
figuring
  20:11
  20:12
  152:17
  180:18
file 48:7
  169:12
  169:17
  169:22
  179:16
files 170:2
  185:14
filing 8:3
fill 67:14
filled
  146:22

filling
  64:15
final
  153:23
  154:24
  155:8
  155:13
  155:19
financial
  45:23
  118:23
  161:7
  161:20
financially
  161:6
  186:11
find 25:4
  25:6, 25:7
  25:7
  100:14
  114:18
  138:2
  156:7
  157:17
  160:18
  185:21
findings
  17:22
  17:25
fine 6:5
  44:12
  44:23
  47:18, 86:5
  91:22, 92:5
  99:4, 121:2
  121:4
  128:10
  185:8
finish 9:6
  26:24
  76:13
  101:8
  115:23
  115:24
  141:23
finished
  162:6
fired 51:20
firemen
  31:14
Firm 1:16

| | | | | |
|---|---|---|---|---|
| 1:19 | 3:17, 62:22 | forced | 143:4 | 176:3 |
| 186:19 | 68:24 | 128:13 | 143:11 | 176:7 |
| first 5:5 | 78:24 | forceful | 143:12 | 176:13 |
| 6:9, 7:18 | 164:12 | 131:21 | 143:13 | 180:2 |
| 10:9, 10:17 | 164:15 | foregoing | 143:16 | 184:10 |
| 12:23 | 172:2 | 186:5 | 143:21 | 186:6 |
| 27:12 | flu 28:25 | foresee | 145:3 | format |
| 28:21, 31:1 | fly-out | 163:21 | 145:6 | 105:3 |
| 33:6, 57:1 | 10:24 | forget 47:7 | 145:15 | 140:3 |
| 57:5, 59:4 | focus 30:21 | 129:5 | 145:22 | 140:3 |
| 61:10, 62:3 | 36:24 | form 13:8 | 150:4 | forms |
| 63:4, 68:5 | 38:13 | 17:12 | 150:9 | 145:20 |
| 68:6, 77:22 | 58:24 | 24:23, 26:6 | 154:6 | 147:16 |
| 81:9, 93:23 | 61:10, 88:3 | 27:20 | 154:9 | 153:13 |
| 102:24 | 110:25 | 29:17, 30:4 | 154:25 | 155:25 |
| 108:14 | 132:12 | 30:8, 32:24 | 155:1 | 156:5 |
| 110:25 | focused | 36:3, 36:7 | 155:9 | 176:18 |
| 113:23 | 179:2 | 36:20 | 155:14 | 178:4 |
| 113:24 | focusing | 39:14, 40:9 | 155:15 | forth 73:24 |
| 140:13 | 32:3, 93:23 | 40:13, 42:2 | 155:18 | 73:25 |
| 149:1 | 103:23 | 42:3, 45:7 | 155:20 | 141:7 |
| 149:1 | follow | 52:17 | 156:13 | 142:4 |
| 151:12 | 20:16 | 64:16 | 156:15 | 166:12 |
| 151:20 | 42:13, 59:2 | 79:16, 81:5 | 156:23 | 167:11 |
| 155:3 | 111:2 | 85:13 | 158:1 | 168:10 |
| 165:23 | 122:12 | 85:18 | 158:10 | 168:10 |
| five 33:6 | 142:23 | 90:11, 91:4 | 158:12 | 169:3 |
| 44:12 | follow-ups | 93:7 | 158:19 | found |
| 44:15 | 176:12 | 108:22 | 159:1 | 162:24 |
| 102:3 | followed | 110:7 | 159:12 | foundation |
| 136:1 | 17:19 | 112:17 | 160:5 | 36:8, 39:16 |
| 150:20 | 17:22, 70:1 | 117:25 | 160:24 | 40:13, 42:3 |
| 150:21 | 70:3 | 123:5 | 162:5 | 45:8, 118:1 |
| five-minute | following | 124:15 | 162:14 | 159:1 |
| 121:5 | 35:23, 58:4 | 124:17 | 163:2 | 159:8 |
| 121:7 | 67:17 | 127:2 | 163:11 | 160:5 |
| flagged | 105:22 | 127:17 | 163:25 | 161:10 |
| 53:21 | 148:10 | 128:23 | 164:3 | 161:17 |
| FLCC 45:20 | 153:7 | 128:24 | 164:19 | 162:5 |
| 101:23 | 153:10 | 128:25 | 165:13 | 162:14 |
| 104:1 | 169:19 | 130:14 | 165:19 | 164:19 |
| 114:7 | 185:10 | 130:15 | 165:22 | 166:2 |
| FLCCC 34:1 | follows 5:8 | 134:14 | 166:2 | 166:18 |
| 34:8, 36:15 | 24:8, 44:25 | 136:19 | 166:18 | 174:1 |
| 36:18, 42:5 | 59:6, 70:20 | 140:16 | 168:18 | 174:21 |
| 111:6 | 91:13 | 140:20 | 169:5 | 184:10 |
| 114:11 | 121:11 | 141:3 | 169:9 | four 84:5 |
| 115:7 | 152:24 | 142:11 | 172:18 | 164:11 |
| Flip 106:17 | 186:2 | 142:12 | 174:21 | 166:6 |
| Floreal-W... | force 128:2 | 142:13 | 175:17 | FOURTH 1:16 |
| 1:3, 3:6 | 157:6 | 142:23 | 175:24 | frame 22:11 |

28:7, 40:19
40:22
120:9
177:12
frames
40:18
free 92:8
128:11
freedom
126:14
frequencies
33:4
fresh 52:5
Fritch 1:4
3:10, 97:19
97:19
97:24, 98:4
98:24
98:24
104:18
108:20
108:25
112:8
113:23
116:8
136:10
151:7
159:10
162:17
164:11
Fritch's
164:25
183:12
front 17:14
86:7
101:19
134:18
full 151:11
157:18
179:22
full-time
25:8
further
18:2
130:24
157:1

**G**

games
173:12

Gary 129:10
131:23
134:5
138:25
gear 30:23
general
26:1, 27:7
49:20
54:22
generally
12:4
generate
61:23
65:24
152:13
generated
133:21
generates
146:17
generic
131:7
145:4
145:7
gentleman
100:18
genuinely
175:6
getting
43:24, 44:1
117:17
120:22
131:9
163:23
give 14:1
16:22
19:18
19:20, 20:8
20:21, 28:5
37:21, 39:6
39:7, 41:13
43:23
51:14, 54:5
54:9, 55:11
56:5, 56:14
56:22, 87:4
107:7
107:24
109:11
121:18
123:11
123:14

125:22
126:14
126:19
127:15
127:18
128:14
132:3
135:8
138:19
177:10
177:11
given 49:7
52:24, 67:7
72:9, 72:11
72:21
72:23
74:11
74:18
75:10
75:12
75:15
75:23
80:22
80:25, 81:3
81:19
84:25, 85:4
85:6, 90:3
90:7, 90:9
90:15
90:20
96:12
96:16
96:20
96:22
96:25
107:13
107:16
107:21
107:22
108:4
108:7
108:14
108:15
108:17
108:18
108:19
109:17
131:16
131:18
132:5
134:7

135:15
135:23
136:1
136:6
158:23
158:25
159:4
162:21
162:25
165:23
gives 66:12
giving
43:23, 56:9
74:17, 82:3
82:12
107:24
126:25
130:20
132:9
132:10
150:21
157:23
175:1
180:20
glitch
107:19
go 5:18
7:9, 8:16
8:20, 18:2
24:5, 31:3
32:1, 33:2
33:7, 38:18
42:5, 44:21
46:15
48:24
51:11
51:22
53:17
53:24, 54:1
54:25, 57:8
57:21
57:21
65:10, 67:5
68:2, 70:24
71:10, 72:1
76:18, 79:9
80:7, 81:6
81:13
82:13
84:23, 86:2
87:12

87:15
87:21
87:21
87:22
87:24
87:24
87:24
90:17
95:15, 96:7
98:2, 99:3
100:11
100:14
101:8
105:6
105:17
105:19
105:23
106:3
106:7
106:8
106:9
106:17
106:18
108:13
110:16
111:23
112:1
115:22
120:21
121:1
121:6
121:8
121:21
123:7
128:16
129:14
136:12
136:25
137:6
138:21
138:23
140:1
141:12
148:19
148:20
149:4
151:2
152:12
153:3
153:12
166:19

167:23
168:1
168:3
171:7
174:3
179:3
179:17
goes 6:23
21:8, 34:22
34:23, 54:3
63:8, 70:15
70:16
118:16
119:22
123:24
124:3
173:21
going 8:16
9:3, 10:12
10:13
15:12, 16:7
17:16
23:19
23:20
23:20
25:22, 27:7
27:22, 29:2
29:3, 30:17
31:25, 37:4
37:17, 39:6
39:7, 41:3
42:12
42:15, 43:9
44:2, 46:7
46:9, 46:10
53:23
54:22, 55:3
56:18, 59:2
60:17
61:12, 63:1
63:2, 65:8
66:16
69:13
69:14
69:21, 70:5
70:22, 72:1
72:22
74:14, 76:3
76:6, 76:17
76:20
79:19

80:17, 82:6
84:2, 85:10
86:23
87:12
87:15
87:19
88:19
89:18, 91:2
93:17, 96:6
97:18
101:12
101:20
105:20
106:3
106:4
106:18
106:19
109:22
109:25
110:11
111:1
114:3
115:14
116:9
116:11
117:2
117:2
119:1
119:16
120:21
121:1
121:25
122:11
123:12
123:13
126:20
128:14
128:15
128:15
129:5
131:21
132:24
133:7
136:1
140:13
141:21
142:6
142:9
142:18
142:19
142:22

144:1
144:9
146:7
148:25
149:4
150:10
151:14
156:7
156:10
157:16
158:20
164:23
170:18
170:20
170:25
173:1
173:15
173:22
173:23
174:4
178:23
179:17
181:13
181:25
184:20
185:6
GONAZALES
1:4
Gonzales
3:9, 3:16
37:9, 93:3
93:5, 94:1
95:4, 95:14
96:5, 97:8
97:14
109:23
136:8
157:18
158:3
158:15
159:20
164:12
164:16
164:17
170:3
170:7
170:9
170:10
170:14
184:21
Gonzales's

94:4, 170:2
170:13
185:1
185:4
185:13
good 14:5
20:25, 53:8
56:9, 61:7
83:13
83:17
137:10
137:11
179:12
179:21
183:3
gotcha
116:24
170:15
gotten
97:17
government
161:3
governor
28:17, 31:5
32:10
governor's
33:12
grab 105:20
170:20
grabbed
171:14
graduate
10:6, 12:5
graduated
10:11, 14:3
graduating
11:13
granular
76:6
great 57:11
57:14
86:21
103:20
107:9
greater
78:8, 95:1
100:15
ground 8:16
group 34:2
174:16
174:17

174:24
174:24
175:2
guarantees
177:15
guess 14:7
14:21
14:23, 19:8
23:15
39:13
61:24, 73:7
73:15, 77:2
78:7, 78:19
80:11
82:23
95:25
115:18
115:25
125:6
127:8
140:8
150:6
160:20
183:12
guessing
18:13
guidance
28:16, 31:6
31:25, 32:4
33:18
36:19
36:19
114:12
114:20
115:4
guidelines
34:1, 34:7
45:20
104:1
gun 117:1
guy 78:25
100:1
100:8
104:14
114:3
131:22
guys 12:5
18:16
20:21
47:19, 71:2
158:24

159:18
160:17
160:21
161:6
161:15
162:12
167:19
167:21
170:21
173:8
174:25
177:18
185:21

**H**

H-I-N-E-L-Y
 5:14
habit
 125:16
hand 107:13
 186:21
handle
 46:18
 46:20
 117:8
handles
 164:1
handout
 47:3, 135:8
handouts
 56:5
hang 160:17
 170:16
 185:18
happen 45:2
 91:15
 100:4
 121:13
happened
 6:15, 6:15
 51:24
 54:13
 71:22
 78:10
 102:23
 108:1
 139:11
 157:22
 168:5
 172:9

happens
 51:21
 178:14
happy 20:23
 81:12
Harbor 10:9
hard 79:20
 105:21
 106:8
 108:10
 183:9
harm 53:19
he'll 22:8
head 12:17
 160:25
headache
 70:3
headed
 81:22
header
 105:7
health 1:7
 11:7, 12:3
 13:4, 13:5
 13:18
 13:25, 14:8
 14:8, 14:10
 14:11
 14:18
 14:18
 14:19
 15:16
 15:19
 16:11
 19:10, 20:6
 21:3, 21:17
 27:13, 29:1
 29:15, 32:9
 33:9, 33:11
 33:14
 33:20
 35:13
 46:17
 46:21, 51:8
 52:19, 54:3
 55:21
 117:15
 117:15
 133:5
 140:17
 140:21

140:21
141:4
142:20
143:5
145:10
146:1
150:2
155:3
155:4
155:7
160:1
160:13
161:4
162:11
163:18
164:8
175:21
178:6
184:7
Health's
 78:19
 179:24
healthcare
 16:12
 17:17, 19:9
 27:14
 27:17
 27:24
 31:13
 31:19
 160:14
 164:7
healthy
 175:10
hear 13:12
 74:5, 163:4
 168:2
 184:23
 184:24
 184:25
heard 50:19
 64:3, 162:3
 181:7
hearing
 7:12, 7:21
 8:2
hearsay
 134:19
 162:10
heart 10:23
HELDER 1:6

help 28:16
 34:3, 53:9
 56:7
 140:18
 143:6
 156:25
helped 11:8
 33:21
helpful
 150:16
 179:7
HEREINBEFORE
 5:4
hereto
 41:10
 47:11, 61:2
 76:24
 85:21, 91:7
 110:10
 129:13
 133:14
 142:17
 171:12
 186:11
hey 24:5
 44:17, 47:6
 71:14
 114:1
 120:7
 121:6
 126:3
 169:18
 178:23
 184:20
Hi 18:16
hierarchy
 21:2, 21:10
 23:3, 24:21
high 43:17
 43:18
 43:18
 43:20
 100:8
 100:19
 114:16
high-risk
 43:10
 43:16
 43:21
higher 11:8
 12:18

78:17
 78:21, 80:8
highest
 9:21
Hinely 1:10
 4:2, 5:3
 5:12, 5:15
 5:23, 6:2
 6:6, 8:8
 9:21, 13:2
 13:9, 18:22
 21:1, 24:1
 24:10
 24:15, 27:3
 37:7, 38:2
 38:5, 41:11
 45:2, 45:5
 45:9, 46:16
 47:22
 56:22
 57:18, 61:3
 62:21, 69:5
 69:23, 71:4
 71:18
 72:22, 76:5
 80:11, 81:9
 83:13
 84:24
 85:14
 85:22
 86:25, 88:3
 89:10
 89:13, 90:2
 91:9, 91:15
 93:4, 93:23
 95:8, 95:11
 96:4, 96:11
 97:6, 97:23
 99:6, 99:14
 99:19
 106:23
 110:22
 117:4
 120:13
 121:13
 121:18
 122:2
 122:19
 126:10
 129:15
 133:1

133:15
137:10
138:18
142:18
143:18
145:24
146:9
150:23
153:1
153:15
153:23
154:24
176:12
178:2
179:3
184:16
186:3
HIPAA
  178:18
  178:19
  178:20
  180:19
hire 51:11
historically
  49:2, 50:15
  118:5
history
  116:4
  163:17
HIV 43:24
  43:25
  100:15
  116:8
HIV-positive
  100:1
  100:9
  113:25
  114:2
hold 32:15
  106:19
  126:3
  138:10
  141:21
  148:5
  151:4
  180:13
home 49:2
  49:2
honest
  126:6
honestly

10:12, 42:9
131:10
143:15
hopefully
  179:21
hormone
  117:18
horse
  157:23
hospital
  11:6, 11:9
  19:5, 25:13
  49:1
hour 9:17
  44:15
  63:21
hours 42:17
  44:13
  101:18
  101:24
  102:18
  120:24
house 26:13
  57:25
housed
  58:10
housing
  33:3
human 51:21
hundred
  64:11
hungry
  121:3
hurt 49:12
hurts 92:6
hypertension
  39:7, 39:8

I

I-MASK
  111:7
ibuprofen
  48:19
  51:19
ICU 6:9
idea 16:24
  145:23
  145:23
  182:14
identific...

