# Washington County Detention Center
## Patient's Consent for Treatment

The undersigned, being in custody of Washington County Detention Center, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the Washington County Detention Center medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the Washington County Detention Center medical department to evaluate and treat any condition that I may have or develop while in custody of the Washington County Detention Center. My signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purpose of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired results that may be obtained.

I have been made aware of how to request medical services while incarcerated, and I am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and or medications.

I release Washington County Arkansas, the Sheriff, his/her staff, any contract medical organization, and its staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatments as prescribed by the medical staff of the facility and/or outside consultation service.

Detainee Name: BLACKBURN, DAYMAN            DOB: ████

*Dayman Blackburn*

03/23/2021 08:37:49
Date Signed

Witnessed By:   7872-ALAYTSEVA, VLADISLAVA

In 3/23/2021
Consent 3/23/21

0684

SIMS MedCconsent

# Washington County Detention Center
## Patient's Consent for Treatment

The undersigned, being in custody of Washington County Detention Center, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the Washington County Detention Center medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the Washington County Detention Center medical department to evaluate and treat any condition that I may have or develop while in custody of the Washington County Detention Center. My signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purpose of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

I have been made aware of how to request medical services while incarcerated, and I am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and or medications.

I release Washington County Arkansas, the Sheriff, his/her staff, any contract medical organization, and its staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatments as prescribed by the medical staff of the facility and/or outside consultation service.

Detainee Name: **FLOREAL-WOOTEN, EDRICK**    DOB: █████

07/22/2021 14:19:30
Date Signed

Witnessed By: **9894-YOUNG, RACHAEL**

| Date | Time | Type | Details | User |
|---|---|---|---|---|
| 7/22/2021 | 14:19 | COVID Vaccine | COVID Vaccine Refused | YOUNG, RACHAEL |
| 7/22/2021 | 14:19 | Consent Form | Consent Form | YOUNG, RACHAEL |
| 7/17/2021 | 18:37 | Intake Screen | Intake Screen was reviewed | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:37 | Prescription Added | Prescription added:<br>Medication Name:VITAMIN D 3 100,000 IU<br>Directions:PO X 1<br>RX #:<br>Pharmacy:FLOOR STOCK<br>Doctor:<br>Pill Count:<br>Start Date:07/17/2021<br>End Date:'07/18/2021'<br>Times: PM | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:37 | Prescription Added | Prescription Set added: COVID | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:37 | Alerts/Allergies | Changed Alerts/Allergies from:<br><br>To:<br><br>Alerts/Allerigies:NKDA | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:37 | Med Question | Do you have anything else to tell us about your health? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:37 | Med Question | When were you last seen by a Dentist? = Y<br>Response = couple months ago | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:37 | Med Question | Who is your medical doctor? = Y<br>Response = Dr hansen | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | When were you last seen by a medical doctor? = N<br>Response = unknown | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Where is the last pharmacy that filled your prescriptions? = N<br>Response = unknown | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you take medications? If YES, List Medications and Doseage: = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Have you had surgery in the past 6 weeks? If YES, What Surgeries? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you have any non-medical dietary restrictions? If Yes, What?;Why? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Are you allergic to any foods or insects? If Yes, What and where was it verified? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Are you allergic to any medications? If Yes, What and where was it verified? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Are you currently having thoughts about killing someone else or harming someone else? If Yes, Who? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Are you currently having thoughts about killing or harming yourself? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Have you ever attempted suicide? If Yes, When? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Has a physician diagnosed you with a mental illness? If Yes, What?;Do you take medication for you mental illness?;When was your last dose? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you use amphetamines such as meth, cocaine, crack? If Yes, Drug of choice?;How much?;How often?;For how many years?;Last use? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you take Narcotic pain medication? If Yes, Drug of choice?;How much?;How often?;For how many years?;Last use? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you take benzodiazepines such as Klonopin, Ativan, Zanax? If Yes, Drug of choice?;How much?;How often?;For how many years?;Last use? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you drink alcohol (beer, wine, liquor, or spirits)? If Yes, How much?;How often?;For how many years?;Last drink? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Do you take blood thinners? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Has a doctor diagnosed you with a deep vein thrombosis (blood clot)? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | Are you pregnant? If Yes, How many weeks along are you? = N<br>Response = | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:36 | Med Question | When and Where was you last TB skin test? = Y<br>Response = wcdc | DOMINGUEZ, CHARLES |
| 7/17/2021 | 18:33 | Med Question | In the past year have you been easily fatigued? = N<br>Response = | DOMINGUEZ, CHARLES |

