1  education.

2  Q    Okay.  All right.  So, Ms. Hinely, where are you presently

3  employed?

4  A    Karas Correctional Health.

5  Q    Do you do any work at Karas Health Care?

6                MR. MOSLEY:  Object --

7  A    I do on occasion.

8                MR. MOSLEY:  -- to form.

9  Q    (By Mr. Smith)  You can answer, Ms. Hinely.

10  A    Okay.

11                MR. MOSLEY:  She did.

12  Q    (By Mr. Smith)  Sorry.  I didn't hear.  Could you repeat

13  that?

14  A    Sure.  I do on occasion, but it would be -- it would be

15  rare because they have their own staff.  But just like

16  Dr. Karas comes to the jail and works at the clinic, there's no

17  reason I can't do that.

18  Q    So you're not an employee of Karas Health Care, but you

19  may from time to time do work there as needed.  Is that kind of

20  what you're saying?

21  A    Sure.  I could in an emergency or -- or during times of

22  short-staffing.  There's nothing that prevents me from doing

23  that with my licensure.

24  Q    Understood.  Understood.  And when did you start working

25  at Karas Correctional Health?

1 and -- and our staff for that -- for that matter.  I mean,

2 there's -- my ACLS certification, for example, you have to redo

3 every two years.  So in the medical field, and I'm sure in your

4 field, you have to do reeducation just to make sure that you

5 stay fresh.

6 Q    And who is it that would do the reeducation or the

7 training during orientation?

8 A    Someone with a license.  So we don't have -- we're very

9 small.  I don't have a nurse educator.  That would be amazing

10 if I did.  But it could be myself.  It could be -- you know, we

11 had talked about John Beckham.  It could be Kim.  It could be

12 one of the paramedics.  Just somebody who has a license.

13 Q    And would it be fair to say that you are in charge of the

14 training if you are creating the materials even if you are not

15 doing the training?

16 A    Yes.

17              MR. MOSLEY:  Object to form.

18 A    Yes.

19 Q    (By Mr. Smith)  Okay.  When Karas Correctional Health

20 started the treatment protocol, was there any retraining

21 related to pill call for the treatment protocol?

22 A    I don't recall specifically.  So as I stated, the way that

23 we were doing treatment was changing based on information as it

24 was given to us.  So I do know anytime there's a change,

25 COVID-related, not COVID-related, then there's retraining at

53

1  that time.  That would be a question specifically for those
2  individuals because I don't remember.
3  Q     Did you organize any training for the COVID treatment
4  protocol?
5  A     There would have been verbal interactions and/or -- so the
6  way we do things in our system -- in our computer system is,
7  you can create order sets or orders.  Like if a medicine is
8  part of a protocol -- okay, this is a good example, so I can
9  explain this to you.  So I think it'll just help you if you
10  understand how we do things.  So people come in the door -- and
11  this is very common in our population -- so there's initial
12  screening before a detainee ever gets into our facility -- we
13  call it a COVID screening -- where we ask them if they've been
14  exposed, if they have a fever.  But that's with a medical
15  professional.  It's a medical person that does that.  And if
16  there's any concerns at that time, we won't accept that person
17  in the door.  They would go to the emergency room for a
18  clearance.
19      At that time, we identify areas of potential harm to them.
20  We have a lot of people that come in that are under the
21  influence of drugs and alcohol or -- so we flagged those
22  people, and we put them on something called a "detox protocol."
23  So even if they don't ask, we're going to monitor them closely
24  to make sure that they don't go into delirium tremens or they
25  don't have a seizure or things like that.

1  A     Yes.

2  Q     So Mr. Wooten weighed 158 pounds on 8/21/2021?

3  A     Correct.

4  Q     Okay.  All right, at the bottom, it says:  "Protocol meds

5  started.  Placed on review."

6        What does it mean by "protocol meds started"?

7  A     So as I described the process to you earlier, we -- like

8  when I was going over the detox, like the detox that I was

9  telling you about, so we can build prescription sets in the

10 computer.  So if you go up to the previous line, she works

11 overnight, so it looks like that she documented at 2340.  She

12 was documenting this.  So that's 11:40 p.m.  She was

13 documenting here about COVID-positive, dah, dah, dah, dah.

