To: Martha Ann B. Sharkey, MD[martisharkey@cox.net]; shane mercy[hollandmercy20@yahoo.com]
From: Isaac Karas
Sent: Wed 7/14/2021 11:14:13 PM
Subject: Local early outpatient treatment of covid Detention Center Data

Hi Dr. Sharkey and Dr. Holland,
Here's our local data on 313 covid patients treated with no deaths and only one 2 day hospitalization. We've treated over 4,000 total locally outpatient at our clinics with the similar results.

I'd love to get with any local doctors that have questions on early outpatient treatment.

Mercy and northwest ERs blew up today and were on divert today. Treating covid early with safe generic medicines and vitamins needs to become the standard of care immediately.

Rob

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

From: Isaac Karas <rckaras@hotmail.com>
Sent: Thursday, April 8, 2021, 12:25 PM
To: Kelley Hinely
Cc: Tracey Moore
Subject: Fw: Detention Center Data

This is what I sent back yesterday to the researcher lady. I haven't heard back from her if she wants more information.

---

From: Isaac Karas <rckaras@hotmail.com>
Sent: Wednesday, April 7, 2021 6:06 PM
To: Machelle Wilchesky, Dr <machelle.wilchesky@mcgill.ca>
Subject: Re: Detention Center Data

Hi Machelle,
Generally we used Montelukast for patients that we deemed "high risk", age greater than 40 or with other risk factors, primarily diabetes. We also used Montelukast if the inmate, regardless of age, complained of symptoms or had a fever.
I can have my employees document start and stop date of Montelukast and whether or not the inmate took the medicine. If there is anything else you think would be helpful, let me know.

Some of the those older intake dates, I assume, are from our 309's whom are trustees from the Arkansas Department of Corrections that are almost at the end of their sentence and work in the jail. Most everyone else should have intake dates within 1 to 2 years.

Rob

KARAS003433

**From:** Machelle Wilchesky, Dr <machelle.wilchesky@mcgill.ca>
**Sent:** Wednesday, April 7, 2021 4:10 PM
**To:** Isaac Karas <rckaras@hotmail.com>
**Cc:** Tracey Moore <Tracey_Moore@karashealthcare.com>; Geoff Tranmer <Geoffrey.Tranmer@umanitoba.ca>; Joseph Delaney <Joseph.Delaney@umanitoba.ca>
**Subject:** RE: Detention Center Data

HI Rob,

Thanks for sending me your dataset. From this I see that 93/310 patients used montelukast.
How was the decision to use montelukast made?
Also, there is no prescription date- if montelukast was prescribed, when would that have happened? The day of or 1 day after the positive test date?

From what I can gather, the "intake date" corresponds to the date of incarceration, but there were 2 dates in the early 90s, and then everyone else was within the last couple of years- that looks odd to me as no one was added to your cohort between 1993 and 2018?

Thanks,

Machelle


Machelle Wilchesky, PhD
Assistant Professor, Department of Family Medicine and Division of Geriatric Medicine, McGill University
email: Machelle.Wilchesky@mcgill.ca
 https://www.mcgill.ca/familymed/machelle-wilchesky
 Director of Research,
Donald Berman Maimonides Geriatric Centre
5795, Avenue Caldwell
Montreal (Quebec) H4W 1W3

office: 514-483-2121 x2346
cell: 514-220-5555

and

Scientist,
Centre For Clinical Epidemiology
Lady Davis Institute for Medical Research - Jewish General Hospital
3755 Cote Ste-Catherine, H-461
Montreal, Quebec H3T 1E2 Canada

 Principal Investigator:



**From:** Isaac Karas <rckaras@hotmail.com>
**Sent:** Wednesday, April 7, 2021 11:58 AM
**To:** Machelle Wilchesky, Dr <machelle.wilchesky@mcgill.ca>
**Cc:** Tracey Moore <Tracey_Moore@karashealthcare.com>
**Subject:** Detention Center Data
**Importance:** High


Hi Machelle,
Here is our preliminary data we have from our detention center. 311 cases so far and no deaths; only one patient/inmate required hospitalization for two days. He is 71 yo LR on line 69 and he did refuse ivermectin and some vitamins.
Rob Karas MD

KARAS003435