# Exhibit H
# (Under Seal)