**From:** WCDC Medical
**Sent:** Wednesday, September 1, 2021 16:55
**To:** Tracey M (tracey_moore@karashealthcare.com)
**Subject:** FW: Use of Ivermectin at WCJ


**From:** WCDC Medical
**Sent:** Thursday, August 26, 2021 12:38 PM
**To:** 'Thomas, Cory (USMS)' <Cory.Thomas@usdoj.gov>
**Cc:** Randall Denzer <RDenzer@washingtoncountyar.gov>; Tracey M (tracey_moore@karashealthcare.com) <tracey_moore@karashealthcare.com>
**Subject:** FW: Use of Ivermectin at WCJ

Cory-
Sorry for the delay in response. The first known case of Covid 19 was in June of 2020. Since then we have had 9,996 intakes. To date we have had 531 identified Covid-19 cases. There have been 36 USMS detainees identified with Covid-19. I On August 5th, 2021 I received sequencing results on a pcr sample that was sent on June 30th, 2021 was a Delta variant. Medically this was already suspected as the increase in cases both in the detention center and the community had continued to rise. Since June 30th, 2021, 166 cases have been identified. This is 31% of the total cases. In October of 2020 the FLCCC Alliance added Ivermectin to the I-Mask Protocol for Early Outpatient Treatment.
With the rising number and threat of death from the Delta variant, Ivermectin was added to the covid treatment protocol on July 19th,
2021 at the detention center. The Ivermectin is obtained from a licensed pharmacy and is patient specific. Detainees are not charged co-pays for testing, treatment, or prescriptions associated with Covid.

Variations of the current Covid protocol have been used since the first identified case in June of 2020. The current protocol is as follows:
Ivermectin 12-24 mg (based on weight) daily x 5 days
Doxycycline 100 mg 2 x per day x 5 days
Montelukast 10 mg per day x 10 days
Pepcid 20 mg per day x 10 days
Vitamin D 3 100,000 iu daily x 3 days
Melatonin 10 mg po daily x 10 days
Vitamin packs (vitamin c 2000 mg, vitamin d 3 5000 iu, zinc 50 mg) daily x 10 days

Starting today all detainees who have tested positive for Covid 19 will be offered a detailed consent with each individual drug listed. The detainee may elect to refuse or accept each individual drug/vitamin.

21 USMS detainees have received Ivermectin. Each detainee signs a consent for medical treatment and has the right to refuse all of their medications or some of the prescribed medications. Medical treatment to include consuming medications is elective in this facility. No USMS detainees have been hospitalized for Covid 19. There have been no Covid related deaths.

The first Covid vaccine was given on April 12th, 2021 to the detainees. As of today 1260 detainees have been vaccinated.
Currently 67% of the population is vaccinated. We currently have 22 active Covid cases in the detention center. The population is currently at 640. 3% of the population has Covid. These numbers are incredible.

Thanks,

KARAS000212

Kelley

**From:** Thomas, Cory (USMS) [mailto:Cory.Thomas@usdoj.gov]
**Sent:** Wednesday, August 25, 2021 5:28 PM
**To:** WCDC Medical <WCDCMedical@washingtoncountyar.gov>
**Subject:** Use of Ivermectin at WCJ

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Kelly:

I spoke with Denzer and I know a lot of what is being report is wrong. However, can you please clarify for my people (our HQ called) as to what the doctor is prescribing to fight COVID 19, if any federal inmates have received this medicine, and did the inmates know/consent to this treatment plan.

Thanks in advance.....

Cory Thomas
Supervisory Deputy U. S. Marshal
U. S. Marshals Service
Western Arkansas (W/AR-010)
Fayetteville Division
479-650-2761 – cell
479-424-5075 – desk
479-424-5002 – fax

"Home of the U. S. Marshals Museum"

KARAS000213