**WCDC Medical**

| | |
|---|---|
| **From:** | WCDC Medical |
| **Sent:** | Tuesday, February 15, 2022 10:45 |
| **To:** | Jay Cantrell |
| **Subject:** | FW: consent |
| **Attachments:** | [Untitled].pdf |

Jay,
Here is the medical consent all detainees are provided upon intake prior to booking. We also have a Covid specific treatment consent. I will also send that to you.
Thanks,
Kelley

-----Original Message-----
From: SOMedicalCopy@washington.county <SOMedicalCopy@washington.county>
Sent: Tuesday, February 15, 2022 10:37 AM
To: WCDC Medical <WCDCMedical@washingtoncountyar.gov>
Subject: consent

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1

KARAS000164

# Washington County Detention Center
## Patient's Consent for Treatment

The undersigned, being in custody of Washington County Detention Center, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the Washington County Detention Center medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the Washington County Detention Center medical department to evaluate and treat any condition that I may have or develop while in custody of the Washington County Detention Center. My signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purpose of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

I have been made aware of how to request medical services while incarcerated, and I am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and or medications.

I release Washington County Arkansas, the Sheriff, his/her staff, any contract medical organization, and its staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatments as prescribed by the medical staff of the facility and/or outside consultation service.

Detainee Name: _____   DOB: _____

_____
Date Signed

Witnessed By: _____

SIMS_MedCconsent
KARAS000165