**WCDC Medical**

| | |
|---|---|
| From: | WCDC Medical |
| Sent: | Thursday, August 26, 2021 16:30 |
| To: | Abby Martinez ; Ashley O. ; Carli ; CHARLES D; DALLAS; DUSTIN S; Gabby B. ; greene.m.katie@gmail.com; Janna; JEFF M; Jolana ; Jolie ; JON B; Justyn ; KELLEY H. ; Lakyn; Michael Moore; RACHEL A; SHIELA B; SYDNEY S; Theresa; Tracey M (tracey_moore@karashealthcare.com); Vlada A |
| Subject: | Covid Positive Detainees and Medication Administration Sheets |

Please do not start the covid + or high risk covid + protocol on any detainee without the medication consent signed. The medications must be clearly show yes or no circled. The paramedic or provider must review each medication and possible consequences of refusing treatment with the detainee prior to signing. The detainee may elect to take all or none of the medications listed on the consent.

There is an email and phone number for ivermectin related questions posted by each computer. Please do not answer any questions and refer the person to the email or phone number.

Starting tonight. All detainees regardless of their status: positive, exposed, new intake….. must sign the medication administration sheet. If a detainee refuses and is called multiple times, the med passer and officer must sign the blank by the refusal. Make sure the officer knows by signing, they are agreeing the detainee refused.

ALL detainees sign NO QUESTIONS !!!!

Thanks,
Kelley

KARAS000228