41:10
47:11, 61:2
76:24
85:21, 91:7
110:10
129:13
133:14
142:17
171:12
identified
  18:11, 59:5
  111:5
  113:21
  186:16
identifier
  181:19
identify
  30:12
  51:23
  53:19
  183:11
identifying
  43:5, 73:6
  152:11
ignored
  24:3
illness
  28:11
  30:14
  30:16
  30:19
imagine
  80:7
immediately
  22:19
  42:16, 90:6
  90:9, 96:15
  96:19
immunity
  40:21
immunocom...
  100:3
  114:3
impartiality
  186:12
implement...
  114:25
  133:25
implementing
  63:22, 64:2
  64:5

important
  8:22, 35:19
  49:9, 49:12
  62:18, 64:9
  73:11
  82:19
  177:22
incarcerated
  15:3, 15:5
  19:18
incentive
  161:20
incident
  19:12
include
  28:13
  29:13
  58:10
  135:25
  144:10
  144:22
  179:8
included
  88:22
  94:16
including
  20:5
incomplete
  89:22
increase
  124:21
independent
  23:9
independe...
  51:10
  137:16
INDEX 2:1
indicate
  63:12
indicated
  91:18
individual
  1:7, 1:8
  21:5, 75:2
  82:1
  115:25
  116:1
  129:22
  129:23
  151:10
  151:13

159:5
181:19
individuals
  19:8, 21:5
  43:10
  43:16, 53:2
  131:17
  131:17
infect
  30:12
influence
  53:21
information
  14:2, 19:13
  20:10
  20:18, 32:4
  33:17, 34:3
  42:11
  45:12
  52:23, 55:1
  56:5, 56:7
  58:6, 62:14
  62:19
  65:25
  98:23
  118:5
  119:25
  130:21
  135:4
  135:5
  140:8
  141:8
  143:17
  146:19
  148:22
  152:14
  152:16
  174:17
  178:11
  179:13
  180:20
Informati...
  98:15
informed
  133:4
  134:11
  136:20
  138:6
  138:11
  138:13
  143:15

| | | | | |
|---|---|---|---|---|
| 156:13 | instance | 124:13 | 148:17 | 90:14 |
| 166:15 | 163:6 | interest | 148:17 | 90:20 |
| 169:4 | instinct | 186:15 | involved | 90:23 |
| infrequent | 111:24 | interested | 6:20, 19:2 | 94:17 |
| 114:18 | institution | 152:17 | 19:3, 29:13 | 94:20 |
| initial | 31:20 | 186:11 | 180:20 | 94:23, 95:5 |
| 53:11 | instructed | interesting | 186:17 | 96:12 |
| initials | 56:3 | 157:9 | involves | 96:22 |
| 89:7 | 135:18 | 157:9 | 16:17 | 96:25, 97:3 |
| injection | 135:20 | 166:3 | involving | 99:9, 101:4 |
| 132:3 | 135:21 | interference | 142:14 | 101:22 |
| inmate | 135:24 | 143:17 | ISAT 36:22 | 107:12 |
| 162:24 | 136:7 | 167:21 | 42:5, 42:8 | 107:20 |
| 163:9 | 136:9 | 167:22 | isolation | 108:4 |
| 163:14 | 136:11 | 183:2 | 56:2 | 108:7 |
| 163:19 | instructs | interrupt | issue 128:9 | 108:12 |
| 163:23 | 9:12 | 37:9, 121:9 | it'd 67:21 | 108:20 |
| inmates | insulting | 132:17 | it'll 48:21 | 111:7 |
| 31:23 | 126:6 | 143:20 | 53:9, 65:24 | 111:9 |
| 39:23, 40:5 | insurance | intervent... | 71:17 | 111:14 |
| 55:23, 56:1 | 184:3 | 11:4 | 123:13 | 112:3 |
| 58:10 | 184:7 | introduce | IU 59:23 | 112:15 |
| 111:20 | 186:16 | 41:7, 47:7 | 60:2 | 113:3 |
| 111:21 | intake 86:8 | 60:22 | IV 124:16 | 118:13 |
| 112:12 | 86:9, 86:15 | 76:20 | 124:19 | 119:7 |
| 112:13 | 122:14 | 85:10, 91:2 | ivermectin | 119:10 |
| 113:10 | 122:20 | 109:21 | 38:17 | 119:14 |
| 156:21 | 169:1 | 109:25 | 38:19 | 120:3 |
| 166:16 | intensive | 110:3 | 38:21 | 144:22 |
| 175:2 | 10:17 | 129:6 | 39:18 | 150:2 |
| 175:3 | interaction | 133:7 | 41:23 | 150:7 |
| 175:13 | 64:12, 74:2 | 138:4 | 42:14 | 150:20 |
| 175:20 | 74:4, 74:13 | 138:15 | 43:10 | 150:23 |
| 176:1 | 74:21 | 142:9 | 43:11 | 152:8 |
| 176:6 | 123:24 | introducing | 43:15, 58:5 | 156:22 |
| input 63:12 | 124:3 | 185:12 | 58:5, 59:9 | 157:25 |
| 66:18 | 131:5 | invoice | 66:5, 66:21 | 158:5 |
| 66:22 | 131:19 | 117:7 | 67:4, 67:17 | 158:16 |
| 69:24, 71:8 | 167:12 | 118:23 | 70:24 | 158:25 |
| 88:4, 89:9 | 168:14 | 120:1 | 72:23 | 159:22 |
| 94:7 | 168:21 | 146:14 | 75:15 | 161:8 |
| inputs 62:1 | 172:7 | 146:16 | 75:22 | 161:15 |
| 62:13 | interactions | 146:25 | 75:25 | 162:4 |
| 149:20 | 49:19, 53:5 | 147:7 | 77:17 | 162:12 |
| inside | 68:24 | 147:21 | 77:23, 78:5 | 162:21 |
| 15:13, 48:6 | 74:14 | 148:13 | 78:18 | 162:25 |
| 48:13 | 104:13 | 148:13 | 78:22 | 163:9 |
| 50:22 | 124:14 | 150:11 | 80:21 | 163:10 |
| 50:25 | 125:13 | invoices | 84:25, 85:3 | 165:10 |
| 58:23 | interacts | 117:8 | 85:6, 88:22 | |
| 133:21 | 124:11 | 117:9 | 89:2, 90:3 | |

| J | | | | |
|---|---|---|---|---|
| **J** | 16:5, 16:6 | 13:4, 13:5 | 100:17 | 175:21 |
| | 25:8, 51:12 | 13:16 | 103:13 | 176:6 |
| jail 13:16 | 51:13 | 13:18 | 103:22 | 178:6 |
| 19:19 | 145:25 | 13:25, 14:2 | 104:1 | 179:24 |
| 25:18, 26:9 | 175:14 | 14:7, 14:8 | 113:18 | 180:9 |
| 26:9, 27:14 | John 21:24 | 14:10 | 115:6 | 184:6 |
| 40:7, 40:12 | 22:4, 25:8 | 14:11 | 116:5 | 184:6 |
| 40:23 | 52:11 | 14:15 | 117:14 | 184:7 |
| 40:24 | Jolana 63:4 | 14:15 | 117:15 | Karas's |
| 58:23 | 63:4 | 14:16 | 119:6 | 19:14 |
| 62:10 | Jolanda | 14:17 | 119:20 | 32:18 |
| 73:13 | 71:10 | 14:18 | 120:25 | 69:16 |
| 78:20 | judge 7:13 | 14:19 | 121:17 | KARAS000001 |
| 78:20 | 7:13, 7:25 | 15:16 | 126:11 | 3:3 |
| 111:14 | 25:25 | 15:19, 17:9 | 131:10 | KARAS000004 |
| 113:3 | Julio 1:4 | 17:23, 18:5 | 132:20 | 3:4 |
| 113:20 | 93:5, 96:5 | 18:12 | 133:5 | KARAS000165 |
| 119:3 | July 111:14 | 18:18 | 133:22 | 3:11 |
| 119:12 | 112:4 | 18:25, 19:1 | 138:4 | KARAS000167 |
| 119:15 | 112:15 | 19:9, 19:24 | 139:13 | 3:13 |
| 125:11 | 113:4 | 20:6, 21:2 | 140:17 | KARAS0002... |
| 135:11 | 113:15 | 21:3, 21:8 | 140:21 | 3:12 |
| 150:24 | 114:10 | 27:13 | 140:21 | KARAS0002... |
| 152:8 | 115:19 | 29:15 | 141:3 | 3:5 |
| 153:4 | 149:15 | 35:13 | 141:6 | keep 12:17 |
| 159:18 | 149:15 | 35:16, 36:9 | 142:10 | 23:20 |
| 162:12 | 149:19 | 36:22 | 142:20 | 25:16 |
| 175:1 | 149:20 | 37:15, 41:4 | 143:5 | 28:15, 34:3 |
| January | 150:24 | 42:10 | 145:9 | 40:1, 89:18 |
| 22:1, 24:18 | 152:5 | 45:16 | 146:1 | 92:10 |
| 24:20 | 152:7 | 45:25 | 150:2 | 93:17, 96:6 |
| 149:9 | 172:15 | 46:13 | 151:10 | 106:3 |
| JASON 1:19 | jump 149:12 | 46:17 | 155:2 | 106:4 |
| Jay 122:4 | jumped | 46:21 | 155:4 | 106:18 |
| 122:7 | 38:22 | 47:12 | 155:6 | 106:19 |
| 122:13 | 117:1 | 47:16, 51:8 | 155:10 | 175:6 |
| Jeremiah | June 59:5 | 52:19 | 155:12 | Kelley 1:10 |
| 1:3, 87:1 | 111:1 | 54:11 | 155:24 | 4:2, 5:3 |
| 89:15 | 111:4 | 55:21 | 156:12 | 5:12, 18:19 |
| Jo 63:4 | 111:10 | 56:21, 58:9 | 156:16 | 24:24 |
| 63:8, 63:9 | 186:21 | 63:23 | 157:23 | 26:22 |
| 63:17 | Justice | 68:21 | 159:9 | 26:24 |
| 69:17, 70:8 | 112:11 | 69:18, 70:4 | 160:1 | 27:21 |
| 70:8, 70:13 | 129:17 | 70:25 | 160:13 | 29:18 |
| 70:13 | | 78:19, 84:6 | 161:23 | 30:10, 38:5 |
| 71:10, 77:2 | **K** | 84:10 | 162:11 | 39:25, 42:4 |
| 88:4, 93:24 | | 84:13 | 162:11 | 47:12 |
| Jo's 79:24 | K-E-L-L-E-Y | 84:15 | 163:18 | 58:15 |
| 80:1, 96:2 | 5:14 | 84:21 | 164:8 | 69:23 |
| 96:2 | Karas 1:7 | 99:23 | 164:14 | 71:18 |
| job 15:14 | 1:8, 8:7 | 100:6 | 169:7 | 76:13 |

80:11
89:10
90:12, 92:2
95:8, 99:6
99:14
99:19
107:3
121:3
122:16
129:1
130:18
134:24
134:25
156:20
159:8
161:19
164:20
165:7
171:13
173:24
174:2
175:11
177:9
184:15
186:3
kept 11:25
  25:17, 30:6
keystrokes
  61:23
kickback
  161:15
kids 167:3
kilogram
  43:1, 43:2
  43:4, 43:11
  102:3
kilograms
  78:15, 79:1
Kim 22:12
  25:4, 52:11
kind 6:11
  6:23, 13:19
  14:8, 16:18
  16:25, 21:2
  27:7, 27:9
  31:5, 35:11
  37:2, 38:22
  43:24
  46:25, 47:1
  49:2, 49:16
  55:2, 62:2
67:12
71:20, 74:1
75:3, 98:17
103:24
114:6
115:19
123:22
126:6
126:10
139:22
143:20
kinds 79:21
kiosk 55:18
  64:15
157:2
knew 28:13
  28:14
  28:14, 32:2
  167:7
  167:8
know 5:22
  6:11, 6:16
  6:19, 8:6
  8:20, 9:15
  10:15, 12:2
  12:14
  12:17, 15:7
  16:22, 19:4
  20:5, 22:15
  22:23
  22:24
  25:10
  25:18
  25:24, 26:7
  26:8, 26:9
  26:11
  26:14, 27:4
  28:17
  28:23
  28:24
  29:20
  30:13
  31:22
  31:23
  32:17
  34:20
  34:21, 37:2
  37:22
  38:13
  40:11
  40:22, 42:8
43:17
43:19
43:21
47:21
48:17
48:22
48:25, 49:1
51:23
52:10
52:24
54:13
54:19
55:10
55:18
56:23, 61:5
62:17, 64:5
65:15
67:11
67:22
68:24
68:25
69:14
69:16
70:14, 71:2
71:11
71:11
71:15
71:20
71:21, 73:2
73:4, 73:12
74:16
74:20
74:20
79:19
79:19
79:22
81:18
81:18
83:12, 84:2
86:6, 86:7
86:12
86:13
86:19, 89:4
91:20
91:21, 92:8
97:9, 98:5
98:19, 99:1
100:12
100:19
100:24
101:14
101:20
103:17
105:1
105:18
106:6
107:19
108:1
109:4
109:11
109:11
112:22
113:18
113:23
114:1
114:4
114:8
114:16
117:6
117:9
117:20
118:6
119:11
119:24
120:1
120:8
120:21
120:22
120:25
121:1
121:19
122:9
125:7
125:7
127:8
128:6
130:16
131:1
133:15
134:16
138:23
139:12
139:13
139:21
140:9
140:22
140:24
141:4
141:6
141:9
141:14
141:15
142:2
143:9
143:15
143:19
143:23
143:25
144:14
144:15
144:17
144:18
145:20
146:13
146:18
147:16
147:17
148:7
148:10
149:20
150:16
151:8
151:9
151:9
151:13
152:3
152:4
152:8
154:3
154:10
155:16
155:17
155:18
155:22
155:23
156:5
156:5
156:13
157:6
158:7
158:10
159:18
159:19
162:18
163:8
165:9
165:11
166:9
167:6
167:9
167:11
167:19
172:5

| | | | | |
|---|---|---|---|---|
| 172:9 | 48:16 | 126:21 | lining | literature |
| 173:9 | 48:24 | letters | 50:11 | 28:15 |
| 175:7 | 105:14 | 171:4 | list 55:21 | lithium |
| 175:11 | 105:15 | 173:1 | 70:15 | 124:20 |
| 175:11 | 148:7 | letting | 70:15 | 124:22 |
| 175:14 | 179:14 | 47:21 | 70:16 | litigant |
| 175:15 | lack 36:7 | 71:15 | 71:11 | 186:16 |
| 175:25 | 39:16 | level 9:21 | 71:13 | little 1:3 |
| 178:3 | 40:13, 42:2 | 12:18 | 71:14 | 1:17, 3:8 |
| 178:13 | 42:3, 45:7 | LEW 63:19 | 71:19, 72:2 | 8:19, 10:21 |
| 180:7 | 115:18 | liability | 72:5, 80:18 | 11:1, 11:2 |
| 181:9 | 117:25 | 184:3 | 89:14 | 11:21, 17:7 |
| 181:12 | lady 173:19 | 184:7 | 93:20, 96:5 | 28:2, 57:17 |
| 181:18 | language | liaison | 104:5 | 66:16, 67:9 |
| 181:24 | 143:9 | 16:11 | 109:3 | 73:2, 75:21 |
| 182:9 | 145:20 | license | 109:7 | 86:24, 87:1 |
| 182:14 | lapse 103:3 | 19:4, 52:8 | 109:10 | 88:9, 88:12 |
| 182:18 | late 25:19 | 52:12 | 109:12 | 89:15 |
| 184:17 | 31:2 | 55:15 | 109:13 | 93:15 |
| 185:20 | law 1:16 | 68:11 | 136:12 | 97:20 |
| know/consent | 1:19, 39:25 | 126:18 | 145:5 | 107:2 |
| 111:21 | 40:1 | 131:4 | 153:3 | 107:13 |
| 112:13 | 186:19 | licensed | 153:3 | 128:7 |
| knowing | lawsuit | 17:17 | 176:15 | 136:5 |
| 181:4 | 5:17 | 17:17, 19:8 | 180:17 | 141:9 |
| knowingly | 129:11 | 19:24 | 181:21 | 164:11 |
| 186:16 | 142:13 | 54:25, 56:4 | 182:19 | 164:15 |
| knowledge | 159:8 | 157:3 | 186:16 | 167:11 |
| 50:8, 54:22 | 169:6 | licensure | listed 22:8 | 167:23 |
| 100:16 | 184:4 | 13:23 | 41:16 | 185:11 |
| 103:22 | 184:8 | lie 176:6 | 73:19 | Little's |
| 103:24 | lawyer 9:11 | lied 158:25 | 88:13 | 88:12 |
| 103:25 | lawyers | life 11:24 | 100:25 | Live+Well |
| 154:8 | 7:11, 139:5 | 11:24 | 113:19 | 117:7 |
| 159:13 | lay 159:7 | 28:11 | 129:22 | 117:12 |
| 160:12 | layperson | light | 136:14 | 117:19 |
| 161:19 | 140:2 | 123:14 | 144:2 | 117:22 |
| 162:1 | learned | limited | 144:10 | 118:13 |
| 162:2 | 29:3 | 179:18 | 145:16 | 147:4 |
| 162:10 | 163:13 | line 41:16 | 168:19 | locate |
| 162:19 | leave | 41:22, 48:7 | listens | 181:2 |
| 181:3 | 102:17 | 48:8, 49:16 | 74:19 | login 98:13 |
| known 5:23 | 171:14 | 50:12 | listing | long 15:18 |
| 159:6 | left 103:5 | 65:10 | 136:14 | 33:3, 34:15 |
| knows 74:19 | 148:21 | 73:22 | 136:16 | 35:11, 92:6 |
| 146:15 | 150:13 | 79:14 | lists 94:4 | 92:19 |
| | lefthand | 79:15 | 136:21 | 120:16 |
| L | 98:15 | 79:20 | 145:1 | 120:21 |
| | legal 7:15 | 140:13 | 145:1 | 121:1 |
| lab 71:21 | 26:8 | 176:16 | literally | 179:15 |
| labeled | legitimate | lines 64:25 | 6:14 | 179:20 |

longer
 184:18
look 28:5
 29:5, 31:20
 32:4, 33:18
 40:18
 64:11
 66:21
 66:22, 68:1
 69:2, 82:1
 82:6
 100:24
 101:1
 102:12
 102:13
 102:22
 102:22
 103:4
 104:20
 105:2
 105:7
 105:23
 106:7
 106:8
 107:11
 107:20
 108:9
 108:14
 114:6
 114:16
 114:17
 118:14
 118:14
 118:15
 120:2
 125:6
 140:2
 140:10
 141:3
 143:3
 143:13
 146:12
 147:16
 151:8
 152:13
 171:5
 177:18
looked 26:1
 26:3, 33:24
 45:22
 45:24

76:10
128:6
lookie-loo
158:4
looking
21:21
41:22
46:12
67:22
94:13, 99:2
117:2
117:6
121:16
123:17
128:19
129:15
129:19
144:8
145:9
149:1
151:13
153:13
154:20
159:4
looks 43:8
57:14
65:11
77:25
97:20, 98:5
98:22, 99:1
101:5
103:6
104:5
117:7
117:10
118:23
118:24
141:18
142:1
143:16
146:11
146:25
146:25
147:1
147:7
147:11
147:13
149:8
149:19
150:20
177:11

lost 160:2
160:13
161:5
lot 8:18
10:17
11:22, 12:2
12:3, 25:23
33:25, 47:4
53:20
61:22
64:10
78:12
100:7
139:14
141:12
141:20
151:10
182:11
183:2
183:10
184:17
lots 131:6
Lowell
147:3
148:2
161:7
161:14
161:23
lower-level
17:16
18:24
LPN 17:18
21:22
172:14
LPNs 19:7
19:22
Luke 1:15
5:19
lying
163:19
163:22