# Washington County Detention Center
## Patient's Consent for Treatment

The undersigned, being in custody of Washington County Detention Center, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the Washington County Detention Center medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the Washington County Detention Center medical department to evaluate and treat any condition that I may have or develop while in custody of the Washington County Detention Center. My signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purpose of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

I have been made aware of how to request medical services while incarcerated, and I am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and or medications.

I release Washington County Arkansas, the Sheriff, his/her staff, any contract medical organization, and its staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatments as prescribed by the medical staff of the facility and/or outside consultation service.

Detainee Name: **LITTLE, JEREMIAH**   DOB: ███

03/08/2021 01:38:55
Date Signed

Witnessed By: **0684-MOORE, MICHAEL**

6327   SIMS MedCconsent

# Washington County Detention Center
## Patient's Consent for Treatment

The undersigned, being in custody of Washington County Detention Center, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the Washington County Detention Center medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the Washington County Detention Center medical department to evaluate and treat any condition that I may have or develop while in custody of the Washington County Detention Center. My signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purpose of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

I have been made aware of how to request medical services while incarcerated, and I am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and or medications.

I release Washington County Arkansas, the Sheriff, his/her staff, any contract medical organization, and its staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatments as prescribed by the medical staff of the facility and/or outside consultation service.

Detainee Name: **GONZALES, JULIO**    DOB:

05/17/2021  14:52:42
Date Signed

Witnessed By: **6327-HINELY, KELLEY**

6327    SIMS_MedCconsent

| Date | Time | Type | Details | User |
|---|---|---|---|---|
| 5/23/2021 | 05:53 | TB Test | Changed TB Information from:<br>TB Given:<br>TB Read:<br>TB Results:<br>TB Size:0<br>TB Symptoms:<br>TB Location:<br>TB Positive:<br>Chest X-Ray Given:<br>Chest X-Ray Read:<br>Chest X-Ray Results:<br>Prior TB Given:<br>Prior TB Read:<br>Prior TB Results:<br>Prior TB Size:0<br>Prior Symptoms:<br>Prior Location:<br>Prior Positive:<br><br>To:<br>TB Given:10/16/2018<br>TB Read:10/18/2018<br>TB Results:NEG<br>TB Size:0<br>TB Symptoms:<br>TB Location:WCDC<br>TB Positive:N<br>Chest X-Ray Given:<br>Chest X-Ray Read:<br>Chest X-Ray Results:<br>Prior TB Given:10/16/2018<br>Prior TB Read:10/18/2018<br>Prior TB Results:NEG<br>Prior TB Size:0<br>Prior Symptoms:<br>Prior Location:WCDC<br>Prior Positive:N | WILSON, JOLANA |
| 5/17/2021 | 14:52 | COVID Vaccine | COVID Vaccine Refused | HINELY, KELLEY |
| 5/17/2021 | 14:52 | Consent Form | Consent Form | HINELY, KELLEY |
| 5/10/2021 | 18:10 | Intake Screen | Intake Screen was reviewed | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Prescription Added | Prescription added:<br>Medication Name:VITAMIN D 3 100,000 IU<br>Directions:PO X 1<br>RX #:<br>Pharmacy:FLOOR STOCK<br>Doctor:<br>Pill Count:<br>Start Date:05/10/2021<br>End Date:'05/11/2021'<br>Times: PM | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Prescription Added | Prescription Set added: COVID | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Alerts/Allergies | Changed Alerts/Allergies from:<br><br>To:<br><br>Alerts/Allerigies:NKDA | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Med Question | Do you have anything else to tell us about your health? = N<br>Response = | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Med Question | When were you last seen by a Dentist? = N<br>Response = months ago | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Med Question | Who is your medical doctor? = N<br>Response = unknown | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:10 | Med Question | When were you last seen by a medical doctor? = Y<br>Response = months ago | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:09 | Med Question | Where is the last pharmacy that filled your prescriptions? = N<br>Response = unknown | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:09 | Med Question | Do you take medications? If YES, List Medications and Doseage: = N<br>Response = | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:09 | Med Question | Have you had surgery in the past 6 weeks? If YES, What Surgeries? = N<br>Response = | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:09 | Med Question | Do you have any non-medical dietary restrictions? If Yes, What?;Why? = N<br>Response = | DOMINGUEZ, CHARLES |
| 5/10/2021 | 18:09 | Med Question | Are you allergic to any foods or insects? If Yes, What and where was it verified? = N<br>Response = | DOMINGUEZ, CHARLES |