14       So then she went back about 30 minutes later.  And in the

15 computer, you can build a prescription set.  So you know how

16 you said, "Do you have written protocols?"  Based on what we

17 were doing at the time, which changed often, you could just

18 pick prescription set.  And then you see it's positive --

19 COVID-positive, so this person was ordered what we were doing

20 at the time, which I want to reiterate changed often.  It would

21 -- it would change it to what we were doing at that time.

22 Q     Okay.

23 A     And then by pushing prescription set -- so once you push

24 the button "prescription set," then it'll generate the

25 information above it.  So your question was, "What protocol

1  were you using then?"  Well, prescription set, when she pushed

2  that button, it put these orders right here automatically into

3  the system for the med passers.

4  Q    Okay.  And so correct me if I'm wrong, but is it -- is it

5  fair to say that doxycycline, ivermectin, and montelukast,

6  because they all say "prescription added," is part of this

7  prescription set that you just described?

8  A    Yes, sir, at that --

9  Q    Okay.

10  A    -- at that time, but -- but you can change -- like, it can

11  change.  That's what it was at this time.  So that's a -- that

12  way it gives consistency for people where they're not manually

13  having to enter it every single time.

14  Q    Understood.  And --

15  A    So it's called a "prescription set."

16  Q    Okay.  And I'm going over this document in a little more

17  detail just because I understand -- so I understand what all

18  these sort of input and values mean.  We won't do this for the

19  other one, so I apologize for some of these questions that

20  probably seem very tedious to you.

21      Okay, so I want to look at "Medication Name:  ivermectin."

22  I want to look at this input right here.

23  A    Okay.

24  Q    So this says:  "Directions:  PO QD."  I believe that means

25  you take it orally daily, but I could be wrong.

1   A    If you want to look at the next one just for contrast:

2   doxycycline -- go down to doxycycline --

3   Q    Right here?

4   A    -- by mouth, BID, which means A.M. and P.M. because we

5   pass out meds twice a day.  Then he should have got his first

6   dose or offered his first dose of doxycycline if it was -- if

7   we had it -- if we had it in stock.  Then it would have been --

8   the start date would have been 8/22 in A.M.

9       We do not have a pharmacy, so we -- we are at the mercy of

10   what supplies we have and is sent to us because we can't -- we

11   don't have a distribution license.  We don't have a pharmacy on

12   site.  Prison systems do, but we do not, so we have to use an

13   outside pharmacy.

14   Q    Okay.  And then one more question on this.  It says,

15   "doctor protocol."

16   A    Right.

17   Q    Does it say that -- you mentioned earlier that it was sort

18   of -- the order was put in automatically in the system.

19   A    Right.

20   Q    Is that why it says "protocol" right there?

21   A    Right.  Which, I told you earlier, Dr. Karas is in charge

22   of all the protocols.

23   Q    Okay.

24   A    I don't know my interactions with Floreal-Wooten with this

25   particular detention of his.  I do know that I've seen him and

1   treated him as a patient for other medical concerns.  So if you

2   look through his numerous records, if he was seen for dental

3   pain, then if I was the provider in charge that day -- like,

4   say I was there that day or I was seeing patients that day --

5   instead of it saying "protocol," it would say "Hinely" right

6   there.

7   Q    Okay.  I understand.  And I think there may be --

8   A    Yeah.  So --

9   Q    -- I think there may be a document like that later on, and

10  we can --

11  A    Right.  So --

12  Q    -- so --

13  A    -- but it's -- it's whomever -- whomever is going to be

14  reviewing -- or the best that they know, whomever is going to

15  be reviewing that, they're -- they're ordering that on

16  Dr. Karas's behalf or on my behalf, you know.

17  Q    Okay.  So if I'm understanding correctly, Jo Wilson is

18  ordering a prescription on behalf of either you or Dr. Karas,

19  and that's why it says "protocol"?

20  A    Yes.

21  Q    Okay.  And I'm going to scroll up really quick to right

22  here.

23       Okay, so this says "Kelley Hinely" right here, so this was

24  an input from you; is that correct?