M

M.D 1:8
ma'am 57:9
72:14
95:17
97:11, 98:3
106:21
107:8

107:15
Madam 60:21
85:9, 91:1
109:20
110:2
138:3
maintain
179:24
maintained
178:4
179:4
maintaining
178:7
major
151:12
151:20
151:20
making 92:4
102:6
115:5
116:1
162:3
185:2
male 70:10
manage
30:18
manageable
152:18
management
11:5, 11:10
33:24
145:11
145:17
151:11
manager
21:15
21:18
21:23
21:25
22:10
22:10
22:22
22:25, 23:8
23:14
24:15
24:22
132:17
132:19
managers
23:11
25:12

mandated
25:25
mandates
32:23, 33:3
manually
66:12
March 27:8
27:12
27:14
86:15
86:17
mark 44:18
116:13
138:8
marked 3:2
3:15, 41:9
47:10, 50:6
50:7, 61:1
76:23
85:20, 91:6
102:25
110:10
116:16
129:12
133:13
138:7
138:8
142:16
145:9
171:12
marking
41:5, 74:18
Marshal
57:24, 58:1
58:2
Marshals
57:25, 58:8
mask 32:23
33:3, 33:8
167:13
masks 30:11
31:9, 31:10
31:11
mass 64:10
64:17
master's
9:23, 10:4
12:5, 22:6
match 148:8
matched
137:2

| | | | | |
|---|---|---|---|---|
| material | 132:16 | 63:15 | 54:6, 54:9 | 179:20 |
| 61:24 | 135:2 | 63:16 | 54:14 | 179:25 |
| materials | 137:16 | 64:14, 66:3 | 54:18 | 180:10 |
| 46:22 | 140:10 | 67:10 | 55:17, 56:9 | 181:21 |
| 46:25, 47:1 | 141:13 | 74:24, 75:1 | 56:10 | 185:4 |
| 47:1, 47:2 | 143:13 | 75:3, 77:2 | 56:10 | 185:13 |
| 52:14 | 143:14 | 77:3, 86:16 | 56:12, 58:2 | medically |
| MATH 42:8 | 148:12 | 88:4, 88:5 | 58:13 | 131:25 |
| MATH+ 41:23 | 148:19 | 102:17 | 58:19, 62:3 | medication |
| 41:25, 42:7 | 152:2 | 107:24 | 62:10, 69:1 | 19:14, 48:9 |
| 42:8 | 159:16 | 109:1 | 71:12, 72:2 | 48:10 |
| matter | 172:9 | 109:2 | 72:5, 83:5 | 49:14 |
| 44:11, 52:1 | 172:11 | 131:5 | 87:7, 93:22 | 49:18, 50:8 |
| 126:19 | meaning | 132:12 | 97:8, 98:17 | 51:7, 51:16 |
| 186:17 | 26:12 | 132:13 | 98:17 | 51:17 |
| matters | 49:20 | 134:18 | 98:18 | 51:25 |
| 186:4 | 54:22 | 134:18 | 98:20 | 54:19 |
| McDonald's | 71:18 | 153:2 | 101:17 | 54:20 |
| 25:6 | means 6:22 | 153:6 | 110:4 | 54:24 |
| mean 7:3 | 8:11, 26:7 | 153:9 | 116:4 | 66:21 |
| 7:3, 7:11 | 34:10 | 156:21 | 117:18 | 74:12 |
| 11:16 | 34:24 | 157:6 | 118:12 | 80:18 |
| 11:22 | 38:20 | 162:18 | 122:13 | 89:14 |
| 12:25 | 42:21 | 162:20 | 122:20 | 93:20, 96:5 |
| 14:15 | 43:14 | 163:8 | 123:3 | 104:16 |
| 15:11, 19:3 | 66:24, 68:4 | 163:13 | 123:4 | 105:9 |
| 24:20, 26:4 | 92:24 | 163:19 | 123:15 | 109:6 |
| 28:1, 33:4 | 102:11 | 163:21 | 123:23 | 118:6 |
| 34:13 | 112:21 | 164:1 | 123:24 | 124:6 |
| 34:18 | 124:9 | 166:4 | 124:3 | 124:8 |
| 36:12, 37:8 | 124:23 | 166:5 | 126:22 | 124:10 |
| 38:21 | 125:8 | 182:4 | 127:9 | 124:11 |
| 38:23, 39:2 | 165:23 | 182:9 | 127:24 | 125:12 |
| 41:20, 52:1 | meant 14:19 | 182:9 | 128:9 | 125:21 |
| 55:18, 65:6 | 112:25 | 182:16 | 128:15 | 125:25 |
| 66:18 | 173:2 | 183:11 | 145:25 | 126:25 |
| 79:18 | measure | media 58:4 | 147:5 | 130:22 |
| 79:22, 82:2 | 128:24 | medical 3:6 | 150:12 | 133:4 |
| 98:11 | 129:9 | 3:7, 3:8 | 159:16 | 134:13 |
| 102:20 | 130:15 | 3:9, 3:10 | 168:17 | 135:8 |
| 113:7 | 133:10 | 3:16, 10:18 | 169:7 | 135:10 |
| 113:8 | 142:12 | 15:15 | 169:14 | 135:25 |
| 114:14 | mechanism | 15:18, 16:1 | 169:17 | 136:2 |
| 119:1 | 119:22 | 16:4, 16:6 | 169:22 | 136:5 |
| 119:2 | med 19:23 | 16:13 | 170:2 | 136:7 |
| 119:19 | 48:10, 49:3 | 16:24, 17:3 | 176:13 | 136:9 |
| 120:7 | 51:6, 51:8 | 17:9, 19:25 | 176:17 | 136:11 |
| 120:7 | 51:14 | 27:18, 28:8 | 178:4 | 136:13 |
| 123:4 | 54:19, 55:5 | 30:1, 51:11 | 178:7 | 136:20 |
| 123:9 | 55:17 | 52:3, 53:14 | 178:8 | 142:24 |
| 124:23 | 55:22 | 53:15, 54:2 | 178:8 | 145:25 |

167:22
168:18
178:15
medications
 48:14, 50:1
 51:9, 55:19
 56:13, 72:8
 73:14
 124:14
 124:16
 125:20
 126:24
 128:3
 130:19
 134:7
 136:21
 140:17
 143:5
 143:14
 144:2
 144:3
 144:10
 145:11
 145:16
medicine
 14:23
 15:11
 29:21
 29:22, 39:6
 39:7, 43:24
 48:15
 48:17
 48:19
 48:23, 49:8
 49:11
 50:17, 53:7
 74:17, 75:2
 79:18
 79:21
 80:15
 103:17
 103:20
 107:24
 107:25
 108:2
 111:21
 112:12
 113:11
 118:7
 118:16
 118:18

125:17
125:24
127:5
128:17
128:18
130:20
130:23
131:18
146:2
147:19
148:11
157:2
159:5
163:19
163:23
167:24
167:24
168:7
168:20
174:16
174:25
180:17
medicines
 19:17
 19:19
 19:20
 19:21, 49:4
 50:4, 50:9
 50:11
 50:13, 54:6
 54:21
 55:11
 55:12, 56:6
 56:6, 73:20
 73:21
 74:18
 74:24, 75:5
 117:14
 120:10
 124:17
 124:25
 128:4
 131:6
 131:14
 147:6
 147:8
 147:9
 148:6
 158:23
 158:24
 164:11

164:14
168:20
175:2
meds 65:4
 65:6, 68:5
 70:11, 77:9
 88:15
 88:16
 94:10
 169:14
 181:13
meeting
 33:13
meetings
 36:11
 36:12
 139:11
melatonin
 60:4
member 54:2
 54:11
 154:1
members
 140:24
 167:5
memory 27:7
mental
 21:17
mention
 111:13
 113:2
mentioned
 19:7, 33:9
 33:15
 35:25, 37:1
 39:25, 51:6
 68:17, 71:8
 72:2, 74:23
 103:23
 112:3
 128:19
 153:2
 176:13
 179:23
mentions
 60:3
mercy 68:9
met 7:13
 131:22
method
 186:6

MICHAEL
 1:18
midnight
 67:9
Mike 18:8
 20:16
 23:21, 37:5
 44:9, 56:20
 60:19
 72:19, 84:6
 84:16
 85:16
 120:16
 121:8
 127:4
 137:22
 152:15
 162:7
 168:25
 169:18
 173:4
 174:3
 183:15
 183:25
 184:20
 185:10
Mike's 44:8
military
 172:5
milligrams
 39:21, 43:4
 43:11, 59:9
 59:13
 59:17
 59:20, 60:2
 67:4, 72:23
 75:22
 75:25
 77:23, 78:1
 78:4, 79:5
 80:22
 80:24, 81:3
 84:25, 85:3
 85:6, 88:22
 89:2, 90:3
 90:7, 90:15
 90:20
 90:23
 94:17
 94:17
 94:18, 95:4

96:12
96:16
96:20
96:22
96:25, 97:3
99:9, 102:2
150:20
million
 160:21
mind 19:17
 124:10
 165:4
mindful
 9:16
mine 31:13
 98:13
 118:14
minimize
 166:25
 168:12
minus 135:5
minute
 93:16
 164:24
minutes
 6:15, 28:1
 44:12
 65:14
 77:25
 120:16
 173:19
misheard
 182:8
Misquoting
 30:8
missed
 116:14
missing
 83:10
 83:23
mistakes
 51:21
moment 18:9
money 160:2
 160:13
 162:4
 162:12
monitor
 53:23
montelukast
 59:17, 66:5

75:12
77:17, 81:2
90:9, 94:17
96:19
145:1
158:8
158:16
159:21
month 7:12
months 84:5
87:11
113:16
166:10
166:10
Moore 45:16
morning
39:25
Mosely
91:18
91:20
182:6
Mosley 1:18
2:7, 2:9
5:18, 13:6
13:8, 13:11
18:9, 18:18
18:21
20:19
20:21
23:16
23:18
23:24, 24:2
24:23, 26:6
26:22
26:24
27:20
29:17, 30:4
30:8, 32:24
33:2, 36:3
36:7, 36:20
37:8, 37:14
37:16
37:23
39:14
39:16, 40:9
42:2, 44:10
45:7, 46:7
47:12
52:17
72:16
76:13

79:16, 81:5
82:13
82:16
83:19, 84:7
84:13
84:17
84:19
85:13
85:15
85:18
90:11, 91:4
91:22
91:25, 93:7
105:25
107:2
107:6
108:22
110:7
112:17
113:17
116:20
116:24
117:25
120:18
120:20
120:23
121:5
121:7
121:21
121:23
123:5
124:15
127:2
128:23
129:8
129:14
130:14
133:9
133:17
134:14
134:24
135:2
136:19
137:6
137:21
137:23
138:2
139:1
139:4
139:7
142:11

143:11
145:3
145:6
145:22
150:4
150:9
152:22
155:1
155:15
155:20
156:15
156:19
156:24
157:5
157:11
157:14
158:3
158:12
158:13
158:20
158:22
159:7
159:15
160:6
161:6
161:12
161:13
161:18
162:6
162:8
162:10
162:15
163:4
163:13
164:1
164:5
164:18
164:20
164:23
165:6
165:15
165:20
165:23
166:7
166:20
169:11
169:13
169:21
170:3
170:5
170:9

170:11
170:14
170:16
170:22
171:1
171:4
171:7
171:10
171:13
171:16
171:18
171:19
172:21
172:24
173:2
173:6
173:9
173:11
173:14
173:18
173:21
173:24
174:2
174:22
174:25
175:25
176:5
176:9
176:21
176:24
177:1
177:9
177:13
177:16
177:18
177:21
178:18
180:2
183:18
184:2
184:11
184:14
185:1
185:3
185:6
185:9
185:16
185:18
185:21
mouse 42:25
mouth 67:4

68:4
move 31:8
41:7, 47:7
60:21
76:20
85:10, 91:2
109:20
109:23
109:25
129:6
133:7
137:21
138:3
142:9
moved 11:3
moving
31:17
multiple
167:20
mute 74:6
muted 18:8
184:23

N

N95 30:11
167:13
name 5:11
5:15, 5:23
5:24, 22:12
38:5, 41:16
50:3, 50:14
63:7, 63:11
66:21
73:19
100:25
101:1
101:2
105:11
105:11
118:9
119:13
131:6
131:7
131:23
148:24
163:13
168:19
172:1
179:16
180:16

named 5:4
  8:5, 8:7
names 50:5
  81:16
  130:22
  146:20
  176:15
  182:22
Nathaniel
  62:5
natural
  40:20
nearly 76:6
necessarily
  11:22, 12:6
  86:9
  141:13
need 9:15
  18:1, 40:2
  47:12, 55:2
  56:23
  56:25, 57:2
  61:4, 78:23
  81:11
  86:10, 87:6
  102:13
  105:2
  106:7
  106:8
  118:10
  119:4
  125:9
  131:10
  135:6
  135:7
  138:20
  139:8
  178:18
  178:20
  183:10
  183:16
needed
  13:19, 16:9
  32:20
  117:18
  134:6
  135:7
needing
  54:6, 92:10
negative
  62:7

negotiations
  16:10
  128:25
  129:10
  142:15
neither
  186:9
never 48:6
  117:9
  118:11
  131:22
  153:8
  162:3
  165:4
  181:12
new 30:2
  30:5, 51:10
news 157:22
  176:5
night 67:17
nine 166:10
no-contact
  74:1
nomenclature
  179:15
non-elect...
  177:7
non-licensed
  56:9, 56:12
nonmedica...
  58:5
normal 30:7
North 11:1
Northeastern
  10:14
Northwest
  11:3, 11:7
note 70:6
  70:14
  71:14
  100:11
  100:14
  106:11
notes 46:1
  61:17
  76:11, 87:1
  88:1, 93:4
  95:15
  95:16
  95:19, 97:8
  97:14

97:24, 98:4
  98:24
  106:14
  107:11
  107:12
  108:3
  109:16
  128:7
notice
  157:10
noticed
  25:6
  120:24
November
  39:19
  40:11
  41:19
  120:4
  149:9
  151:11
  151:21
NSAID
  124:21
NSAIDs
  124:21
nuances
  8:20
number 2:2
  20:8, 56:20
  60:19, 73:7
  74:3, 74:10
  74:21, 76:3
  86:24, 93:3
  97:19
  98:11
  98:25
  110:13
  111:8
  117:22
  145:9
  145:10
  149:1
  152:11
  168:14
  168:23
  181:5
  181:16
  181:18
  181:20
  181:21
  182:4

numbered
  4:5
numbers
  73:3, 75:20
  152:3
  171:2
  171:2
  171:6
  172:24
  172:25
  173:10
numerous
  11:10, 69:2
  104:13
  104:13
nurse 6:9
  9:24, 9:25
  11:20
  11:21, 12:1
  12:8, 12:9
  12:10
  12:11
  12:14
  12:22
  15:22
  15:23
  17:18, 19:5
  21:15
  21:23
  21:25, 22:7
  22:10
  22:10
  22:22
  22:25, 23:8
  23:11
  23:14
  24:22
  25:14
  51:15, 52:9
  63:22, 80:1
  126:2
  132:17
  132:18
nurse's
  48:7
  179:11
nurses 19:7
  19:22
  31:14
  35:23
nursing

9:23, 10:8
  10:9, 10:10
  11:11
  12:19
  12:21, 22:5
  22:6, 49:2
  49:2

O

OAK 1:19
oath 5:8
  8:9, 165:17
obese 43:18
object 9:11
  13:6, 24:23
  26:6, 29:17
  30:4, 30:8
  32:24, 36:3
  36:7, 36:20
  39:14, 40:9
  40:13, 45:7
  52:17, 81:5
  85:13
  85:18, 91:4
  93:7
  108:22
  110:7
  112:17
  117:25
  123:5
  124:15
  127:2
  128:23
  128:24
  128:25
  130:14
  134:14
  136:19
  139:1
  142:11
  142:12
  142:13
  143:11
  145:3
  145:6
  145:22
  150:4
  150:9
  155:1
  155:15