| Date | Time | Type | Details | Staff |
|---|---|---|---|---|
| 3/21/2021 | 05:30 | TB Test | Changed TB Information from:<br>TB Given:<br>TB Read:<br>TB Results:<br>TB Size:0<br>TB Symptoms:<br>TB Location:<br>TB Positive:<br>Chest X-Ray Given:<br>Chest X-Ray Read:<br>Chest X-Ray Results:<br>Prior TB Given:<br>Prior TB Read:<br>Prior TB Results:<br>Prior TB Size:0<br>Prior Symptoms:<br>Prior Location:<br>Prior Positive:<br><br>To:<br>TB Given:12/11/2018<br>TB Read:12/13/2018<br>TB Results:NEG<br>TB Size:0<br>TB Symptoms:<br>TB Location:WCDC<br>TB Positive:N<br>Chest X-Ray Given:<br>Chest X-Ray Read:<br>Chest X-Ray Results:<br>Prior TB Given:12/11/2018<br>Prior TB Read:12/13/2018<br>Prior TB Results:NEG<br>Prior TB Size:0<br>Prior Symptoms:<br>Prior Location:WCDC<br>Prior Positive:N | WILSON, JOLANA |
| 3/08/2021 | 01:40 | Intake Screen | Intake Screen was reviewed | MOORE, MICHAEL |
| 3/08/2021 | 01:39 | Med Question | In the past year have you experienced night sweats? = Y<br>Response = When getting off drugs. | MOORE, MICHAEL |
| 3/08/2021 | 01:39 | Alerts/Allergies | Changed Alerts/Allergies from:<br><br>To:<br><br>Alerts/Allerigies:NKDA, SPIDER BITES | MOORE, MICHAEL |
| 3/08/2021 | 01:38 | Consent Form | Consent Form | MOORE, MICHAEL |
| 3/08/2021 | 01:38 | Med Question | Do you have anything else to tell us about your health? = Y<br>Response = Anxiety | MOORE, MICHAEL |
| 3/08/2021 | 01:38 | Prescription Added | Prescription added:<br>Medication Name:VITAMIN PACK (VIT C 2000 MG, ZINC 100 MG, VIT D 5000 IU)<br>Directions:1 PKG Q PM<br>RX #:<br>Pharmacy:FLOOR STOCK<br>Doctor:<br>Pill Count:<br>Start Date:03/08/2021<br>End Date:'03/22/2021'<br>Times: PM | MOORE, MICHAEL |
| 3/08/2021 | 01:38 | Prescription Added | Prescription added:<br>Medication Name:TEMPERATURE CHECK<br>Directions:NEW INMATE TEMP CHECK<br>RX #:<br>Pharmacy:NONE<br>Doctor:HINELY<br>Pill Count:<br>Start Date:03/08/2021<br>End Date:'03/22/2021'<br>Times:AM PM | MOORE, MICHAEL |
| 3/08/2021 | 01:38 | Prescription Added | Prescription Set added: COVID PROTOCOL | MOORE, MICHAEL |
| 3/08/2021 | 01:37 | Med Question | When were you last seen by a Dentist? = N<br>Response = Awhile | MOORE, MICHAEL |
| 3/08/2021 | 01:37 | Med Question | When were you last seen by a medical doctor? = Y<br>Response = At WCDC approx 13 months ao | MOORE, MICHAEL |