25  A    Right.  Okay, so we had talked earlier about anytime a

1  A    Yes.

2  Q    Okay.  So was there any reason that you didn't mention

3  that ivermectin had been used on jail patients prior to

4  July 19th of 2021?

5  A    He didn't ask that question.

6  Q    Okay.

7  A    He asked what was being done currently.  I mean, he didn't

8  ask -- I mean, he -- if he would have asked, I would have told

9  him.

10  Q    Okay.  And he asked if any federal inmates had received

11  the medicine.

12  A    Correct.

13  Q    Is that right?

14  A    Correct.

15  Q    Okay.  How was the protocol on July 19, 2021, different

16  than the months prior to this date?

17                    MR. MOSLEY:  Which date?

18  A    I -- I don't know because we -- Dr. Karas did not

19  encourage the use as it is listed here -- okay, so this use --

20  until Delta was prevalent in the jail.  And that wasn't

21  identified until, I believe, sometime in the spring of 2021.

22  So that would have been April of '21, I believe, before Delta,

23  back when Mr. Fritch -- which was one of the first -- you know,

24  the first people -- and I explained his situation was unique

25  because he was HIV-positive -- I -- we weren't using it as part

1  of a protocol.  That was a, Hey, Doctor --  you know, what do

2  we do with someone who's HIV-positive and has -- they're

3  already immunocompromised?  Is this guy going to die because

4  now he has this virus that we don't know anything about?

5       So this protocol that you refer to, this was -- this is as

6  it was then.  And that was kind of what -- you'll have to look

7  back on the FLCC when they actually released a treatment plan,

8  or a treatment, you know, suggestion, and that was well into

9  the Delta variant which was in '21.

10 Q   (By Mr. Smith)  Okay.  So prior to this July 19th of 2021,

11 would your treatment of COVID-19 have been based on the FLCCC

12 guidance that was then in effect at that time?

13 A   I can't say it was based on.  It was a case-by-case basis.

14 We didn't -- I mean, it depended on the presentation of the

15 patient.  It depended on their comorbidities.  It depended on,

16 you know, how high risk they were.  You can look -- you can --

17 you're more than welcome to look through all of our records,

18 and you would probably find very infrequent use of it until we

19 had the Delta variant, until we had some -- some sort of

20 guidance from someone.

21 Q   Okay.

22 A   So --

23 Q   And so you're saying that your --

24              MR. SMITH:  Strike that.

25 Q   Prior to your implementation of the protocol, you said

1   that your treatment would depend on -- like it was a

2   case-by-case determination.

3   A     Yes.

4   Q     And would you use any sources as guidance in sort of

5   making those determinations?

6   A     Dr. Karas.

7   Q     Okay.  And the FLCCC?

8   A     Yes.

9   Q     Okay.  But you said, ultimately, the treatment would

10  depend on comorbidities, things like that?

11  A     Yes.

12  Q     And were those considerations documented anywhere?

13                  MR. SMITH:  And strike that.  Let me ask --

14                  THE WITNESS:  You're going to have to --

15                  MR. SMITH:  -- yeah, sure.  Let me ask a better

16        question.

17  Q     (By Mr. Smith)  So I'm trying to figure out what the, I

18  guess, for lack of a better word, protocol treatment regimen

19  was before July 19th of 2021.  That's what I'm kind of trying

20  to figure out.  And you're telling me --

21  A     With --

22  Q     -- that it -- go ahead.  Well, let me --

23  A     No, you finish.

24  Q     -- let me finish.  You're telling me that it depends on

25  individual cases, and so I guess I'm trying to figure out what

116

1 you used in making those individual unique determinations.

2 A    Right.  And I feel like I already answered that, but I'll

3 answer it again.  It has -- it has to do with the presentation

4 of the patient, their past medical history, their comorbids,

5 and collaboration with Dr. Karas.

6 Q    Okay.

7 A    And then you did ask me about documentation.  I felt like

8 that that was well documented with Fritch.  He had HIV.

9           MR. SMITH:  All right, I'm going to pull up

10          Doc. 20.  Or actually I don't think I am.  I think

11          I'm going to pull up --

12          MS. REYNOLDS:  Ryan, while you think through

13          that, did we mark that as an exhibit?  Apologies if I

14          missed it.  Thank you.