| | | | | |
|---|---|---|---|---|
| 155:20 | 79:14 | officers | 26:21, 27:1 | 64:8, 64:18 |
| 156:15 | 178:10 | 29:13 | 27:3, 27:13 | 64:21 |
| 156:23 | occasion | 49:24, 50:1 | 30:21, 32:3 | 64:25, 65:4 |
| 158:1 | 13:7, 13:14 | 55:19 | 32:7, 33:1 | 65:22, 66:4 |
| 158:10 | occurred | official | 33:14, 34:5 | 66:9, 66:16 |
| 158:12 | 151:21 | 14:13 | 35:7, 35:11 | 66:21 |
| 158:19 | occurrence | offline | 36:18 | 66:23 |
| 159:1 | 99:21 | 180:23 | 36:24 | 67:16 |
| 159:12 | October | oh 37:19 | 37:19, 38:1 | 67:25 |
| 160:24 | 111:6 | 44:7, 73:18 | 38:5, 38:13 | 68:14 |
| 162:5 | off-label | 77:21, 82:3 | 39:1, 39:3 | 68:23, 69:7 |
| 162:14 | 145:12 | 83:17 | 39:19 | 69:17 |
| 163:2 | offense | 87:17 | 40:16 | 69:21 |
| 163:11 | 49:20 | 100:18 | 40:25, 41:3 | 69:23 |
| 163:25 | offer 40:3 | 116:24 | 41:22, 42:5 | 69:25, 70:8 |
| 164:3 | 40:20 | 126:12 | 42:12 | 71:1, 71:4 |
| 165:13 | 40:23 | 129:5 | 42:22 | 71:7, 71:25 |
| 165:19 | 131:24 | 135:3 | 42:25, 43:5 | 72:1, 72:8 |
| 166:2 | offered | 139:3 | 43:9, 44:5 | 72:13 |
| 166:18 | 67:24, 68:6 | 173:2 | 44:14 | 72:21, 73:1 |
| 169:9 | 128:12 | 173:7 | 44:20 | 73:4, 73:6 |
| 174:1 | 129:21 | 175:7 | 44:21, 45:5 | 73:9, 73:23 |
| 174:21 | office 31:3 | okay 6:2 | 45:25, 46:3 | 74:8, 74:9 |
| 180:2 | 45:16, 98:9 | 6:4, 6:11 | 46:6, 47:15 | 74:23, 75:9 |
| objection | 98:19 | 6:17, 6:20 | 48:1, 50:18 | 75:12 |
| 27:20, 42:2 | 118:8 | 7:2, 7:10 | 50:21, 51:6 | 75:15 |
| 42:3, 79:16 | 119:10 | 7:20, 7:24 | 52:19, 53:8 | 75:19 |
| 85:17 | 119:20 | 8:2, 8:5 | 54:10 | 75:22, 76:3 |
| 90:11 | 140:23 | 8:8, 8:13 | 55:20, 56:3 | 76:11 |
| 129:8 | 141:5 | 8:16, 8:21 | 56:18 | 76:15 |
| 130:15 | 146:15 | 9:2, 9:13 | 56:24 | 76:18 |
| 130:17 | 167:2 | 9:21, 10:2 | 56:25, 57:7 | 76:25 |
| 133:9 | office-use | 10:4, 10:6 | 57:8, 57:13 | 77:20, 78:7 |
| 133:10 | 118:7 | 13:2, 13:10 | 57:16 | 78:10, 79:2 |
| 133:11 | officer | 14:14 | 57:23 | 79:7, 79:10 |
| 133:17 | 11:11 | 14:17 | 58:22, 59:9 | 79:11, 80:4 |
| 137:23 | 12:21 | 15:14 | 59:13 | 80:10 |
| 160:5 | 49:18 | 15:18, 16:1 | 59:23, 60:7 | 80:17, 81:2 |
| 169:17 | 49:19 | 16:4, 16:17 | 60:16, 61:6 | 81:10 |
| 172:22 | 49:22, 50:8 | 16:21, 19:7 | 61:8, 61:8 | 81:17, 82:5 |
| 174:23 | 54:12 | 19:22 | 61:9, 61:11 | 82:8, 82:10 |
| observe | 73:22, 74:2 | 20:15, 21:5 | 61:16 | 82:16 |
| 74:10 | 74:9, 74:19 | 21:8, 21:14 | 61:20, 62:3 | 82:25, 83:4 |
| obtain 10:8 | 131:18 | 21:23, 22:9 | 62:8, 62:13 | 83:7, 83:17 |
| 20:10 | 134:19 | 22:17 | 62:17 | 83:18 |
| obtained | 153:9 | 22:20, 23:2 | 62:21, 63:1 | 83:20 |
| 9:22, 11:14 | 168:13 | 23:8, 24:3 | 63:3, 63:4 | 83:25, 84:9 |
| 12:10 | 168:21 | 24:14 | 63:9, 63:11 | 84:15 |
| obviously | 181:4 | 24:19 | 63:15 | 84:18 |
| 17:9, 27:13 | 181:5 | 24:21 | 63:18, 64:1 | 84:20 |
| 41:20 | 181:13 | 26:19 | | 84:22 |

| | | | | |
|---|---|---|---|---|
| 84:24, 85:9 | 105:6 | 123:22 | 149:17 | 177:20 |
| 86:1, 86:21 | 105:16 | 125:11 | 149:23 | 178:16 |
| 86:23, 87:8 | 105:23 | 125:18 | 150:14 | 178:25 |
| 87:14 | 106:3 | 128:19 | 150:16 | 179:6 |
| 87:18 | 106:6 | 129:4 | 150:16 | 180:6 |
| 87:19 | 106:10 | 132:6 | 150:23 | 180:9 |
| 87:21 | 106:13 | 132:9 | 151:17 | 180:12 |
| 87:21 | 106:16 | 132:12 | 151:23 | 180:25 |
| 87:22 | 106:17 | 132:20 | 152:1 | 181:3 |
| 87:22 | 106:17 | 133:18 | 152:5 | 181:15 |
| 87:24, 88:1 | 106:18 | 134:2 | 152:15 | 181:24 |
| 88:2, 89:9 | 106:22 | 134:8 | 152:19 | 181:25 |
| 89:13 | 107:1 | 136:12 | 153:6 | 182:3 |
| 89:21 | 107:7 | 136:25 | 153:9 | 182:13 |
| 89:22 | 107:8 | 136:25 | 153:14 | 182:16 |
| 89:23, 91:1 | 108:17 | 137:12 | 153:18 | 182:19 |
| 91:11 | 108:20 | 137:18 | 153:23 | 182:22 |
| 91:18, 92:3 | 109:15 | 138:14 | 154:2 | 183:4 |
| 92:25 | 109:19 | 138:17 | 154:11 | 183:11 |
| 93:14 | 111:3 | 139:6 | 154:18 | 183:17 |
| 93:15 | 112:6 | 139:10 | 155:5 | 183:21 |
| 93:16 | 112:20 | 139:22 | 155:8 | 183:23 |
| 93:17 | 113:2 | 140:13 | 155:13 | 184:11 |
| 93:18 | 113:6 | 141:5 | 156:5 | 185:2 |
| 93:19 | 113:10 | 141:16 | 156:9 | 185:3 |
| 93:21 | 113:15 | 141:16 | 156:17 | old 56:5 |
| 93:23, 96:1 | 113:19 | 142:5 | 157:5 | 100:10 |
| 96:3, 96:9 | 114:10 | 142:18 | 157:22 | Oliver 5:24 |
| 96:11, 97:6 | 114:21 | 142:21 | 158:20 | once 6:9 |
| 97:12 | 115:7 | 143:3 | 160:8 | 12:4, 25:7 |
| 97:16 | 115:9 | 143:9 | 161:13 | 29:25 |
| 97:18 | 116:6 | 144:1 | 162:3 | 39:21, 54:1 |
| 97:19 | 117:1 | 144:8 | 165:4 | 65:23 |
| 97:23, 98:8 | 117:2 | 144:21 | 166:21 | 84:10 |
| 98:21, 99:2 | 117:21 | 144:24 | 168:2 | 84:11 |
| 99:3, 99:4 | 118:6 | 145:5 | 168:4 | 124:2 |
| 99:5, 99:9 | 118:19 | 145:15 | 169:17 | once-a-week |
| 99:12 | 118:21 | 145:20 | 170:4 | 38:14 |
| 99:17 | 118:25 | 146:6 | 170:6 | one's 15:12 |
| 99:21 | 119:24 | 147:2 | 170:15 | 109:22 |
| 100:20 | 120:6 | 147:11 | 170:18 | 145:4 |
| 101:3 | 120:11 | 147:14 | 171:3 | ones 12:16 |
| 101:11 | 121:16 | 147:21 | 171:4 | 51:6, 58:10 |
| 102:6 | 121:23 | 147:22 | 171:10 | 98:5, 98:7 |
| 102:9 | 121:24 | 148:1 | 171:16 | 105:14 |
| 103:11 | 122:1 | 148:3 | 172:15 | 119:11 |
| 103:23 | 122:11 | 148:11 | 172:20 | 183:1 |
| 104:2 | 122:23 | 148:15 | 173:7 | ongoing |
| 104:5 | 123:1 | 148:18 | 173:8 | 51:13 |
| 104:19 | 123:11 | 149:1 | 173:13 | 54:16 |
| 104:24 | 123:17 | 149:4 | 177:5 | open 49:3 |

49:21
opened
  70:16
operate
  17:6
operating
  30:6
operator
  155:24
opinion
  56:11
  127:9
opportunity
  37:21, 54:5
  56:22, 67:9
  80:13, 82:4
  82:12, 87:3
  87:5
  121:18
option 29:7
  40:3
options
  64:13
oral 1:9
  4:2, 186:16
orally
  66:25
order 53:7
  68:18
  100:23
  103:4
  107:23
  112:22
  112:23
  117:11
  118:6
  118:16
  118:18
  119:23
  120:9
  146:2
  146:2
  146:3
  146:4
  146:11
  146:13
  146:17
  146:21
  146:21
  147:10
  147:22

151:16
162:12
ordered
  49:7, 49:14
  55:9, 55:10
  65:19
  67:23
  77:16
  102:23
  103:4
  107:12
  108:2
  108:24
  109:9
  109:10
  109:12
  109:13
  109:17
  118:13
  119:2
  119:12
  120:2
  150:2
  150:19
  150:22
ordering
  69:15
  69:18
  117:11
  120:3
  161:15
  162:4
orders 53:7
  66:2, 120:8
  150:1
  161:8
organ 10:20
organization
  43:17
organize
  53:3
orientation
  51:11, 52:7
original
  186:13
originally
  14:1
originated
  57:24
outbreak
  151:12

151:20
outcome
  186:12
outpatient
  10:25
  111:7
outside
  16:11
  16:12
  21:19
  58:23
  68:13
over-the-...
  48:18
overnight
  65:11
  67:20
overseeing
  16:8
  133:25
OWENS 1:19
owner
  155:24

P

P-A-T-E-L
  33:21
P-L-A-V-A...
  22:16
P.A 1:19
P.L.L.C 1:7
p.m 1:11
  65:12, 67:7
  67:10
  67:11
  67:17
  67:24, 68:4
  72:23
  75:15
  75:23, 76:1
  80:22
  84:25, 85:4
  85:7, 90:3
  90:15
  90:21
  90:24
  96:12
  96:23, 97:1
  97:4
  102:24

102:25
  103:7
  103:9
  103:10
  158:4
  185:24
P.O 1:22
  186:25
package
  54:23
packs 60:4
pad 169:1
page 34:25
  35:12
  72:17
  76:18
  76:19, 81:6
  81:9, 81:12
  81:25
  87:16
  90:17, 96:4
  97:13
  104:9
  105:6
  105:7
  105:15
  105:17
  105:25
  121:25
  149:8
  173:4
pages 61:9
  81:16, 82:4
  104:13
  105:2
  105:2
  121:19
  157:17
  185:15
  185:19
  186:5
paid 161:15
pain 11:4
  69:3, 70:2
pandemic
  27:6, 27:8
  27:10
  27:19, 28:9
  29:16
  29:25, 30:7
  30:25

131:19
paper 74:3
  74:22
  105:20
  105:21
  141:10
  147:8
  166:12
  168:7
  168:8
  168:15
  168:18
  179:9
  179:11
  179:22
papers
  126:11
paragraph
  38:18
  58:24
  110:25
paramedic
  17:19, 22:5
  22:8, 25:8
  25:9, 63:6
  63:7, 63:22
  80:3, 80:4
paramedics
  19:7, 19:22
  31:14
  35:23
  52:12, 80:5
Pardon
  141:22
part 7:21
  11:7, 53:8
  66:6, 73:13
  75:5, 104:6
  113:25
  119:14
  131:23
  132:5
  134:5
  136:17
  136:21
  138:22
  140:11
  145:25
  151:15
  158:14
participate

26:11
participated
 31:3, 31:7
 166:5
participa...
 33:12
particular
 17:2, 21:11
 43:19
 62:10
 68:25
 72:10
 102:3
 104:12
 105:7
 140:3
particularly
 169:6
parties
 186:10
 186:11
 186:14
 186:15
pass 46:1
 48:11, 51:7
 51:9, 55:19
 67:10, 68:5
 73:24
 73:24
 109:1
 109:2
 131:5
 156:17
 164:10
 164:14
 168:9
 169:2
 176:9
 181:13
 183:25
passed
 177:25
passer
 49:18
 51:14
 54:19
 55:17
 74:24
 107:24
 134:18
 134:18

136:7
136:9
136:11
162:18
163:8
163:14
163:19
163:22
166:4
182:4
182:9
182:9
passers
 19:14
 19:23, 51:6
 51:8, 51:25
 55:5, 55:22
 66:3, 75:1
 75:3
 102:18
 109:1
 109:2
 130:22
 131:5
 132:12
 132:13
 153:2
 153:7
 153:10
 156:21
 157:6
 162:20
 164:1
 166:5
 182:16
 183:11
passes 50:2
passing
 19:17
 48:10
 48:10, 50:1
 55:12, 75:5
 166:12
 167:10
paste
 139:22
pasting
 139:24
 139:25
Patel 33:19
patient

6:13, 17:4
39:4, 47:17
62:11
62:18, 69:1
74:24
78:20
78:21
86:15
114:15
116:4
119:3
119:16
119:21
119:23
120:2
125:12
125:18
126:25
127:14
132:9
132:10
135:11
136:3
136:4
146:20
146:23
148:8
148:24
151:10
153:4
patient's
 118:9
 123:18
 150:18
 171:23
patient-s...
 148:8
patients
 16:15
 25:19
 27:14, 30:1
 40:7, 40:12
 69:4, 100:5
 113:3
 119:4
 119:12
 140:25
 152:8
pause 93:16
paused
 75:21

pay 148:17
paying
 74:19
PCRs 161:4
PDF 122:24
pediatric
 11:24
pediatrician
 127:20
pencil
 73:24
 168:9
pens 166:12
people
 11:12, 15:3
 15:5, 15:10
 15:10
 15:12
 17:10, 19:4
 19:6, 19:17
 21:9, 23:14
 24:15
 24:22
 24:25
 26:12
 26:16
 28:13
 28:15, 29:8
 29:14
 30:12
 30:13
 30:15
 30:15, 31:8
 31:13, 34:2
 34:3, 40:2
 43:22, 48:8
 49:16
 49:22, 51:1
 51:21
 53:10
 53:20
 53:22
 54:15, 56:5
 58:7, 66:12
 73:24
 83:11
 111:19
 113:24
 127:12
 130:20
 131:14

133:25
133:25
141:1
141:2
167:12
175:8
175:8
175:9
182:20
people's
 180:20
Pepcid
 48:19
 59:20
 139:24
percent
 64:12
 111:5
perfect
 49:16
 138:14
 183:14
perfectly
 6:5, 179:10
performed
 62:5, 62:5
period 22:4
 27:5, 82:24
 92:19
 127:5
 183:12
periodically
 9:16
permission
 125:22
 126:20
permitted
 56:15
person 8:18
 17:13
 17:17
 17:20
 19:20
 19:20
 21:18, 25:7
 25:11, 28:4
 29:23
 40:23
 45:16
 48:15
 49:10

| | | | | |
|---|---|---|---|---|
| 49:14 | 3:7, 3:8 | 47:24 | Placed 65:5 | Plavacan |
| 53:15 | 3:10 | 123:1 | 70:11, 77:9 | 22:12 |
| 53:16 | pgs 3:5 | 123:3 | 88:15 | 22:14 |
| 54:12 | 3:6, 3:9 | 124:5 | 88:16 | 22:18 |
| 54:25, 55:9 | 3:11, 3:12 | physically | 94:11 | 22:22 |
| 55:9, 55:14 | 3:13, 3:16 | 181:17 | placing | playing |
| 56:4, 56:9 | 3:17 | physician | 168:14 | 173:12 |
| 56:12 | pharmacy | 31:7 | Plaintiff's | please 9:2 |
| 56:14 | 48:25 | physicians | 3:2, 41:8 | 9:15, 26:22 |
| 63:17 | 48:25 | 11:5, 11:6 | 41:9, 47:9 | 26:24 |
| 65:19, 70:7 | 67:13, 68:9 | 34:2 | 47:10 | 37:18 |
| 71:23, 73:3 | 68:11 | pick 65:18 | 60:22, 61:1 | 37:24, 58:7 |
| 73:17 | 68:13 | 103:19 | 76:21 | 61:3, 76:13 |
| 74:12, 75:5 | 117:7 | picture | 76:23 | 81:6, 84:13 |
| 86:9 | 117:12 | 50:14 | 85:10 | 84:14 |
| 119:11 | 117:12 | 102:15 | 85:20, 91:2 | 89:16, 96:6 |
| 124:2 | 117:13 | 104:22 | 91:6 | 105:6 |
| 127:9 | 117:13 | piece 21:12 | 109:21 | 106:18 |
| 127:23 | 117:16 | 73:11, 74:3 | 110:1 | 106:18 |
| 131:8 | 117:17 | 82:21 | 110:9 | 111:19 |
| 136:2 | 117:19 | 104:22 | 129:6 | 111:23 |
| 140:4 | 117:19 | 105:20 | 129:12 | 129:1 |
| 146:15 | 117:20 | 105:21 | 133:8 | 129:14 |
| 157:3 | 117:23 | 106:11 | 133:13 | 130:18 |
| 162:18 | 118:13 | 147:8 | 138:5 | 134:4 |
| 167:14 | 118:18 | 168:7 | 142:10 | 137:7 |
| 168:11 | 119:23 | 168:8 | 142:16 | 149:5 |
| 181:19 | 120:4 | 168:14 | plaintiffs | plus 64:20 |
| person's | 120:8 | 168:18 | 1:4, 1:14 | 77:13 |
| 73:19 | 128:17 | 179:9 | 4:3, 5:16 | 77:13 |
| 131:13 | 128:18 | 180:19 | 62:24 | 88:20 |
| personal | 146:3 | pieces | 99:22 | 88:20 |
| 160:9 | 146:4 | 82:22 | 108:24 | 94:14 |
| 160:12 | 146:11 | 141:10 | 139:16 | 94:14 |
| 161:18 | 146:14 | pill 47:23 | 157:18 | pneumonia |
| 162:1 | 146:21 | 48:3, 48:4 | 157:24 | 144:4 |
| 162:2 | 146:22 | 48:8, 50:10 | 159:10 | PO 66:24 |
| 162:19 | 146:23 | 51:7, 51:9 | 162:16 | point 18:2 |
| personally | 147:3 | 52:21 | 162:20 | 50:18 |
| 25:3 | 147:5 | 55:23 | 164:11 | 51:22, 92:8 |
| personnel | 148:2 | 181:4 | 166:6 | 149:19 |
| 181:8 | 148:3 | pills | 169:5 | 151:17 |
| personnel... | 161:7 | 176:14 | 177:3 | 158:13 |
| 16:7, 20:5 | 161:14 | pinpoint | 178:19 | 159:7 |
| persons | 161:23 | 177:14 | 178:20 | 159:20 |
| 186:15 | phone 46:11 | place 49:23 | 179:2 | 160:18 |
| pertains | phrase | 154:3 | 186:19 | 160:18 |
| 161:7 | 14:11 | placebo | plan 17:21 | point-of-... |
| Pfizer | 34:12 | 174:15 | 111:22 | 28:22 |
| 128:15 | 38:23 | placebos | 112:13 | pointed |
| pg 3:3, 3:4 | 47:23 | 175:3 | 114:7 | 158:6 |

policies
  16:9, 26:12
  29:15
  29:19, 30:2
  30:5, 34:17
  34:21
policy
  19:19
  29:19
  29:21
  29:22
  30:19
  31:18
  34:18
  34:20
  34:20
  34:21
  34:24, 35:3
  35:6, 132:1
pop 93:15
popping
  5:20
population
  26:10
  49:20
  50:15
  53:11
  144:15
  144:17
portion
  179:20
position
  92:19
positive
  31:22
  64:22
  65:18, 88:9
  94:2
  100:13
  129:20
possession
  177:2
possible
  40:19
  139:25
  144:3
  167:12
  176:20
possibly
  26:1, 163:7
  181:7

post 42:14
post-expo...
  42:19, 43:6
posted
  92:10
potential
  43:7, 53:19
  55:6, 55:22
  125:13
  125:13
  146:20
potentially
  5:20, 19:22
  20:10
  30:12, 48:9
  142:14
pound 95:1
pounds
  64:25, 65:2
  70:10, 77:7
  78:8, 78:12
  78:12
  78:15
  78:20
  78:23
  78:25
  78:25
  85:23
  88:13, 94:5
  95:2, 95:6
  95:11
  95:12
practice
  14:16
  14:22
  27:25
  29:21, 56:9
  79:18
  103:17
  103:20
  103:21
  127:18
  127:20
  166:9
practiced
  80:14
practices
  167:18
practicing
  30:20
  30:22