15          MR. SMITH:  Yes, this was -- this had been

16          previously marked as Exhibit 3.

17          Is that right, Amy?

18          THE COURT REPORTER:  Yes.

19          MR. SMITH:  Thank you.

20          MR. MOSLEY:  What is "this"?  What are we

21          talking about?

22          MR. SMITH:  Just the email that we had just

23          reviewed.

24          MR. MOSLEY:  Oh, 3 is that a email.  Gotcha.

25          MR. SMITH:  Yes, sir.

1   Because we have categories of -- broad categories, like a

2   B category is considered to be safe in pregnancy.  So you --

3   you wouldn't want to use a drug like -- doxycycline use in

4   pregnancy can cause fetal abnormalities or -- or discoloration

5   of teeth.

6        So you -- you have to look at the benefits versus, I guess

7   -- I don't know how you say that -- I don't know.  It's

8   contraindicated.  I don't -- I don't think that that means you

9   can't use it.  I think that you need to proceed with caution

10  unless there's a documented reason why.

11  Q    (By Mr. Smith)  Okay.  So would you prescribe a jail

12  patient a contraindicated medication without explaining

13  potential side effects or potential sort of interactions as

14  you've described them.

15  A    If there's a documented FDA contraindication for its use,

16  then I would -- I would tell them that.  I don't make a habit

17  of using contraindicated medicine.

18  Q    So -- okay.  If a patient signed this consent for

19  treatment, would they be consenting to contraindicated

20  medications?

21  A    I wouldn't use a contraindicated medication.  So this

22  consent, this doesn't give me permission to do whatever I want

23  with no basis.  I don't -- I don't understand the question.  I

24  don't prescribe contraindication medicine -- contraindicated

25  medication or contraindicated treatments.

1    A    I would --

2                MR. MOSLEY:  Object to form:  Asked and

3         answered.

4                THE WITNESS:  Do you want me to answer, Mike?

5    A    -- I don't prescribe contraindicated medicine.  Period.

6    Q    (By Mr. Smith)  Do you believe that the COVID vaccine is

7    effective?

8    A    I don't know that I have -- I guess -- yes.

9    Q    In your medical opinion, would you recommend a person get

10   the COVID vaccine?

11   A    Yes.

12   Q    In your experience have people refused the COVID vaccine?

13   A    Yes.

14   Q    So if a patient that refused the COVID vaccine had signed

15   this consent for treatment, would you still give them the COVID

16   vaccine anyway?

17   A    Not without them signing a COVID vaccine consent form

18   because that's standard practice.  You don't give vaccines

19   anywhere without a vaccine-specific consent.  That is standard

20   of practice.  You don't take your child to the pediatrician to

21   get vaccines without signing your consent.

22   Q    So am I understanding you -- and correct me if I'm wrong

23   -- but you're saying that there are -- there -- a person has

24   choices about their medical treatment even after they sign this

25   consent to treatment that's on the screen; is that correct?

1  A    Sure.  You don't ever -- we don't ever in any setting

2  force someone to do anything, and that was proven in the

3  previous exhibits that you showed me when medications were

4  refused.  Medicines are refused all the time.  Treatments are

5  refused all the time.

6      You know, if you looked back on the record that we were

7  reviewing, the chart notes, I believe that it was Mr. Little

8  had put in a -- a request saying that he was having some -- a

9  medical issue.  Whenever they went to do the sick call, he

10  said, No, he was fine.

11      So, no, you -- you have free will to accept things or

12  refuse them in any way.  Vaccines were offered, but they --

13  they weren't -- they weren't forced on anyone or -- or

14  anything.  But if you're going to give a vaccine, if the -- if

15  Pfizer is going to provide you one, or Medical Arts isn't going

16  to provide you one, you have to do a consent.  If I go to the

17  pharmacy to get a medicine, I don't sign a consent at that

18  pharmacy to accept that medicine.  So I --

19  Q    Okay.  Looking up at the email now.  You mentioned that

20  there's also a COVID-specific treatment consent; is that

21  correct?

22  A    Um-hum.  Yes.

23              MR. MOSLEY:  Object to form:  Subsequent

24          remedial measure.  Object to form:  Settlement

25          negotiations.  Object to form:  Time.