30:24
practitioner
  9:24, 9:25
  11:20
  11:22, 12:9
  12:11
  12:15
  15:22
  15:23, 22:7
  126:2
pre 42:14
  42:19
  42:24, 43:6
precautions
  73:23
precipitate
  124:18
precipita...
  124:18
prefer
  54:14
  92:14
preferably
  54:10
preferred
  186:16
pregnancy
  124:25
  125:2
  125:4
prep 45:5
prepare
  45:10
  46:22
prepared
  186:18
prepped
  45:15
prescribe
  124:10
  125:11
  125:24
  126:23
  127:5
  130:9
  140:17
  143:5
  143:14
  146:2
prescribed
  79:5, 95:4

148:22
  165:25
prescriber
  89:7
prescribing
  58:9
  111:20
  111:25
prescription
  48:23, 65:9
  65:15
  65:18
  65:23
  65:24, 66:1
  66:6, 66:7
  66:15, 67:8
  67:12
  67:15
  69:18
  77:13
  77:16
  77:18
  77:22, 78:1
  78:4, 88:20
  88:25, 89:1
  94:14
  94:16
  94:21
  94:23, 99:6
  102:10
  103:14
  112:22
  112:23
  135:16
  135:17
  136:21
  137:3
  137:4
  146:22
  148:9
  148:12
Prescript...
  48:23
present
  16:2, 19:6
  49:19
  74:13
  74:20
  135:18
  139:13
  139:13

181:4
  181:17
presentation
  47:3
  114:14
  116:3
presently
  13:2
pressure
  43:18
  48:15
presumed
  46:12
pretty
  25:25
  120:22
  157:9
  178:16
prevalent
  113:20
prevent
  8:14, 39:6
  42:23
  43:23, 44:1
  45:3, 91:16
  100:22
  121:14
prevention
  38:24, 39:2
prevents
  13:22
previous
  65:10
  106:6
  110:1
  128:3
  167:21
previously
  110:12
  110:23
  116:16
primarily
  164:2
print 98:18
printed
  98:12
  98:16
printout
  176:15
prints
  178:15

| | | | | |
|---|---|---|---|---|
| prior 10:12 | 102:23 | 18:23, 28:4 | 39:13 | 70:3, 70:11 |
| 22:23 | 114:18 | 34:22 | 39:15 | 77:9, 78:19 |
| 27:14 | 140:3 | 51:23, 55:2 | 39:17 | 79:13, 80:6 |
| 38:20 | 142:1 | 55:3, 65:7 | 39:18 | 88:15 |
| 51:10 | 148:21 | 101:19 | 39:21 | 88:16 |
| 111:14 | 148:25 | 166:21 | 40:12 | 94:10 |
| 113:3 | 180:5 | 168:5 | 42:15 | 99:20 |
| 113:16 | 183:9 | procurement | 42:21, 43:6 | 100:21 |
| 114:10 | 184:17 | 10:20 | 43:10 | 100:25 |
| 114:25 | problem | 10:22 | 43:15 | 101:4 |
| 122:14 | 25:17, 44:4 | produced | 43:22 | 103:12 |
| 122:20 | 44:14 | 4:3, 97:25 | 119:7 | 103:21 |
| 123:8 | 54:18 | 117:5 | 119:9 | 111:7 |
| 130:4 | 55:17 | 176:18 | proposed | 111:10 |
| 130:13 | 57:15, 76:8 | product | 144:3 | 112:4 |
| 132:9 | 81:8, 82:17 | 140:12 | protect | 112:7 |
| 135:9 | 90:1, 92:7 | professional | 29:10 | 112:7 |
| 135:11 | 92:12 | 11:14 | 31:12 | 112:21 |
| 136:1 | 92:13 | 53:15 | 31:16 | 112:24 |
| 140:10 | 92:22 | 54:14 | protection | 113:15 |
| 151:6 | 178:22 | professio... | 168:11 | 114:1 |
| 154:3 | 183:15 | 25:3 | protective | 114:5 |
| 167:14 | problems | professio... | 29:10 | 114:25 |
| 186:4 | 54:6 | 16:11 | 30:23 | 115:18 |
| prison 48:5 | procedurally | profit | 31:12 | 135:16 |
| 48:5, 48:6 | 132:1 | 160:21 | protocol | 135:16 |
| 48:9, 50:25 | procedure | profit/loss | 17:22 | 136:17 |
| 68:12 | 4:4, 153:7 | 45:23 | 17:25, 18:6 | 150:24 |
| prisons | 186:9 | program | 34:8, 34:10 | 175:2 |
| 32:8, 33:16 | procedures | 10:10 | 34:10 | protocols |
| private | 11:4, 16:9 | promise | 34:13 | 17:19, 18:5 |
| 155:14 | 153:10 | 177:5 | 34:14 | 18:5, 34:16 |
| 155:16 | proceed | prompted | 34:14 | 34:16 |
| 156:14 | 83:22 | 58:3 | 34:18 | 34:17 |
| privileges | 123:15 | pronounce | 34:19 | 35:16 |
| 91:21 | 124:23 | 63:7 | 34:24, 35:1 | 35:17 |
| 91:23, 92:1 | 125:9 | proper | 35:2, 35:5 | 35:20 |
| probably | proceeding | 180:4 | 35:8, 35:9 | 35:24 |
| 6:10, 6:14 | 6:21 | properly | 35:14 | 35:25, 36:1 |
| 7:7, 8:17 | 186:10 | 64:3 | 36:25, 37:1 | 36:5, 36:9 |
| 9:17, 10:13 | proceedings | property | 37:3, 52:20 | 36:14, 37:1 |
| 25:22 | 5:1, 7:15 | 178:8 | 52:21, 53:4 | 39:9, 43:3 |
| 48:12 | 7:21, 24:8 | 180:11 | 53:8, 53:22 | 65:16 |
| 51:16 | 44:25 | prophylactic | 59:4, 59:5 | 68:22 |
| 64:12 | 70:19 | 40:14 | 60:10 | 101:18 |
| 64:13 | 91:13 | prophylac... | 60:13, 65:4 | proven |
| 66:20 | 121:11 | 44:1 | 65:6, 65:25 | 128:2 |
| 71:20 | 152:24 | prophylaxis | 68:15 | provide |
| 75:20 | 186:5 | 38:20 | 68:20, 69:5 | 16:13 |
| 81:19 | process | 38:23, 39:2 | 69:19, 70:1 | 55:20 |
| 98:13 | 8:19, 17:11 | 39:3, 39:10 | 70:2, 70:2 | 55:21, 58:2 |

123:9
128:15
128:16
161:4
186:14
provided
27:13, 30:1
36:22
62:10, 83:5
106:14
122:14
122:20
provider
17:16
17:23, 18:3
27:17, 69:3
71:18
123:3
123:23
130:25
131:4
180:10
186:16
providers
18:24, 19:9
19:25
31:13
140:23
provides
17:9
providing
17:3, 27:18
28:8
160:14
psychology
174:11
174:11
pull 41:3
49:8, 76:3
86:23
97:18
110:11
116:9
116:11
120:8
132:24
137:19
142:6
157:11
164:23
164:24

164:25
165:2
170:2
pulled
12:20
104:20
104:23
153:14
170:10
pulling
60:19, 93:3
129:3
pulls 49:13
109:7
punitive
51:17
purchase
48:20
48:21
119:14
119:20
purchased
145:25
purchasing
16:10
120:3
146:3
purports
176:1
purpose
134:2
134:10
134:16
pursuant
4:3
pursued
11:8
pursuing
22:6
push 65:23
109:7
124:16
178:14
pushed 66:1
pushing
65:23
put 17:12
17:21
17:23, 34:3
34:8, 46:7
46:8, 53:22

55:17
63:23, 64:2
66:2, 67:21
68:18, 70:3
70:14, 74:2
74:21, 77:2
77:18
91:19, 92:1
95:12
100:14
101:1
102:18
104:4
107:2
107:8
128:8
157:2
172:15
174:18
179:13
putting
100:23
139:24

Q

QD 66:24
qualifica...
15:4, 16:22
quantities
148:25
quarantine
31:8, 33:3
33:5, 33:19
33:22, 56:2
question
9:2, 9:3
9:6, 9:13
9:18, 9:18
16:23
22:17
23:13
23:19
23:21
23:25, 24:3
24:12
24:14
24:17
26:25
27:23
30:17, 32:5

38:1, 45:10
46:4, 53:1
54:19
65:25
68:14, 80:8
84:1, 89:24
97:10
101:9
102:14
102:20
105:11
109:9
111:16
111:16
111:18
113:5
115:16
125:23
134:3
141:14
141:23
144:19
158:11
160:11
162:6
164:4
180:14
questioned
162:16
questions
5:21, 8:23
9:11, 9:13
44:19
46:10, 54:3
54:10
54:24, 56:4
56:8, 63:2
66:19
83:22, 84:2
84:19, 87:4
91:8
130:24
153:2
157:2
168:24
183:24
quick 15:9
24:6, 34:5
37:4, 42:13
45:9, 47:6
63:1, 69:21

71:4, 85:14
97:22
103:23
106:11
110:2
117:3
126:10
129:5
132:12
132:24
136:12
140:14
142:18
143:3
146:8
151:18
152:20
153:1
176:12
178:23
185:9
quickly
50:18
56:18
137:19
153:12
quiet
185:11
quite 126:6
169:19

R

Rachael
172:13
172:14
ranging
149:9
rare 13:15
read 24:13
38:14
39:17
39:22
39:22
39:24
41:20
42:12
42:14
42:16
42:18, 43:9
43:12

| | | | | |
|---|---|---|---|---|
| 43:15 | 15:9, 24:6 | 143:24 | 97:23 | 104:17 |
| 51:16 | 29:25 | 166:24 | 122:2 | 106:1 |
| 54:23 | 31:17 | 179:9 | 133:1 | 106:17 |
| 55:23, 58:7 | 31:18 | reasons | 138:18 | 107:20 |
| 59:2, 59:3 | 31:24 | 19:21 | 146:9 | 121:8 |
| 59:7, 59:11 | 32:19, 33:8 | recall | 152:16 | 128:6 |
| 59:15 | 34:5, 37:4 | 25:24 | recognized | 150:18 |
| 59:18 | 38:13 | 33:16 | 97:7, 166:4 | 152:13 |
| 59:21 | 42:13, 45:9 | 36:13 | recognizing | 154:12 |
| 101:22 | 47:6, 63:1 | 40:17 | 78:16 | 156:21 |
| 111:4 | 69:21, 71:4 | 52:22 | recollection | 157:18 |
| 111:11 | 73:25 | 100:4 | 151:24 | 158:15 |
| 111:18 | 85:14 | 120:3 | 160:25 | 158:21 |
| 111:18 | 92:11 | 156:10 | recommend | 169:13 |
| 122:13 | 103:23 | 162:17 | 127:9 | 171:18 |
| 122:13 | 110:2 | 166:13 | 140:17 | 171:21 |
| 122:17 | 117:3 | receive | 143:5 | 173:16 |
| 123:20 | 126:10 | 38:10 | 143:14 | 173:19 |
| 123:20 | 129:5 | 41:18 | 180:18 | 178:5 |
| 129:19 | 132:12 | 50:11 | recommend... | 178:8 |
| 129:24 | 132:24 | 78:21 | 43:7, 43:7 | 180:3 |
| 136:15 | 136:12 | 147:12 | 138:24 | 180:7 |
| 140:13 | 140:14 | received | recommend... | 183:19 |
| 140:16 | 142:18 | 41:20 | 31:19, 32:3 | recorded |
| 142:19 | 143:3 | 67:17 | 41:23 | 86:10 |
| 142:22 | 146:8 | 67:22, 72:9 | recommended | 86:13 |
| 142:23 | 148:13 | 108:20 | 104:3 | 107:21 |
| 143:1 | 151:18 | 111:21 | 131:23 | records 3:6 |
| 143:4 | 178:23 | 112:12 | 141:11 | 3:7, 3:8 |
| 143:7 | reask 23:19 | 113:10 | reconcile | 3:9, 3:10 |
| 144:2 | 160:11 | 167:24 | 150:17 | 3:16, 37:9 |
| 144:6 | reason 8:13 | 180:16 | reconciled | 37:12 |
| 144:8 | 13:17 | receiving | 118:9 | 60:20 |
| 144:11 | 25:24 | 135:16 | 119:12 | 64:11, 69:2 |
| 145:10 | 38:10 | 144:3 | record 5:11 | 76:4, 83:6 |
| 145:13 | 41:18, 45:3 | recess 24:7 | 18:11 | 86:24, 87:7 |
| 145:15 | 62:16, 70:7 | 44:24 | 20:17, 24:4 | 93:3, 97:19 |
| 145:18 | 70:9 | 70:19 | 24:5, 24:13 | 98:18 |
| 172:11 | 100:15 | 91:12 | 32:1, 46:8 | 98:20 |
| 172:12 | 107:21 | 121:10 | 47:9, 51:3 | 99:22 |
| reading | 111:13 | 152:23 | 61:21, 71:5 | 105:12 |
| 111:1 | 113:2 | recognize | 71:6, 71:12 | 110:4 |
| 186:8 | 125:10 | 38:2, 41:13 | 72:16 | 114:17 |
| ready | 126:22 | 57:18 | 73:14 | 159:11 |
| 105:18 | 126:22 | 61:14 | 81:16 | 164:25 |
| 121:19 | 130:6 | 61:17 | 82:20, 86:7 | 165:9 |
| real 97:22 | 130:8 | 61:18, 76:9 | 89:22 | 169:15 |
| 100:12 | 130:12 | 80:18 | 91:20, 92:2 | 178:7 |
| 106:11 | 130:19 | 86:25 | 93:22 | 178:8 |
| 185:9 | 131:12 | 89:14, 93:4 | 96:10 | 179:25 |
| really 6:12 | 131:22 | 96:4, 97:11 | 102:12 | 180:10 |

181:8
184:22
185:5
recovered
86:12
RECROSS-E...
2:9, 184:1
red 123:11
123:14
166:23
172:8
redact
169:25
185:8
redacted
169:16
169:24
redactions
185:7
REDIRECT
2:8, 176:10
redo 52:2
reduced
186:6
redundant
95:24
reeducation
52:4, 52:6
163:7
refer 48:9
48:10, 56:3
64:7, 114:5
reference
18:7, 43:16
87:13
87:19
101:20
123:13
139:23
160:3
160:6
referenced
45:20
referencing
22:7, 39:13
78:24
106:6
122:21
136:1
referred
48:4, 119:8

182:8
referring
21:12
32:22
33:17, 35:6
38:17
39:23, 40:4
42:6, 50:10
58:8, 72:17
105:25
119:9
refers
73:12
reflect
83:20
reflected
73:10
95:13
104:14
reflects
97:14
refuse
72:15
128:12
129:22
131:14
131:16
131:18
131:20
157:4
158:7
159:6
168:8
refused
50:5, 50:8
50:9, 70:10
72:11
72:12
72:21
74:19
75:25
90:23, 97:3
127:12
127:14
128:4
128:4
128:5
152:8
159:4
167:24
168:22

168:22
168:23
refuses
158:5
refusing
74:12
regarding
55:6
142:12
176:1
regimen
38:15
39:13
39:21
40:12, 43:6
103:25
115:18
regimens
40:7
region
10:22
10:24
Regional
6:18, 10:18
registered
12:8, 17:18
regular
19:16
36:13
regularly
141:2
Regulations
186:20
reiterate
65:20
167:17
rejected
158:16
159:21
rejects
158:5
related
29:16
52:21
186:9
relates
169:5
relationship
16:9, 54:7
161:7
161:14

relations...
54:15
54:17
relative
186:10
relax 92:4
relayed
42:11
release
58:4
178:18
178:21
released
26:2, 26:4
26:16
114:7
releases
178:20
relevant
21:12, 22:3
22:3, 27:5
82:23
104:15
relinquish
186:13
remaining
21:9, 23:9
remedial
128:24
129:9
130:15
133:9
142:12
163:3
163:5
163:16
remember
6:12, 28:17
28:21, 31:6
31:10
31:14, 33:5
53:2, 63:21
74:1, 97:17
110:23
129:17
139:12
144:16
153:18
156:1
156:9
157:25

166:22
173:24
174:5
174:15
174:22
182:6
remembering
76:22
remind
110:13
repeat
13:12, 15:8
23:25
24:12
42:10
42:16, 75:4
169:19
183:5
rephrase
150:6
164:4
replace
25:3, 25:11
replaced
22:13
22:18
report 21:1
21:6, 23:15
24:15
24:22
55:15
67:23
104:17
105:7
105:10
118:17
118:17
118:18
118:19
132:13
132:16
132:17
132:20
152:13
reported
21:13
23:11
132:18
175:25
186:5
reporter

2:11, 4:6
8:24, 18:8
24:13, 41:5
44:17
44:20
44:23
60:21
60:24, 85:9
85:11, 91:1
109:20
109:22
110:2
110:5
110:15
110:18
110:20
116:18
138:3
138:6
138:10
138:16
154:17
154:23
165:3
170:12
170:15
170:24
171:3
172:23
172:25
173:7
173:10
173:13
173:17
173:20
184:20
185:2
185:4
185:8
185:15
185:22
186:2
186:20
186:24
reporter's
  8:21, 186:1
reporters
  173:15
reporting
  1:21, 23:8
  119:22

reports
  55:14
represent
  62:25
  97:24
  117:4
  157:16
represented
  175:13
representing
  5:16
request 4:3
  9:17, 17:12
  18:3, 55:18
  71:12
  71:13
  128:8
  131:4
  131:4
  135:6
  135:7
  186:18
requested
  17:14
  24:13
  131:1
  186:8
requesting
  58:6
requests
  17:13
required
  48:24
  132:1
  132:2
  172:10
requires
  186:12
  186:14
rereading
  39:24
resign
  25:13
respiratory
  28:11
  144:4
respond 9:6
responded
  75:4
  112:15
responding

58:18
response
  112:1
  179:8
responsib...
  16:5, 16:6
  20:3, 20:4
responsib...
  179:24
  180:1
responsible
  16:7, 35:13
  133:24
  137:13
  178:7
restating
  39:17
results
  29:2, 71:21
  71:22
retesting
  33:22
retrained
  51:15
  51:15
  51:22
retraining
  51:24
  52:20
  52:25
review
  17:23
  17:24
  18:25
  26:16
  34:22
  36:18
  36:23
  37:22
  41:14
  45:18
  56:23, 61:3
  63:20
  63:23
  63:23
  63:24, 64:2
  65:5, 70:4
  70:4, 70:4
  70:7, 70:9
  70:12
  71:11

71:13
  71:19, 77:9
  81:25, 82:4
  82:11, 87:3
  87:5, 87:6
  87:12
  87:17
  88:15
  88:16
  93:11
  94:11
  95:16
  95:19
  100:15
  104:8
  104:24
  121:18
  138:19
reviewed
  45:19
  70:16
  70:17
  71:24
  80:11
  80:15
  89:10, 95:8
  105:14
  116:23
  151:15
reviewing
  63:25
  69:14
  69:15, 70:5
  71:17
  128:7
reviews
  18:5, 19:16
Reynolds
  1:15, 5:20
  18:16
  18:17
  116:12
  154:12
right 8:8
  9:12, 10:2
  12:11, 13:2
  24:10, 27:3
  33:11
  36:24
  37:18
  39:18

41:22
42:25
43:12
44:16, 46:6
47:8, 49:10
49:10
49:11
49:11, 51:4
51:4, 56:1
57:10
57:11
58:24
59:24
60:17
60:23
61:14, 62:4
62:21
63:11
63:18
64:20, 65:4
66:2, 66:22
67:1, 67:2
67:6, 68:3
68:16
68:19
68:20
68:21, 69:5
69:11
69:21
69:23
69:25
70:22
70:23
72:15
72:20
72:22
74:25, 75:5
75:5, 75:6
75:6, 75:9
76:5, 76:17
78:7, 78:13
79:2, 79:4
79:5, 79:6
79:8, 80:13
80:21
80:21
80:24, 81:2
83:2, 84:21
84:24, 85:3
85:24, 88:3
88:3, 88:11

| | | | | |
|---|---|---|---|---|
| 88:24, 89:4 | 144:14 | 114:16 | 95:1 | 71:23, 74:3 |
| 89:13 | 144:16 | risks | Ryan 1:14 | 74:16 |
| 89:23, 90:2 | 144:21 | 126:24 | 5:15, 6:4 | 76:14 |
| 90:14 | 145:7 | RN 12:7 | 18:9, 27:22 | 83:11 |
| 90:20 | 145:8 | 21:15 | 32:15 | 86:14 |
| 92:21 | 145:9 | 21:15 | 37:24, 41:5 | 86:21 |
| 92:25, 93:2 | 146:7 | 21:18 | 44:2, 44:17 | 100:4 |
| 93:18 | 148:9 | 21:23, 22:9 | 46:8, 46:12 | 102:7 |
| 95:11 | 149:11 | 22:22 | 46:15, 74:5 | 108:3 |
| 95:13 | 149:14 | 22:25, 23:8 | 81:7, 81:14 | 114:23 |
| 95:20 | 149:16 | 24:15 | 82:13 | 117:20 |
| 95:20, 96:1 | 153:1 | 24:21, 25:9 | 84:19 | 124:1 |
| 96:3, 98:10 | 153:12 | Robert 1:8 | 84:23, 86:2 | 127:23 |
| 99:2 | 153:15 | 45:15 | 116:12 | 128:8 |
| 101:13 | 154:17 | Rocephin | 118:5 | 134:21 |
| 104:5 | 154:20 | 132:4 | 120:7 | 140:20 |
| 104:7 | 154:22 | 132:8 | 120:21 | 147:18 |
| 105:9 | 157:12 | 132:9 | 132:16 | 147:24 |
| 105:17 | 157:14 | 132:10 | 133:23 | 169:4 |
| 105:18 | 157:16 | Rock 1:17 | 137:7 | 169:11 |
| 107:6 | 158:3 | 10:21, 11:1 | 137:21 | 169:20 |
| 107:6 | 159:23 | 11:2 | 144:13 | 180:1 |
| 107:9 | 166:1 | role 11:10 | 154:12 | says 37:9 |
| 107:13 | 166:7 | 16:24 | 164:22 | 38:14 |
| 109:3 | 169:7 | 22:21, 23:2 | 165:4 | 39:24 |
| 110:11 | 170:11 | 25:5, 55:7 | 169:10 | 41:22 |
| 110:25 | 170:16 | 55:8 | 171:24 | 58:12 |
| 110:25 | 170:18 | 132:18 | 181:16 | 58:15, 59:2 |
| 112:4 | 171:21 | room 12:20 | 182:25 | 62:21 |
| 112:9 | 172:1 | 18:18, 31:3 | Ryan's | 63:15 |
| 112:16 | 175:16 | 45:15 | 167:17 | 63:18 |
| 113:13 | 179:1 | 53:17 | | 63:19 |
| 116:2 | 180:5 | rooms 12:21 | **S** | 64:20 |
| 116:9 | 182:7 | Rose 1:16 | | 64:25, 65:4 |
| 116:17 | 183:4 | 186:19 | S.W 89:7 | 66:24, 67:8 |
| 120:12 | right-hand | rotate | safe 125:2 | 67:19 |
| 121:16 | 101:2 | 97:21 | 175:9 | 68:14 |
| 129:3 | rights | routine | safety | 68:20 |
| 129:19 | 136:1 | 167:18 | 19:21 | 69:19 |
| 131:14 | righty | routinely | 49:11 | 69:23 |
| 136:2 | 83:17 | 50:5 | 62:18, 75:5 | 72:23, 75:9 |
| 136:2 | rising | ruffling | saved 37:12 | 75:12 |
| 136:2 | 111:8 | 126:11 | 41:4 | 75:15, 77:4 |
| 136:2 | risk 39:25 | Rule 85:15 | saying 7:20 | 77:5, 77:9 |
| 137:19 | 40:1, 43:17 | 85:18, 91:4 | 9:9, 13:20 | 78:7, 78:8 |
| 138:18 | 43:18 | 93:7, 110:7 | 14:9, 23:4 | 80:10 |
| 140:19 | 43:20 | 142:14 | 26:15, 35:5 | 80:21 |
| 141:25 | 100:2 | rules 4:4 | 39:12 | 80:24, 81:2 |
| 142:6 | 100:8 | 8:16, 186:8 | 43:22 | 84:25, 85:3 |
| 142:22 | 100:19 | runs 164:7 | 67:16 | 85:6, 88:7 |
| 143:15 | 103:16 | RX 78:7 | 67:18, 69:5 | 88:16, 89:4 |

90:2, 94:10
95:1, 95:8
95:11
95:16
96:12
96:15
96:19
96:22
96:25, 98:4
98:8, 99:6
99:9, 99:14
99:19
100:14
104:16
107:25
109:6
109:6
112:18
117:9
122:13
123:18
129:19
136:20
140:16
143:4
143:15
144:1
145:10
145:15
157:17
172:4
scan 179:12
scanned
 179:16
 179:20
scanner
 179:13
scanning
 179:12
school 10:9
 10:10
 28:13
 28:18, 29:5
 49:17
 167:4
science
 34:16
scope
 123:22
screen 5:20
 37:4, 37:7

37:9, 41:2
41:11, 44:6
47:13, 49:5
49:13
49:15, 50:3
56:19
60:18
61:18
70:22, 93:2
107:1
107:25
108:1
109:5
109:5
117:3
121:16
123:14
127:25
146:8
153:16
157:13
157:14
165:6
165:7
166:24
170:18
172:8
screening
 53:12
 53:13
screens
 61:22
script
 55:21
 146:21
scroll
 56:23, 57:8
 57:12
 57:17, 61:4
 61:12, 63:1
 69:21
 72:22
 76:17
 80:17
 81:11
 83:14, 84:4
 87:21
 89:16
 93:15
 93:15
 93:16

93:16
93:17
93:17
93:18, 96:6
98:1
121:25
136:23
144:1
144:9
scrolling
 80:10, 96:3
 99:2
 144:21
seal 186:21
search
 179:17
second
 24:12
 41:13
 81:13
 83:15, 86:2
 87:22
 93:18
 106:19
 107:7
 122:10
 141:21
 148:5
 148:5
 151:4
 165:25
 170:16
secondhand
 162:3
seconds
 126:16
section
 31:21
 186:20
see 5:17
 5:19, 7:12
 17:10, 18:1
 18:3, 37:7
 38:5, 38:15
 41:11
 41:16
 42:25, 44:7
 47:1, 58:7
 61:18
 63:24

64:15
65:18
67:19
70:24
82:13
87:14
95:16, 98:8
102:15
102:18
102:25
104:16
106:10
106:24
107:2
107:4
107:13
108:10
109:16
117:8
120:9
140:1
140:11
141:1
141:2
144:13
148:16
148:19
153:15
157:12
157:14
158:13
158:15
158:16
165:6
165:6
171:16
171:19
171:20
171:23
172:1
172:2
172:4
172:6
183:1
183:8
seeing 64:6
 69:4
seen 17:16
 34:8, 63:17
 64:16
 68:25, 69:2

98:14
104:6
117:10
117:10
118:11
147:3
169:4
173:14
segregate
 31:8
segregation
 32:11
seizure
 53:25
self-expl...
 78:11
self-iden...
 51:18
self-report
 51:20
send 29:1
 118:17
 118:17
 119:23
 122:15
 146:3
 146:3
 146:3
 146:4
 146:12
 146:17
 146:20
 146:21
 147:13
 147:14
 147:22
 185:1
sense 17:2
 30:14
 118:22
 119:3
 126:23
 146:23
 173:3
 173:5
 173:6
sensed
 75:20
sent 60:7
 68:10
 122:4

129:16
155:3
sentence
  38:15
sentences
  168:3
separate
  14:24
  30:14
separating
  31:23
separation
  33:22
September
  57:7
sequence
  34:24
served 11:9
serves 27:7
service
  178:10
  178:11
  186:14
services
  16:13, 17:3
  17:12
  17:13
  17:15
  27:14, 28:8
  64:2, 64:5
  160:14
serving
  16:11
  132:18
set 14:23
  65:15
  65:18
  65:23
  65:24, 66:1
  66:7, 66:15
  77:13
  77:18
  88:20
  94:14
  94:16
  103:14
  112:23
  123:8
  136:22
  137:3
  137:4

151:16
185:9
sets 53:7
  65:9
  112:22
setting
  123:7
  128:1
  144:19
settlement
  7:11, 7:21
  8:2, 128:24
  129:9
  131:24
  133:10
  134:5
  138:22
  138:25
  142:14
  184:8
seven
  120:24
  160:18
sex 43:25
share 37:4
  56:18
  60:17
  70:22, 93:2
  117:3
  146:7
  157:12
  170:18
sharing
  41:2, 44:6
  106:25
  121:16
she'll
  138:2
sheer 18:4
sheet 73:15
  147:10
  147:11
sheets
  73:19
sheriff 1:6
  122:8
sheriff's
  31:3, 32:19
  32:21, 98:8
  98:19
  167:2

178:9
short-sta...
  29:12
short-sta...
  13:22
shortness
  144:4
show 37:4
  56:18
  56:19, 81:6
  109:10
  118:15
  131:14
  131:17
  169:11
  169:14
showed
  101:21
  105:3
  128:3
  157:10
  158:14
  164:22
  169:10
showing
  84:4
  117:22
  158:14
shown 40:20
  99:22
  156:25
  171:24
shows 72:8
  117:6
  134:17
shut 28:12
  28:19, 29:6
  72:18
  85:19
shutting
  28:18
sic 146:19
  148:22
sick 17:12
  54:4, 55:18
  63:17, 64:7
  64:16
  128:9
side 26:8
  55:6, 55:15
  55:22, 56:5

125:13
126:24
131:3
131:3
135:5
135:6
139:20
139:25
150:13
sift 83:9
sight
  159:19
sign 73:22
  95:1
  127:24
  128:17
  131:20
  132:3
  167:18
  168:7
  168:8
  168:19
  179:11
sign-in
  73:15
signature
  167:19
  169:1
  176:16
signed
  70:13
  71:19
  123:10
  123:12
  125:18
  126:19
  127:14
  172:4
  172:15
significa...
  78:23, 80:7
  95:5
signing
  71:19
  127:17
  127:21
  186:8
signs 124:2
similar 7:4
  138:22
  140:5

140:6
144:11
simply 55:8
  74:16, 92:1
SIMS 98:17
single 48:7
  66:13, 75:7
  75:8, 105:7
Singulair
  145:2
sir 6:1
  6:7, 8:10
  8:12, 8:15
  9:1, 9:5
  9:10, 9:20
  15:17
  15:25, 16:3
  16:14
  16:16
  18:20, 21:4
  58:14, 66:8
  73:5, 89:8
  92:15
  98:12
  108:6
  108:6
  116:25
  146:5
  157:8
  157:15
  157:21
  158:6
  158:9
  158:18
  160:16
  161:9
  162:23
  184:5
  184:9
  184:13
sisters
  147:4
sit 28:1
  31:4, 44:13
  92:6, 92:14
  92:18
site 68:12
sits 54:2
situation
  100:1
  100:21

| | | | | |
|---|---|---|---|---|
| 102:1 | 44:19 | 92:10 | 133:15 | 158:10 |
| 103:15 | 44:22, 45:1 | 92:13 | 133:19 | 158:14 |
| 113:24 | 45:9, 46:16 | 92:15 | 134:21 | 158:19 |
| 180:8 | 47:6, 47:14 | 92:20 | 135:10 | 159:1 |
| 180:21 | 47:18 | 92:23, 93:2 | 136:24 | 159:12 |
| six 11:12 | 47:22, 50:3 | 93:11 | 137:8 | 160:5 |
| 182:18 | 50:9, 50:13 | 97:18 | 137:10 | 160:24 |
| 182:20 | 51:18 | 97:23 | 137:12 | 161:10 |
| six-one | 52:19 | 106:2 | 137:19 | 161:17 |
| 70:10 | 56:16, 57:2 | 106:5 | 137:22 | 162:5 |
| skill 14:23 | 57:4, 57:9 | 107:5 | 138:1 | 162:7 |
| skip 42:15 | 57:13 | 107:7 | 138:3 | 162:14 |
| skipping | 57:15 | 107:8 | 138:8 | 163:2 |
| 37:11 | 57:17 | 109:1 | 138:14 | 163:11 |
| slash 42:15 | 60:17 | 109:20 | 138:17 | 163:25 |
| slots 49:4 | 60:25, 61:3 | 109:25 | 138:18 | 164:3 |
| small 52:9 | 61:7, 61:9 | 110:6 | 139:4 | 164:16 |
| 106:25 | 61:12 | 110:11 | 140:13 | 164:19 |
| 184:11 | 61:14 | 110:17 | 141:16 | 165:2 |
| Smith 1:14 | 70:21, 71:1 | 110:19 | 142:6 | 165:13 |
| 2:6, 2:8 | 71:4, 72:19 | 110:21 | 142:9 | 165:19 |
| 5:10, 5:15 | 72:21, 74:6 | 110:22 | 142:18 | 165:22 |
| 5:19, 13:9 | 74:9, 76:3 | 112:20 | 143:18 | 166:2 |
| 13:12 | 76:5, 76:17 | 114:10 | 145:5 | 166:18 |
| 18:13 | 76:25 | 114:24 | 145:8 | 169:9 |
| 18:22 | 79:24 | 115:13 | 145:24 | 169:18 |
| 20:16 | 79:25, 81:8 | 115:15 | 146:7 | 170:1 |
| 20:25, 21:1 | 81:11 | 115:17 | 146:9 | 170:4 |
| 23:21 | 81:17 | 116:9 | 150:6 | 170:6 |
| 23:23, 24:1 | 81:23, 82:3 | 116:15 | 150:7 | 171:6 |
| 24:5, 24:9 | 82:8, 82:11 | 116:19 | 150:12 | 171:9 |
| 24:11 | 82:15 | 116:22 | 151:17 | 173:4 |
| 24:14 | 82:17 | 116:25 | 152:19 | 174:1 |
| 25:18 | 82:22, 83:1 | 117:4 | 152:25 | 174:21 |
| 26:15, 27:2 | 83:3, 83:5 | 118:2 | 153:12 | 174:23 |
| 27:3, 28:7 | 83:8, 83:12 | 120:12 | 153:15 | 175:17 |
| 29:24, 30:6 | 83:16 | 121:6 | 154:14 | 175:19 |
| 30:21, 33:9 | 83:18 | 121:8 | 154:18 | 175:24 |
| 36:5, 36:10 | 83:25 | 121:12 | 154:20 | 176:3 |
| 36:24, 37:5 | 84:14 | 121:22 | 154:22 | 176:7 |
| 37:7, 37:11 | 84:16 | 121:25 | 154:24 | 176:11 |
| 37:15 | 84:24, 85:9 | 123:2 | 155:5 | 177:23 |
| 37:19 | 85:12 | 123:17 | 155:8 | 178:1 |
| 37:21 | 85:14 | 125:11 | 155:18 | 178:2 |
| 37:25, 38:2 | 85:16 | 127:6 | 155:23 | 178:23 |
| 39:19 | 85:22 | 129:3 | 156:17 | 179:1 |
| 40:11 | 86:23 | 129:15 | 156:20 | 179:3 |
| 40:16, 41:1 | 86:25, 90:1 | 132:6 | 156:23 | 180:5 |
| 41:7, 41:11 | 90:2, 90:14 | 132:23 | 157:10 | 180:15 |
| 42:12, 44:4 | 91:1, 91:8 | 133:1 | 158:1 | 180:22 |
| 44:6, 44:14 | 91:14, 92:7 | 133:7 | 158:6 | 181:1 |

181:3
183:21
183:23
184:10
184:16
184:25
185:10
185:17
185:19
smoking
43:19
social 20:2
21:17
sole 32:17
32:18
somebody
18:10, 26:3
46:23
52:12
150:19
158:22
172:7
172:15
176:5
somewhat
9:16
152:18
soon 20:21
177:23
sore 70:2
103:19
sorry 13:12
15:6, 15:8
16:22
24:11, 27:1
32:14
32:16, 33:2
37:8, 37:11
37:19, 41:1
47:15
47:16
55:24
56:16
67:19
72:12
72:18, 74:6
75:18, 80:4
84:16
84:20
84:21
84:22

85:16, 86:4
87:17
87:23
97:16
107:7
111:24
111:24
117:17
121:9
126:1
126:12
132:16
135:3
138:11
139:3
143:18
143:20
151:4
153:21
162:7
163:4
169:18
170:3
sort 8:19
18:22, 19:1
19:24
21:10, 23:3
23:9, 26:11
27:4, 27:9
34:15
38:24
55:21
66:18
68:17, 73:6
74:11, 76:6
80:5, 82:23
93:1, 95:20
99:17
101:14
103:25
114:19
115:4
125:13
149:25
167:10
180:8
180:23
sound 19:17
sounds 5:25
20:25
sources

33:17, 62:2
62:3, 62:14
115:4
space 26:2
speak 141:6
speaking
22:4
special
11:4
Specialty
11:6
specific
29:15
40:18
54:24, 56:1
75:18, 82:9
119:23
181:19
specifically
7:25, 8:6
38:18
52:22, 53:1
speculating
159:3
Speculation
155:20
spell 5:13
22:12
22:14
33:21
Spelled
5:25
spend 76:5
spent 48:9
spoke 7:14
110:22
155:25
spoken 45:6
45:10
spread 29:4
spring
113:21
Springhill
11:1
staff 13:15
25:4, 25:7
29:11
29:14, 40:3
50:1, 50:1
52:1, 54:2
154:1

167:1
168:10
181:18
183:2
staffing
16:8, 20:5
stamp 41:4
110:15
stand 92:8
92:14
92:24
standard
127:18
127:19
standards
73:13
standing
92:15
168:13
stands 42:9
start 8:22
13:24
21:25
22:22, 23:8
24:15
27:11
30:11
30:11, 57:4
57:5, 68:8
83:23
87:10
101:5
101:7
104:24
105:1
142:19
started 6:9
10:15
10:17
24:22, 27:8
28:9, 28:22
29:25, 30:7
30:25
40:19
52:20, 65:5
65:6, 70:11
77:9, 88:15
88:16
94:10
102:21
157:24

Starting
129:20
starts
67:11
state 5:11
10:14
10:23, 32:8
50:25
123:11
186:2
stated 43:8
52:22
83:24
statement
45:23
130:22
144:11
144:13
states 1:1
28:12
31:11, 34:2
stating
74:22, 98:6
98:22
station
48:7
179:11
statistical
174:18
statistics
173:25
174:8
stay 26:8
26:9, 33:7
52:5, 82:20
123:25
124:3
stays
102:17
stepped
47:16
steps 34:24
steroid
163:10
stick 171:7
stimuli
174:16
stock 68:7
119:10
119:15
stop 37:18

41:2, 44:6
87:24
87:24
93:17
106:10
108:17
178:23
stopped
102:21
STREET 1:16
1:19
strengthen
40:20
stressful
29:13
strike
79:25
114:24
115:13
123:2
132:23
struggle
25:5
struggled
167:12
study
175:15
175:19
175:25
stuff 31:7
83:23
98:15
124:18
140:8
140:11
STYLE 2:2
Styrofoam
167:7
subject
41:22, 97:8
129:8
137:23
169:17
172:22
186:7
submitted
186:7
subsequent
128:23
129:9
130:14

133:9
133:11
142:11
substantial
186:12
suggest
46:3, 64:22
126:7
suggested
139:17
suggesting
88:9, 126:9
suggestion
114:8
suing
157:18
Sullivan
129:10
131:23
134:5
summary
62:9, 62:14
63:13
98:16
supervise
21:15
21:17
21:18
21:18
supervised
11:12
supervising
25:1
supervision
186:7
supplement
155:2
supplies
68:10
support
11:24
11:24
supposed
33:7, 75:6
109:8
153:2
165:11
Supreme 4:6
sure 6:3
8:6, 10:13
11:16

12:12
13:14
13:21
14:19, 17:1
17:24
18:10
19:12
20:19
20:20
22:11
22:12, 23:5
23:14
27:12, 28:7
35:5, 42:19
44:4, 46:21
47:25
49:10
50:15, 51:2
51:15, 52:3
52:4, 53:24
57:2, 57:22
59:1, 61:15
64:3, 71:5
73:8, 73:20
81:23, 83:3
86:3, 86:9
86:20
89:17
90:18, 92:4
93:1, 97:17
99:3
101:16
102:6
102:7
105:5
106:12
108:11
112:9
112:24
115:15
118:10
120:15
126:5
128:1
130:11
133:19
137:1
137:2
137:24
143:24
144:21

148:12
148:12
178:16
180:22
181:20
182:21
182:23
183:13
183:16
185:2
surgery
10:25, 11:1
11:5, 11:9
12:23
25:14
suspect
159:4
suspended
161:1
167:10
168:9
169:1
SW 89:4
switching
67:20
sworn 5:5
186:4
symptoms
140:18
143:6
system 11:7
28:13, 29:5
48:5, 49:3
50:25, 53:6
53:6, 62:6
66:3, 67:3
68:18, 98:6
98:20
102:13
102:16
123:8
178:8
179:19
systems
14:2, 14:12
68:12

T

table 9:18
tablet 49:6

109:6
Tahlequah
10:14
take 9:19
25:10
28:14, 29:2
43:25, 44:3
44:7, 44:15
50:16, 55:8
66:25
67:13
67:14
89:25
91:10
119:7
119:10
120:13
121:5
121:7
127:20
152:19
157:7
158:4
158:24
168:6
168:20
173:24
174:2
174:6
174:8
174:10
174:12
178:10
taken 4:3
24:7, 44:24
70:19
91:12
102:10
121:10
152:23
186:10
talk 27:4
27:6, 28:1
34:5, 34:7
36:25
46:16, 54:4
81:24
84:13
91:20
139:7
152:15

```
180:22          54:18, 55:8   39:2            110:21          20:22
183:18          55:17, 64:9   101:17          116:14          21:19, 29:7
talked          64:9, 75:2    terrible        116:19          30:19
  30:22         79:23           76:21         149:7           31:24, 33:8
  52:11         89:17         test 14:5       154:19          33:23, 47:4
  69:25         102:1           28:25, 62:5   162:15          48:14
  76:15         102:19          62:7, 64:10   164:18          50:19, 51:1
  85:22         107:23          174:24        165:3           53:6, 53:10
  101:18        117:8         tested          165:5           53:25
  166:11        118:4           64:22, 88:9   170:5           79:22
  182:3         118:10          94:1          182:24          115:10
talking 9:9     119:6           100:13        184:14          128:11
  15:8, 18:22   121:2           129:20        184:16          131:13
  19:23, 20:9   125:16        testified       Thanks          136:25
  33:10, 34:7   132:9           5:7, 6:6        23:22         139:17
  62:17         135:24          46:17          44:23         167:10
  85:16         138:21          150:23         58:15         think 7:12
  100:21        143:12          157:5          72:19           8:7, 12:13
  116:21        156:20          159:15         72:19           12:24
  119:8         156:21          165:17         82:16           14:11
  129:17        159:2         testify 5:6      107:9           18:23
  136:17        173:18          145:24         121:23          21:16
  153:18        177:6         testifying       122:16          22:14, 27:5
  178:5         178:13          8:14, 45:3     137:22          27:7, 29:5
  182:3         181:7           79:17          152:22          31:1, 33:15
  182:6         181:10          91:16          154:14          36:18
talks           telling         121:14         171:10          36:22
  101:21        65:9, 74:17   testimony       thereabout      38:10
tangent         74:24, 92:4     29:24          24:20         39:23, 40:4
  178:24        103:17          46:19         thing 12:19     41:18, 43:1
target          115:20          149:25         17:5, 43:20     48:5, 48:8
  31:17         115:24          156:9          49:9, 49:12    50:19, 53:9
targeted        162:20          186:4          73:10, 74:1    55:2, 56:8
  87:4          tendency       testing         81:14, 82:6    62:9, 64:7
task 54:21      186:12          28:22, 33:4    82:19          64:9, 67:7
  54:22         term 18:23      33:19          83:21, 84:4    69:7, 69:9
  55:12, 62:5   21:16           33:22          104:25         73:11
tattoos         34:12, 35:1     64:10          108:13         78:24, 79:2
  157:20        35:1, 35:3      64:17          112:22         82:19
team 31:6       36:19, 64:4     161:3          118:4          85:16
technical       118:7         thank 18:21      138:25         85:22, 87:6
  21:16         119:20          44:16, 51:5    139:21         87:7, 97:6
  70:18         124:5           57:14, 60:3    141:2          97:7, 99:17
technology      180:7           60:25          141:8          100:8
  179:10        182:11          71:25          144:9          101:22
tedious         termination     72:14          151:2          102:6
  66:20         163:7           84:16          163:22         103:11
teeth 125:5     163:16          85:12, 86:1    183:3          104:15
tell 11:16      terminology     91:11         things 7:24     109:6
  14:21         180:4           97:16          10:17          116:10
  25:13, 54:5   terms 29:25     110:6          11:13, 17:7    116:10
```

116:12
124:20
125:8
125:9
126:11
126:13
126:15
131:23
140:9
144:14
146:14
147:18
148:5
152:19
152:21
156:9
157:11
160:25
161:4
164:24
165:4
168:17
171:6
173:6
175:9
177:22
180:5
181:6
181:6
183:1
183:23
185:12
185:15
thinks
120:21
121:1
third-party
186:17
Thomas 1:4
57:24
97:24, 98:4
98:23
98:24
98:24
104:18
112:11
129:16
thought
87:17
100:18
100:22

126:22
140:2
182:8
threat
111:8
threatening
28:12
three 40:17
50:6, 60:2
61:10, 80:9
101:18
102:4
120:9
138:24
143:24
160:1
160:18
177:7
throat 70:2
103:19
throw
184:21
thunder
74:7
TIM 1:6
time 7:18
9:11, 9:11
9:15, 11:8
13:19
13:19, 18:4
18:7, 19:11
19:23, 20:7
20:8, 21:11
21:13, 22:3
22:11
24:12, 25:2
25:8, 27:5
29:3, 31:15
31:19, 33:4
33:25
34:21
40:18
40:19
40:22
45:21, 48:9
49:11, 53:1
53:16
53:19, 54:8
54:9, 56:4
56:8, 57:5
65:17

65:20
65:21
66:10
66:11
66:13
70:22
72:10
73:23, 75:2
75:6, 75:7
75:8, 76:6
77:22
78:17
79:20
82:24, 83:8
92:19
100:5
100:7
100:12
100:16
102:4
103:5
103:15
103:24
105:21
107:3
112:2
114:12
120:8
122:8
123:24
124:17
128:4
128:5
128:25
129:11
131:16
131:17
132:17
133:11
134:4
136:2
136:22
137:1
138:19
140:7
142:13
150:22
151:11
151:14
157:4
159:18

163:9
165:23
165:25
166:8
166:11
166:16
167:4
172:5
176:13
177:11
180:17
183:12
184:17
184:19
times 7:25
13:21
25:13
49:25, 50:6
59:10
59:13
167:20
tired
117:17
120:22
title 15:14
15:21, 80:1
122:9
TNCC 12:19
to-wit 5:8
24:8, 44:25
70:20
91:13
121:11
152:24
today 8:9
8:14, 12:14
15:14, 45:5
45:25
120:25
129:20
143:25
163:18
told 28:25
31:21
63:21
68:21
91:24
113:8
131:15
135:5
135:10

135:15
135:22
136:5
141:10
153:9
156:21
158:22
159:5
162:24
165:18
165:24
166:8
ton 100:5
toothache
130:7
130:9
130:11
top 12:17
49:6, 58:12
61:13
87:10
87:12
87:15
90:17
97:12, 98:2
98:9, 98:15
105:1
105:23
112:2
121:21
140:14
142:20
160:25
total 111:6
totally
44:23
141:5
185:8
touched
99:17
167:9
touching
167:8
167:11
Tracey
45:16
train 46:21
51:8, 75:1
trained
54:20
54:21

55:11
55:12
55:14, 80:5
163:22
training
  16:8, 19:15
  46:17
  46:18
  46:22
  46:24, 47:1
  47:1, 51:13
  51:25, 52:7
  52:14
  52:15, 53:3
  55:5
transaction
  74:17
transacti...
  74:23
transcribed
  186:6
transcript
  186:13
  186:18
transcrip...
  186:5
transmission
  166:12
transmitted
  167:7
transpired
  159:13
trauma
  12:19
traumatic
  167:4
traveled
  10:23
trays 167:7
treat 29:21
  29:23
  40:10
  101:19
  130:9
treated
  69:1
treatment
  3:17, 34:14
  35:1, 35:9
  35:14
  35:20, 36:1

36:14
36:25, 39:3
39:4, 39:5
39:10
40:14
52:20
52:21
52:23, 53:3
54:10
54:24
61:21, 62:3
62:10
63:22
80:12
89:10, 95:9
99:23
100:22
104:3
104:14
111:8
111:9
111:22
112:4
112:13
114:7
114:8
114:11
115:1
115:9
115:18
122:15
123:9
123:18
123:23
125:19
127:15
127:24
127:25
128:20
130:13
131:11
132:4
132:5
133:4
134:13
136:20
145:11
145:17
152:9
157:1
167:14

168:17
171:23
172:19
treatments
  72:9
  125:25
  128:4
  161:2
treats
  103:18
tremens
  53:24
tribunal
  6:24
trick 50:16
tricked
  163:9
  163:14
trickery
  131:21
tried 26:10
  167:11
true 186:5
trust 54:18
  92:16
  158:24
truth 5:6
  5:6, 5:7
  186:4
truthfully
  8:14, 45:3
  91:16
  121:14
try 9:16
  20:17, 28:7
  28:16, 31:7
  34:3, 50:16
  62:4
  126:23
  141:7
  182:1
  182:2
trying
  12:24
  16:20
  16:23
  21:16
  27:24, 28:6
  30:12
  40:17, 41:1
  42:23

51:23, 74:6
99:25
106:9
115:17
115:19
115:25
120:20
124:20
136:16
138:23
140:2
140:7
163:21
166:24
168:12
173:16
tubing
  124:19
turnover
  183:3
  183:10
twice 68:5
  84:10
two 7:24
  10:19
  10:23
  14:24, 15:1
  42:7, 42:7
  45:19
  49:24, 50:5
  50:19, 52:3
  101:4
  102:4
  104:13
  121:19
  124:16
  143:9
  145:20
  161:20
  168:1
  168:3
  180:18
Tylenol
  51:19
type 133:24
  139:20
  141:2
typed
  133:18
  133:20
  137:15

139:21
141:24
types 33:23
typewritten
  186:6
typing 70:8
  95:18
  139:22

U

ug 42:15
  43:1, 43:2
  43:11
Uh-huh
  140:15
uh-uh 8:24
ultimately
  115:9
um-hum 8:23
  23:12
  25:20, 34:6
  41:24
  47:14
  101:6
  103:1
  104:10
  128:22
  134:23
  135:2
  146:24
  149:3
  156:3
  171:22
  180:15
  182:5
umbrella
  19:15
uncomfort...
  81:21
uncommon
  25:12
  25:15
  51:13
understand
  8:8, 8:11
  8:25, 9:2
  9:4, 17:7
  23:13
  23:18, 24:2
  34:9, 34:12

38:17
53:10, 55:2
64:1, 66:17
66:17, 69:7
102:6
102:7
105:13
120:23
123:1
123:3
123:22
125:23
145:16
147:20
148:10
164:6
understan...
29:24
36:16, 42:7
43:2, 69:17
86:15
127:22
147:18
178:13
understood
13:24
13:24, 22:9
26:15, 39:9
51:2, 66:14
77:20
86:20, 96:3
105:13
unfortuna...
28:19
unique
103:16
113:24
116:1
United 1:1
28:12
31:11
University
10:5, 10:12
Untitled
122:24
unusual
100:6
UpToDate
139:23
urgent
14:15

17:15
usability
140:4
use 8:23
12:14
14:23
16:12
19:14
28:16, 31:5
34:25, 35:1
40:6, 58:5
58:5, 68:12
86:16
99:24
113:19
113:19
114:18
115:4
118:8
118:8
119:16
119:20
119:21
119:22
124:12
124:23
125:3
125:3
125:9
125:15
125:21
145:10
145:12
145:16
162:12
171:2
173:1
182:11
uses 49:3
usually
49:17
118:9

V

vaccine
70:10
127:6
127:10
127:12
127:14

127:16
127:17
128:14
vaccine-s...
127:19
vaccines
127:18
127:21
128:12
value 71:8
values
66:18
Vance 1:15
5:19
variant
111:9
114:9
114:19
variants
145:12
Variations
59:3
verbal 47:3
53:5
verbaliza...
74:14
verbalizes
166:8
verbally
134:17
134:22
134:25
135:1
136:3
136:4
167:14
168:16
verbatim
186:6
verbiage
143:23
verify 6:14
verifying
73:16
versus 12:8
39:10, 40:7
92:14
125:6
video 8:18
47:5
106:25

143:20
183:4
VIDEOCONF...
1:12
violent
54:13
viral 30:14
30:15
30:19
virus 29:11
31:16
100:19
114:4
vitamin
40:21
40:22
48:19
59:23
59:25, 60:4
60:4, 60:4
162:25
vitamins
40:20
40:21
48:19
141:10
voice-wri...
186:6
volume 18:4
volumes
25:23
124:22
voluntary
142:24

W

Waid 1:21
4:6, 9:8
24:11
186:2
186:23
waidrepor...
1:25
wait 67:13
77:21
139:1
139:1
139:1
139:1
139:2

139:2
139:2
139:2
160:11
173:7
waiving
91:21
91:22
91:25
walk 17:14
28:3, 54:8
108:12
Walmart
48:20
117:20
want 6:4
8:20, 11:16
18:10, 27:3
27:6, 34:15
35:8, 35:10
36:24
36:25, 37:2
38:13
42:13
43:25, 44:7
44:10
44:17
46:16, 47:7
49:12
50:18
51:17
51:18
51:19
54:17
55:24, 57:4
57:5, 58:24
61:10, 63:1
64:3, 65:20
66:21
66:22, 68:1
71:5, 71:15
77:20
81:15
81:21
81:25
83:24
85:17
86:20
87:10
87:11, 88:3
89:19, 92:1

92:8, 92:23
96:7, 99:3
102:7
103:2
104:11
104:24
104:24
105:23
110:25
120:12
120:13
121:2
125:3
125:22
126:14
127:4
132:12
136:12
136:15
137:19
137:24
141:16
143:3
144:9
151:8
151:17
153:12
157:11
157:24
160:6
168:9
169:2
169:21
169:24
170:1
171:1
171:2
171:5
171:5
173:18
175:9
178:10
wanted 5:22
33:10, 40:2
51:2, 73:2
87:17
91:19, 96:9
97:16
102:23
103:2
135:6

137:1
137:2
175:6
wanting
6:14, 28:3
82:5
warning
123:11
123:14
warrants
49:21
Washington
1:6, 6:18
10:18
27:19, 28:8
35:14
35:19, 36:2
37:3, 39:20
39:20, 40:6
50:22
58:12
58:19
60:14, 98:8
153:24
160:2
160:14
164:8
175:20
176:2
178:9
179:25
181:1
181:10
181:12
watch 31:4
way 20:12
28:8, 29:7
30:20
30:22
35:17
39:22
39:22, 43:8
46:3, 48:13
52:22, 53:6
57:9, 61:21
61:24, 64:5
64:19
66:12, 67:3
73:6, 79:23
81:22
89:19

99:21
100:24
101:18
105:22
106:10
109:8
109:11
123:8
123:12
128:12
137:6
138:23
138:23
152:11
152:18
163:14
167:15
181:4
ways 30:23
30:24
WCDC 58:13
150:12
we've 18:9
27:4, 27:15
47:23
104:6
136:17
138:7
152:3
166:11
178:4
wear 31:8
wearing
30:11
30:23
website
36:21, 42:5
139:23
WEDNESDAY
1:11
week 20:23
29:2, 39:21
43:23
162:16
177:5
weekly
43:11
weigh 86:9
95:13
weighed
65:2, 77:7

78:11
78:12
78:15, 86:7
weight 59:9
78:13, 80:5
85:23, 86:8
86:10
86:11
86:11
86:12
86:13
86:16
86:19
88:13, 94:4
weird 171:5
welcome
114:17
wellbeing
92:4
went 19:15
47:8, 62:6
65:14
78:17
126:17
128:9
167:6
176:5
WESTERN 1:1
whatsoever
47:21
whichever
170:24
white
124:18
whoops
100:11
108:17
Wilson 63:5
63:9, 63:12
69:17
70:13
71:10, 77:2
77:13
77:16, 88:4
88:19
88:19
93:24
94:13
Wilson's
63:11
window 48:7

wish 118:15
withhold
56:7
witness 4:2
5:4, 18:20
20:20, 27:1
30:9, 33:1
37:17
37:20, 38:1
44:2, 44:5
44:12
44:16
47:15
47:19
56:25, 57:3
57:7, 57:11
57:14
57:16, 61:6
61:8, 61:11
70:25, 71:2
74:2, 74:5
74:8, 76:16
81:10
81:13
81:18, 82:1
82:5, 82:10
82:18
82:25, 83:2
83:4, 83:7
83:10
83:14
83:17
83:20, 84:1
84:9, 84:12
84:18
84:20
84:22
89:24
91:11, 92:3
92:9, 92:12
92:14
92:17
92:22
92:25
106:3
107:4
115:14
120:15
120:19
120:22
121:4

121:24
127:4
135:1
135:3
137:9
137:11
139:3
139:6
139:10
142:8
151:4
156:17
168:13
170:20
171:14
176:9
176:23
176:25
177:6
177:10
177:14
177:17
177:20
177:25
178:22
178:25
180:13
180:16
180:25
183:20
183:22
186:7
186:21
witnessed
74:3
168:21
witnesses
131:19
Wooten
60:19
62:24
64:22, 65:2
67:16, 72:5
79:2
135:15
170:17
Wooten's
77:1
169:12
171:21
word 34:8

34:9, 95:19
112:24
115:18
words 8:23
14:25, 62:9
work 12:14
13:5, 13:19
17:10, 18:4
20:24
27:25, 33:8
34:21
70:15
70:15
71:13
71:14
109:8
118:12
140:8
140:22
179:10
worked 7:11
14:2, 14:7
17:6
156:11
worker 20:2
21:17
working 6:9
13:24
36:12, 40:2
40:2, 140:5
140:24
141:5
141:6
144:18
works 13:16
21:2, 26:14
44:15
49:17
65:10, 67:3
95:24
103:8
172:14
worksheets
178:16
world 49:16
worries
14:5
would've
14:4
wound 11:25
wrench

184:21
write 22:15
29:19
29:22, 32:1
34:22
74:10
106:11
168:22
168:22
181:20
writing
95:15, 96:2
100:12
106:23
134:19
134:20
181:5
written
34:17
34:18
34:19
35:25, 36:2
65:16
105:22
107:23
134:17
143:16
143:21
181:16
186:16
wrong 62:8
66:4, 66:25
124:1
127:22

X

X-ray 71:21

Y

y'all 19:2
20:22, 30:1
30:6, 36:10
44:10
45:18
162:3
182:3
182:16
y'all's
36:1, 36:14

36:14
yeah 14:6
14:25, 19:5
20:25
23:21
37:11, 44:7
44:14
44:21
44:22
47:16
55:25
57:15, 69:8
74:6, 75:20
81:8, 84:12
90:1, 92:9
92:20
97:14, 99:5
108:13
112:10
115:15
117:24
121:22
126:1
136:24
137:8
137:9
137:23
138:21
141:22
142:8
151:19
159:15
159:16
161:22
168:3
170:6
170:9
171:9
175:12
176:23
176:25
177:17
178:1
183:8
183:20
183:22
184:25
185:6
185:16
185:22
year 10:13

18:5, 22:1
177:18
years 10:19
10:23
11:10
11:10
11:12
40:17, 52:3
80:9, 100:9
104:13
120:9
126:4
138:24
143:24
160:1
177:7
yep 82:15
108:16
138:1
138:11
yesterday
45:5, 45:13
45:15
Young
172:13

Z

zinc 40:21
60:4
zoom 1:12
63:18
70:18
76:18
111:4
143:16
167:21
167:22
183:1

0

0.2 43:4
102:2
102:2
0.4 102:2
0.6 102:2
00001 37:15
0012 67:21

## 1

1 2:2, 2:3
  3:3, 3:3
  3:4, 3:16
  22:1, 37:12
  41:8, 41:9
  57:7, 60:19
  101:22
  101:24
  171:8
  171:11
  185:5
  186:3
1,374,000
  160:19
1.3 160:21
10 3:11
  3:12, 11:10
  44:10
  59:17
  59:17
  59:20, 81:2
  94:17
  96:19
  104:9
  105:6
  105:17
  121:17
  126:4
  129:6
  133:8
  133:13
  138:7
  138:9
  138:13
  142:20
  148:24
  154:16
  154:21
100 59:13
  60:2, 80:24
  90:6, 94:16
  96:15
100,000
  59:23
10385 1:22
  186:25
11 3:12
  3:13
  132:25

138:5
142:10
142:16
11/23 40:14
11:25
100:12
102:23
11:40 65:12
110 3:9
  3:10
12 39:21
  43:11, 59:9
  67:4, 72:23
  75:22
  75:25
  77:23, 78:1
  79:5, 88:22
  94:17, 99:9
  150:20
12/16
  100:11
  102:10
  107:12
  107:22
  108:7
  108:15
  108:20
12/16/2020
  99:6
12/17 103:2
  107:22
  108:7
  108:17
  108:20
12/18
  102:11
  103:9
  107:13
  107:22
  108:4
  108:18
  108:21
  109:17
12/22 103:7
  103:10
  107:16
  107:22
  108:4
  108:19
  108:21
  109:17

120 1:16
129 3:11
12-milligram
  38:14
  88:25
  94:20
13 3:13
  137:20
1312 1:19
133 3:12
13th 149:9
14:19:30
  172:5
142 3:13
14-day 33:5
15 6:14
  14:3
  138:12
150 43:1
  43:10, 78:8
  78:11
  78:12
  78:16
  78:20
  78:23
  78:24
  79:14, 80:7
  95:2, 95:6
156 2:7
158 64:25
  65:2, 70:10
  79:3
15th 122:5
165 121:17
  121:20
166 111:5
167 142:10
168 142:10
16th 103:4
  165:10
171 3:16
  3:17
175 11:12
176 2:8
17th 165:10
184 2:9
185 2:10
186 2:11
18th 149:9
  165:11
  186:21

19 111:10
  112:4
  113:15
  117:2
  186:20
191 77:7
  78:14
  78:15
  85:23
196 78:13
1983 8:3
1999 10:11
  10:15
19th 111:14
  112:15
  113:4
  114:10
  115:19
  150:24
  152:7
1st 24:18

## 2

2 3:4, 3:5
  3:11, 3:13
  3:17, 3:17
  44:18, 47:9
  47:10
  59:13, 76:3
  170:23
  170:24
  171:8
  171:11
  172:21
  186:5
2,000 152:3
2/15/2022
  154:15
2:43 1:11
  185:24
20 59:20
  103:7
  103:18
  104:21
  116:10
  120:16
  146:8
  161:2
20:17
  108:18

200 42:15
  43:1, 43:10
2000 6:10
2013 10:14
2014 14:3
  14:3, 14:4
  14:7
2015 14:7
2016 10:7
  11:18
  11:19, 14:1
  15:23
2018 15:20
  15:24, 16:1
  22:23
  22:25
2020 27:8
  27:12
  27:14, 31:2
  33:8, 39:19
  40:11
  40:14
  41:19, 59:5
  111:6
  120:4
  149:9
  151:21
  160:19
  161:1
  161:5
  165:12
  183:12
2021 20:12
  25:19
  25:21, 57:7
  58:3, 60:7
  60:14
  93:24
  94:13
  111:4
  111:10
  111:15
  112:4
  112:16
  113:4
  113:15
  113:21
  114:10
  115:19
  130:1
  135:13

| | | | | |
|---|---|---|---|---|
| 149:9 | 162:21 | **3** | 407 142:14 | 172:4 |
| 149:15 | 163:8 | | 41 3:3 | 7/22/21 |
| 149:20 | 22 104:21 | 3 2:4, 3:5 | 4230401 | 70:11 |
| 149:20 | 172:15 | 3:5, 3:12 | 98:25 | 7:00 67:11 |
| 150:24 | 22:09 | 56:20 | 47 3:4 | 7:04 96:12 |
| 151:21 | 108:19 | 59:23 | | 7:05 90:3 |
| 152:7 | 22:21 | 60:23 | **5** | 7:15 80:22 |
| 152:7 | 108:18 | 60:24, 61:1 | | 84:25 |
| 153:6 | 224 94:4 | 86:24 | 5 1:11, 2:6 | 7:17 72:23 |
| 154:25 | 95:11 | 101:22 | 3:4, 3:7 | 7:26 85:7 |
| 155:11 | 95:12 | 105:25 | 3:9, 37:12 | 7:27 96:23 |
| 159:11 | 22nd 94:13 | 110:18 | 41:4, 44:10 | 7:29 97:4 |
| 162:19 | 165:11 | 110:19 | 59:10 | 158:4 |
| 164:10 | 23 24:18 | 116:16 | 59:13 | 7:30 75:15 |
| 164:14 | 24:20 | 116:24 | 72:17 | 7:31 90:15 |
| 172:16 | 39:19 | 129:4 | 85:11 | 7:32 90:24 |
| 177:19 | 40:11 | 129:15 | 85:12 | 7:33 80:25 |
| 177:22 | 2340 65:11 | 186:9 | 85:20 | 81:3 |
| 182:17 | 238 88:13 | 30 28:1 | 97:19 | 7:35 90:7 |
| 2022 122:5 | 24 41:19 | 65:14 | 101:22 | 90:10 |
| 138:12 | 59:9, 78:4 | 111:4 | 145:9 | 7:36 75:10 |
| 2023 1:11 | 80:21 | 30th 111:1 | 145:10 | 75:13 |
| 4:5, 186:3 | 84:25, 85:3 | 31 111:5 | 148:25 | 7:38 75:23 |
| 186:21 | 85:6, 89:1 | 32 3:16 | 186:3 | 7:40 90:21 |
| 2023/04/03 | 90:3, 90:14 | 185:15 | 186:15 | 7:41 97:1 |
| 179:15 | 90:20 | 185:17 | 5:22-cv-0... | 7:42 76:1 |
| 205 138:4 | 90:23, 95:4 | 3249 73:4 | 1:5 | 7:43 96:16 |
| 207 138:4 | 96:12 | 166:4 | 50 71:20 | 96:20 |
| 21 22:4 | 96:22 | 182:4 | 501 1:24 | 7:48 85:4 |
| 45:22, 67:8 | 96:25, 97:3 | 182:9 | 55 104:9 | 72 42:16 |
| 67:8, 67:10 | 102:18 | 182:9 | 5th 4:5 | 101:24 |
| 75:10 | 24-milligram | 182:15 | | 72034 1:20 |
| 80:11, 94:2 | 89:1, 94:23 | | **6** | 1:23 |
| 94:23 | 24-page | **4** | | 186:25 |
| 108:23 | 185:12 | | 6 3:6, 3:7 | 72201 1:17 |
| 113:22 | 185:13 | 4 2:5, 3:3 | 3:8, 3:8 | 76 3:6 |
| 114:9 | 25 173:19 | 3:6, 3:10 | 91:3, 91:6 | |
| 140:10 | 25th 58:3 | 37:6, 37:8 | 60,000 | **8** |
| 149:2 | 134:21 | 37:13, 41:4 | 161:5 | |
| 150:18 | 135:13 | 76:19 | 61 3:5 | 8 3:10 |
| 151:12 | 158:4 | 76:21 | 620-0982 | 77:21 |
| 161:2 | 159:11 | 76:23 | 1:24 | 108:23 |
| 162:19 | 26 60:7 | 85:10, 93:3 | 6959 98:11 | 109:22 |
| 164:10 | 60:13 | 96:4 | | 110:9 |
| 164:14 | 26th 130:1 | 186:11 | **7** | 8/10 150:18 |
| 21:54 | 152:7 | 4/20 104:21 | | 8/12/21 |
| 108:15 | 27 21:9 | 40 78:15 | 7 3:9 | 70:11 |
| 212 56:21 | 28-year-old | 78:25 | 109:23 | 8/20/2021 |
| 110:17 | 70:9 | 100:9 | 110:1 | 72:23 |
| 213 56:21 | 29 20:7 | 100:15 | 110:9 | 8/21 63:11 |
| 21st 93:24 | | 400 25:23 | 7/22/2021 | 63:15 |

| | | | | |
|---|---|---|---|---|
| 85:23, 94:2<br>94:7<br>177:14<br>8/21/2021<br>64:23, 65:2<br>94:8<br>8/21/21<br>64:20, 70:9<br>77:1, 77:5<br>88:4, 88:7<br>88:10<br>8/22 67:8<br>67:8, 67:21<br>67:21<br>67:23<br>67:24, 68:8<br>77:16<br>88:19<br>88:25<br>94:23<br>8/22/2021<br>77:12<br>8/22/21<br>80:22, 90:3<br>94:20<br>96:12<br>8/23 67:10<br>75:10<br>75:15<br>80:11, 84:3<br>84:25, 89:9<br>90:7, 90:15<br>95:8, 149:2<br>8/23/2021<br>67:18, 71:9<br>8/23/21<br>75:13<br>80:25, 81:3<br>90:9, 90:15<br>96:16<br>96:20<br>96:23<br>8/24 85:4<br>96:25<br>8/24/21<br>75:23<br>90:21<br>8/25 112:2<br>137:2<br>8/25/21<br>75:25, 85:7 | 90:23, 97:3<br>800 17:8<br>17:10, 19:6<br>24:25<br>175:13<br>85 3:7<br>853 4:7<br>186:24<br><br>**9**<br><br>9 3:11<br>129:7<br>129:12<br>138:9<br>138:12<br>154:15<br>154:17<br>9/17/21<br>62:4<br>9/2 104:21<br>9:02 1:11<br>4:7<br>91 3:8<br>9th 149:15<br>149:19 | | | |